# EXHIBIT C

**Hardin, John (DAL)**

| | |
|---|---|
| **From:** | Richard Liebowitz <RL@liebowitzlawfirm.com> |
| **Sent:** | Thursday, February 27, 2020 10:43 PM |
| **To:** | Hardin, John (DAL) |
| **Subject:** | Re: Berg's attendance at mediation |

Hi John,

The order say parties will ultimate settlement authority must be present. My client is having a representative come to the mediation. I called the clerk and she said as long as one has authority to settle then that is fine. My client is currently in Vietnam. Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

*******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************

On Thu, Feb 27, 2020 at 5:25 PM Hardin, John (Perkins Coie) <JohnHardin@perkinscoie.com> wrote:
> Richard –
>
> I write to follow up on my comments at the Status Report about the mediation and the mediation requirements from Magistrate Judge Love to ensure that your client, Berg, will be present at the mediation. Please confirm that your client will be present, in person, at next week's mediation.
>
> John
>
> ---
>
> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.