# EXHIBIT 1

**From:** Richard Liebowitz <RL@liebowitzlawfirm.com>
**Sent:** Sunday, March 01, 2020 7:49 PM
**To:** Hardin, John (DAL) <JohnHardin@perkinscoie.com>; Coren, Samuel (SEA) <SCoren@perkinscoie.com>; Jennison, Judy (SEA) <JJennison@perkinscoie.com>; Larson, Kirstin E. (SEA) <KLarson@perkinscoie.com>; Vana, James L. (SEA) <JVana@perkinscoie.com>
**Subject:** Berg v. MF Westerns- Documents

Counsel,

Please see attached.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com


******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************

# COMPANY M&F WESTERN PRODUCTS INC.

Shipping Address: 1303 Holiday Dr Sulphur Springs, TX 75482
Mailing Address: P O Box 287 Sulphur Springs, TX 75483
WEBSITE: WWW.MFWESTERN.COM
Email: CustomerService@mfwestern.com
Phone number:  USA Call 1.800.256.8646    Canada Call 1.800.456.5200
USA Fax 1.800.256.4274    Canada Fax 1.800.937.6066

| M&F WESTERN PRODUCTS INC. | COPYRIGHT | VA |
|---|---|---|
|  |  2000 |  COPY OF DEPOSIT VA 1-091-617 |
|  |  | 1-4426515111 |
|  |  2002 |  COPY OF DEPOSIT VA 1-159-548 |
|  |  2002 |  COPY OF DEPOSIT VA 1-159-548 |

| M&F WESTERN PRODUCTS INC. | COPYRIGHT | VA |
|---|---|---|
|  |  2002 |  COPY OF DEPOSIT VA 1-159-548 |
|  |  2003 |  COPY OF DEPOSIT VA 1-229-288 |
|  |  2002 |  COPY OF DEPOSIT VA 1-159-548 |
|  |  2000 |  COPY OF DEPOSIT VA 1-091-617 |








## Our Brands

We carry the top western brands in Belts, Wallets, Buckles, Handbags, and much, much more!

The brands that bring business into your retail establishment, no matter how large or small. Because we are the leading distributer of western accessories, we have the largest inventory and the latest styles your customers will love.

- Nocona Belts and Wallets
- Crumrine Buckles
- Blazin Roxx Western Jewelry
- Twister Hats and Caps
- DBL Barrel Belts and Footwear
- Blazin Roxx Fashion Belts and Handbags
- Western Moments Resins and Dinnerware
- Blazin Roxx Footwear
- HD Xtreme and Top Hand Belts
- Boys and Girls Rain Boots
- Wide Range of Leathercare
- Hat and Boot Supplies
- Western Moments Home Decor
- Ariat Accessories: Belts, Wallets, Caps, Hats

Don't forget to LIKE US on Facebook and look for your favorite brands on Instagram!



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Robert Berg)[ in Keyword Anywhere ]
Search Results: Displaying 39 of 354 entries



### [Bob Berg buckles]

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001159548 / 2002-07-26 |
| **Application Title:** | Bob Berg jewelry. |
| **Title:** | [Bob Berg buckles] |
| **Description:** | Designs for jewelry. |
| **Notes:** | Title from appl. |
| **Copyright Claimant:** | Robert Peter Berg, 1952- |
| **Date of Creation:** | 2002 |
| **Date of Publication:** | 2002-06-01 |
| **Previous Registration:** | Appl. identifies some material as preexisting. |
| **Basis of Claim:** | New Matter: additions & revisions. |
| **Names:** | Berg, Robert Peter, 1952- |



Save, Print and Email (**Help Page**)
Select Download Format  Full Record  Format for Print/Save
Enter your email address:  Email

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Robert Berg)[ in Keyword Anywhere ]
Search Results: Displaying 44 of 354 entries



*Bob Berg jewelry.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001091617 / 2000-06-12 |
| **Application Title:** | Bob Berg buckles. |
| **Title:** | Bob Berg jewelry. |
| **Notes:** | Collection. |
| **Copyright Claimant:** | Robert Peter Berg, 1952- |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-01-31 |
| **Basis of Claim:** | New Matter: additions to preexisting items. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | [Berg, Robert Peter, 1952-](#) |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Robert Berg)[ in Keyword Anywhere ]
Search Results: Displaying 38 of 354 entries



*Bob Berg buckles.*

       **Type of Work:** Visual Material
**Registration Number / Date:** VA0001229288 / 2003-08-29
       **Application Title:** Bob Berg jewelry.
                **Title:** Bob Berg buckles.
    **Copyright Claimant:** Robert Peter Berg, 1952-
        **Date of Creation:** 2003
    **Date of Publication:** 2003-06-01
                **Names:** Berg, Robert Peter, 1952-



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page