# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ROBERT BERG,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:19-CV-418-JDK |
| § | |
| **M & F WESTERN PRODUCTS, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Defendant's Emergency Motion to Postpone Mediation to a Meaningful Time. Docket No. 14. The Court held a hearing on this motion on March 4, 2020. Pursuant to the Court's conclusions at the hearing, the Court hereby

**ORDERS** that Defendant's Emergency Motion to Postpone Mediation to a Meaningful Time (Docket No. 14) is **GRANTED**. The Order Scheduling Mediation Conference is **VACATED**. It is further

**ORDERED** that mediation in this case shall be completed by **July 31, 2020**.

So **ORDERED** and **SIGNED** this **5th** day of **March, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE