# EXHIBIT A

# COMPANY: M&F WESTERN PRODUCTS INC.

Shipping Address: 1303 Holiday Dr Sulphur Springs, TX 75482
Mailing Address: P O Box 287 Sulphur Springs, TX 75483
WEBSITE: WWW.MFWESTERN.COM
Email: CustomerService@mfwestern.com
Phone number: USA Call 1.800.256.8646   Canada Call 1.800.456.5200
USA Fax 1.800.256.4274   Canada Fax 1.800.937.6066

| M&F WESTERN PRODUCTS INC. | COPYRIGHT | VA |
|---|---|---|
|  | | COPY OF DEPOSIT VA 1-091-617 |
|  |  |  COPY OF DEPOSIT VA 1-159-548 |

| M&F WESTERN PRODUCTS INC. | COPYRIGHT | VA |
|---|---|---|
|  |  |  COPY OF DEPOSIT VA 1-159-548 |
|  |  |  COPY OF DEPOSIT VA 1-229-288 |
|  |  |  COPY OF DEPOSIT VA 1-091-617 |

Case 6:19-cv-00418-JDK Document 1-1 Filed 09/14/19 Page 4 of 5 PageID #: 9



