# EXHIBIT B



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001091617
Search Results: Displaying 1 of 1 entries



*Bob Berg jewelry.*

|  |  |
|--:|:--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001091617 / 2000-06-12 |
| **Application Title:** | Bob Berg buckles. |
| **Title:** | Bob Berg jewelry. |
| **Notes:** | Collection. |
| **Copyright Claimant:** | Robert Peter Berg, 1952- |
| **Date of Creation:** | 2000 |
| **Date of Publication:** | 2000-01-31 |
| **Basis of Claim:** | New Matter: additions to preexisting items. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Berg, Robert Peter, 1952- |





Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page