# EXHIBIT C



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001159548
Search Results: Displaying 1 of 1 entries



### *[Bob Berg buckles]*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001159548 / 2002-07-26
**Application Title:** Bob Berg jewelry.
**Title:** [Bob Berg buckles]
**Description:** Designs for jewelry.
**Notes:** Title from appl.
**Copyright Claimant:** Robert Peter Berg, 1952-
**Date of Creation:** 2002
**Date of Publication:** 2002-06-01
**Previous Registration:** Appl. identifies some material as preexisting.
**Basis of Claim:** New Matter: additions & revisions.
**Names:** Berg, Robert Peter, 1952-





Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page