# EXHIBIT D



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available.** More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001229288
Search Results: Displaying 1 of 1 entries



*Bob Berg buckles.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001229288 / 2003-08-29
**Application Title:** Bob Berg jewelry.
**Title:** Bob Berg buckles.
**Copyright Claimant:** Robert Peter Berg, 1952-
**Date of Creation:** 2003
**Date of Publication:** 2003-06-01
**Names:** Berg, Robert Peter, 1952-



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) | [Copyright Office Home Page](#) | [Library of Congress Home Page](#)