IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT BERG,** § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| vs. § | Case No. 6:19-cv-418-JDK | |
| § | | |
| **M&F WESTERN PRODUCTS, INC.,** § | | |
| § | | |
| Defendant. § | | |

### DEFENDANT'S NOTICE OF DISCLOSURE REGARDING EXPERT WITNESSES DISCLOSURES

Defendant M&F Western Products, Inc., by and through its undersigned counsel, served its Expert Witnesses Disclosures on June 29, 2020 pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Scheduling Order (Dkt. No. 20) entered in this case.

Dated: June 29, 2020

Respectfully submitted,

By:  s/Kirstin E. Larson
John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

***Attorneys for Defendant M & F Western Products, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

 s/Kirstin E. Larson
Kirstin E. Larson