# EXHIBIT 1



M&F000400



Cat# 05865
O7/39
*Interlaced Scroll*
$40.00

Cat# 06299
O2/39
*Gun Scroll Floral*
$66.00
*(also available w/ Black Enamel)* Cat # 06272 *$70.00*

Cat# 06203
O3/39
*Gun Scroll*
*w/ Black Enamel*
$59.00

Cat# 06202
O3/39
*Gun Scroll*
$55.00

Cat# 05904
O7/94
*Longhorn*
*(colored)*
$46.00

Cat# 05769
*Base* G1649/*Figure* 600
O3/49
*Eagle Head w/ Black, Blue*
*and Red Enamel*
$88.00

*Ask your Crumrine Sales Representative*
*to see these new product samples*

2

M&F000401



**Cat# 06201**
O3/39
*Tejano*
*$55.00*

**Cat# 05778**
O3/49
*Mexican Seal and Flag*
*(colored)*
*$74.00*

**Cat# 06273**
*Base G1839/Figure 1000*
*O3/39 Southwest Offset, Eagleman w/ Red and Green*
*Enamel $76.00*

**Cat# 06274**
*Base G1839/Figure 1001 O3/39*
*Southwest Offset, Leopardman w/ Red and Green*
*Enamel $76.00*

**Cat# 06234**
*Base G1949 O3/49*
*Curly Scroll w/ Letter "J" $70.00*

**Cat# 06233**
*Base G1939 O3/39*
*Curly Scroll w/ Letter "J" $70.00*

*Place an order with a Customer Service*
*Representative by calling (800) 444-3575*

3

M&F000402



Cat# 06189
Base I0449/Figure 519
FFF/49 Horseshoe, Bull Rider
w/ Black Enamel, 1 Ruby
$154.00

Cat# 06055
Base I0439/Figure 519
FFF/49
Horseshoe w/ Bull Rider
and 1 Emerald
$150.00

4

M&F000403



Cat# 06231
O3/49
*Saddle Bronc*
$55.00

Cat# 06232
O3/49
*Bull Dogger*
$55.00

Cat# 06194
O7/49
*Saddle Bronc*
$40.00

Cat# 06195
O7/49
*Team Roper*
$40.00

Cat# 06236
O7/49
*Bull Dogger*
$40.00

5

M&F000404



Cat# 06188
Base X0139/Figure 519
OOO/39
Gun Scroll w/ Bull Rider,
Black Enamel
$129.00

Cat# 06087
Base X0149/Figure 519
OOO/49
Gun Scroll w/ Bull Rider
$124.00

*Ask your Crumrine Sales Representative
to see these new product samples*

6

M&F000405



Cat# 06196
*Base* T1039/*Figure* 510
O/39
*Gun Scroll w/ Bull Rider,
Black Enamel*
$105.00

Cat# 06086
*Base* T1049/*Figure* 519
O/49
*Gun Scroll w/ Bull Rider*
$101.00

Cat# 06128
*Base* D0539/*Figure* 510
SE120/49
*Notched w/ Bareback*
$156.00

*Place an order with a Customer Service Representative
by calling* (800) 444-3575

7

M&F000406

Cat# 06291
CH/39
*Filigree Floral Choker w/ Three Hematite Stones*
*$35.00*

Cat# 06302
ER/39
*Filigree Floral w/ Hematite Stone*
*$25.50*

Cat# 06301
CH/45
*Filigree Scroll Choker w/ Onyx and Stone Bezel*
*$60.00*

Cat# 06304
BA/45
*Filigree Scroll Barrette w/ Onyx and Stone Bezel*
*$36.00*

Cat# 06306
CH/39 *Filigree Scroll Choker w/ Onyx and Stone Bezel $60.00*

Cat# 06264
ER/45
*Double Floral*
*$25.50*

Cat# 06305
BA/39
*Filigree Scroll Barrette w/ Onyx and Stone Bezel*
*$36.00*

Cat# 06262
ER/45
*Paisley Scroll*
*$25.50*

8

M&F000407

Cat# 06292
CH/49
Scroll Heart Choker
$48.00

Cat# 06255
CH/45
Six Heart Choker
$48.00

Cat# 06303
ER/45
Single Heart Floral
$25.50

Cat# 06295
ER/49
Filigree Triple Heart
$25.50

Cat# 06263
ER/45
Single Scroll
$25.50

Cat# 06256
CH/39
Six Heart Choker
$48.00

9

M&F000408



Cat# 06230
FR/39
*Quarter Horse Head*
$55.00

Cat# 05943
Freeform/49
*Three Wild Horses*
$55.00

Cat# 06297
BRA/49
*Freeform Western Scroll*
$42.00

Cat# 06257
BRA/49
*Six Event Rodeo*
$36.00

Cat# 06271
ER/94
*Feathered Scroll*
$25.50

Cat# 06293
BRA/94
*3/4" Filigree Scroll*
$34.00

Cat# 06347
WF/45
*Freeform Southwest
Bracelet Watch w/ Black
and Blue Enamel*
$91.00

Cat# 06298
BRA/39
*Freeform Western Scroll*
$42.00

Cat# 06346
WF/49
*Freeform Southwest
Bracelet Watch w/ Black
and Turquoise Enamel*
$91.00

*Ask your Crumrine Sales Representative
to see these new product samples*

10

M&F000409



Cat# 06140
RA/45
Southwest Slim-Line
w/ Black and Chambrey Enamel
$114.00

Cat# 06311
WF/49
Freeform Western Scroll
Bracelet Watch
$84.00

Cat# 06308
BRA/49
Freeform Southwest
w/ Black, Turquoise and
Vermillion Enamel
$51.00

Cat# 06294
BRA/94
1/2" Pueblo
w/ Black Enamel
$33.00

Cat# 06310
WF/39
Freeform Western Scroll
Bracelet Watch
$84.00

Cat# 06309
BRA/45
Freeform Southwest
w/ Black, Blue and
Maroon Enamel
$51.00

Cat# 05625
BRA/94
1/2" Pueblo w/ Black
and Turquoise Enamel
$35.00

Place an order with a Customer Service
Representative by calling
(800) 444-3575

11

M&F000410



Cat# 06235
*Base* G1749/*Figure* 600
O3/49
*Eagle*
$70.00

Cat# 06237
DT/49
*Southwest Triangle
w/ Onyx and Stone Bezel,
Black Enamel*
$51.00

Cat# 06261
*Base* WM0339/*Figure* 600
WM/39
*Southwest Angle Tear
w/ Eagle, Black Enamel
• Brown Band*
$124.00

Cat# 06260
*Base* WM0339/*Figure* 600
WM/39
*Southwest Angle Tear
w/ Eagle, Black Enamel
• Black Band*
$124.00

Cat# 06258
*Base* TC0149
TI/49
*Tie Tack Letter "J"*
$32.00

Cat# 06259
*Base* TC0139
TI/39
*Tie Tack Letter "J"*
$32.00

**Crumrine**

*145 Catron Drive    Reno, NV. 89512-1093    (702) 786-3712  Phone    (702) 786-8466 Fax*

M&F000411