# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

ROBERT BERG,

                Plaintiff,

   - v -

M & F WESTERN PRODUCTS, INC.

                Defendant.

Docket No. 6:19-cv-418-JDK

**M & F Western Products Inc.'s Initial Disclosures**

M & F Western Products, Inc. provides its initial disclosures based on information reasonably available to it at this time. M & F Western will supplement these disclosures if and when required pursuant to Fed. R. Civ. P. 26(e)(1). By including information in its disclosures, M & F Western is not representing that any information disclosed herein will be used at trial. M & F Western reserves all of its objections to the admission of evidence identified herein or otherwise.

## I.    INDIVIDUALS

The following table sets forth the name and contact information, where known, for individuals M & F Western believes have knowledge of discoverable information. All current and former M & F Western employees should be contacted only through M & F Western counsel of record in this matter.

146901984.4

| Individual | Subject(s) |
|---|---|
| Mickey Eddins<br>Founder and Co-Owner of M & F Western<br><br>c/o Perkins Coie LLP | Mr. Eddins is the co-founder and co-owner of M & F Western and has been employed by M & F Western since 1969.<br><br>Knowledge regarding: prior belt buckle and jewelry designs; M & F Western's business practices; the Accused Designs[1]; the December 2016 NRF retail trade show. |
| David Eddins<br>Vice-President of M & F Western<br><br>c/o Perkins Coie LLP | Mr. Eddins is responsible for overseeing the belt buckle and jewelry designs of M & F Western and has been employed by M & F Western since 1988.<br><br>Knowledge regarding: buckle and cross designs, including prior designs and the Accused Designs. |
| Cary Kraft<br><br>c/o Perkins Coie LLP | Mr. Kraft is a jewelry designer and has worked for M & F Western since 2002. He is the designer of the rectangular belt buckle identified in Exhibit A to the Complaint (relating to alleged Copyright VA 1-159-548) as well as two of the cross designs identified in Exhibit A to the Complaint (related to alleged Copyright VA 1-091-617 and VA 1-229-288).<br><br>Knowledge regarding: buckle and cross jewelry designs, including prior designs and the Accused Designs; the alleged meeting with Mr. Berg at the December 2016 NRF retail trade show. |
| Jeannie Crumrine LaShelle<br><br>c/o Perkins Coie LLP | Ms. Crumrine LaShelle is the designer of the oval belt buckle identified in Exhibit A to the Complaint (relating to alleged Copyright VA 1-159-548) and has been employed by M & F Western since 2007.<br><br>Knowledge regarding: the design of the accused buckle and prior buckles incorporating the same or substantially similar design elements; knowledge regarding prior buckle designs, including |

---

[1] "Accused Designs" refers to the alleged infringing designs as set forth in Exhibit A to Plaintiff's Complaint.

- 2 -

| Individual | Subject(s) |
|---|---|
| | designs of the Crumrine Buckle Company. |
| Paul Eddins<br>M & F Western - Chief Financial Officer<br><br>c/o Perkins Coie LLP | Mr. Eddins is the Chief Financial Officer at M & F Western and has been employed by M & F Western since 1993.<br><br>Knowledge regarding sales, profits, and losses relating to the Accused Designs; records of M & F Western; M & F Western's acquisition of the Crumrine Buckle Company and the 3D Belt Company. |
| Steve Dees,<br>General Partner<br>Dees Cattle<br>(979)561-6856<br><br>Formerly of: 3 D Buckle Company. L.P. | Knowledge of cross design purchased from 3-D Buckle Company in December 2018. |
| Joanne Symons<br><br>joanne@hyosilver.com<br><br>Mobile: (830)688-6149<br>Work: (830)796-7961 | Ms. Symons is the ex-wife of the Plaintiff and the owner of Hyo Silver.<br><br>Knowledge regarding: Plaintiff's character; prior buckle and cross designs; buckle and cross designs by Plaintiff; the *Berg v. Symons*, No. Civ. A. 03-2683 (S.D. Tex. 2005), case and admissions made by Plaintiff during the case. |
| Robert Berg | Plaintiff.<br><br>Knowledge regarding: the Asserted Designs[2] and prior designs; admissions in the *Berg v. Symons*, No. Civ. A. 03-2683 (S.D. Tex. 2005), regarding prior designs and his buckle and jewelry designs. |

## II.    RELEVANT DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), M & F Western

identifies the following categories of documents, electronically stored information, and

tangible things in its possession, custody, or control that it may use to support its claims

---

[2] "Asserted Designs" refers to the designs identified in Exhibit A to the Complaint, which Plaintiff claims are protected by copyright (i.e., VA 1-091-617, VA 1-159-548, VA 1-229-288).

- 3 -

and defenses based on information now known by M & F Western. M & F Western reserves the right to identify additional documents and to object to the production of any documents described herein on any basis permitted under the Federal Rules of Civil Procedure, and any other applicable law or privilege.

Copies of non-privileged, non-work product protected documents in the possession, custody, or control of M & F Western will be provided by M & F Western:

1.  Documents relating to development and design of M & F Western's Accused Designs.

2.  Documents relating to prior buckle, cross and jewelry designs, including designs incorporating design elements used in the Asserted Designs.

3.  Documents relating to M & F Western's acquisition of the 3D Belt Company and its designs, including buckle and cross designs.

4.  Documents relating to M & F Western's acquisition of the Crumrine Buckle Company and its designs, including buckle and cross designs.

5.  Documents relating to third-party prior jewelry designs, including buckle and cross designs.

6.  Documents relating to the advertising and promotion of M & F Western's jewelry designs, including the Accused Designs.

7.  Documents relating to the 2016 NRF retail trade show.

8.  Documents relating to communications with Joanne Symons regarding the Plaintiff and buckle and jewelry designs.

9.  Documents relating to sales, profits and losses relating to the Accused Designs.

## III.    COMPUTATION OF DAMAGES

M & F Western denies that Plaintiff is entitled to the damages and relief sought. M & F Western is seeking to recover its attorneys' fees and costs incurred in connection with this litigation to the extent allowable by applicable law. M & F Western also reserves the right to seek additional relief as the Court may deem just.

146901984.4

## IV.   INSURANCE AGREEMENTS

M & F Western is not aware at this time of any insurance agreement, as described in Fed. R. Civ. P. 26(a)(1)(A)(iv), that is relevant to this action.

Dated: January 27, 2020.                    Respectfully submitted,

s/ John R. Hardin
John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

***Attorneys for Defendant M & F Western Products, Inc.***

- 5 -

## Certificate of Service

I hereby certify that on January 27, 2020, I served the foregoing on counsel via email and certified mail, return receipt requested (7015 3010 0000 1629 2542):

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
Attorneys for Plaintiff Robert Berg

_____
Tracy Brandon

146901984.4