# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | Case No. 6:19-cv-418-JDK |
| | § | |
| | § | |
| M&F WESTERN PRODUCTS, INC., | | |
| Defendant. | | |

## DECLARATION OF JEANNE CRUMRINE LASHELLE

I, Jeanne Crumrine LaShelle, declare as follows:

1. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth in this Declaration. I have previously submitted a declaration, dated June 10, 2020 ("June Declaration"), in this matter in support of M&F Western's Motion for Partial Summary Judgment and I incorporate that declaration herein by reference.

2. I submit this Declaration in support of M&F Western's Motion for Partial Summary Judgment regarding Plaintiff's claims of copyright infringement pertaining to Copyright Registration Nos. VA 1-091-617 and VA 1-229-288 ("the Cross Registrations") and for the purpose of authenticating documents of Crumrine Manufacturing Jewelers, Inc. that were provided to M&F Western Products, Inc. during this litigation.

3. As discussed in my June Declaration (¶ 2), I am currently employed by M&F Western Products, Inc. in the position of designer and engraver in Reno, Nevada. I have worked at M&F Western since 2007 in this position. I have been in the Western Jewelry industry ("Industry") and a jewelry designer for more than 50 years.

4.  My father started Crumrine Manufacturing Jewelry, Inc. in 1948 and I started working for his company (and with him) in 1970 with wax carving and designing and then developed into an engraver working on buckles and jewelry design, among other things. My work evolved through the years, and by the mid-1990s, I was overseeing art and design work for Crumrine. This meant that I worked closely with our designers to help create our signature product lines. (June Declaration ¶ 3.)

5.  Over the years, Crumrine has published dozens of catalogs and flyers, each containing many products (sometimes hundreds) in its product lines consisting of various jewelry items (including earrings, rings, a variety of necklace pendants, such as cross designs, and barrettes) to buckles to bolo ties. This is also the case for M&F Western's product lines.

6.  As noted in my June Declaration (¶ 4), starting in 2005, I became the President of Crumrine Manufacturing Jewelers, Inc., where my duties included overseeing all aspects of the business and I also continued as a designer and engraver and oversaw art and design. Subsequently, M&F Western and Crumrine Buckle Co. acquired Crumrine Manufacturing Jewelers, Inc. as well as the copyrights in its designs pursuant to the Asset Purchase Agreement discussed in the June Declaration at ¶ 5 (and **Exhibit A** thereto). At the end of this Declaration at ¶25, I authenticate a number of historic Crumrine documents showing a wide variety and large number of Crumrine designs; M&F Western acquired the rights in all of these designs via the Asset Purchase Agreement.

7.  I have read Plaintiff's Amended Complaint and understand that the Plaintiff accuses three of M&F Western's crosses of infringing his copyright in the Cross Registrations. In particular, I understand that the accused products are as shown below:



8. As discussed below, I was involved in the design of the M&F Western 32110 Cross.

9. I also understand that Plaintiff claims copyright protection for the series of three tapered beads at each of the four points of the crosses as shown below in his cross registrations (the "Cross Registrations") and that he does not accuse the remaining aspects of M&F Western's designs of infringing his copyright:

| Plaintiff's Registration VA 1-091-617 | Plaintiff's Registration VA 1-229-288 |
|---|---|
| | |

10. I also understand that Plaintiff's Copyright Registration for the VA 1-091-617 cross design claims a creation date of 2000 and a publication date of January 31, 2000. I understand that Plaintiff is asserting this registration against M&F Western's 32120 design and DN-121 design (which was acquired from 3-D Buckle Company).

PAGE 3

11. I also understand that Plaintiff's Copyright Registration for the VA 1-229-288 cross design claims a creation date of 2003 and a publication date of June 1, 2003. I understand that the Plaintiff is asserting this registration against M&F Western's 32110 Design. Collectively, the cross designs in the VA 1-091-617 and VA 1-229-288 Registrations are referred to herein as "the Berg Cross Designs".

12. As discussed in my June Declaration (¶ 9), the tapered beads Plaintiff claims in the Berg Cross Designs are very common in the Industry and have been used by many different designers and companies throughout the years dating back for decades, and were widely used well before 2000 when Plaintiff claims he created the earlier of the two Cross Registrations, i.e., the design in the VA 1-091-617 Registration.

13. I have already explained that tapered beads were used as a stock design element when I worked at Crumrine Manufacturing Jewelers. As previously explained, for example, tapered beads were used on the four compass points of the 1995 Crumrine Buckle created under my direction when I worked at Crumrine (June Declaration at ¶ 10 and **Exhibit B** thereto):



14. In addition, as I explained (June Declaration ¶ 11 and **Exhibit C** thereto), the 1995 Crumrine Buckle was not the first of its kind in the industry or even the last version created by Crumrine. In addition to the buckles I identified in my prior declaration that incorporated

tapered beads, Crumrine also made many other buckle and jewelry designs through the years incorporating tapered beads, as did others in the industry.

15. For example, in 1997-1998—two years before the creation and publication dates of the earliest Berg Cross Registration—Crumrine included designs incorporating tapered beads applied to numerous jewelry items (as well as additional buckle designs) in its Crumrine Land of Silver catalog (authenticated at ¶25(f) below). These Crumrine designs also included other design elements that are standard or stock elements and are commonly used in the Industry, such as scrollwork, flowers, multiple colors of metal, and roping ("Industry Standard Design Elements")). I oversaw the creation of these designs in my role at Crumrine. In the table below are examples of items from the 1997-1998 Crumrine Land of Silver catalog (**Exhibit 1F** hereto) incorporating the tapered-beads design element in varying numbers (e.g., three tapered beads, five tapered beads, etc.) on various different items from earrings to buckles to bolo ties. Sometimes the beads are on the outer edge of items (as in the 1995 Crumrine Buckle) and sometimes they are not:

| 1997-1998 Crumrine Land of Silver Catalog Items (Exhibit 1F) | | | |
|---|---|---|---|
| ¶ | Bates No. | Item No. and Description | Item Image |
| (i) | M&F00789 | #ER7386 earrings<br><br>Incorporates tapered beads - series of three along top of earrings and series of five along bottom<br><br>Also incorporates scrollwork and two colors of metal (silver and gold) |  |

**PAGE 5**

| (ii) | M&F000789 | #JW021/ER earrings<br><br>Incorporates a series of three tapered beads along top of the earrings and series of five along bottom<br><br>Also incorporates scrollwork and two colors of metal (silver and gold) |  |
|---|---|---|---|
| (iii) | M&F0000789 | #ER07618<br><br>Incorporates a series of three tapered beads along the bottom of the earrings<br><br>Also incorporates scrollwork, a rope edge design, and two colors of metal (silver and gold) |  |
| (iv) | M&F000790 | #ER06936 earrings<br><br>Incorporates series of three tapered beads on the inner surface of the earrings<br><br>Also incorporates flowers and two colors of metal (silver and gold) |  |
| (vii) | M&F000794 | #07066 buckle<br><br>Incorporates a series of three tapered beads on the E and W compass points of the inside gold ring element and a series of five tapered beads at the N and S compass points of the buckle face |  |

| | | | |
|---|---|---|---|
| | | Also incorporates scrollwork, two colors of metal (silver and gold) and a rope edge | |
| (viii) | M&F000794 | #07161 buckle<br><br>Incorporates a series of five tapered beads on the inside ring element of the buckle face at the N and S compass points<br><br>Also incorporates flowers in the four corners, scrollwork three colors of metal (silver, gold and black) and a rope edge |  |
| (ix) | M&F000795 | #07060 buckle<br><br>Incorporates a series of five tapered beads on the N and S compass points of the inside gold ring element of the buckle face<br><br>Also incorporates flowers with scrollwork emanating from the flowers in the outer band of the buckle face, additional flowers and scrollwork in the middle of the buckle, three colors of metal (silver, gold and black) and a rope edge |  |
| (xi) | M&F000796 | #07370 buckle<br><br>Incorporates a series of five tapered beads at the N and S compass points of the inside ring element of the buckle face |  |

**PAGE 7**

| | | | |
|---|---|---|---|
| | | Also incorporates flowers with scrollwork emanating from the flowers in the outer band of the buckle face, additional flowers and scrollwork in the middle of the buckle, three colors of metal (silver, gold and black) and a rope edge | |
| (xii) | M&F000796 | #07372 buckle<br><br>Incorporates a series of five tapered beads on N and S compass points of the inside gold ring element of the buckle face<br><br>Also incorporates flowers with scrollwork emanating from the flowers in the outer band of the buckle face, additional flowers and scrollwork in the middle of the buckle, three colors of metal (silver, gold and black) and a rope edge |  |
| (xiii) | M&F000797 | #06609 bolo<br><br>Incorporates a series of five tapered beads at the end of the East and West compass points on the inside gold ring element of the bolo face<br><br>Also incorporates flowers with scrollwork emanating from the flowers in the outer band of the buckle face, additional flowers and scrollwork in the middle of the |  |

**PAGE 8**

| | | buckle, two colors of metal (silver and gold) and a rope edge | |
|---|---|---|---|

16. As one can see in the designs above, when Crumrine created the Crumrine product line included in the 1997-1998 Crumrine Land of Silver catalog, our designers arranged Industry Standard Design Elements differently between products to create many different product designs. These designs are Crumrine's, but many others at the time were also using the Industry Standard Design Elements. Put another way, the designs Crumrine was making from one year to the next were iterations off prior Crumrine designs. Thus, use of tapered beads on our designs in 1997-1998 discussed above, for example, harkened back to earlier tapered bead designs like the 1995 Crumrine Buckle.

17. In addition to the designs discussed above incorporating tapered beads and other Industry Standard Design Elements, Crumrine made a variety of cross designs dating back to at least the 1970s. I located a Trinity Designs by Crumrine catalog that dates back to at least 1980 (authenticated in ¶25(d)and attached as **Exhibit 1D**) where the Crumrine cross designs show a series of three beads placed at the ends of the arms of the cross. While the series of three beads in the designs below are not identical to the tapered beads used, for example, in the 1995 Crumrine Buckle or as in the series of three tapered beads in the Crumrine designs discussed in ¶¶13-15 above, I include these 1980 Trinity Designs to show that the idea of using beads on the arms of a cross within Crumrine dates back at least to these Crumrine designs, long predating Mr. Berg's registrations, and didn't originate with Mr. Berg.

| Trinity Designs by Crumrine 1980 (Exhibit 1D) | | | |
|---|---|---|---|
| ¶ | Bates No. | Item No. and Description | Item Image |
| (i) | M&F000762 | J-37 - necklace pendants |  |
| (ii) | M&F000768 | J-37E - earrings and necklace pendants |  |
| (iii) | M&F000768 | J-37E - tie tacks |  |

18. In addition to the crosses above, Crumrine designed and sold many other crosses throughout the years that included other Industry Standard Design Elements. For example, the Crumrine 1994 Fall Collection catalog (authenticated at ¶25(e) and attached as **Exhibit 1E**) depicts a variety of different Crumrine cross designs incorporating Industry Standard Design Elements, including scrollwork, black enamel background, flowers, and multi-colored metals (i.e., silver and black combined in one piece and laid on top of each other).

| Crumrine 1994 Fall Collection Catalog (Exhibit 1E) | | | |
|---|---|---|---|
| ¶ | Bates No. | Item No. and Description | Item Image |
| (i) | M&F000778 | #04868 Scroll Cross pendant<br><br>Incorporates scrollwork |  |

**PAGE 10**

| (ii) | M&F000778 | #04871 Southwest Cross w/ Black Enamel pendant<br><br>Incorporates scrollwork and black enamel background |  |
|------|-----------|----------------------------------------------------------------------------------------------------------|----------------------|
| (iii) | M&F000778 | #04869 Scroll Cross w/ Circle pendant<br><br>Incorporates scrollwork |  |
| (iv) | M&F000778 | #04873 Southwest Cross w/ Circle and Black Enamel pendant<br><br>Incorporates central flower with scrollwork emanating from the flower and black enamel background |  |
| (v) | M&F000778 | #04870 Scroll Cross with Square pendant<br><br>Incorporates scrollwork |  |

**PAGE 11**

| (vi) | M&F000778 | #04872 Southwest Cross w/ Square and Black enamel pendant<br><br>Incorporates black enamel background | |
|------|-----------|---------------------------------------------------------------------------------------------------------|--|

19. Crumrine also continued to use the tapered-beads design element through the years in various iterations of the Crumrine jewelry and buckles. For example, in January 2000, Crumrine introduced a new line called "Lightning Ridge" at the Denver market featuring solid silver products which incorporated tapered beads, *see* **Exhibit 1H** which is a flyer announcing the new line and included designs with beads, such as earrings (e.g., Item #09135  and #19137 ). In order to be included in the product line in January 2000, the products in the flyer were all created before that time, meaning before the creation and publication dates in the earliest Berg Cross Registration. Crumrine continued the line in 2001, and the items in the table below (and authenticated in ¶25(i), attached as **Exhibit 1I**) incorporate tapered beads and were included in the Crumrine 2001 Lightning Ridge catalog. These items were created under my direction and drew inspiration from our earlier products, such as the 1995 Crumrine Buckle, which incorporates tapered beads:

| Crumrine 2001 Lightning Ridge Catalog (Exhibit 1I) | | | |
|-----|-----------|-----------------------------|------------|
| ¶ | Bates No. | Item No. and Description | Item Image |

| | | | |
|---|---|---|---|
| (i) | M&F001259 | #09771 - earrings<br><br>Incorporates a series of seven tapered beads<br><br>Also incorporates roping |  |
| (ii) | M&F001261 | #10180 - earrings<br><br>Incorporates a series of three tapered beads |  |
| (iii) | M&F001261 | #10134 - earrings<br><br>Incorporates a series of three tapered beads |  |
| (iv) | M&F001263 | #10189 - necklace pendant<br><br>Incorporates a series of three tapered beads |  |
| (v) | M&F001263 | #10130 - necklace pendant<br><br>Incorporates a series of three tapered beads |  |

**PAGE 13**

| (vi) | M&F001263 | #10131 - necklace pendant<br><br>Incorporates a series of two tapered beads and roping | <br>#10131   $46.00 |
| (vii) | M&F001263 | #10219 - necklace pendant<br><br>Incorporates a series of five tapered beads along each arm | <br>#10219   $80.00 |
| (viii) | M&F001266 | #09813 - necklace pendant<br><br>Incorporates series of seven tapered beads along the N and S compass points and a series of five tapered beads along the E and W compass points | <br>#09813   $32.00 |
| (ix) | M&F001266 | #09814 - bracelet<br><br>Incorporates a series of five tapered beads at the four compass points | <br>#09814   $30.00 |

20. The Crumrine designs discussed above at ¶¶ 13-19 were created under my direction when I was employed at Crumrine. Since I joined M&F Western in 2007, we have continued to include Industry Standard Design Elements in our jewelry and buckle designs, including tapered beads, flowers, scrollwork, multiple colors of metal, and roping. The M&F Western

**PAGE 14**

products accused of infringement in this case are examples of products that draw on these earlier Crumrine designs.

21. As discussed above, I understand that Mr. Berg accuses the 32110 Cross of infringing his Copyright Registration VA 1-229-288:

| VA-1-229-288 | M&F Western 32110 Cross |
|---|---|
|  |  |

22. With regard to the M&F Western 32110 Cross, that design was made by Cary Kraft, who provided me with the graphics he created for the design. Based on these graphics, I engraved the copper mold used in the production of the 32110 Cross. Attached hereto as **Exhibit 2** is a true and correct copy of the graphics I received from Cary and used to engrave the copper mold (labeled M&F000111-000112; M&F000019 is a true and correct copy of a print out of Cary's design showing the date stamp of July 1, 2015, 5:34:44 p.m.). Attached hereto as **Exhibit 3** is a true and correct copy of a color photograph of the copper mold that I engraved (labeled M&F001244; a true and correct copy of a black and white photograph of the same copper mold labeled M&F000110 is attached as **Exhibit 4**). This type of engraving work is skilled work that I have learned in my many years in the industry. I estimate that it took me approximately 10 hours to engrave this copper mold.

**PAGE 15**

23. I was not aware of the Berg Cross Registrations at the time I engraved the mold for the 32110 Cross. I only learned of the Cross Registrations after this lawsuit was filed. I did not copy Mr. Berg's designs.

24. I was not directly involved in the design or creation of the 32120 Cross. I understand that design was also created by Mr. Kraft. Based on my experience in the industry, the 32120 Cross also incorporates Industry standard design elements seen in many Crumrine and M&F Western pieces throughout the years, including tapered beads, a flower, scrollwork, a black background and more than one color of metal.

25. In response to a request from Paul Eddins of M&F Western, I searched for historic Crumrine business records, including historic catalogs and photographs, showing Crumrine designs incorporating tapered-beads and other commonly used design elements in the Industry. In particular, I am personally familiar with the designs depicted in the documents discussed below and, if called to testify, can and will attest that these are authentic Crumrine designs that were offered for sale to the general public. The documents are as follows:

a) **<u>Exhibit 1A:</u>** M&F000400-411 is a true and correct copy of the 1995 Crumrine fall catalog showing the 1995 Crumrine Buckle identified in my prior declaration. I was an employee of Crumrine Manufacturing Jewelers in 1995 when the Crumrine fall catalog was published and I am familiar with the catalog. The first page of this catalog was also labeled as M&F000003, which was previously authenticated in my June Declaration (¶10).

b) **<u>Exhibit 1B</u>**: M&F00631 is a true and correct copy of a page from the Crumrine 2002 catalog identified below depicting the "Patriot Series" buckle deigns, including product

#10277 incorporating tapered-beads along the four compass points of the buckle. This document was also labeled as M&F000654.

c) **Exhibit 1C**: M&F00633-695 is a true and correct copy of the Crumrine 2002 Retail Catalog, which was provided to prospective customers through the mail on a CD in the of that year. The catalog depicts a wide variety of different Crumrine designs for all types of jewelry (e.g., earrings, necklaces, bracelets) to buckles to bolo ties. I am personally familiar with this catalog as I was an employee of Crumrine when the catalog was published and am familiar with the designs and oversaw the creation of our product line included in the catalog.

d) **Exhibit 1D:** M&F00761-769 is a true and correct copy of a Trinity Designs by Crumrine Catalog from 1980 or earlier. I am not sure of the exact date this catalog was published, but I am certain it was at least as early as 1980 because the final page of the catalog has a California address and Crumrine moved to Reno in 1980. Crumrine's Trinity Designs line related to jewelry designs with Christian themes, including cross designs. This catalog was provided to prospective customers through the mail. I am personally familiar with this catalog as I was an employee of Crumrine when the catalog was published.

e) **Exhibit 1E**: M&F00778-785 is a true and correct copy of the Crumrine 1994 Fall Collection Catalog, which was sent to prospective customers via the mail, and depicts a wide variety of different Crumrine designs for various jewelry items, including cross pendants, earrings and buckle designs. These designs incorporate use of various Industry Standard Design Elements. I am personally familiar with this catalog as I was

**PAGE 17**

an employee of Crumrine when the catalog was published and thus am familiar with the designs and oversaw the creation of our product line included in the catalog.

f) **Exhibit 1F**: M&F00787-800 is a true and correct copy of pages excerpted from the 1997-1998 Crumrine Land of Silver catalog, which is another Crumrine catalog depicting Crumrine designs. I oversaw the creation of these designs in my role at Crumrine and am personally familiar with this Crumrine Land of Silver catalog as I was an employee of Crumrine Manufacturing Jewelers in 1997 when this catalog was published.

g) **Exhibit 1G**: M&F001245-1255 is a true and correct copy of the Retail Price List Effective August 1, 1998 for the Land of Silver catalog described above in ¶¶15-16, and ¶25(f). I am personally familiar with this price list as I was an employee of Crumrine Manufacturing Jewelers in 1998 when this price list was published. A true and correct copy of the first two pages of this price list were previously labeled as M&F000800-802.

h) **Exhibit 1H**: M&F001257 is a true and correct copy of the Crumrine 2000 Lightning Ridge flyer. I am personally familiar with this flyer as I was an employee of Crumrine Manufacturing Jewelers when this flyer was published.

i) **Exhibit 1I**: M&F001259-1266 is a true and correct copy of the Crumrine 2001 Lightning Ridge catalog. I am personally familiar with this catalog as I was an employee of Crumrine Manufacturing Jewelers when this catalog was published.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Signed on this __18__ day of August 2020, at Reno, Nevada.

**PAGE 18**

By: _Jeanne Crumrine LaShelle_

Jeanne Crumrine LaShelle

# EXHIBIT 1A



SPECIAL EDITION
Cat# 06300
O2/39
All American Pro
Rodeo w/ Split Bead,
Black Enamel
(colored)
$133.00



**Cat# 05865**
O7/39
*Interlaced Scroll*
$40.00

**Cat# 06299**
O2/39
*Gun Scroll Floral*
$66.00
*(also available w/ Black Enamel)* Cat # 06272 *$70.00*

**Cat# 06203**
O3/39
*Gun Scroll
w/ Black Enamel*
$59.00

**Cat# 06202**
O3/39
*Gun Scroll*
$55.00

**Cat# 05904**
O7/94
*Longhorn
(colored)*
$46.00

**Cat# 05769**
*Base* G1649/*Figure* 600
O3/49
*Eagle Head w/ Black, Blue
and Red Enamel*
$88.00

*Ask your Crumrine Sales Representative
to see these new product samples*

2

M&F000401



Cat# 06201
O3/39
*Tejano*
*$55.00*

Cat# 05778
O3/49
*Mexican Seal and Flag*
*(colored)*
*$74.00*

Cat# 06273
*Base* G1839/*Figure* 1000
*O3/39 Southwest Offset, Eagleman w/ Red and Green*
*Enamel $76.00*

Cat# 06274
*Base* G1839/*Figure* 1001 O3/39
*Southwest Offset, Leopardman w/ Red and Green*
*Enamel $76.00*

Cat# 06234
*Base* G1949 O3/49
*Curly Scroll w/ Letter "J" $70.00*

Cat# 06233
*Base* G1939 O3/39
*Curly Scroll w/ Letter "J" $70.00*

M&F000402



**Cat# 06189**
**Base I0449/Figure 519**
*FFF/49 Horseshoe, Bull Rider*
*w/ Black Enamel, 1 Ruby*
*$154.00*

**Cat# 06055**
*Base I0439/Figure 519*
**FFF/49**
*Horseshoe w/ Bull Rider*
*and 1 Emerald*
*$150.00*

4

M&F000403

Cat# 06231
O3/49
*Saddle Bronc*
$55.00

Cat# 06232
O3/49
*Bull Dogger*
$55.00

Cat# 06194
O7/49
*Saddle Bronc*
$40.00

Cat# 06195
O7/49
*Team Roper*
$40.00

Cat# 06236
O7/49
*Bull Dogger*
$40.00

5

M&F000404



Cat# 06188
Base X0139/Figure 519
OOO/39
Gun Scroll w/ Bull Rider,
Black Enamel
$129.00

Cat# 06087
Base X0149/Figure 519
OOO/49
Gun Scroll w/ Bull Rider
$124.00

*Ask your Crumrine Sales Representative*
*to see these new product samples*

6

M&F000405



Cat# 06196
*Base* T1039/*Figure* 510
O/39
*Gun Scroll w/ Bull Rider,*
*Black Enamel*
$105.00

Cat# 06086
*Base* T1049/*Figure* 519
O/49
*Gun Scroll w/ Bull Rider*
$101.00

Cat# 06128
*Base* D0539/*Figure* 510
SE120/49
*Notched w/ Bareback*
$156.00

*Place an order with a Customer Service Representative*
*by calling* **(800) 444-3575**

7

M&F000406



Cat# 06291
CH/39
*Filigree Floral Choker w/
Three Hematite Stones*
*$35.00*

Cat# 06302
ER/39
*Filigree Floral
w/ Hematite Stone
$25.50*

Cat# 06301
CH/45
*Filigree Scroll Choker
w/ Onyx and Stone Bezel
$60.00*

Cat# 06306
CH/39 *Filigree
Scroll Choker w/ Onyx and
Stone Bezel $60.00*

Cat# 06304
BA/45
*Filigree Scroll Barrette w/ Onyx and Stone Bezel
$36.00*

Cat# 06264
ER/45
*Double Floral
$25.50*

Cat# 06305
BA/39
*Filigree Scroll Barrette w/ Onyx and Stone Bezel
$36.00*

Cat# 06262
ER/45
*Paisley Scroll
$25.50*

8

M&F000407

Cat# 06292
CH/49
Scroll Heart Choker
$48.00

Cat# 06255
CH/45
Six Heart Choker
$48.00

Cat# 06303
ER/45
Single Heart Floral
$25.50

Cat# 06295
ER/49
Filigree Triple Heart
$25.50

Cat# 06263
ER/45
Single Scroll
$25.50

Cat# 06256
CH/39
Six Heart Choker
$48.00

9

M&F000408



**Cat# 06230**
**FR/39**
*Quarter Horse Head*
*$55.00*

**Cat# 05943**
**Freeform/49**
*Three Wild Horses*
*$55.00*

**Cat# 06297**
**BRA/49**
*Freeform Western Scroll*
*$42.00*

**Cat# 06257**
**BRA/49**
*Six Event Rodeo*
*$36.00*

**Cat# 06271**
**ER/94**
*Feathered Scroll*
*$25.50*

**Cat# 06293**
**BRA/94**
*3/4" Filigree Scroll*
*$34.00*

**Cat# 06298**
**BRA/39**
*Freeform Western Scroll*
*$42.00*

**Cat# 06347**
**WF/45**
*Freeform Southwest*
*Bracelet Watch w/ Black*
*and Blue Enamel*
*$91.00*

**Cat# 06346**
**WF/49**
*Freeform Southwest*
*Bracelet Watch w/ Black*
*and Turquoise Enamel*
*$91.00*

*Ask your Crumrine Sales Representative*
*to see these new product samples*

10



Cat# 06140
RA/45
Southwest Slim-Line
w/ Black and Chambrey Enamel
$114.00

Cat# 06311
WF/49
Freeform Western Scroll
Bracelet Watch
$84.00

Cat# 06308
BRA/49
Freeform Southwest
w/ Black, Turquoise and
Vermillion Enamel
$51.00

Cat# 06294
BRA/94
1/2" Pueblo
w/ Black Enamel
$33.00

Cat# 06310
WF/39
Freeform Western Scroll
Bracelet Watch
$84.00

Cat# 06309
BRA/45
Freeform Southwest
w/ Black, Blue and
Maroon Enamel
$51.00

Cat# 05625
BRA/94
1/2" Pueblo w/ Black
and Turquoise Enamel
$35.00

Place an order with a Customer Service
Representative by calling
(800) 444-3575

11

M&F000410



Cat# 06235
Base G1749/Figure 600
O3/49
Eagle
$70.00

Cat# 06237
DT/49
Southwest Triangle
w/ Onyx and Stone Bezel,
Black Enamel
$51.00

Cat# 06261
Base WM0339/Figure 600
WM/39
Southwest Angle Tear
w/ Eagle, Black Enamel
• Brown Band
$124.00

Cat# 06260
Base WM0339/Figure 600
WM/39
Southwest Angle Tear
w/ Eagle, Black Enamel
• Black Band
$124.00

Cat# 06258
Base TC0149
TI/49
Tie Tack Letter "J"
$32.00

Cat# 06259
Base TC0139
TI/39
Tie Tack Letter "J"
$32.00

Crumrine

145 Catron Drive    Reno, NV. 89512-1093    (702) 786-3712  Phone    (702) 786-8466 Fax

M&F000411

# EXHIBIT 1B



#10281  3"x2-1/4"  $62.00

#10278  4-1/2"x3-1/4"  $101.00

**Patriot Series**

#00245  3-1/2"x2-3/4"  $66.00

#10276  4-1/2"x3-1/2"  $129.00

#10280  3-1/2"x2-3/4"  $66.00

#10277  4-1/2"x3-1/2"  $129.00

#10279  3-1/2"x2-3/4"  $84.00

M&F000631

# EXHIBIT 1C

**2002** Retail Catalog

M&F000633

# Crumrine
## Retail Catalog

## Contents

Jewelry/Accessories

Florals/Scrolls

Heart Buckles

Embossed Themes

Patriot Series

Wildlife Series

Ranger Buckle Sets

Initial Buckles

Bolo Ties

Eagle Buckles

Applied Figures

Non-Changeable Figures

Embossed Rodeo w/ Ribbons

Applied Figures w/ Ribbons

Bronze Figures

Hispanic Products



## Customer Service
### (800) 444-3575

Acrylic product display enhancements are available to maximize visual impact. Just ask a Customer Service Representative for more information.

## Professional Display Solutions



Recommended Loading: 220 - 250 Items
Mix: 50% Buckles / 50% Jewelry and Accessories

Parallax



Recommended Loading: 150 - 180 Items
Mix: 40% Buckles / 60% Jewelry and Accessories

Newton



Recommended Loading: 60 - 80 Items
Mix: 20% Buckles / 80% Jewelry and Accessories

Nebula

Recommended Loading: 45-55 Items
Mix: 100% Jewelry and/or Accessories

Quasar

M&F000634

**Lightning Ridge**

Sterling Silver and Sterling Silver 22K Gold Electroplated Jewelry & Accessories

#00651  $26.00

#00652  $26.00

#10138  $40.00

#07394  $20.00

#09077  $30.00

#10178  $46.00

#09745  $44.00

#10212  $32.00

#09746  $34.00

#09771  $34.00

#09772  $34.00

#10177  $34.00

#09770  $32.00

#10179  $42.00

#10139  $40.00

#09104  $32.00

#09769  $32.00

#09106  $30.00

#09107  $30.00

#09131  $38.00

#09105  $40.00

#10216  $34.00

#09101  $45.00

2002 Crumrine Retail Catalog

Jewelry 1

M&F000635

#09818  $34.00

#09132  $45.00

#09133  $40.00

#09134  $40.00

#09102  $40.00

#09103  $45.00

#10136  $35.00

#10137  $40.00

#09138  $44.00

#09135  $44.00

#09136  $40.00

#09137  $40.00

#10182  $32.00

#10128  $30.00

#10135  $32.00

#09430  $40.00

#09815  $34.00

#10175  $36.00

#09817  $34.00

#09429  $40.00

#10176  $36.00

#09812  $34.00

#09822  $34.00

#10258  $36.00

Jewelry 2          (800) 444-3575 Sales/Service     (800) 642-8466 Fax        www.crumrineonline.com

M&F000636

#10181  $34.00

#10133  $32.00

#10180  $48.00

#10134  $46.00

#10174  $36.00

#09819  $34.00

#09824  $34.00

#09827  $34.00

#10184  $42.00

#09915  $40.00

#10173  $36.00

#09826  $34.00

#10185  $38.00

#09914  $36.00

#10183  $34.00

#09917  $32.00

#10172  $42.00

#09913  $40.00

#09918  $44.00

#09919  $32.00

#10264  $36.00

#10263  $34.00

#10261  $34.00

#10262  $32.00

M&F000637



#10260  $38.00    #10259  $36.00    #10266  $32.00    #10265  $30.00

#10240  $30.00    #10237  $34.00    #10149  $38.00    #10239  $32.00

#10214  $34.00    #10213  $32.00    #10215  $32.00    #10238  $32.00

#10233  $34.00    #10234  $32.00    #10235  $32.00    #10236  $32.00

#10211  $32.00    #10210  $30.00    #10231  $34.00    #10232  $32.00

#10218  $36.00    #10217  $34.00    #10209  $36.00    #10208  $34.00

M&F000638



#10241   $39.00   *3 pair set*

#10252   $50.00

#10253   $48.00

#09816   $36.00

#09820   $32.00

#09821   $32.00

#10186   $52.00

#10140   $50.00

#10244   $50.00

#07395   $24.00

#09040   $40.00

#09041   $50.00

#10190   $48.00

#09921   $46.00

#10187   $40.00

#10129   $38.00

#10189   $48.00

#10130   $46.00

#10188   $48.00

#10131   $46.00

#09920   $44.00

#10191   $54.00

#09916   $52.00

#10219   $80.00

2002 Crumrine Retail Catalog                    Jewelry 5

M&F000639



#09823   $32.00

#10242   $40.00

#10243   $42.00

#10251   $42.00

#10250   $42.00

#10249   $44.00

#10247   $42.00

#10248   $40.00

#10220   $44.00

#10224   $46.00

#10223   60.00

#10222   $62.00

#10246   $42.00

#10245   $42.00

#10192   $36.00

#09825   $34.00

#10221   $52.00

#10254   $70.00

#10255   $68.00

#10257   $70.00

#10256   $68.00

#10268   $70.00

#10267   $68.00

#09529   $180.00

M&F000640



.999 Fine Silver/22K Gold
Electroplated Jewelry
and Accessories

#09530    $180.00

#10271    $20.00    *2 pair set*

#10270    $20.00    *2 pair set*

#10269    $24.00    *3 pair set*

#08098    $38.00

#08097    $38.00

#10125    $24.00

#10123    $20.00

#10124    $20.00

#09362    $20.00

#09361    $20.00

#09370    $24.00

#08057    $47.00

#09359    $24.00

#09360    $24.00

#09371    $30.00

#09584    $35.00

#09585    $35.00

#10122    $30.00

#09768    $34.00

#10121    $41.00

#10132    $40.00

#09804    $32.00

**2002 Crumrine Retail Catalog**    *Jewelry 7*

M&F000641



#09813  $32.00

#10108  $30.00

#09273  $20.00  INCLUDES MATCHING BRACELET

#09274  $20.00  INCLUDES MATCHING BRACELET

#09373  $30.00

#09814  $30.00

#10120  $30.00

#10119  $30.00

#BR021  $55.00  *Small Figure*

#04665  $34.00

#08457  $45.00

#06257  $42.00

#02946  $34.00

#02948  $34.00

#09607  130.00

#09608  $130.00

#09605  $118.00

#09606  $118.00

#09374  $94.00

#09375  $94.00

#09448  $50.00

BLACK BAND  #09357  $50.00

GREEN BAND  #09358  $50.00

#09449  $63.00

2002 Crumrine Retail Catalog     Jewelry 8

M&F000642

**R** #07066
4-3/4"x4"
$88.00

**R** #07180
4-1/8"x3-1/2"
$96.00

#07365
4-3/4"x4"
$88.00

# Western Florals & Scrolls

#07181
4-1/8"x3-1/2"
$88.00

#06581
4-1/4"x3-1/4"
$77.00

**R** #00354
4-1/2"x3-1/4"
$83.00

#00449
4-1/2"x3-1/4"
$81.00

M&F000643

#07361
4-1/4"x3-1/2"
$88.00

**R** #01866
4-1/2"x3-1/2"
$77.00

**R** #01868
4-1/2"x3-1/2"
$77.00

#01874
4-1/2"x3-1/2"
$77.00

**R** #01310
4"x3"
$66.00

**R** #07068
4"x3"
$66.00

#01309
4"x3"
$72.00

**R** #01218  4"x3"  $70.00

**R** #01276  4"x3"  $70.00

**R** #06202  4"x3"  $66.00

**R** #01244  4"x3"  $77.00

**R** #01251  4"x3"  $83.00

**R** #01570  4"x3"  $70.00

Florals 2          (800) 444-3575 Sales/Service    (800) 642-8466 Fax    www.crumrineonline.com

M&F000644

#01751
3-3/4"x2-3/4"
$66.00

#00147
4"x3-1/8"
$72.00

#00329
3-1/2"x2-3/4"
$66.00

R #00146  4"x3-1/8"  $68.00

R #00170  4"x3-1/8"  $68.00

#07067
3-3/8"x2-3/8"
$59.00

#00140  3-1/4"x2-1/2"  $50.00

R #01096
3"x2-1/4"
$54.00

#05865
3"x2-1/4"
$50.00

#00137
3-1/4"x2-1/2"
$50.00

R #00135  3-1/4"x2-1/2"  $50.00

#07369
3"x2-1/4"
$50.00

R #00141  3-1/4"x2-1/2"  $55.00

2002 Crumrine Retail Catalog

Florals 3

M&F000645

# Western Hearts

#00743  4-3/4"x2-3/4"  $83.00

#00722  4-3/4"x2-3/4"  $83.00

#00724  4-3/4"x2-3/4"  $66.00

#00721  4-3/4"x2-3/4"  $66.00

#05577  4-3/4"x2-3/4"  $69.00

#10272  4-3/4"x2-3/4"  $68.00

#00720
3-3/4"x2-7/8"
$63.00

#00717
3-3/4"x2-7/8"
$81.00

#00716
3-1/2"x2-1/2"
$63.00

#00692
3-1/2"x2-1/2"
$41.00

M&F000646

#00696
2-7/8"x2-1/2"
$50.00

#02407
4-1/2"x3-1/2"
$99.00

#00744   2-7/8"x2-1/2"
$50.00

#04879   2-7/8"x2-1/2"
$56.00

#06898
4"x3"
$66.00

#10273
2-7/8"x2-1/2"
$61.00

#07078
4"x3"
$66.00

#01166
3"x2-1/4"
$50.00

#10274
3-3/4"x2-7/8"
$59.00

Hearts 2          (800) 444-3575 Sales/Service     (800) 642-8466 Fax     www.crumrineonline.com

M&F000647

# Embossed Theme Buckles

#02104
4-1/2"x3-1/2"
$77.00

*Bull Rider*

*Team Roper*
#02117    4-1/2"x3-1/2"    $77.00

*Bareback*
#01876    4-1/2"x3-1/2"    $77.00

*Barrel Racer*
#01875    4-1/2"x3-1/2"    $77.00

*Saddle Bronc*
#02206    4-1/2"x3-1/2"    $77.00

*Horse & Jockey*
#02206    4-1/2"x3-1/2"    $77.00

*Five Wild Horses*
#02110    4-1/2"x3-1/2"    $77.00

*Quarter Horse*
#02115    4-1/2"x3-1/2"    $77.00

*Paint Horse*
#05905    4-1/2"x3-1/2"    $77.00

*Appaloosa*
#02103    4-1/2"x3-1/2"    $77.00

*Quarter Horse Head*
#02113    4-1/2"x3-1/2"    $77.00

*Five Wild Horses*
#06997    4"x3"    $66.00

*Quarter Horse*
#01578    4"x3"    $66.00

*Three Horse Heads*
#01562    4"x3"    $66.00

*Paint Horse*
#01574    4"x3"    $66.00

*Appaloosa*
#01563    4"x3"    $66.00

EMBOSSED THEMES ARE NOT CHANGEABLE        2002 Crumrine Retail Catalog        Embossed Themes 1

M&F000648

#01561   4"x3"   $66.00
*Two Horses*

#01576   4"x3"   $66.00
*Quarter Horse Head*

#01580   4"x3"   $66.00
*Team Roper*

#06150   4"x3"   $66.00
*Bull Rider*

#06232   4"x3"   $66.00
*Steer Wrestler*

**EMBOSSED THEMES
ARE NOT CHANGEABLE**

#06231   4"x3"   $66.00
*Saddle Bronc*

#01169   3"x2-3/4"   $50.00
*Quarter Horse*

#01168   4"x3"   $50.00
*Quarter Horse Head*

#01167   4"x3"   $50.00
*Paint Horse*

#01161   4"x3"   $50.00
*Appaloosa*

#01165   4"x3"   $50.00
*Colt*

#01033   2-1/4"-1-3/4"   $37.00
*Colt*

#01163   4"x3"   $50.00
*Bull Rider*

#06195   4"x3"   $50.00
*Team Roper*

#06194   4"x3"   $50.00
*Saddle Bronc*

#01035   2-1/4"x1-3/4"   $37.00
*Quarter Horse Head*

#01162   4"x3"   $50.00
*Barrel Racer*

#06236   4"x3"   $50.00
*Steer Wrestler*

#01172   4"x3"   $50.00
*Paint Horse Head*

#01086   2-1/4"x1-3/4"   $37.00
*Quarter Horse*

Embossed Themes 2        (800) 444-3575 Sales/Service        (800) 642-8466 Fax        www.crumrineonline.com

M&F000649

®  #09435    4-3/4"x3-7/8"    $105.00

®  #09555    4-3/4"x3-7/8"    $105.00

#10295    4-3/4"x3-7/8"    $103.00

®  #08815    4-1/2"x3-3/4"    $94.00

#08773    4-1/2"x3-3/4"    $96.00

®  #08816    4-1/2"x3-3/4"    $94.00

#08669
4-1/2"x3-3/4"
$96.00

®  #08774    4-1/2"x3-3/4"    $96.00

®  #08817
4-1/2"x3-3/4"
$94.00

M&F000650

#10297
4-3/4"x4"
$110.00

Ⓡ #10298    4-3/4"x4"    $110.00

#00575
4-3/4"x4"
$105.00

Ⓡ #10206
4-1/2"x3-1/4"
$101.00

Ⓡ #10204
4-1/2"x3-1/4"
$101.00

#10205
4-1/2"x3-1/4"
$101.00

Ⓡ #00351
4-1/2"x3-1/4"
$81.00

Ⓡ #00491
4-1/2"x3-1/4"
$81.00

Embossed Themes 4      (800) 444-3575 Sales/Service      (800) 642-8466 Fax      www.crumrineonline.com

M&F000651

#09829
4-1/2"x3-1/2"
$107.00

#09830
4-1/2"x3-1/2"
$107.00

#06583
4-1/2"x3-1/2"
$96.00

#09990
4-3/4"x3-7/8"
$97.00

#05943
3-1/2"x2-3/8"   $66.00

#09991
4-3/4"x4-7/8"   $102.00

#06183   3-1/2"x2-3/8"   $70.00

#00145
4"x3-1/8"
$74.00

#00142
3-1/4"x2-1/2"
$50.00

#00143
3-1/4"x2-1/2"
$50.00

M&F000652

#01847   3-3/4"x2-3/4"   $66.00

#10198   4"x3"   $90.00

#06585   4"x3"   $90.00

#01582   4"x3"   $66.00

#05636   4"x3"   $66.00

#10197   4"x3"   $66.00

#01565   4"x3"   $66.00

#01572   4"x3"   $66.00

#05635   4"x3"   $66.00

#05778   4"x3"   $85.00

#01847   4"x3"   $66.00

#01617   4"x3"   $70.00

#06607   4"x3"   $70.00

#01615   4"x3"   $72.00

#00339
3-1/2"x2-3/4"
$66.00

#06230   3-1/2"x2-3/4"   $66.00

#00242   3-1/2"x2/3/4"   $66.00

Embossed Themes 6        (800) 444-3575 Sales/Service        (800) 642-8466 Fax        www.crumrineonline.com

M&F000653



#10278  4-1/2"x3-1/4"
$101.00

#10281  3"x2-1/4"  $62.00

**Patriot Series**



#10276  4-1/2"x3-1/2"
$129.00

#00245  3-1/2"x2-3/4"
$66.00



#10280  3-1/2"x2-3/4"
$66.00



#10279  3-1/2"x2-3/4"  $84.00



#10277  4-1/2"x3-1/2"  $129.00

M&F000654



# The **Wildlife** Series

#00324
$66.00
*Chukar*
3-1/2"x2-3/4"
(Silver/Gold)

#06935  $66.00  *Muskie*
3-1/2" x 2-3/4"  (Silver/Gold)

#90017  $66.00  *Muskie*
3-1/2" x 2-3/4  (Silver/Black)

#06894  $66.00  *Trout*
3-1/2" x 2-3/4"  (Silver/Gold)

#90008  $66.00  *Trout*
3-1/2" x 2-3/4"  (Silver/Black)

#00328  $66.00  *Elk*
3-1/2" x 2-3/4"  (Silver/Gold)

#90013  $66.00  *Elk*
3-1/2" x 2-3/4"  (Silver/Black)

#06895  $66.00  *Quail*
3-1/2" x 2-3/4"  (Silver/Gold)

#90003  $66.00  *Quail*
3-1/2" x 2-3/4"  (Silver/Black)

#00326  $66.00  *Eagle*
3-1/2" x 2-3/4"  (Silver/Gold)

#90010  $66.00  *Eagle*
3-1/2" x 2-3/4"  (Silver/Black)

#00335  $66.00  *Pheasant*
3-1/2" x 2-3/4"  (Silver/Gold)

#90001  $66.00  *Pheasant*
3-1/2" x 2-3/4"  (Silver/Black)

#03055  $66.00  *Pintail*
3-1/2" x 2-3/4"  (Silver/Gold)

#90018  $66.00  *Pintail*
3-1/2" x 2-3/4"  (Silver/Black)

#06895  $66.00  *Big Horn Sheep*
3-1/2" x 2-3/4"  (Silver/Gold)

#90004  $66.00  *Big Horn Sheep*
3-1/2" x 2-3/4"  (Silver/Black)

M&F000655



#90011
$66.00
*Chukar*
3-1/2"x2-3/4"
(Silver/Black)

#00320  $66.00  *Bass*
3-1/2" x 2-3/4"  (Silver/Gold)

#90007  $66.00  *Bass*
3-1/2" x 2-3/4"  (Silver/Black)

#00321  $66.00  *Bear*
3-1/2" x 2-3/4"  (Silver/Gold)

#90014  $66.00  *Bear*
3-1/2" x 2-3/4"  (Silver/Black)

#00334  $66.00  *Mule Deer*
3-1/2" x 2-3/4"  (Silver/Gold)

#90012  $66.00  *Mule Deer*
3-1/2" x 2-3/4"  (Silver/Black)

#00323  $66.00  *Bison*
3-1/2" x 2-3/4"  (Silver/Gold)

#90005  $66.00  *Bison*
3-1/2" x 2-3/4"  (Silver/Black)

#00336  $66.00  *White Tail Deer*
3-1/2" x 2-3/4"  (Silver/Gold)

#90006  $66.00  *White Tail Deer*
3-1/2" x 2-3/4"  (Silver/Black)

#00331  $66.00  *Goose*
3-1/2" x 2-3/4"  (Silver/Gold)

#90002  $66.00  *Goose*
3-1/2" x 2-3/4"  (Silver/Black)

#00325  $66.00  *Mallard*
3-1/2" x 2-3/4"  (Silver/Gold)

#90009  $66.00  *Mallard*
3-1/2" x 2-3/4"  (Silver/Black)

#00337  $66.00  *Turkey*
3-1/2" x 2-3/4"  (Silver/Gold)

#90015  $66.00  *Turkey*
3-1/2" x 2-3/4"  (Silver/Black)

2002 Crumrine Retail Catalog                    Wildlife 2

M&F000656

# Ranger Buckle Sets

*All Items On This Page Require 1¹/₂" Belt*

Base HN151   Medium Figure
4-1/4"x3-1/4"   $176.00

Base HN152   Medium Figure
4-1/4"x3-1/4"   $176.00

Base HN112   Large Figure
4-1/4"x3-1/4"   $166.00

Base HN111   Large Figure
4-1/4"x3-3/4"   $161.00

#09083   4-1/4"x3-1/4"   $146.00

#02680   $118.00

See BRONZE FIGURE Section for
Complete Figure Information

M&F000657

*All Items On This Page Require 1$\frac{1}{2}$" Belt*

#02685   $114.00   **R**

#06915   $118.00   **R**

#06916   $118.00   **R**

#08052
$118.00

#02631   $118.00   **R**

#06917   $118.00   **R**

#02673   $118.00   **R**

#06920   $118.00   **R**

#06918   $118.00   **R**

M&F000658

#07375  $132.00  **R**  *1¹/₂" Belt*

#08162  $132.00  **R**
*1¹/₂" Belt*

#07418
$118.00
*1¹/₂" Belt*

#06913  $118.00  **R**
*1¹/₂" Belt*

#06912  $118.00  **R**  *1¹/₂" Belt*

#06924  $88.00  **R**
*1" Belt*

#06925
$88.00
*1" Belt*

#06926  $88.00  **R**
*1" Belt*

M&F000659



#02738   $80.00   R

#02720   $80.00   R

#02741
$84.00

*All Items On This Page Require ³/₄" Belt*

#02717   $111.00   R

#07417
$80.00

#02718   $80.00   R

#02722   $84.00   R

#02736   $80.00   R

#02748   $80.00   R

#02731   $80.00   R

M&F000660

# Initial Buckles

*You Must Specify The Desired "LETTER"
With Each Product On This Page*

#TH081  4-3/4"x2-1/2"  $87.00

#749
3"x2-1/4"
$48.00

#L0011NI  3"x2-1/4"  $53.00

#139
4-1/4"x3-1/8" $75.00

#G0952BL
4"x3"
$79.00

#349  4"x3"
$64.00

#339
3-3/4"x2-3/4"  $64.00

#G0011NI
4"x3"  $69.00

#G0911BL
4"x3" $88.00
*(includes stones)*

M&F000661

#06609
$48.00

#01073
$48.00

#00102
$48.00

#00103
$49.00

#01070
$48.00

#00858
$44.00

#01069
$48.00

**Bolos**

#00899
$49.00

#02864
$64.00

#00088
$48.00

#00854
$44.00

All bolos include black
leather cord with
Silver plated tips.

*(Eagle Bolos are featured
in Eagles section)*

2002 Crumrine Retail Catalog                    **Bolos 1**

M&F000662

# Genuine Crumrine

# Eagles

*The most popular eagle in the West...*

#00587
6"x4-3/4"
$150.00

#02440
5-1/2"x4"
$123.00

#00130
$57.00

#00129
$49.00
2 $\frac{1}{4}$" x 1 $\frac{3}{4}$"

#00111
$57.00

M&F000663

#07416  4-1/2"x3-1/4"  $102.00

#00474
4-1/2"x3-1/4"
$102.00

#00473
4-1/2"x3-1/4"
$95.00

#08474
4-1/4"x3-1/4"
$98.00

#02240  4-1/4"x3-1/4"  $91.00

#01612  4"x3"  $85.00

#01446
4"x3"
$96.00
(includes stone)

#02157
4-1/2"x3-1/2"
$98.00

Eagles 2          (800) 444-3575 Sales/Service          (800) 642-8466 Fax          www.crumrineonline.com

M&F000664

#08051  3-3/4"x2-3/4"  $81.00

#02795  3-1/2"x2-3/4"  $81.00

#01099  3-1/2"x2-3/4"  $62.00

#01084
$49.00
2 $^{1}/_{4}$" x 1 $^{3}/_{4}$"

#02451
$58.00
(includes stone)

#01010
$45.00

#01008
$57.00

#00872
$56.00
(includes stone)

#00752
$57.00

2002 Crumrine Retail Catalog

Eagles 3

M&F000665

# Applied Figures

Base I0044/UP  **Large/XL Figure**
6"x4-3/4"  $157.00

Base I0011  **Large/XL Figure**
6"x4-3/4"  $150.00

Base I0043/UP  **Large/XL Figure**
6"x4-3/4"  $157.00

Base T0072
**Large/XL Figure**
4-7/8"x4"
$116.00

See BRONZE FIGURE
Section for Complete
Figure Information

Base T0073
**Large/XL Figure**
4-7/8"x4"
$115.00

Base R0013/4R
**Large Figure**
4-3/4"x4-1/4"
$180.00
*(includes stones)*

M&F000666

Base N0211
**Medium Figure**
4-1/2"x3-1/2"
$95.00

Base N0011
**Large/XL Figure**
4-1/2"x4-1/2"
$91.00

Base U0212
**Large/XL Figure**
5-1/2"x4-1/2"
$126.00

**See BRONZE FIGURE
Section for Complete
Figure Information**

Base N0311
**Medium Figure**
4-1/2"x3-1/2"
$120.00

Base Z0011
**Large/XL Figure**
4-3/4"x3-7/8"
$133.00

Base N0312
**Large/XL Figure**
4-1/2"x3-1/2"    $125.00

Base N0081
**XXXX Figure**
4-1/2"x3-1/2"
$98.00

Base N0341
**Medium Figure**
4-1/2"x3-1/2"
$127.00

Applied Figues 2      (800) 444-3575 Sales/Service      (800) 642-8466 Fax      www.crumrineonline.com

M&F000667

See BRONZE FIGURE
Section for Complete
Figure Information

Base D0013
Medium Figure
4-3/4"x3-7/8"
$112.00

Base D0012
Medium Figure
4-3/4"x3-7/8"
$112.00

Base D0011
Medium Figure
4-3/4"x3-7/8"    $112.00

Base H0042
Large Figure
4-1/2"x3-1/4"
$95.00

Base H0011    Large/XL Figure
4-1/2"x3-1/4"    $95.00

Base H0211    Medium Figure
4-1/2"x3-1/4"    $95.00

Base H0041    Large Figure
4-1/2"x3-1/4"    $99.00

Base H0021
Large/XL Figure
4-1/2"x3-1/4"
$95.00

Base H0072
Large Figure
4-1/2"x3-1/4"
$95.00

Base H0111    Medium Figure    4-1/2"x3-1/4"    $95.00

2002 Crumrine Retail Catalog

Applied Figures 3

M&F000668

Base C0012
**Large/XL Figure**
4-1/4"x3-1/4"
$95.00

Base SB011    **Medium Figure**
4-1/2"x3-3/4"    $108.00

Base SB012
**Medium Figure**
4-1/2"x3-3/4"
$114.00

Base C0011    **Large/XL Figure**    4-1/4"x3-1/4"    $91.00

See BRONZE FIGURE
Section for Complete
Figure Information

Base SB013
**Medium Figure**
4-1/2"x3-3/4"
$108.00

Base DB011
**Medium Figure**    4"x3-1/8"    $83.00

Base E0101    **Medium Figure**
3-3/8"x2-3/8"    $77.00

Base E0102    **Medium Figure**
3-3/8"x2-3/8"    $77.00

Base DB012    **Medium Figure**
4"x3-1/8"    $83.00

Applied Figues 4        (800) 444-3575 Sales/Service        (800) 642-8466 Fax        www.crumrineonline.com

Base G0411
Medium Figure
3-3/4"x2-3/4"
$85.00

Base G0511    Medium Figure
3-3/4"x2-3/4"  $89.00

Base G0012
Medium Figure
4"x3"
$84.00

See BRONZE FIGURE
Section for Complete
Figure Information

Base G0072    Medium Figure
4"x3"  $85.00

Base G0011    Medium Figure
4"x3"  $81.00

Base G0312    Medium Figure
4"x3"  $81.00

Base G0311    Medium Figure
4"x3"  $81.00

Base L0011
Medium Figure
3"x2-1/4"
$62.00

Base P0611
Petite Figure
2-1/4"x1-3/4"
$49.00

Base L0611    Small Figure
3"x2-1/4"   $62.00

Base P0011    Small Figure
2-1/4"x1-3/4"  $49.00

M&F000670

# Horseshoe **Buckles**

Base HS011
**Medium Figure**
4"x3"
$81.00

Base HSN012/NA
**Medium Figure**
4"x3"    $156.00
*(includes matching tip and keeper)*

Base HS012    **Medium Figure**
4"x3"    $86.00

Base HHS12
**Medium Figure - Right**
**Medium Figure - Left**
5"x3"    $104.00

Base HHS11
**Medium Figure - Right**
**Medium Figure - Left**
5"x3"    $104.00

See BRONZE FIGURE
Section for Complete
Figure Information

Base HHHS1
**Medium Figure - Right**
**Medium Figure - Center**
**Medium Figure - Left**
6-3/8"x3"
$128.00

Applied Figues 6        (800) 444-3575 Sales/Service        (800) 642-8466 Fax        www.crumrineonline.com

M&F000671

# Non-Changeable
## Applied Figures
### (Available As Shown Only)

#09089
4-3/4"x4"
$144.00

COWBOY TILL DEATH

R2    R3

R #1: 40 CHARACTERS/SPACES AVAILABLE

**R** #09731
4"x3"
$87.00

**R** #06300
4-1/2"x3-1/2"
$144.00

ALL AMERICAN
PRO RODEO

#09086
4-1/2"x3-1/4"
$100.00

**R** #07845
4-1/2"x3-1/2"
$141.00

R#1 30 SPACES AVAILABLE
R#2 30 SPACES AVAILABLE

**R** #09747
4-1/2"x3-1/2"
$91.00

BULL RIDING
PURE ADRENALINE

#09722
4-1/2"x3-1/2"
$91.00

BULL RIDING
PURE ADRENALINE

**R** #09778
4-1/2"x3-1/2"
$93.00

**R** #09781
4-1/2"x3-1/2"
$97.00

TEXAN
PRIDE

M&F000672



#04198
4-1/2"x3-1/2"
$81.00
Team Roper

# Embossed **Rodeo** Motifs

**®** #04661  4-1/2"x3-1/2"  $81.00
Barrel Racer - Male

**®** #04657  4-1/2"x3-1/2"  $81.00
Calf Roper

**®** #04663  4-1/2"x3-1/2"  $81.00
Pole Bender

**®** #04655  4-1/2"x3-1/2"  $81.00
Bareback

**®** #04660  4-1/2"x3-1/2"  $81.00
Steer Wrestler

**®** #04656  4-1/2"x3-1/2"  $81.00
Saddle Bronc

**®** #04658  4-1/2"x3-1/2"  $81.00
Barrel Racer - Female

**®** #04659  4-1/2"x3-1/2"  $81.00
Team Penning

**®** #04664  4-1/2"x3-1/2"  $81.00
Breakaway Roper

**®** #04662  4-1/2"x3-1/2"  $81.00
All Around Champion

**®** #04654  4-1/2"x3-1/2"  $81.00
Bull Rider

EMBOSSED MOTIFS ARE NOT CHANGEABLE    2002 Crumrine Retail Catalog    Embossed Rodeo 1

M&F000673

#02099
4-1/2"x3-1/2"
$77.00
Team Penning

#02086  4-1/2"x3-1/2"  $77.00
Calf Roper

#02093  4-1/2"x3-1/2"  $77.00
Saddle Bronc

#02094  4-1/2"x3-1/2"  $77.00
Team Roper

#02088  4-1/2"x3-1/2"  $77.00
Flag Racer

#02081  4-1/2"x3-1/2"  $77.00
Barrel Racer - Male

#02083  4-1/2"x3-1/2"  $77.00
Steer Wrestler

#02082  4-1/2"x3-1/2"  $77.00
Breakaway Roper

#02089  4-1/2"x3-1/2"  $77.00
Goat Tier

#02096  4-1/2"x3-1/2"  $77.00
Trail Course

#02090  4-1/2"x3-1/2"  $77.00
Pole Bender

EMBOSSED MOTIFS ARE NOT CHANGEABLE

#02004  4-1/2"x3-1/2"  $77.00
Cutting Horse

#02124  4-1/2"x3-1/2"  $77.00
Reining Horse

#02119  4-1/2"x3-1/2"  $77.00
Standing Arab

Embossed Rodeo 2    (800) 444-3575 Sales/Service    (800) 642-8466 Fax    www.crumrineonline.com

M&F000674

#02080
4-1/2"x3-1/2"
$77.00
Barrel Racer - Female

#02079   4-1/2"x3-1/2"   $77.00
Bareback

R#135 CHARACTERS/SPACES AVAILABLE
R#2: 8
R#3: 8
R#4
R#5
R#6 30 CHARACTERS AVAILABLE

#02084   4-1/2"x3-1/2"   $77.00
Bull Rider

#02092   4-1/2"x3-1/2"   $77.00
Race Horse & Jockey

Special Event
#01872   4-1/2"x3-1/2"   $77.00
Special Event

All Around Champion
#02078   4-1/2"x3-1/2"   $77.00
All Around Champion

#02098   4-1/2"x3-1/2"   $77.00
Western Pleasure

#02091   4-1/2"x3-1/2"   $77.00
Queen Crown

#02123
4-1/2"x3-1/2"
$75.00
Standing Quarter Horse

#02985   4-1/2"x3-1/2"   $77.00
Goat Tail Tier

R#1 30 CHARACTERS AVAILABLE
R#2: 15 SPACES
R#3: 30 CHARACTERS AVAILABLE

#02118   4-1/2"x3-1/2"
$77.00
Standing Appaloosa

#02121   4-1/2"x3-1/2"   $77.00
Standing Paint

#03052   4-1/2"x3-1/2"   $77.00
Spotted Horse

Versatility Class
#02125   4-1/2"x3-1/2"   $77.00
Versatility Class

EMBOSSED MOTIFS ARE NOT CHANGEABLE          2002 Crumrine Retail Catalog          Embossed Rodeo 3

M&F000675



#01618
4"x3"
$66.00

EMBOSSED MOTIFS ARE NOT CHANGEABLE

#04880  4"x3"  $66.00
All Around Champion

#03508  4"x3"  $66.00
Barrel Racer - Female

#04882  4"x3"  $66.00
Bareback

#03507  4"x3"  $66.00
Team Roper

#03164  4"x3"  $66.00
Breakaway Roper

#04881  4"x3"  $66.00
Saddle Bronc

#04200  4"x3"  $66.00
Pole Bender

#03509  4"x3"  $66.00
Barrel Racer - Male

#01616  4"x3"  $66.00
Standing Quarter Horse

#00877  1-3/4"x1-1/4"
Breakaway
$31.00

Concho **Belt** Trim
Chicago Screw Back Attachment

#00875  1-3/4"x1-1/4"
Bareback
$31.00

#00885  1-3/4"x1-1/4"
Q-Horse Head
$31.00

#00890  1-3/4"x1-1/4"
Western Pleasure
$31.00

#00880  1-3/4"x1-1/4"
Calf Roper
$31.00

#02993  1-3/4"x1-1/4"
Trail Course
$31.00

#02994  1-3/4"x1-1/4"
Dally Ribbon Roper
$31.00

#00883  1-3/4"x1-1/4"
Goat Tier
$31.00

#00886  1-3/4"x1-1/4"
Saddle Bronc
$31.00

#00888  1-3/4"x1-1/4"
Standing Q-Horse
$31.00

#00879  1-3/4"x1-1/4"
Bull Rider
$31.00

#00881  1-3/4"x1-1/4"
Cutting Horse
$31.00

#00882  1-3/4"x1-1/4"
Flag Racer
$31.00

#00887  1-3/4"x1-1/4"
Team Roper
$31.00

#00876  1-3/4"x1-1/4"
Barrel Racer
$31.00

#00884  1-3/4"x1-1/4"
Pole Bender
$31.00

Embossed Rodeo 4        (800) 444-3575 Sales/Service    (800) 642-8466 Fax        www.crumrineonline.com

M&F000676

# Trophy & Event with
# Engravable Ribbons

R #1: 22 CHARACTERS
R 2: 4
R 3: 4
R #4: 22 CHARACTERS

**Base HN021**
Small Figure
4-1/2"x3-3/8"
$161.00

R #1: 30 CHARACTERS AVAILABLE
R 2: 30
R 3: 30 CHARACTERS AVAILABLE

**R**

**Base DN021**
Medium Figure
4-1/4"x3-7/8"
$167.00

R #1: 25 SPACES AVAILABLE
R #2: 10
R #3: 25 SPACES AVAILABLE

**Base DN021**
Medium Figure
4-1/4"x3-3/4"  $175.00

See BRONZE FIGURE Section for
Complete Figure Information

R #1: 8
R #2
R #3: 10  R #3: 22 CHARACTERS

**Base DN081**  **R**
Medium Figure
4-1/4"x3-7/8"
$175.00

R #2: 9  R #3: 15 SPACES

R #4: 9  R #5: 15 SPACES

R1: 4
R2: 4

R1: 4  R#2: 12 SPACES

**Base RA021**
Petite Figure
$133.00

M&F000677

Base X0121
**Large Figure**
6"x4.75"  $135.00

R#1: 30 SPACES AVAILABLE

R#2: 9    R#3: 9

R#4: 6    R#5: 6

R#6: 55 CHARACTERS/SPACES AVAILABLE

**R** Base X0991
**Large Figure,
Up to 7 Letters**
6"x4.75"  $175.00

**R** Base X0122
**Large Figure**
6"x4.75"  $140.00

**R** Base I0021
**Large/X-Large Figure**
6"x4.75"  $150.00

See BRONZE FIGURE Section for
Complete Figure Information

Base I0032
**Large/X-Large Figure**
6"x4.75"  $165.00
(includes stone)

R#1: 40 CHARACTERS/SPACES AVAILABLE

R#2: 10    R#3: 10

R#4    R#5

R#6: 40 CHARACTERS/SPACES AVAILABLE

**R** Base I0031
**Large/X-Large Figure**
6"x4.75"  $161.00
(includes stone)

R#1: 30 ENGRAVING SPACES

R#2: 10    R#3: 10

R#5: 36 ENGRAVING SPACES AVAILABLE    R#4

Engravable Ribbons 2    (800) 444-3575 Sales/Service    (800) 642-8466 Fax    www.crumrineonline.com

M&F000678

Base JJ021
**Large Figure - Left,**
**Medium Figure - Right**
5-1/4"x4"  $131.00

**R#1. 24 ENGRAVING SPACES**
**R#3.4**
**R #2.5**
**CHAMPION**
**R#4.4**
**R #6. 20 SPACES**
**R #5. 25 ENGRAVING SPACES**

Base J0021  **Large Figure**  5-1/4"x4"  $123.00

Base JJ022  **Large Figure - Left, Medium Figure - Right**
5-1/4"x4"  $131.00

See BRONZE FIGURE Section for
Complete Figure Information

Base T0061
**Medium Figure**
4-7/8"x4"  $112.00

**R#1. 46 ENGRAVING CHARACTERS AVAILABLE**
**R#2. 30 CHARACTERS AVAILABLE**
**R#3.5**
**R#4.5**
**R#5. 35 ENGRAVING SPACES AVAILABLE**

Base T0122  **Large Figure**  4-7/8"x4"  $116.00

Base TT061  **Medium Figure - Top, Small Figure - Bottom**
4-7/8"x4"  $125.00



Base T0121  **Large Figure**  4-7/8"x4"  $112.00



Base T0241
**Large Figure**  4-7/8"x4"  $112.00



Base T0161  **Medium Figure**  4-7/8"x4"  $117.00

2002 Crumrine Retail Catalog    Engravable Ribbons 3

M&F000679

Base T0041
**Large Figure**
4-7/8"x4"  $112.00

R#1 35 CHARACTERS AVAILABLE
R#2: 10
R#3: 35 CHARACTERS AVAILABLE

See BRONZE FIGURE Section for
Complete Figure Information

Base R0061
**Medium Figure**
4-3/4"x4"  $125.00

R#1 18 CHARACTERS
R#2 30 CHARACTERS AVAILABLE
R#3: 7
R6          R7

Base T0081  **Medium Figure**  4-7/8"x4"  $121.00

Base T0021  **Medium Figure**  4-7/8"x4"  $112.00

2001

Base TT081
**Small Figure - Top, Medium Figure - Bottom**
4-7/8"x4"                        $133.00

2001

Base TT181  **2 Medium Figures**  4-7/8"x4"  $133.00



Base R0062  **Medium Figure**  4-3/4"x4-1/4"
$128.00



Base R0021  **Large Figure**  4-3/4"x4"
$125.00

Base R0022  **Large Figure**  4-3/4"x4"
$125.00

Engravable Ribbons 4      (800) 444-3575 Sales/Service      (800) 642-8466 Fax      www.crumrineonline.com

R#1: 40 SPACES

R#2: 15 SPACES

R#3: 36 CHARACTERS/SPACES AVAILABLE

CHAMPION

R#4: 15 SPACES

R#5: 40 SPACES

Base ZZ021  2 Medium Figures  4-3/4"x3-7/8"  $146.00

See BRONZE FIGURE Section for
Complete Figure Information

R#1: 9 SPACES  R#2: 20 CHARACTERS  R#3: 6 SPACES

R#4: 6

R#5: 25 SPACES AVAILABLE

Base Q0033
Medium Figure
4-3/4"x4"
$128.00

R#1: 20 CHARACTERS

R#2: 9 SPACES  R#3: 6 SPACES

R#4: 6

R#5: 25 SPACES AVAILABLE

Base Q0032
Medium Figure
4-3/4"x4"
$123.00

2001

R#1  R#2: 25 CHARACTERS  R#3  R#5: 10  R#4

Base QQ081  2 Small Figures
4-3/4"x4"  $140.00

Base Q0031
Medium Figure
4-3/4"x4"
$128.00

R#1: 20 CHARACTERS

R#2: 9 SPACES  R#3: 9 SPACES

R#4: 6

R#5: 25 SPACES AVAILABLE

R#1: 26 ENGRAVING SPACES

R#2: 14 SPACES

R#3: 14 SPACES

R#4: 26 ENGRAVING SPACES

Base D0041  Medium Figure  4-3/4"x3-7/8"  $110.00

R#1: 40 CHARACTERS/SPACES AVAILABLE

R#2: 8  R#4: 6

R#3: 40 CHARACTERS/SPACES AVAILABLE

Base Q0052
Large Figure
4-3/4"x4"
$131.00

R#1: 40 CHARACTERS/SPACES AVAILABLE

R#3: 40 CHARACTERS/SPACES AVAILABLE

Base Q0051
Large Figure
4-3/4"x4"
$133.00

M&F000681

Base H0056
Medium Figure
4-1/2"x3-1/4"
$103.00

Base H0054
Medium Figure
4-1/2"x3-1/4"
$100.00

Base H0053
Medium Figure   4-1/2"x3-1/4"  $100.00

Base H0052
Medium Figure
4-1/2"x3-1/4"
$100.00

R#1: 5

R#2: 20 CHARACTERS

R#3: 35 CHARACTERS AVAILABLE

Base H0091   Medium Figure   4-1/2"x3-1/4"  $102.00

Base H0051
Medium Figure
4-1/2"x3-1/4"
$100.00

Base H0031
Medium Figure
4-1/2"x3-1/4"
$95.00

Base H0032
Medium Figure
4-1/2"x3-1/4"
$100.00

Base H0021
Medium Figure   4-1/2"x3-1/4"  $95.00

See BRONZE FIGURE Section for
Complete Figure Information

Base N0032
Medium Figure
4-1/2"x3-1/2"
$95.00

Base N0031   Medium Figure   4-1/2"x3-1/2"  $91.00

Base N0151
Medium Figure
4-1/2"x3-1/2"
$91.00

Engravable Ribbons 6      (800) 444-3575 Sales/Service      (800) 642-8466 Fax      www.crumrineonline.com

Base N0352
Medium Figure
4-1/2"x3-1/2"
$116.00

R#1: 25 SPACES AVAILABLE
R#2: 15 SPACES
R#3: 15 SPACES
R#4: 25 SPACES AVAILABLE

See BRONZE FIGURE
Section for Complete
Figure Information

Base N0041  Large Figure
4-1/2"x3-1/2"  $91.00

Base N0661  Medium Figure
4-1/2"x3-1/2"  $91.00

Base N0711
Large Figure
4-1/2"x3-1/2"
$95.00

Base N0021
Large Figure  4-1/2"x3-1/2"  $91.00

Base N0351
Medium Figure
4-1/2"x3-1/2"
$116.00

Base N0061  Medium Figure
4-1/2"x3-1/2"  $91.00

Base N0056
Small Figure  4-1/2"x3-1/2"  $98.00

Base N0052
Small Figure  4-1/2"x3-1/2"  $97.00

Base N0051
Small Figure  4-1/2"x3-1/2"  $95.00

Base N0143
Small Figure  4-1/2"x3-1/2"  $103.00

Base N0142
Small Figure  4-1/2"x3-1/2"  $102.00

Base N0141
Small Figure  4-1/2"x3-1/2"  $100.00

Base BP021
Small Figure
1-1/4"x6-3/4"
$77.00

R#1: 25 SPACES AVAILABLE  R#3: 25 SPACES AVAILABLE
R#2: 25 SPACES AVAILABLE  R#4: 25 SPACES AVAILABLE

M&F000683

Base OBB21
**Medium Figure - Left,
Petite Figure - Right**
4-1/2"x3-1/2"
$133.00

Base OB021
**Medium Figure**
4-1/2"x3-1/2"
$113.00
(includes stones)

See BRONZE FIGURE Section for
Complete Figure Information

Base QB021
**Medium Figure**
4-1/8"x3-1/2"
$113.00
(includes stones)

Base SB021
**Medium Figure**
4-1/2"x3-3/4"
$113.00
(includes stones)

Base SB031
**Small Figure**
4-1/2"x3-3/4"  $113.00
(includes stones)

Base G0021  **Small Figure**  4"x3"  $81.00

Base G0051 **Medium Figure**
4"x3"  $85.00

Base G0052 **Medium Figure**
4"x3"  $85.00

Base G0056 **Medium Figure**
4"x3"  $88.00

Base G0221 **Large Figure**
4"x3"  $81.00

Engravable Ribbons 8          (800) 444-3575 Sales/Service          (800) 642-8466 Fax          www.crumrineonline.com

M&F000684



R#1 40 CHARACTERS/SPACES AVAILABLE
R#26    R#36
R#4 45 CHARACTERS/SPACES AVAILABLE

Base G0153  **Small Figure**  3-3/4"x2-3/4"  $87.00



Base G0152  **Small Figure**
3-3/4"x2-3/4"  $86.00

Base A0021  **Medium Figure**
3-1/2"x2-3/4"  $81.00



R#2: 4    R#1: 15 SPACES    R#3: 4
R#4: 55 CHARACTERS AVAILABLE

Base A0321  **Medium Figure**  3-1/2"x2-3/4"  $81.00

Base A0422  **Medium Figure**
3-1/2"x2-3/4"  $88.00

Base A0421  **Medium Figure**
3-1/2"x2-3/4"  $85.00



R#1 - 22 CHARACTERS
R#2 - 22 CHARACTERS

**See BRONZE FIGURE Section for Complete Figure Information**

Base Y0021       Base BR021
**Medium Figure**   **Small Figure**
3"x2"  $79.00    $55.00

R#1: 20 SPACES
2: 3    3: 3
4: 3    R#2: 20 SPACES    6: 3



Base WF021
**2 Micro Petite Figures**
$117.00

**Product Engraving -**
All of the products featured in the **Embossed Rodeo** section and the **Engravable Ribbons** section can be machine engraved with deep routed engraving (B-Serif). Samples of this engraving style are featured throughout this catalog. Standard engraving colors, which are hand painted, include black, blue, red, turquoise and white. The retail price for deep routed engraving is $40.00 per product.

The ribbons on each engravable product are identified by ribbon number, followed by the maximum number of engraving spaces that will fit on that ribbon. (R#1: 18) Ribbon #1 has room for 18 characters, including *blank spaces, dashes and commas.* Be sure to double check that your message will fit properly in the spaces provided on each ribbon.

**How To Order -** (1) Select the product by its catalog number or base number. (2) Write out the engraving exactly as it should appear on the buckle, starting with ribbon #1. (3) Select the enamel color. (Only one color of enamel can be applied to each product). (4) Fax your completed order to (800) 642-8466, or call the order in to our Customer Service Department. We cannot guarantee the accuracy of the engraving unless it is submitted in writing. Engraving confirmations via fax are available upon request.

Deep routed engraving is part of the manufacturing process. Products that are returned to Crumrine after completion must be scratch engraved and will not match the product's original deep routed engraving. The retail price for scratch engraving is $40.00 per product.

M&F000685

# Bronze Figures

Exact appearance of each figure may vary by size

Figures are listed in alphabetical order, left to right, top to bottom. Available figure size(s) and their cooresponding four-digit figure number are shown next to each picture. Use this four-digit number in conjunction with the desired product's base number when ordering.



| | | |
|---|---|---|
| "2001" *Choose color* Small - 30055 | 2 Horse Heads — Petite - 5416, Small - 5928, Medium - 5415 | 2 Man Team Penning — Large - 5401 | 3 Event Junior Boys — Medium - 6213 |
| "2002" *Choose Color* Small - 30056 | | | |
| 3 Event Junior Girls — Medium - 6214 | 3 Event Senior Boys — Medium - 6212 | 3 Event Senior Girls — Medium - 6211 | 3 Horse Heads — Small - 5444, Large - 5443 |
| 3 Man Team Penning — Medium - 6580, Large - 5400 | 4-H Logo — Small - 5201 | 5 Event — Large - 6216 | All Around Champion — Medium - 5482, Extra Lg. - 5481 |
| All Around Champion (Banner) *Choose color* Petite - 0001, Medium - 0005 | All Around Cowboy — Medium - 5544, Extra Lg. - 5543 | All Around Cowboy (Banner) *Choose color* Petite - 0009, Medium - 0014 | All Around Cowgirl — Medium - 5546, Extra Lg. - 5545 |
| All Around Cowgirl (Banner) *Choose color* Petite - 0020, Medium - 0021 | Amateur Champion (Banner) *Choose color* Petite - 0027, Medium - 0030 | American Cowboy — Medium - 6287 | American Flag (R/W/B/ Epoxy) Small - 6717, Medium - 6698 |
| Anchor Cross — Medium - 6913 | Angel Cowgirl w/ Horse — Small - 6310 | Angora Goat — Small - 5304 | Angus — Medium - 5283, Large - 5282 |
| Announcer — Medium - 5305 | Antelope (Prong Horn) — Extra Lg. - 5467 | Appaloosa — Medium - 6589, Large - 6588 | Appaloosa (Silhouette) Micro Petite - 0107, Small - 0106 |
| Arab Head — Medium - 5408 | Arab Standing — Large - 5409 | Arab (Sihouette) Micro Petite - 0110, Small - 0109, Medium - 0108 | Armadillo — Petite - 5309, Medium - 5308 |
| Aztec Calendar — Small - 6753, Large - 6850, XX Large - 6794 | Baja Racer — Large - 6319 | Bareback — Petite - 5488, Small - 5487, Medium - 5486, Large - 5485 | Barrel Racer — Micro Petite - 5492, Small - 5491, Medium - 5490, Large - 5489 |
| Barrel Racer (Silhouette) Micro Petite - 0113, Small - 0112, Medium - 0111 | Baseball Player — Extra Lg. - 5876 | Bass (Small Mouth) — Medium - 5242 | Bass (Large Mouth) — Medium - 5460 |

M&F000686

Many of Crumrine's figures allow you to select a "fill" color using enamel or epoxy resin. The most popular colors are Black, Blue, Red, Turquoise and White. Custom fill colors may be available as special order.

Figures that require extensive tables to list all available designs will be shown at the end of this section. These include "states", (both U.S. and Mexico), letter styles and seals.

| | | | |
|---|---|---|---|
| **Bear**<br><br>Medium - 5307<br>Large - 5306 | **Best Of Breed**<br>(Banner)<br>*Choose color*<br>Petite - 0035<br>Medium - 0040 | **Best Of Show**<br>(Banner)<br>*Choose color*<br>Petite - 0041<br>Medium - 0045 | **Big Horn Sheep**<br><br>Medium - 5439 |
| **Bison**<br><br>Large - 5311 | **Bobcat**<br><br>Large - 5312 | **Boot**<br><br>Petite - 5236<br>Medium - 5235 | **Boots** (Pair)<br><br>Small - 5852 |
| **Brahma Head**<br><br>Small - 5432<br>Medium - 5431 | **Brahma Standing**<br><br>Small - 5285<br>Large - 5284 | **Breakaway Roper**<br><br>Medium - 5494<br>Large - 5493 | **Bronc Rider**<br>(Prairie)<br><br>Medium - 5890 |
| **Bull Rider**<br><br>Petite - 5500<br>Small - 5499<br>Medium - 5498<br>Large - 5497 | **Bull Rider**<br>(Pro Series)<br>Petite - 6704<br>Small - 6703<br>Medium - 6702<br>Large - 6701<br>Extra Lg. - 6700 | **Bull Rider**<br>(Silhouette)<br><br>Micro Petite - 0116<br>Small - 0115<br>Medium - 0114 | **Bull Rider -**<br>**No Fear**<br>(Silhouette)<br>*Choose color*<br>Medium - 0166 |
| **Cabalgando**<br>(Mexican Pleasure Rider)<br><br>Large - 5949 | **Calf Roper**<br><br>Petite - 5472<br>Small - 5503<br>Medium - 5502<br>Large - 5501 | **Calf Scramble**<br><br>Large - 5316 | **Calf**<br>(Yearling)<br><br>Large - 5315 |
| **Calf** (Veal)<br><br>Medium - 6274 | **Calf Drafter**<br><br>Small - 6562 | **Canadian Goose**<br><br>Medium - 5317 | **Capon** (Left)<br><br>Medium - 5324 |
| **Capon** (Right)<br><br>Medium - 5325 | **Catfish**<br><br>Medium - 5318 | **Champion**<br><br>Medium - 5484<br>Extra Lg. - 5483 | **Champion**<br>(Banner)<br>*Choose color*<br>Petite - 0050<br>Medium - 0055 |
| **Chariot Racer**<br><br>Medium - 6286 | **Charolais Bull**<br><br>Large - 6317 | **Charro Federation**<br>(Black Letters)<br><br>Large - 5951 | **Charro Federation)**<br><br>Large - 6289 |
| **Checkered Flags**<br><br>Micro Petite - 6335 | **Chihuahua**<br>**w/ Shoe**<br><br>Extra Lg. - 5920 | **Chuck Wagon Racer**<br><br>Medium - 6561 | **Class Champion**<br>(Banner)<br>*Choose color*<br>Petite - 0060<br>Medium - 0063 |
| **Clay Pidgeon**<br><br>Medium - 2118 | **Clay Pideon**<br>(Broken)<br><br>Medium - 2119 | **Clown and Barrel**<br><br>Large - 5506 | **Coleada**<br><br>Medium - 5948<br>Extra Lg. - 6244 |

M&F000687

# Bronze Figures

Exact appearance of each figure may vary by size

Figures are listed in alphabetical order, left to right, top to bottom. Available figure size(s) and their cooresponding four-digit figure number are shown next to each picture. Use this four-digit number in conjunction with the desired product's base number when ordering.



| | |
|---|---|
| Country Line Dancers | Medium - 6265 |
| Cowboy Caddie | Medium - 6295 |
| Cowboy Skull and Crossbones | Medium - 6691 |
| Cow, Pig and Lamb | Medium - 6285 |
| Crawdad | Small - 5320 / Medium - 5319 |
| Cross (Scroll) | Large - 6690 |
| Crown (Princess) | Medium - 5841 |
| Crown (Queen) | Small - 5381 / Medium - 5380 |
| Crown (Regal) | Medium - 6283 |
| Cutting Horse | Micro Petite - 6640 / Small - 5509 / Large - 5508 / Extra Lg. - 5507 |
| Cutting Horse (Silhouette) | Petite - 0119 / Small - 0118 |
| Dairy Cow | Medium - 5287 / Extra Lg. - 5286 |
| Dally Ribbon Roper | Small - 5511 / Medium - 5510 |
| Deer Head | Medium - 5302 |
| Donkey | Large - 5327 |
| Drag Boat | Medium - 6593 |
| Dragster (Top Fuel) | Medium - 6320 |
| Eagle | Petite - 5456 / Small - 5455 / Large - 5454 / Extra Lg. - 5453 / XX Large - 5452 |
| Eagle (Descending) | Extra Lg. - 5451 |
| Eagle Head | Petite - 5449 / Medium - 5448 |
| Eagleman | Medium - 6296 |
| El Centenario | Large - 6862 |
| Elk | Large - 5239 |
| English Rider (Silhouette) | Micro Petite - 0122 / Small - 0121 / Medium - 0120 |
| Farrier | Medium - 6337 |
| FFA Logo | Medium - 6674 |
| Fiddle and Bow | Large - 5208 |
| Fighting Stallions | Small - 6636 / Extra Lg. - 5447 |
| Flag Racer (Female) | Small - 5516 / Medium - 5513 / Large - 5512 |
| Flag Racer (Male) | Medium - 5515 / Large - 5514 |
| Funny Car (Top Fuel) | Large - 6321 |
| Gavel | Extra Lg. - 5275 |
| Goat (Billy) | Petite - 6712 / Medium - 5310 |
| Goat (Market) | Medium - 6276 |
| Goat Head (Nubian) | Small - 5440 |
| Goat Tail Tier | Medium - 5517 |
| Goat Tier (Female) | Small - 5520 / Medium - 5519 / Extra Lg. - 5518 |
| Goat Tier (Male) | Medium - 5522 / Extra Lg. - 5521 |
| Golfer (Female) | Medium - 2007 |
| Golfer (Male) | Medium - 2008 |

M&F000688

Many of Crumrine's figures allow you to select a "fill" color using enamel or epoxy resin. The most popular colors are Black, Blue, Red, Turquoise and White. Custom fill colors may be available as special order.

Figures that require extensive tables to list all available designs will be shown at the end of this section. These include "states", (both U.S. and Mexico), letter styles and seals.

| | | | |
|---|---|---|---|
| **Grand Champion (Banner)** *Choose color* Petite - 0065 Medium - 0072 | **Guitar** Extra Lg. - 5240 | **Halter Horse** Medium - 5524 Large - 5523 | **Heifer** Medium - 5289 Large - 5288 |
| **Hereford Head** Medium - 5430 | **Herradura Con montura** Medium - 5950 | **Horseshoe (Open Center)** Large - 5918 | **Horseshoe (Double)** Micro Petite - 5473 |
| **Horseshoe w/ Brahma** Large - 6798 | **Horseshoe w/ Mexican Eagle** Large - 6751 | **Horseshoe w/ Horse Head** Extra Lg. - 5901 | **Horseshoe w/ Quarter Horse Head** Large - 6752 |
| **Horseshoe Double w/ Quarter Horse Head** Large - 6859 | **Howling Wolf** Medium - 5469 | **Hummer (AMG)** Medium - 6326 | **Hunter/Jumper** Medium - 5894 Large - 5893 |
| **Indian Chief (standing)** Medium - 6846 | **Indian Chief Head** Medium - 5211 | **Indian Wind Pony** Extra Lg. - 5433 | **Indy Car** Large - 6316 |
| **Jeep (CJ)** Medium - 6322 | **Jeep (Grand Cherokee)** Medium - 6323 | **Jesus Bust** Medium - 6344 | **Jineteo De Toro** Medium - 5945 Large - 6645 |
| **Jineteo De Yegua** Medium - 5943 | **Knight Head** Small - 5322 Large - 5321 | **Leopardman** Small - 6297 | **Longhorn Head** Small - 6338 Extra Lg. - 5417 |
| **Los Tiranos** Large - 6203 | **Mangana A Caballo** Medium - 5946 Extra Lg. - 6243 | **Mangana A Pie** Medium - 5942 | **Mare & Colt (Heads)** Large - 5446 |
| **Mare & Colt (Running)** Large - 5445 | **Marine Corps Emblem** Small - 5843 Medium - 5842 | **Masonic Blue Lodge** Medium - 5418 | **Masonic 32 Degrees** Large - 5420 |
| **Medical Caduceus** Small - 5837 | **Mexican/ American Flags (Crossed)** Large - 6699 | **Mexican Eagle** Petite - 6826 Small - 5429 Medium - 5428 | **Mexican Eagle (GWR)** Small - 6621 Medium - 6620 |

M&F000689

# Bronze Figures

Exact appearance of each figure may vary by size

Figures are listed in alphabetical order, left to right, top to bottom. Available figure size(s) and their cooresponding four-digit figure number are shown next to each picture. Use this four-digit number in conjunction with the desired product's base number when ordering.

| Figure | Figure | Figure | Figure |
|---|---|---|---|
| Mexican Eagle (Descending)<br><br>Medium - 6298 | Mexican Flag (GWR)<br>Petite - 6570<br>Small (right) - 6848<br>Small (Left) - 6849<br>Medium - 6569<br>Large - 6680<br>Extra Lg. - 6764 | Mexican Flag w/ Mexico (GWR)<br><br>Large - 6843 | Mexico (Nugget)<br><br>Large - 5234 |
| Miniature Horse<br><br>Medium - 6695 | Monster Truck 4x4x4 (Ford)<br><br>Medium - 6324 | Monster Truck 4x4x4 (GMC)<br><br>Medium - 6327 | Moose<br><br>Large - 5264 |
| Morgan Horse Head<br><br>Medium - 5263 | Motorcycle (Touring)<br><br>Medium - 5832 | Mountain Goat<br><br>Medium - 5265 | Mule<br><br>Medium - 5313 |
| Mule Head<br><br>Large - 5899 | Mutton Buster<br><br>Medium - 5863 | Navy Wings<br><br>Extra Lg. - 5276 | No Fear (Banner)<br>*Choose color*<br>Petite - 0174<br>Medium- 0170 |
| Oil Derrick<br><br>Small - 5267<br>Large - 5266 | Oil Derricks (3)<br><br>Large - 5434 | Ostrich<br><br>Medium - 6272 | Pack Mule and Rider<br><br>Large - 6275 |
| Paint Horse<br><br>Medium - 6591<br>Large - 6590 | Paint Horse (Silhouette)<br><br>Micro Petite - 0125<br>Small - 0124 | Paso De La Muerte<br><br>Medium - 5944<br>Extra Lg. - 6242 | Parrot<br><br>Petite - 6711<br>Small - 6654 |
| Pelea De Gallos<br><br>Small - 6795<br>Medium - 5952<br>Large - 5953<br>Extra Lg. - 6224 | Pig<br><br>Small - 5297<br>Large - 5296 | Pig Head<br><br>Small - 6232 | Poo-Wai-U<br><br>Medium - 6860 |
| Polled Hereford<br><br>Medium - 5291<br>Large - 5290 | Pole Bender<br><br>medium - 5526<br>Large - 5525 | Polo Player<br><br>Large - 5268 | Pony Express<br><br>Large - 5477 |
| Pump Jack<br><br>Medium - 5478 | Quarter Horse Head (Left)<br><br>Petite - 5414<br>Medium - 5413<br>Large - 5412 | Quarter Horse Head (Right)<br><br>Petite - 6725<br>Medium - 6273<br>Large - 6270 | Quarter Horse Head (Silhouette)<br><br>Micro Petite - 0128<br>Small - 0127<br>Medium - 0126 |
| Quarter Horse Head w/ Horseshoe<br><br>Medium - 6205 | Quarter Horse<br><br>Medium - 5411<br>Large - 5410 | Quarter Horse (Silhouette)<br><br>Micro Petite - 0131<br>Small - 0130 | Rabbit<br><br>Medium - 5269 |

M&F000690

Many of Crumrine's figures allow you to select a "fill" color using enamel or epoxy resin. The most popular colors are Black, Blue, Red, Turquoise and White. Custom fill colors may be available as special order.

Figures that require extensive tables to list all available designs will be shown at the end of this section. These include "states", (both U.S. and Mexico), letter styles and seals.

| | | | |
|---|---|---|---|
| **Race Horse and Jockey**<br>Small - 6694<br>Large - 5382 | **Ram Head**<br>Extra Lg. - 5471 | **Rattlesnake**<br>Medium - 5270 | **Razorback Pig**<br>Medium - 5271 |
| **Ranch Rodeo**<br>Medium - 5252 | **Rebel Flag**<br>Medium - 6915 | **Reining Horse**<br>Micro Petite - 6641<br>Medium - 5384<br>Large - 5383 | **Reining Horse (Silhouette)**<br>Micro Petite - 0134<br>Small - 0133<br>Medium - 0132 |
| **Reserve Champion (Banner)**<br>*Choose color*<br>Petite - 0075<br>Medium - 0077 | **Reserve Grand Champion (Banner)**<br>*Choose color*<br>Petite - 0197<br>Medium - 0193 | **Reserve World Champion (Banner)**<br>*Choose color*<br>Petite - 0084<br>Medium - 0085 | **Ribbon Roper**<br>Extra Lg. - 5385 |
| **Road Runner**<br>Medium - 5898 | **Rooster (Left)**<br>Petite - 6713<br>Medium - 6676<br>**(Right)**<br>Medium - 6677 | **Rooster (Grande)**<br>Large - 6912 | **Running Horse**<br>Extra Lg. - 5421 |
| **Running Horse (Silhouette)**<br>Micro Petite - 0137<br>Small - 0136<br>Medium - 0135 | **Saddle Bronc**<br>Micro Petite - 6643<br>Petite - 5395<br>Small - 5394<br>Medium - 5393<br>Large - 5392 | **Saddle Bronc (Silhouette)**<br>Micro Petite - 0140<br>Small - 0139<br>Medium - 0138 | **Saddle (Left, Mexican)**<br>Medium - 6747<br>**Saddle (Right, Mexican)**<br>Medium - 5278 |
| **Santa Gertrudis**<br>Large - 5292 | **Scorpion**<br>Micro Petite - 6693<br>Medium - 5272 | **Scorpion (Grande)**<br>Extra Lg. - 6742 | **Sheep**<br>Medium - 5542 |
| **Sheep (Chevoit Ewe)**<br>Medium - 6587 | **Sheep (Cheviot)**<br>Medium - 5422 | **Sheep Head**<br>Petite - 5847 | **Show Lamb**<br>Small - 6248<br>Medium - 5470 |
| **Show Steer**<br>Petite - 6560<br>Small - 6260<br>Large - 5295 | **Shriner**<br>Large - 5480 | **Schriner w/ Star**<br>Medium - 5479 | **Skull w/ 3 Feathers**<br>Large- 5424 |
| **Skull w/ Cowboy Hat**<br>Medium - 6761 | **Snaffle Bit (D-Ring)**<br>Medium - 5895 | **Snaffle Bit (O-Ring)**<br>Medium - 5896 | **Soccer Ball (GWR)**<br>Small - 6707<br>Medium - 6706 |
| **Sprint Car**<br>Medium - 6318 | **Sprint Car w/ Wing**<br>Medium - 6336 | **Square Dancers**<br>Medium- 5459 | **Star w/ Ribbon**<br>Large - 0155<br>*15 character spaces available around circle* |

M&F000691

# Bronze Figures

_Exact appearance of each figure may vary by size_

Figures are listed in alphabetical order, left to right, top to bottom. Available figure size(s) and their cooresponding four-digit figure number are shown next to each picture. Use this four-digit number in conjunction with the desired product's base number when ordering.



| Steer | Steer Dobber | | Steer Rider | | Steer Undecorator | |
|---|---|---|---|---|---|---|
| Medium - 5294 Large - 5293 | Large - 5388 | | Medium - 5390 Large - 5389 | | Small - 5387 Large - 5386 | |

| Steer Wrestler | Stock Car | | Team Roper | | Team Sorter | |
|---|---|---|---|---|---|---|
| Petite - 6299 Small - 5496 Large - 5495 | Medium - 6315 | | Petite - 5399 Small - 6329 Medium - 5398 Large - 5397 Extra Lg. - 5396 | | Large - 6237 | |

| Tennessee Walker | Tennessee Walker (Silhouette) | | Texas (RWB) | | Texas Star | |
|---|---|---|---|---|---|---|
| Large - 5937 | Micro Petite - 0143 Small - 0142 Medium - 0141 | | Medium - 6741 | | Large - 6566 | |

| Trail Course | Trail Rider | | Trail's End | | Trap Shooter (Female) | |
|---|---|---|---|---|---|---|
| Small - 5403 Large - 5402 | Medium - 5404 | | Micro Petite - 6637 Large - 5427 | | Medium - 6269 | |

| Trap Shooter (Male) | Trout | | Truck (18 Wheeler) | | Truck (4x4) | |
|---|---|---|---|---|---|---|
| Medium - 6223 | Medium- 5423 | | Large - 5905 | | Medium - 6328 | |

| Veterinary Caduceus | Virgin Mary | | Virgin Mary (GWR) | | Western Pleasure | |
|---|---|---|---|---|---|---|
| Large - 5836 | Medium - 6343 | | Medium - 6740 | | Micro Petite - 6642 Petite - 6207 Small - 5407 Medium - 5406 Large - 5405 | |

| Western Pleasure (Silhouette) | Wild Cow Milking | | Wild Horse Head | | Wild Horse Race | |
|---|---|---|---|---|---|---|
| Micro Petite - 0146 Small - 0145 Medium - 0144 | Medium - 6254 | | Petite - 6825 Small - 5834 | | Medium - 6284 | |

| Wild Turkey | Windmill | | World Champion (Banner) | | Wrestlers | |
|---|---|---|---|---|---|---|
| Large - 3588 | Large - 5927 | | _Choose color_ Petite - 0090 Medium- 0094 | | Large - 5274 | |

| Youth Champion (Banner) | | | | | Nugget Letter | |
|---|---|---|---|---|---|---|
| _Choose color_ Petite - 0100 Medium- 0104 | | | | | _Available Sizes_ 1$\frac{1}{4}$" 1$\frac{1}{8}$" | |

# Bronze Figure Tables

| Old West Letter | Old West Condensed Letter | | Machine-Etched Letter | | "Fancy" Letter | |
|---|---|---|---|---|---|---|
| _Available Sizes_ 1" 7$\frac{1}{8}$" 5$\frac{1}{8}$ 1$\frac{1}{2}$" 1$\frac{1}{4}$ | _Available Sizes_ 1$\frac{1}{4}$" 1" 7$\frac{1}{8}$ 5$\frac{1}{8}$" 1$\frac{1}{2}$" | | _Available Sizes_ 1" 3$\frac{1}{4}$" 1$\frac{1}{4}$" | | _Available Sizes_ 1" | |

M&F000692

Many of Crumrine's figures allow you to select a "fill" color using enamel or epoxy resin. The most popular colors are Black, Blue, Red, Turquoise and White. Custom fill colors may be available as special order.

Figures that require extensive tables to list all available designs will be shown at the end of this section. These include "states", (both U.S. and Mexico), letter styles and seals.

## State Seals



(All State Seals are *Medium* size)

Illinois Shown
Medium - 6607

### Seals Available

Seal of Arizona - 6602
Seal of California - 6603
Seal of Colorado - 6604
Seal of Florida - 6605
Seal of Georgia - 6606
Seal of Louisiana - 6608
Seal of Montana - 6610
Seal of Nevada - 6612
Seal of New Mexico - 6611
Seal of Oklahoma - 6613
Seal of Oregon - 6614
Seal of Texas - 6615
Seal of Washington - 6617
Seal of Wyoming - 6618
Seal of the United - 6616
States of America
Seal of Mexico - 6609

## Nugget States



Texas Shown

Petite - 5230
Small - 5229
Medium - 6607

### Nugget States Available

Alabama (Medium) - 5212
Arizona (Medium) - 5213
Arkansas (Medium) - 5214
California (Medium) - 5215
Florida (Petite) - 5217
Florida (Petite) - 5216
Louisiana (Micro Petite) - 5220
Louisiana (Petite) - 5219
Louisiana (Medium) - 5218
Michigan (Medium) - 5233
Mississippi (Medium) - 5221
Montana (Large) - 5222
Nevada (Micro Petite) - 5224
Nevada (Medium) - 5223
Oklahoma (Micro Petite) - 5226
Oklahoma (Medium) - 5225
Oregon (Large) - 5227
Utah (Medium) - 5231
Virginia (Medium) - 5232



## Armed Forces Seals



Marine Corps Shown

Large - 6582

### Seals Available

Air Force (Medium) - 6599
Army (Large) - 6581
Dept. of the Navy (Medium) - 6601
Navy (Large) - 6600

## Old West States



Nevada Shown

Large - 5537

### Old West States Available

California (Large) - 5532
Colorado (Large) - 5533
Kansas (Large) - 5534
Missouri (Large) - 5535
Nebraska (Extra Large) - 5536
New Mexico (Large) - 5539
Oklahoma (large) - 6206
Tennessee (Large) - 5540
Texas (Large) - 5541
Wyoming (Large) - 5300

## Old West Mexican States



Jalisco Shown

Medium - 5529

### Old West Mexican States Available

Baja (Medium) - 6793
Chihuahua (Medium) - 5530
Chiapas (Medium) - 6917
Coahuila (Large) - 6255
Durango (Large) - 5298
Guanajuato (Large) - 6259
Mexico (Large) - 5301
Michoacan (Large) - 5531
Nayarit (Small) - 6714
Nayarit (Large) - 6797
Nuevo Leon (Large) - 6256
Oaxaca (Large) - 6918
San Luis Potosi (Medium) - 6282
Sinaloa (Large) - 5527
Sonora (Large) - 5299
Tamaulipas (Large) - 6257
Zacatecas (Medium) - 5528

## Old West Mexican States w/ Green, White & Red Epoxy



Michoacan Shown
Large - 6738

### Old West (GWR) Mexican States Available

Chihuahua (Medium) - 6732
Coahuila (Large) - 6728
Durango (Large) - 6727
Guanajuato (Large) - 6736
Jalisco (Medium) - 6730
Nayarit (Large) - 6745
Mexico (Large) - 6733
Nuevo Leon (Large) - 6734
San Luis Potosi (Medium) - 6729
Sinaloa (Medium) - 6737
Sonora (Large) - 6735
Tamaulipas (Medium) - 6739
Zacatecas (Medium) - 6731

**Product Engraving** - All of the products featured in the **Embossed Rodeo** section and the **Engravable Ribbons** section can be machine engraved with deep routed engraving (B-Serif). Samples of this engraving style are featured throughout this on-line catalog. Standard engraving colors, which are hand painted, include black, blue, red, turquoise and white. The retail price for deep routed engraving is $40.00 per product.

The ribbons on each engravable product are identified by ribbon number, followed by the maximum number of engraving spaces that will fit on that ribbon. (R#1: 18) Ribbon #1 has room for 18 characters, including *blank spaces, dashes and commas*. Be sure to double check that your message will fit properly in the spaces provided on each ribbon.

**How To Order** - (1) Select the product by its catalog number or base number. (2) Write out the engraving exactly as it should appear on the buckle, starting with ribbon #1. (3) Select the enamel color. (Only one color of enamel can be applied to each product). (4) Fax your completed order to (800) 642-8466, or call the order in to our Customer Service Department. We cannot guarantee the accuracy of the engraving unless it is submitted in writing. Engraving confirmations via fax are available upon request.

Deep routed engraving is part of the manufacturing process. Products that are returned to Crumrine after completion must be scratch engraved and will not match the product's original deep routed engraving. The retail price for scratch engraving is $40.00 per product.

**Stones** - Many of the products featured in this catalog allow you the opportunity to add one or more stones creating a unique, customized look. The retail price of the first stone = $15.00. Each additional stone = $10.00. The available colors are shown below.

**Colors** (left to right)



**Blue Zircon** (Lt. Blue)
**Sapphire** (Blue)
**Cubic Zirconia** (White)
**Emerald** (Green)
**Ruby** (Red)

Crumrine's stones are hand selected and individually hand-set by master craftsmen. The average size is 4 mm.

When ordering stones, please provide us with the number of stones you want using the stone color codes below. If you have any questions about adding stones or would like helpful placement suggesstions, call our customer service department at (800) 444-3575.

**Stone color codes**

| individual stones | | color combinations | |
|---|---|---|---|
| Ruby | = R | United States | = RWB |
| Cubic Zirconia | = W | (3 stone package -1 R, 1 W, 1 B) | |
| Blue Zircon | = L | | |
| Sapphire | = B | Mexico | = GWR |
| Emeralds | = E | (3 stone package - 1 E, 1 W, 1 R) | |

Genuine or "precious" stones are available for a variety of applications on a per product/individually quoted basis. Please allow 48 hours for quote.

M&F000693

This catalog features our finest selection of top quality, handmade buckles and accessories that address a full range of stock and specialized product offerings for the Western-oriented, fashion conscious consumer; the horse lover; the rodeo cowboy/cowgirl; and the build-to-order Hispanic customer. Each category of products showcases Crumrine's 53 years of design and manufacturing leadership, and offers the retail buyer/consumer unique customizing options and upgrade opportunities that are unmatched by any other supplier. If we can't build exactly what you want...no one can! This catalog also features proven top selling merchandise and premium retail displays that when brought together, form a powerful selling system designed to maximize inventory performance. Merchandise/display combinations can be tailored to specific target audiences and market sizes. Your Crumrine sales representative can help you custom-tailor your Crumrine inventory to a variety of consumer types and sell-through requirements.



Nebula shown with Lightning Ridge products in "Jewelry Only" configuration.

## Display Case Information

All Crumrine display cases feature the following:

- Keyed locking mechanism
- Tempered glass shelves
- Low voltage halogen lighting (Parallax and Newton have additional side light kits)
- Mirrored glass bottoms
- Cord-mounted ON/OFF switch

**Parallax** is a standalone case designed to anchor large departments or act as a feature fixture in your store's highest traffic areas. Broadest merchandise selection.
**Inventory to start = +/- $4,500**

**Newton** is also a standalone case designed for main traffic areas. Its smaller size offers more placement options. Broad merchandise selection.
**Inventory to start = +/- $3,500**

**Nebula** allows for more targeted merchandise selections. Main counter or departmental counter flexibility. Ideal for buckle/jewelry set presentations or merchandise themes. The Nebula is also offered as a "jewelry only" presentation with Lightning Ridge products.
**Inventory to start = +/- $1,800**

**Quasar** is a jewelry/watch/accessories countertop solution. It can be used for very targeted inventory based on store requirements (i.e. watches only). Main counter or departmental placement.
**Inventory to start = +/- 1,200**

**(See catalog contents page for recommended display case loading and merchandise mix)**



Crumrine offers a display solution for every retailer!

**Quasar**
Jewelry / Accessories Countertop

**Nebula**
Countertop

**Newton**
Floor Standing

**Parallax**
Floor Standing

M&F000694

## Buckle Warranty

Crumrine Gold & Silversmiths offers a lifetime warranty against manufacturing defects. At our option, we will repair or replace any defective merchandise, no questions asked!

Please do not clean Crumrine products with abrasive cleaners. Use only mild soap and water (excluding watches and products with leather) and a soft polishing cloth suitable for fine metals.This warranty does not cover damage resulting from abuse, improper handling or normal wear & tear.

## Watch Warranty

Crumrine watches carry a one (1) year limited warranty from the date of purchase against manufacturing defects relating to the watch bezel, crystal, quartz movement and other band attachments. The leather band, battery and abnormal wear and tear are not covered. All watch returns must be accompanied by a copy of the original, dated sales receipt!

## Returning Defective Merchandise

Crumrine does not require an RMA for defective merchandise. Simply use our preprinted return form found on the back of every merchandise packing slip. By using this form, you will save time and assure that all important information is complete. If you have any questions about returning merchandise, please call our Customer Service Department at (800) 444-3575. Watch returns must include a copy of the original sales receipt.

## Customer Refinish Service

Crumrine will refinish old or badly worn Crumrine buckles for a fee that includes complete refurbishing or replacement of the product - depending on the original construction and current condition.

Refinish fees are based entirely on the product's original construction. Prices are established for the following product categories: Silver-plated Bronze, Sterling Silver, Gold-plated Sterling and hand-made custom items.

For current refinish service pricing,customer refinish shipping information or refinish tracking, please contact our Customer Service Department at (800) 444-3575.

## Materials Information

Crumrine Gold & Silversmiths products are handcrafted from generous portions ofthe finest materials available. The following information briefly covers the greater part of our product line.

**Silver Plated Jeweler's Bronze:** These products feature highly polished Jeweler's Bronze plated with 100% pure Silver. On certain items, color is added by applying durable enamel or epoxy materials.

**Sterling Silver:** Sterling Silver is an alloy of pure Silver and Copper (typically 92.5% Silver) that is more durable than pure Silver. Crumrine can produce many standard products using Sterling Silver as a base material. Pricing is by quote.

**Gold Plated Sterling Silver:** Standard features include a solid Sterling Silver base and a generous outer layer of 22K Gold electroplate, hand-cut and hand-finished.

**Watches:** Crumrine wrist watches feature quality quartz movements manufactured by Citizen. Most ladies wrist watches have genuine Mother-of-Pearl faces.

## Ribbon Engraving

Crumrine's engraving is known as B-Serif. This engraving is featured on all engravable ribbon products throughout this catalog. B-Serif consists of bold, deep cut letters that are accentuated with enamel fill (black, blue, red and turquoise are offered as standard colors).

> **Retail Cost:** $40.00 per product
> (up to product's letter maximum)
>
> **NOTE:** We will only engrave genuine Crumrine Gold & Silversmiths products

## Setting Stones

Our most popular stones are synthetic Rubies, Sapphires, Blue Zircons, White Zirconia and Emeralds. Stones can be added to many Crumrine products. Products shown in this catalog that feature stones include those stones in the published price.

There is a $15.00 retail charge for the first synthetic stone added to any product, $10.00 for each stone added thereafter. Genuine stones are available on a per quote basis based on current market conditions.

Stone setting and selection instructions are explained on page 43.

## Highly Configured Merchandise

Crumrine is the only supplier that invites retailers and customers to assemble highly configured, special order merchandise using the industry's largest assortment of standard components. Multiple figures, special stone placements, individual finishes, custom enamel or epoxy colors, etc. If we can't build exactly what the discriminating customer wants at a value price, no one can.

## Brands, Logos, Handmade Custom products

Crumrine offers you the ability to apply your business card logo, livestock brand or symbol to certain styles of merchandise. For larger orders, we suggest looking into custom die and/or mold manufacturing. Call our Customer Service Department at (800) 444-3575 with all your project ideas and questions.

## Prices & Fees

All product prices shown in this catalog reflect "manufacturer's suggested retail price" (MSRP). Fees for special handling, artwork, custom or specialized manufacturing are quoted on a per-product or project basis. Prices are shown at keystone and are FOB, Reno NV. Prices, fees, product designs and material content are subject to change without notice.

## Dealer Credit

All retail customers must complete and sign Crumrine's credit application. Normal processing takes five (5) working days. Standard retail account terms are "Net 30 Days". A service fee of 1.5% per month will be assessed on all invoices that are past due. All sales are final. Crumrine does not accept any unsold merchandise for credit. International accounts are prepay only.

We gladly accept Visa and Mastercard orders. For additional credit information, please call our Customer Service Department.

  

## Using this Catalog

Products are featured in logical groupings or categories. Refer to the contents page on the inside front cover or the section names at the bottom of each page.

Buckle products are generally shown from the largest size to the smallest size available within that category.

All buckle-style products feature "physical" dimensions. All products shown with 🌟 are reduced in size. All reduced-size products are shown next to a lifesize example of that particular shape/size.

## Ordering Merchandise

To make ordering faster and easier, please have your Crumrine account number ready as well as a list of all stock codes and other product information.

All Stock items have product numbers that contain 5 numeric digits *(example #07356)*. Most of the products in this category are available only as you see them pictured.

All Configurable items are identified by a "Base#" that is made up of letters and numbers *(example: #TT014)*. Configurable products allow the customer to select one or more bronze figures or letters for application to the base product design (see Bronze Figure section). This makes every configurable purchase unique.

Configurable products ask that you choose a specific size figure... "any small figure, medium figure or large figure". Follow these guidelines:

1) Choose the product you want by its Base#.
   *example: Base# = #TT014*

2) Choose the figure(s) you want by selecting the four (4) digit figure number.
   *example: #5497 Bullrider*

*(Be sure to check that the figure you want is the correct size for the product you want to put it on)*

3) Combine the two numbers mentioned above to create the actual order number for your new configured product. Then call us.
   *example: TT0145497*

## Minimum Order Policy

All orders under $50.00 are subject to a $5.00 handling fee. Minimum merchandise purchase will be required to qualify for display cases.

The product designs depicted in this catalog are the exclusive property of Crumrine Gold & Silversmiths. Unauthorized use, duplication or reproduction is strictly prohibited.

Crumrine Gold & Silversmiths
145 Catron Drive
Reno, NV. 89512 U.S.A.
All rights reserved.



Ⓒ Copyright 2001