# EXHIBIT 1D



M&F000761



M&F000762



# pendants m-series

The 'M' series pendants are of a more contemporary design, giving a clean sparkling, yet natural look. These pieces are also crafted from solid sterling silver or gold on sterling and come with sterling silver or gold filled chain as standard. Heavy chain is ordered by (H)* after part number. The lacquered finishes available are: natural (N), oxidized (O) or gold (Y).



Page 3

M&F000763



M&F000764



M&F000765



M&F000766



M&F000767



# earrings

These earrings are designed to coordinate with the pendants and complement one's apparel. These pieces are made of solid sterling silver or gold on sterling and come standard with 14K white or yellow gold posts or wires. The lacquered finishes available are: natural (N), oxidized (O) or gold (Y).



# tietacks

Our tietacks are both an opportunity to display one's belief in God, as well as an accessory to a man's apparel. These tietacks are manufactured in solid sterling silver or gold on sterling and come standard with clutch and guard chain. The lacquered finishes available are: natural (N), oxidized (O) or gold (Y).



J-5E

J-15E

J-37E

M-2E

M-5E

M-21E

Page 5



J-5T

J-15T

J-37T

M-21T

M&F000768



Trinity Designs blossoms out of a true love for Jesus Christ. The fine Christian Jewelry we can offer is only because of the hearts of the Brothers and Sisters as they hand-craft and design these pieces. Our objectives are to design and produce a beautiful and meaningful line of jewelry that will give the Christian an opportunity to witness for Christ through their choice of a fine quality item with true significance, and yet available at a modest price. We thank God for . . . this sharing thing.

Trinity Designs® by Crumrine

311 NORTH BROADWAY / SANTA ANA, CALIFORNIA 92701 / (714) 542-2319

M&F000769

# EXHIBIT 1E



Cat# 04779
ER/39
Filigree Scroll Tear
$25.00

Cat# 04868
P/45
Scroll Cross
$22.00

Cat# 04871
P/45
Southwest Cross
w/ Black Enamel
$23.00

Cat# 04873
P/45
Southwest Cross
w/ Circle and
Black Enamel
$23.00

Cat# 04856
ER/39
1-1/4" Filigree Heart
$25.00

Cat# 04869
P/45
Scroll Cross w/ Circle
$22.00

Cat# 04870
P/45
Scroll Cross w/ Square
$22.00

Cat# 04867
P/39
Filigree Triple Heart Choker
$45.00

Cat# 04872
P/45
Southwest Cross w/
Square and Black Enamel
$23.00

1994
Fall
Collection

M&F000778

**Cat# 04703**
*SR105/94*
*Southwest Scroll*
*w/ Black and*
*Turquoise Enamel*
*$58.00*

**Cat# 04877**
*BB/49*
*Southwest Floral*
*w/ Black and Turquoise Enamel*
*$36.00*
*Also available as Barrette:*
*Cat# 04876  $36.00*

**Cat# 03934**
*SR70/49*
*Southwest Scroll*
*w/ Black and*
*Turquoise Enamel*
*$42.00*

**Cat# 04879**
*HB/49*
*Southwest Split Rope Heart*
*w/ Black and Turquoise Enamel*
*$44.00*

**Cat# 04049**
*SR50/49*
*Southwest Scroll*
*w/ Black Enamel*
*$30.00*

**Cat# 04875**
*KF/39*
*Southwest Barrel*
*w/ Black and Turquoise Enamel*
*$36.00*
*Money Clip Available:*
*Cat# 04874  $56.00*

**Cat# 04766**
*MC/39*
*Southwest Rectangle*
*w/ Anson Back and Black Enamel*
*$54.00*
*Key Fob Available:*
*Cat# 04765  $35.00*

M&F000779

Cat# 03164
O3/49
Breakaway Roper
$52.00

Cat# 04656
FF/49
Saddle Bronc
$66.00

### O3/49 also available in:

| Motif | Cat# | Price |
|-------|------|-------|
| Bareback | 04882 | $52.00 |
| Quarter Horse Std. | 01616 | $52.00 |
| Pole Bender | 04200 | $52.00 |
| Team Roper | 03507 | $52.00 |
| Male Barrel Racer | 03509 | $52.00 |
| Female Barrel Racer | 03508 | $52.00 |
| All Around Champion | 04880 | $52.00 |
| Saddle Bronc | 04881 | $52.00 |
| Bull Rider | 01618 | $52.00 |

### FF/49 also available in:

| Motif | Cat# | Price |
|-------|------|-------|
| Bull Dogger | 04660 | $66.00 |
| Male Barrel Racer | 04661 | $66.00 |
| Female Barrel Racer | 04658 | $66.00 |
| Bareback | 04655 | $66.00 |
| Breakaway Roper | 04664 | $66.00 |
| Pole Bender | 04663 | $66.00 |
| Team Penning | 04659 | $66.00 |
| All Around Champion | 04662 | $66.00 |
| Bull Rider | 04654 | $66.00 |
| Team Roper | 04198 | $66.00 |
| Calf Roper | 04657 | $66.00 |
| Saddle Bronc | 04656 | $66.00 |

Description - FF/39 Initial Center Name Banner
(Up to Eight 1/2" Letters) $96.00
(Up to Eleven 1/4" Letters on one Line) $96.00
(Price of Personalized Configuration Shown) $134.00
For more information regarding ordering, please see
page 99 of our 1994/95 product catalog

Cat# 03506
O5/49
Initial Center
w/ Letter "J"
$46.00

M&F000780

Description - FFOT/39 Initial Center Floral
Shown w/ Quarter Horse Head and Letter "J"
(Price of _Personalized_
Configuration Shown) $132.00
(Single Overlay Price) $108.00

The two-overlay configuration of this product
must be ordered as a specialty item and
includes a $5.00 handling fee. For more
information regarding ordering, please see
page 99 of our 1994/95 product catalog

Cat# 04914
FFOT/49
Initial Center Floral w/ Bull Rider
and Black Enamel
$112.00

Cat# 04854
FF/39
Initial Center Floral w/ Mexican Eagle
and Cut Edge
$80.00

M&F000781



Cat# 06231
O3/49
*Saddle Bronc*
*$55.00*

Cat# 06232
O3/49
*Bull Dogger*
*$55.00*

Cat# 06194
O7/49
*Saddle Bronc*
*$40.00*

Cat# 06195
O7/49
*Team Roper*
*$40.00*

Cat# 06236
O7/49
*Bull Dogger*
*$40.00*

M&F000782

**\* Cat# 04781**
*ER/94*
*Southwest Scroll Angle Tear*
*w/ Black Enamel*
*$25.00*

*WF/39 Filigree also available but not shown:*

**Cat# 04808**
*WF/39*
*• Heart Filigree*
*• Brown Band*
*$100.00*

**Cat# 04807**
*WF/39*
*• Heart Filigree*
*• Black Band*
*$100.00*

**Cat# 04810**
*WF/39*
*• Heart Filigree*
*• Silver w/ Gold*
*Tone Watch*
*• Brown Band*
*$100.00*

**Cat# 04770**
*ER/39*
*Heart Filigree Tear*
*$25.00*

**Cat# 04809**
*WF/39*
*• Heart Filigree*
*• Silver w/ Gold*
*Tone Watch*
*• Black Band*
*$100.00*

**Cat# 04853**
*ER/49*
*Initial Center Tear*
*w/ Double Rose*
*$35.00*
*(Initial Center earrings are available*
*w/ any petite overlay size only. For*
*additional overlays, please refer to*
*pages 63-71 of our 1994/95*
*product catalog)*

**Cat# 04774**
*ER/39*
*Victorino Tear*
*w/ Black Enamel*
*$25.00*

**Cat# 04860**
*ER/94*
*Double Heart  $25.00*
*Also available:*
*Cat# 04859*
*ER/45  Double Heart*
*$25.00*

**Cat# 04857**
*ER/45*
*1/2" Heart  $25.00*
*Also available:*
*Cat# 04862*
*ER/94  1/2" Heart*
*$25.00*

**Cat# 04861**
*ER/45*
*3/4" Heart  $25.00*
*Also available:*
*Cat# 04858*
*ER/94  3/4" Heart*
*$25.00*

M&F000783



\* Indicates watch with matching side plates also available.
Please refer to pages 125-126 of our 1994/95 product catalog.

**Cat# 04777**
ER/39
Victorino Tear
w/ Black Enamel
$25.00

**\* Cat# 04780**
ER/49
Southwest Scroll Tear
w/ Black Enamel
$25.00

**WF/39 Victorino**
also available but
not shown:

**Cat# 04811**
WF/39
• Victorino w/ Black Enamel
• Black Band
$100.00

**Cat# 04814**
WF/39
• Victorino w/ Black Enamel
• Silver w/ Gold Tone Watch
• Brown Band
$100.00

**Cat# 04812**
WF/39
• Victorino w/ Black Enamel
• Brown Band
$100.00

**Cat# 04813**
WF/39
• Victorino w/ Black Enamel
• Silver w/ Gold Tone Watch
• Black Band
$100.00

**Cat# 04665**
BR/49
Duplicate Scroll
$27.00

**Cat# 04776**
ER/94
Southwest Scroll Tear
w/ Black Enamel
$25.00

**Cat# 04855**
ER/49
Duplicate Scroll
$25.00

**\* Cat# 04782**
ER/49
Scroll Angle Tear
$25.00

M&F000784



M&F000785

# EXHIBIT 1F

FROM THE
LAND WHERE
**Silver**
WAS BORN

Selection

Value

...Service

Since 1948

**Crumrine**

GOLD AND SILVERSMITHS
*The Finest Quality in Western Jewelry and Accessories*

M&F000787

**The Final Cut!** (Last-minute releases)

#BS07638
**NEW!**

#BS07639
**NEW!**

#BS07640
**NEW!**

**NEW!**
#07631

Brown Band - #07632

#BS07641
**NEW!**

**NEW!**
#07635

Braided fob is included

**NEW!**
#KT07633

#BS07642
**NEW!**

**NEW!**
#ER07630

#JW031/ER
(any 2 micro petite figures) *Figure #0128 shown*

**NEW!**

#ER07637

#ER07636

**NEW!**

Also available as Lapel Pin: #07634

**NEW!**
#HT07339

**NEW!**

1 - 2

M&F000788

Jewelry/Watches

NEW!   #ER07386

#ER6903

#E07345

NEW!

NEW!

NEW!   #ER07618

#ER07394

NEW!

#ER07619

NEW!

See pp. 8 - 15
through 8 - 21 for
figure information.

#JW021/ER  (any 2 micro
petite figures)  #0146 shown

#00652

#ER07232   NEW!

#ER07340

#ER00651

NEW!

#ER07393

NEW!

NEW!   #ER07338

#ER06262

NEW!   #ER07620

#ER06621

#ER00669

1 - 6

M&F000789

Jewelry/Watches

NEW! #ER07614

#ER06936

#ER00671

#ER00690

#ER07615
NEW!

#ER07382

#ER07383

#ER06618

#ER07616
NEW!

#ER07089

#ER07088

#ER06264

#ER06902

#ER06940

#ER06302

#ER07617    NEW!

1 - 7

# Pendants & Chokers

Jewelry/Watches

#PD07086

#PD06606

#PD07622

NEW!

#PD07087

#PD07548

NEW!

NEW!

#PD07624

#PD06589

#PD07159

#PD07625

#PD07626

#PD07627

NEW!

NEW!

#PD07621

#PD07628

NEW!

#PD02486

#PD02500

#PD07395

#CH06646

NEW!

#CH06601

#PD07381

#PD03311

1 - 10

M&F000791

To place an order by phone,
call us at (800) 444-3575.
For fax orders, dial (800) 642-8466.

Jewelry/Watches

#CH06880

#CH07541

NEW!

#CH06292

NEW!

#CH07544

#CH07207

#CH06255

NEW!

#CH06291

#CH04867

#CH06306

#CH06594

1 - 11

M&F000792

# Florals & Scrolls



#01866
$4^1/_2$" x $3^1/_2$"

#01874
$4^1/_2$" x $3^1/_2$"

#00354
$4^1/_2$" x $3^1/_4$"

#00449
$4^1/_2$" x $3^1/_4$"

#07181
$4^1/_8$" x $3^1/_2$"

#07180
$4^1/_8$" x $3^1/_2$"

#07182
$4^1/_8$" x $3^1/_2$"

RS indicates item shown at 50% of actual size

Florals & Scrolls

2 - 1

M&F000793



Florals & Scrolls

#07066
5¹/₄" x 4"

#07081
5¹/₄" x 4"
RS

#07161
4¹/₂" x 3¹/₄"

#07160
4¹/₂" x 3¹/₄"
RS

#07363
4¹/₂" x 3¹/₂"

#07361
4¹/₄" x 3¹/₂"
RS

#07362
4¹/₄" x 3¹/₂"
RS  NEW!

2 - 2

RS indicates item shown at 50% of actual size

M&F000794

Florals & Scrolls

#07374
$3^1/_2$" x $2^3/_4$"

#07060
4" x 3"

RS

#07068
4" x 3"

#00329
$3^1/_2$" x $2^3/_4$"

#07078
4" x 3"

#06897
4" x 3"

#06898
4" x 3"

2 - 6

RS indicates item shown at 50% of actual size

M&F000795

Florals & Scrolls

#07067
$3^3/_8$" x $2^1/_8$"

#06896
3" x $2^1/_2$"

#05865
3" x $2^1/_4$"

#07369
3" x $2^1/_4$"

RS
#07370
3" x $2^1/_4$"

#01096
3" x $2^1/_4$"

#00087
$2^1/_4$" x $1^7/_8$"

RS
#01065
$2^1/_4$" x $1^1/_2$"

#07372
$2^1/_4$" x $1^1/_4$"

#01049
$2^1/_4$" x $1^1/_2$"

2 - 8

RS indicates item shown at 50% of actual size

M&F000796



# Bolo & Dogger Ties

Black leather cords with Silver Bolo cord tips are standard on all Crumrine Bolos in this section.

New for 1997, order any bolo from Crumrine and ask for the braided dogger tie fob option - a stylish and unique alternative to the traditional Bolo cord. Clips over top button.

Braided fob option not available on products indicated by ✂.

**NEW**

Bolo #00103    Dogger #07563

Bolo #00102    Dogger #07564

Bolo #00899    Dogger #07565

Bolo #00752    Dogger #07567

Bolo #00130    Dogger #07566

Order this Bolo with any Small figure. See pages 8 - 15 to 8 - 21.

Bolo #DD011-BO Figure #5455    Dogger #DD011-DTFob Figure #5455

Bolo #P0011-BO Figure #5455    Dogger #P0011-DTFob Figure #5455

Order this Bolo with any Small figure. See pages 8 - 15 to 8 - 21.

Bolo #06609    Dogger #07562

Bolo #00088    Dogger #07561

Accessories

6 - 1

M&F000797

To place an order by phone,
call us at (800) 444-3575.
For fax orders, dial
(800) 642-8466.

Base # = JJ022
(any large figure left, any medium
figure right)
*Figures #6317 & #0069 shown*
5 1/2" x 4"

Base # = J0021
(any large figure)
*Figure #5284 shown*
5 1/2" x 4"

R#1: 25 CHARACTERS AVAILABLE

R#3.4

R#2:5

GRAND CHAMPION

R#6: 18 CHARACTERS

R#4:4

R#5: 25 CHARACTERS AVAILABLE

R#1: 40 CHARACTERS AVAILABLE

R#4: 35 CHARACTERS AVAILABLE

1997

R#1: 35 CHARACTERS

R#2:10

R#3: 35 CHARACTERS

R#4: 25 CHARACTERS

R#5: 10

R#6:4

Base # = Q0031  (any large figure)
*Figure #5899 shown*  4 3/4" x 4"

R#1: 40 CHARACTERS/SPACES AVAILABLE

CHARACTERS/SPACES AVAILABLE

Base # = Q0051
(any large figure)
*Figure #5508 shown*
4 3/4" x 4"

**NEW!**

Base # = QQ081
(2 small figures)
*Figures #0148 & 0074 shown*
4 3/4" x 4"

See Crumrine's entire
selection of Bronze Figures,
pp. 8 - 15 through 8 - 21.

8 - 8

RS indicates item shown at 50% of actual size

Trophy & Award



Base # = G0051
(any medium figure)
*Figure #5542 shown*
4" x 3"

Base# = G0152 (any medium figure) *Figure #6285 shown*
3¹/₄" x 2³/₄" $78.00

See the inside back cover for information on
"how to order" engraving.

Base # = G0052
(any medium figure)
*Figure #5297 shown*
4" x 3"

R#1: 15 SPACES
R2: 4    R3: 4
R#5: 35 CHARACTERS AVAILABLE

R#1: 26 CHARACTERS AVAILABLE
26 CHARACTERS AVAILABLE

Base# = A0321
(any medium figure)
*Figure #6223 shown*
3¹/₂" x 2³/₄"

Base # = Y0021  (any medium figure)
*Figure #5201 shown*  3" x 2³/₈"

R#1: 25 SPACES AVAILABLE
R#3: 22 CHARACTERS

**RS** indicates item shown at 50% of actual size

Base # = A0021
(any medium figure)
*Figure #5295 shown*
3¹/₂" x 4¹/₂"

*You must specify the
stone color on each
of these items. See
the inside back
cover for more
information.*

R#1: 25 CHARACTERS
25 CHARACTERS

Base # = A0032 (any medium figure)
*Figure #5834 shown*  3¹/₂" x 2³/₄"

Base # = A0031  (any medium figure)
*Figure #5834 shown*  3¹/₂" x 2³/₄"

Base # = A0421  (any medium figure)
*Figure #5269 shown*  3¹/₂" x 2³/₄"

8 - 13

Trophy & Award

Base# = G0312
(any medium figure)
*Figure #5498 shown*
4" x 3"

Base# = G0611
(any medium figure)
*Figure #5429 shown*
4" x 3"

Base # = G0072
(any medium figure)
*Figure #5393 shown*
4" x 3"

*RS* indicates item shown at 50% of actual size

Base# = DB011
(any medium figure)
*Figure #5490 shown*
4" x 3 1/8"

Base # = G0411
(any medium figure)
*Figure #5427 shown*
3 1/4" x 2 1/4"

#07071
3 1/4" x 3

Base # = E0101
(any large figure)
*Figure #5541 shown*
3 3/8" x 2 3/8"

#07072
2 1/4" x 2"

Trophy & Award

8 - 25

M&F000800

# EXHIBIT 1G

# Retail Price List
## (Effective August 1, 1998)

FROM THE LAND WHERE **Silver** WAS BORN



...Quality

...Selection

...Value

...Service

Since 1948

# Crumrine®
## GOLD AND SILVERSMITHS
*The Finest Quality in Western Jewelry and Accessories*

M&F001245

**How To Use This Price Booklet** - Prices listed herein represent the current retail price for all items featured in Crumrine's 1997/98 catalog. The price of many items has remained unchanged. This booklet will serve as your final source for all current pricing should you have any questions.

1) This booklet presents an exact match of the page and section order of items as they appear in the catalog. Locate the item you want by its page number. (Example = 1 - 14 or 4 - 3)
2) Locate the product number within the page listing. (Example ER01066 or 06955)
3) Locate the product's retail price.
4) Check the far right columns to see if the item is part of your Crumrine sales model. (See below)

**New Sales Model indicators for Crumrine Display Case customers and program sellers** - To help you maximize the sales potential of your Crumrine inventory, we have provided you with sales model indicators (where applicable). These indicators are designed to help you position some, or all of your Crumrine inventory for specific sell-through goals and/or desired levels of annual sales volume.

> **Model A** = Approximately 250 SKU's of average inventory. Designed for customers with $5,000 and greater annual sales volume per location.
>
> **Model B** = Approximately 175 SKU's of average inventory. Designed for customers with $2,500 to $5,000 annual sales volume per location.
>
> **Model C** = Approximately 100 SKU's of average inventory. Designed for customers with $2,500 annual sales volume per location.

Your Crumrine Sales Representative will work with you to determine which sales model is right for your application. The greater the percentage of Sales Model inventory you keep on hand, the greater your inventory performance will be.

**Model Targets:**

1) Keep your Crumrine display case properly stocked with genuine Crumrine merchandise at all times. Not maintaining a case inventory of at least 75% to 80% of display capacity can translate into thousands of dollars in lost Silver sales annually.

2) Try to have no more than 20% of you Crumine inventory represent "out of model" items. Select your "non model" merchandise based on availability of new items and regional consumer preferences.

3) Have your Crumrine Sales Representative adjust your sales model every six months using Crumrine's Model-Swap program. We'll help you create the perfect product mix. At Crumrine, we're committed to imroving your sell-through.

**Product Upgrade Information** - The most noticeable price change has occurred with our applied overlay products. These products are sold primarily as event trophies, awards and other recognition-type items. To increase the presentation value of these items, Crumrine is now applying 22K Gold EP to all merchandise that includes applied letters, brands and event fig. If you have any questions regarding this product upgrade, please call our Customer Service department.

145 Catron Drive    Reno, NV. 89512    Sales/Service (800) 444-3575    Fax (702) 786-8466

M&F001246

| Code | Item | Price | | | |
|---|---|---|---|---|---|
| 1 - 02 | BS07641 | $33.00 | x | x | |
| 1 - 02 | BS07638 | $33.00 | x | x | |
| 1 - 02 | BS07640 | $33.00 | x | | |
| 1 - 02 | BS07642 | $33.00 | x | x | |
| 1 - 02 | BS07639 | $33.00 | x | x | |
| N/S | BS07663 | $33.00 | x | x | |
| 1 - 02 | 07635 | $39.00 | x | x | |
| 1 - 02 | ER07637 | $42.00 | x | x | |
| 1 - 02 | ER07630 | $30.00 | x | x | x |
| 1 - 02 | JW031/ER | $40.00 | x | | |
| 1 - 02 | KT07633 | $30.00 | x | x | x |
| 1 - 02 | 07634 | $29.00 | x | | |
| 1 - 02 | 07631 | $110.00 | x | x | x |
| 1 - 02 | 07632 | $110.00 | | | |
| 1 - 02 | ER07636 | N/A | Discontinued | | |
| N/S | ER07961 | $30.00 | x | x | |
| 1 - 02 | HT07339 | $23.00 | | | |
| N/S | HT07324 | $21.00 | x | x | x |
| 1 - 03 | ER07348 | $33.00 | x | x | |
| 1 - 03 | ER07595 | $30.00 | x | x | x |
| 1 - 03 | ER07597 | $30.00 | x | x | x |
| 1 - 03 | ER06614 | $30.00 | | | |
| 1 - 03 | ER07594 | $36.00 | x | | |
| 1 - 03 | ER07082 | $30.00 | x | | |
| 1 - 03 | ER07342 | $35.00 | x | x | |
| 1 - 03 | ER00630 | $30.00 | x | x | |
| 1 - 03 | ER07090 | $30.00 | x | | |
| 1 - 03 | ER07599 | $30.00 | x | x | x |
| 1 - 03 | ER07596 | $30.00 | x | x | x |
| 1 - 03 | ER07593 | $36.00 | x | x | |
| 1 - 03 | ER07598 | $30.00 | x | x | x |
| 1 - 03 | ER07344 | $33.00 | x | x | x |
| 1 - 03 | ER07600 | $30.00 | x | x | x |
| 1 - 03 | ER06271 | $30.00 | x | x | |
| 1 - 03 | ER06613 | $30.00 | | | |
| 1 - 03 | ER06904 | $30.00 | | | |
| 1 - 03 | ER06588 | $44.00 | | | |
| 1 - 04 | ER06615 | $30.00 | x | x | x |
| 1 - 04 | ER06647 | $30.00 | x | x | x |
| 1 - 04 | ER07604 | $30.00 | x | x | x |
| 1 - 04 | ER07609 | $30.00 | x | x | x |
| 1 - 04 | ER07605 | $30.00 | x | x | |
| 1 - 04 | ER07610 | $35.00 | x | | |
| 1 - 04 | ER06901 | $30.00 | x | x | x |
| 1 - 04 | ER06900 | $30.00 | x | x | x |
| 1 - 04 | ER07613 | $36.00 | | | |
| 1 - 04 | ER04861 | $30.00 | | | |
| 1 - 04 | ER04857 | $30.00 | x | | |

| Code | Item | Price | | | |
|---|---|---|---|---|---|
| 1 - 04 | ER06303 | $30.00 | | | |
| 1 - 04 | ER07611 | $30.00 | x | x | x |
| 1 - 04 | ER06295 | $30.00 | | | |
| 1 - 04 | ER07606 | $30.00 | x | x | x |
| 1 - 04 | ER07612 | $32.00 | x | x | x |
| 1 - 04 | ER06648 | $32.00 | x | x | |
| 1 - 04 | ER04860 | $30.00 | | | |
| 1 - 04 | ER04858 | $30.00 | | | |
| 1 - 04 | ER07607 | $35.00 | | | |
| 1 - 04 | ER07608 | $35.00 | | | |
| 1 - 05 | ER04770 | $30.00 | x | x | x |
| 1 - 05 | ER04799 | $30.00 | | | |
| 1 - 05 | ER04780 | $32.00 | | | |
| 1 - 05 | ER02520 | $30.00 | x | x | |
| 1 - 05 | ER03107 | $30.00 | | | |
| 1 - 05 | ER04782 | $30.00 | x | x | x |
| 1 - 05 | ER07603 | $32.00 | x | x | x |
| 1 - 05 | ER07602 | $30.00 | x | x | x |
| 1 - 05 | ER07601 | $30.00 | x | x | x |
| 1 - 05 | ER03067 | $30.00 | | | |
| 1 - 05 | ER04781 | $32.00 | | | |
| 1 - 05 | ER02543 | $30.00 | | | |
| 1 - 05 | ER04855 | $30.00 | | | |
| 1 - 05 | ER00643 | $44.00 | | | |
| 1 - 05 | ER04776 | $32.00 | | | |
| 1 - 05 | JW001/ER | $42.00 | x | | |
| 1 - 06 | ER07620 | $30.00 | x | x | |
| 1 - 06 | ER06903 | $50.00 | x | x | |
| 1 - 06 | ER07338 | $44.00 | x | x | |
| 1 - 06 | ER07340 | $35.00 | x | | |
| 1 - 06 | ER07345 | $35.00 | x | x | |
| 1 - 06 | ER07618 | $35.00 | x | x | |
| 1 - 06 | ER07232 | $40.00 | x | x | x |
| 1 - 06 | ER07393 | $48.00 | x | x | x |
| 1 - 06 | JW021/ER | $40.00 | x | x | |
| N/S | ER07250 | $40.00 | x | | |
| 1 - 06 | ER06669 | $32.00 | | | |
| 1 - 06 | ER07619 | $39.00 | x | x | |
| 1 - 06 | ER07386 | $30.00 | | | |
| 1 - 06 | ER07394 | $18.00 | x | x | x |
| 1 - 06 | ER00651 | $24.00 | x | | |
| 1 - 06 | ER00652 | $24.00 | x | x | x |
| 1 - 06 | ER06262 | $30.00 | | | |
| 1 - 06 | ER06621 | $32.00 | | | |
| 1 - 07 | ER07382 | $30.00 | x | | |
| 1 - 07 | ER07383 | $36.00 | | | |
| 1 - 07 | ER07088 | $48.00 | | | |

Retail Price List, P. 1

| Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C | Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 07 | ER06936 | $32.00 | | | | 1 - 09 | BR06298 | $43.00 | | | |
| 1 - 07 | ER07616 | $30.00 | x | x | | 1 - 09 | BR05610 | $73.00 | | | |
| 1 - 07 | ER06902 | $30.00 | x | x | | 1 - 09 | BR06881 | $39.00 | x | x | x |
| 1 - 07 | ER06940 | $30.00 | | | | 1 - 09 | BR06937 | $39.00 | | | |
| 1 - 07 | ER07617 | $30.00 | x | x | x | 1 - 09 | BR06939 | $39.00 | | | |
| 1 - 07 | ER06264 | $30.00 | | | | 1 - 10 | PD07622 | $27.00 | x | x | x |
| 1 - 07 | ER00671 | $30.00 | x | x | x | 1 - 10 | PD07087 | $37.00 | | | |
| 1 - 07 | ER00690 | $36.00 | x | | | 1 - 10 | PD06589 | $32.00 | x | x | x |
| 1 - 07 | ER06618 | $30.00 | x | x | | 1 - 10 | PD07621 | $27.00 | x | x | x |
| 1 - 07 | ER07614 | $36.00 | x | | | 1 - 10 | PD07625 | $32.00 | | | |
| 1 - 07 | ER07089 | $32.00 | | | | 1 - 10 | PD03311 | $27.00 | x | x | x |
| 1 - 07 | ER07615 | $30.00 | x | x | | 1 - 10 | PD06606 | $27.00 | x | x | |
| 1 - 07 | ER06302 | $32.00 | | | | 1 - 10 | PD07624 | $27.00 | x | x | |
| N/S | ER04856 | $30.00 | x | x | x | 1 - 10 | PD07620 | $27.00 | x | | |
| N/S | ER08063 | $35.00 | x | | | 1 - 10 | PD07548 | $28.00 | x | x | x |
| N/S | ER07233 | $40.00 | x | x | | 1 - 10 | PD07159 | $27.00 | | | |
| N/S | ER07664 | $42.00 | x | x | | 1 - 10 | PD07086 | $37.00 | | | |
| N/S | ER07665 | $42.00 | x | x | x | 1 - 10 | PD07626 | $32.00 | | | |
| N/S | ER07666 | $42.00 | x | x | | 1 - 10 | PD02486 | $22.00 | | | |
| N/S | ER08061 | $30.00 | x | | | 1 - 10 | PD07628 | $31.00 | | | |
| N/S | ER08065 | $36.00 | x | | | 1 - 10 | PD02500 | $27.00 | | | |
| N/S | ER07346 | $33.00 | x | x | | 1 - 10 | PD07381 | $27.00 | | | |
| N/S | ER06733 | $30.00 | x | x | | 1 - 10 | CH06646 | $44.00 | | | |
| N/S | ER06734 | $30.00 | x | x | | 1 - 10 | CH06601 | $44.00 | | | |
| 1 - 08 | BR02946 | $32.00 | x | x | | 1 - 10 | PD07395 | $22.00 | x | x | |
| 1 - 08 | BR02952 | $40.00 | x | | | 1 - 11 | CH07544 | $50.00 | x | | |
| 1 - 08 | BR02951 | $40.00 | x | x | x | 1 - 11 | CH06880 | $44.00 | x | x | x |
| 1 - 08 | BR06910 | $39.00 | x | x | x | 1 - 11 | CH04867 | $44.00 | | | |
| 1 - 08 | BR02949 | $44.00 | x | | | 1 - 11 | CH07207 | $54.00 | x | x | |
| 1 - 08 | BR02948 | $32.00 | x | | | 1 - 11 | CH07541 | $50.00 | x | x | x |
| 1 - 08 | BR07623 | $39.00 | x | x | x | 1 - 11 | CH06292 | $44.00 | | | |
| 1 - 08 | BR06257 | $40.00 | x | x | x | 1 - 11 | CH06255 | $44.00 | | | |
| 1 - 08 | BR05569 | $46.00 | x | x | | 1 - 11 | CH06291 | $44.00 | | | |
| 1 - 08 | BR06293 | $38.00 | x | x | x | 1 - 11 | CH06306 | $54.00 | | | |
| 1 - 08 | BR06294 | $37.00 | | | | 1 - 11 | CH06594 | $50.00 | | | |
| 1 - 08 | BR02950 | $44.00 | x | x | x | 1 - 12 | BH07084 | $40.00 | x | x | |
| 1 - 08 | BR06760 | $44.00 | | | | 1 - 12 | BH07085 | $40.00 | x | x | x |
| 1 - 08 | BR05848 | $40.00 | | | | 1 - 12 | BH06598 | $40.00 | x | x | |
| 1 - 08 | BR07410 | $44.00 | x | x | x | 1 - 12 | BH07083 | $40.00 | x | | |
| 1 - 09 | BR05609 | $40.00 | | | | 1 - 12 | BH07629 | $40.00 | x | | |
| 1 - 09 | BR06938 | $39.00 | | | | 1 - 12 | BH011 | $45.00 | x | | |
| 1 - 09 | BR04665 | $32.00 | x | x | x | 1 - 12 | BH06599 | $40.00 | x | x | x |
| 1 - 09 | BR07316 | $41.00 | x | x | x | 1 - 12 | BH06305 | $45.00 | | | |
| 1 - 09 | BR07547 | $30.00 | x | x | x | 1 - 12 | BH012 | $45.00 | | | |
| 1 - 09 | BR02957 | $43.00 | x | | | 1 - 12 | BH06304 | $45.00 | | | |
| 1 - 09 | BR07409 | $52.00 | | | | 1 - 12 | BH02480 | $40.00 | | | |
| 1 - 09 | B0011/BR | $38.00 | (Q-Hene Smd. Silk) x | x | (Barrel Racer) | 1 - 12 | BH04877 | $41.00 | | | |
| 1 - 09 | BR06297 | $43.00 | | | | 1 - 13 | KT00815 | $30.00 | x | x | x |

M&F001248

| Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C | Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 - 13 | KT00817 | $32.00 | | | | 1 - 16 | 06311 | $89.00 | x | x | |
| 1 - 13 | KT00816 | $32.00 | x | | | 1 - 16 | 06346 | $96.00 | x | x | x |
| 1 - 13 | KT06907 | $30.00 | x | x | x | 1 - 16 | 03234 | $110.00 | | | |
| 1 - 13 | KT06906 | $30.00 | x | x | x | 1 - 16 | 03354 | $110.00 | | | |
| 1 - 13 | 02528 | $39.00 | | | | 1 - 16 | 03356 | $110.00 | | | |
| 1 - 13 | 02531 | $41.00 | | | | 1 - 16 | 03238 | $110.00 | | | |
| 1 - 14 | BC07341 | $41.00 | | | | N/S | 07269 | $125.00 | x | | |
| 1 - 14 | BC07643 | $39.00 | x | | | 1 - 17 | 04796 | $110.00 | | | |
| 1 - 14 | BC02551 | $35.00 | | | | 1 - 17 | 03230 | $110.00 | | | |
| 1 - 14 | BC07347 | $39.00 | | | | 1 - 17 | 03232 | $110.00 | | | |
| 1 - 14 | BC07644 | $39.00 | | | | 1 - 17 | 03231 | $110.00 | x | x | |
| 1 - 14 | BC07343 | $41.00 | | | | 1 - 17 | 03233 | $110.00 | x | | |
| 1 - 14 | BC07388 | $39.00 | | | | 1 - 17 | 03348 | $110.00 | | | |
| 1 - 14 | PD06639 | $19.00 | | | | 1 - 18 | 06909 | $144.00 | x | x | x |
| 1 - 14 | BC06632 | $16.00 | | | | 1 - 18 | 06983 | $144.00 | x | | |
| 1 - 14 | PN06625 | $16.00 | | | | 1 - 18 | 04791 | $127.00 | | | |
| 1 - 14 | BC06635 | $16.00 | | | | 1 - 18 | 04795 | $110.00 | | | |
| 1 - 14 | PD06642 | $19.00 | | | | 1 - 18 | 03351 | $110.00 | | | |
| 1 - 14 | PN06628 | $16.00 | | | | 1 - 18 | 03352 | $110.00 | | | |
| 1 - 14 | BC06633 | $16.00 | | | | 2 - 01 | 00354 | $77.00 | x | x | |
| 1 - 14 | PD06640 | $19.00 | | | | 2 - 01 | 01874 | $73.00 | | | |
| 1 - 14 | PN06626 | $16.00 | | | | 2 - 01 | 07180 | $92.00 | | | |
| 1 - 14 | BC06637 | $16.00 | | | | 2 - 01 | 01866 | $73.00 | | | |
| 1 - 14 | PD06644 | $19.00 | | | | 2 - 01 | 00449 | $77.00 | | | |
| 1 - 14 | PN06630 | $16.00 | | | | 2 - 01 | 07181 | $84.00 | | | |
| 1 - 14 | BC06636 | $16.00 | | | | 2 - 01 | 07182 | $84.00 | | | |
| 1 - 14 | PD06643 | $19.00 | | | | 2 - 02 | 07066 | $84.00 | | | |
| 1 - 14 | PN06629 | $16.00 | | | | 2 - 02 | 07081 | $88.00 | | | |
| 1 - 14 | BC06634 | $16.00 | | | | 2 - 02 | 07160 | $77.00 | | | |
| 1 - 14 | PD06641 | $19.00 | | | | 2 - 02 | 07161 | $81.00 | | | |
| 1 - 14 | PN06627 | $16.00 | | | | 2 - 02 | 07363 | $84.00 | | | |
| 1 - 14 | ER06623 | $26.00 | | | | 2 - 02 | 07361 | $84.00 | | | |
| 1 - 15 | 06359 | $89.00 | x | x | x | 2 - 02 | 07362 | $92.00 | | | |
| 1 - 15 | 06310 | $89.00 | x | x | x | 2 - 03 | 01218 | $66.00 | x | x | |
| 1 - 15 | 04809 | $110.00 | x | x | x | 2 - 03 | 01309 | $68.00 | | | |
| 1 - 15 | 04810 | $110.00 | x | x | x | 2 - 03 | 06299 | $73.00 | | | |
| 1 - 15 | 07075 | $89.00 | x | | | 2 - 03 | 06272 | $77.00 | | | |
| N/S | SET07076 | $119.00 | x | | | 2 - 03 | 06581 | $73.00 | | | |
| 1 - 15 | 03235 | $110.00 | x | x | | 2 - 03 | 06582 | $77.00 | | | |
| 1 - 15 | 03358 | $110.00 | x | x | x | 2 - 03 | 01307 | $62.00 | | | |
| 1 - 15 | 03357 | $110.00 | | | | 2 - 04 | 01751 | $62.00 | | | |
| 1 - 15 | 03360 | $110.00 | | | | 2 - 04 | 00147 | $68.00 | x | x | |
| 1 - 15 | 03359 | $110.00 | | | | 2 - 04 | 01868 | $73.00 | | | |
| 1 - 15 | 06908 | $92.00 | | | | 2 - 04 | 01244 | $73.00 | | | |
| 1 - 16 | 07449 | $101.00 | x | | | 2 - 04 | 00170 | $64.00 | | | |
| N/S | 07438 | $142.00 | x | x | x | 2 - 04 | 01741 | $62.00 | | | |
| 1 - 16 | 04812 | $110.00 | | | | 2 - 04 | 01700 | $62.00 | | | |
| 1 - 16 | 06347 | $96.00 | | | | 2 - 05 | 06202 | $62.00 | | | |

Retail Price List, P. 3

M&F001249

| Catalog Page Number | Product/UPC Number | Retail Price | A | B | C | Catalog Page Number | Product/UPC Number | Retail Price | A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 - 05 | 00146 | $64.00 | | | | 2 - 10 | 00723 | $62.00 | | | |
| 2 - 05 | 06203 | $66.00 | | | | 2 - 10 | 00693 | $37.00 | | | |
| 2 - 05 | 01583 | $77.00 | | | | 2 - 10 | 00718 | $33.00 | | | |
| 2 - 05 | 01170 | $57.00 | | | | 2 - 10 | 00748 | $33.00 | | | |
| 2 - 05 | 01310 | $62.00 | | | | 3 - 01 | 00351 | $77.00 | x | | |
| 2 - 06 | 00329 | $62.00 | | | | 3 - 01 | 00491 | $77.00 | x | x | x |
| 2 - 06 | 06898 | $62.00 | x | x | x | 3 - 01 | 00575 | $101.00 | x | x | x |
| 2 - 06 | 07078 | $62.00 | x | x | x | 3 - 01 | 01246 | $62.00 | x | x | |
| 2 - 06 | 07068 | $62.00 | x | | | 3 - 01 | 05636 | $62.00 | | | |
| 2 - 06 | 07374 | $66.00 | | | | 3 - 01 | 01565 | $62.00 | x | | |
| 2 - 06 | 07060 | $66.00 | | | | 3 - 01 | 01572 | $62.00 | x | x | x |
| 2 - 06 | 06897 | $62.00 | | | | 3 - 01 | 06585 | $86.00 | | | |
| 2 - 07 | 00135 | $46.00 | | | | 3 - 02 | 05635 | $62.00 | | | |
| 2 - 07 | 00137 | $46.00 | x | x | x | 3 - 02 | 01582 | $62.00 | | | |
| 2 - 07 | 00141 | $51.00 | x | x | | 3 - 02 | 01847 | $62.00 | x | x | x |
| 2 - 07 | 01199 | $46.00 | | | | 3 - 02 | 05778 | $81.00 | x | x | x |
| 2 - 07 | 00140 | $46.00 | | | | 3 - 02 | 07027 | $37.00 | | | |
| 2 - 07 | 00136 | $46.00 | | | | 3 - 02 | 05579 | $88.00 | | | |
| 2 - 07 | 01205 | $46.00 | | | | 3 - 02 | 00245 | $62.00 | | | |
| 2 - 07 | 01204 | $46.00 | | | | 3 - 02 | 06201 | $62.00 | | | |
| 2 - 07 | 01094 | $46.00 | | | | 3 - 03 | 06583 | $92.00 | x | x | x |
| 2 - 07 | 03934 | $51.00 | | | | 3 - 03 | 01615 | $68.00 | | | |
| 2 - 08 | 01096 | $50.00 | x | | | 3 - 03 | 01276 | $66.00 | x | | |
| 2 - 08 | 07067 | $55.00 | | | | 3 - 03 | 01570 | $66.00 | x | | |
| 2 - 08 | 06896 | $46.00 | | | | 3 - 03 | 01251 | $79.00 | x | | |
| 2 - 08 | 05865 | $46.00 | | | | 3 - 03 | 06607 | $66.00 | | | |
| 2 - 08 | 07369 | $46.00 | | | | 3 - 03 | 00145 | $70.00 | | | |
| 2 - 08 | 07370 | $50.00 | | | | 3 - 03 | 06700 | $66.00 | | | |
| 2 - 08 | 00087 | $35.00 | | | | 3 - 03 | 01253 | $66.00 | | | |
| 2 - 08 | 01065 | $33.00 | | | | 3 - 03 | 01256 | $92.00 | | | |
| 2 - 08 | 07372 | $33.00 | | | | 3 - 04 | 06230 | $62.00 | | | |
| 2 - 08 | 01049 | $33.00 | | | | 3 - 04 | 00339 | $62.00 | x | x | x |
| 2 - 09 | 00744 | $46.00 | | | | 3 - 04 | 05943 | $62.00 | x | | |
| 2 - 09 | 00696 | $46.00 | | | | 3 - 04 | 06183 | $66.00 | x | x | |
| 2 - 09 | 01166 | $46.00 | x | x | x | 3 - 04 | 01617 | $66.00 | x | | |
| 2 - 09 | 02407 | $95.00 | | | | 3 - 04 | 00142 | $46.00 | x | x | x |
| 2 - 09 | 01034 | $33.00 | | | | 3 - 04 | 00143 | $46.00 | | | |
| 2 - 09 | 01197 | $55.00 | | | | 3 - 04 | 05613 | $52.00 | | | |
| 2 - 09 | 00695 | $46.00 | | | | 3 - 04 | 05578 | $52.00 | | | |
| 2 - 09 | 04879 | $52.00 | | | | 3 - 04 | 05581 | $52.00 | | | |
| 2 - 10 | 00716 | $59.00 | x | x | x | 3 - 04 | 05612 | $52.00 | | | |
| 2 - 10 | 00692 | $37.00 | x | x | x | 3 - 05 | 01875 | $73.00 | | | |
| 2 - 10 | 00721 | $62.00 | x | x | x | 3 - 05 | 02104 | $73.00 | x | x | x |
| 2 - 10 | 00722 | $79.00 | x | x | x | 3 - 05 | 02110 | $73.00 | x | | |
| 2 - 10 | 00724 | $62.00 | x | x | x | 3 - 05 | 02113 | $73.00 | x | | |
| 2 - 10 | 00720 | $59.00 | x | x | x | 3 - 05 | 02115 | $73.00 | x | x | x |
| 2 - 10 | 00743 | $79.00 | x | x | x | 3 - 05 | 02117 | $73.00 | | | |
| 2 - 10 | 05577 | $65.00 | | | | 3 - 05 | 02116 | $73.00 | | | |

Retail Price List, P. 4

M&F001250

| Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C | Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 - 05 | 01876 | $73.00 | | | | 4 - 01 | 07375 | $128.00 | | | |
| 3 - 05 | 02206 | $73.00 | | | | 4 - 01 | 06913 | $114.00 | | | |
| 3 - 05 | 05905 | $73.00 | | | | 4 - 01 | 06912 | $114.00 | | | |
| 3 - 05 | 02103 | $73.00 | x | x | x | 4 - 01 | 07376 | $128.00 | | | |
| 3 - 06 | 01561 | $62.00 | x | | | 4 - 01 | 07377 | $114.00 | | | |
| 3 - 06 | 01562 | $62.00 | x | x | | 4 - 01 | 02631 | $110.00 | | | |
| 3 - 06 | 01563 | $62.00 | | | | 4 - 02 | 06920 | $114.00 | | | |
| 3 - 06 | 06150 | $62.00 | x | x | | 4 - 02 | 06919 | $114.00 | | | |
| 3 - 06 | 06997 | $62.00 | x | x | x | 4 - 02 | 06916 | $114.00 | x | | |
| 3 - 06 | 01574 | $62.00 | x | x | | 4 - 02 | 07380 | $114.00 | | | |
| 3 - 06 | 01576 | $62.00 | x | x | x | 4 - 02 | 06917 | $114.00 | | | |
| 3 - 06 | 01578 | $62.00 | x | x | x | 4 - 02 | 06918 | $114.00 | | | |
| 3 - 06 | 06232 | $62.00 | | | | 4 - 02 | 07379 | $128.00 | | | |
| 3 - 06 | 06231 | $62.00 | | | | 4 - 03 | 02674 | $110.00 | | | |
| 3 - 06 | 01580 | $62.00 | | | | 4 - 03 | 02685 | $110.00 | | | |
| 3 - 07 | 01161 | $46.00 | | | | 4 - 03 | 02680 | $114.00 | x | x | x |
| 3 - 07 | 01162 | $46.00 | | | | 4 - 03 | 02676 | $124.00 | | | |
| 3 - 07 | 01163 | $46.00 | x | x | x | 4 - 03 | 06915 | $114.00 | | | |
| 3 - 07 | 01165 | $46.00 | x | x | x | N/S | 08052 | $114.00 | x | | |
| 3 - 07 | 01167 | $46.00 | x | | | 4 - 04 | 02738 | $76.00 | | | |
| 3 - 07 | 01172 | $46.00 | | | | 4 - 04 | 06926 | $84.00 | | | |
| 3 - 07 | 01168 | $46.00 | x | x | x | 4 - 04 | 06924 | $84.00 | | | |
| 3 - 07 | 01169 | $46.00 | x | x | x | 4 - 04 | 06925 | $84.00 | | | |
| 3 - 07 | 06236 | $46.00 | | | | 4 - 04 | 03062 | $80.00 | | | |
| 3 - 07 | 06194 | $46.00 | | | | 4 - 04 | 03061 | $76.00 | | | |
| 3 - 07 | 06195 | $46.00 | | | | 4 - 04 | 02717 | $107.00 | | | |
| 3 - 07 | 01033 | $33.00 | x | | | 4 - 04 | 02721 | $76.00 | | | |
| 3 - 07 | 01035 | $33.00 | x | x | | 4 - 04 | 02720 | $76.00 | | | |
| 3 - 07 | 01086 | $33.00 | x | | | 4 - 05 | 02718 | $76.00 | | | |
| 3 - 08 | 00320 | $62.00 | | | | 4 - 05 | 07417 | $76.00 | x | x | |
| 3 - 08 | 00321 | $62.00 | | | | 4 - 05 | 02731 | $76.00 | | | |
| 3 - 08 | 00323 | $62.00 | | | | 4 - 05 | 02736 | $76.00 | x | x | |
| 3 - 08 | 00326 | $62.00 | x | x | x | 4 - 05 | 02748 | $76.00 | x | x | |
| 3 - 08 | 00328 | $62.00 | x | x | | 4 - 05 | 02737 | $86.00 | | | |
| 3 - 08 | 00334 | $62.00 | x | | | 4 - 05 | 02733 | $76.00 | | | |
| 3 - 08 | 00336 | $62.00 | x | x | x | 4 - 06 | 02722 | $80.00 | x | | |
| 3 - 08 | 06894 | $62.00 | | | | 4 - 06 | 02741 | $80.00 | x | x | |
| 3 - 08 | 00324 | $62.00 | | | | 4 - 06 | 02756 | $76.00 | | | |
| 3 - 08 | 00337 | $62.00 | | | | 4 - 06 | 02724 | $80.00 | x | x | x |
| 3 - 08 | 00331 | $62.00 | | | | 4 - 06 | 02998 | $80.00 | | | |
| 3 - 08 | 00325 | $62.00 | | | | 5 - 01 | 749 | $44.00 | | | |
| 3 - 08 | 00322 | $62.00 | | | | 5 - 01 | 349 | $60.00 | | | |
| 3 - 08 | 06935 | $62.00 | | | | 5 - 01 | L0011 | $49.00 | | | |
| 3 - 08 | 06895 | $62.00 | | | | 5 - 01 | G0011 | $65.00 | | | |
| 3 - 08 | 00335 | $62.00 | | | | 5 - 01 | TH081 | $78.00 | | | |
| 3 - 08 | 03055 | $62.00 | | | | 5 - 01 | G0911 | $84.00 | | | |
| 4 - 01 | 07418 | $114.00 | x | x | x | 5 - 01 | 339 | $60.00 | | | |
| 4 - 01 | 02673 | $110.00 | x | | | 5 - 02 | BP49 | $68.00 | | | |

Retail Price List, P. 5

M&F001251

| Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C | Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 - 02 | BPN49 | $84.00 | | | | 6 - 03 | 00832 | $41.00 | x | x | x |
| 5 - 02 | BPA45 | $42.00 | | | | 6 - 03 | 00836 | $51.00 | | | |
| 5 - 02 | BPA39 | $42.00 | | | | 6 - 03 | 05602 | $84.00 | | | |
| 5 - 02 | G0991 | $86.00 | | | | 6 - 03 | 00767 | $51.00 | | | |
| 5 - 02 | B949 | $44.00 | | | | 6 - 03 | TY011 | $30.00 | | | |
| 5 - 02 | P0011NI | $49.00 | | | | 6 - 03 | TY012 | $30.00 | | | |
| 5 - 02 | BT49106 | $26.00 | | | | 6 - 03 | 05570 | $34.00 | | | |
| 5 - 02 | DT011 | $26.00 | | | | 6 - 03 | 00768 | $41.00 | | | |
| 5 - 02 | H0991 | $99.00 | | | | 6 - 03 | 00771 | $41.00 | | | |
| 6 - 01 | 00752 | $53.00 | x | x | | 6 - 04 | 04875 | $43.00 | | | |
| 6 - 01 | 07567 | $50.00 | | | | 6 - 04 | 04874 | $43.00 | | | |
| 6 - 01 | 00899 | $45.00 | | | | 6 - 04 | 04765 | $43.00 | | | |
| 6 - 01 | 07565 | $42.00 | | | | 6 - 04 | 04766 | $43.00 | | | |
| 6 - 01 | P0011-BO | $53.00 | x | | | 6 - 04 | B0011-MC1R | $52.00 | | | |
| 6 - 01 | P0011-DT | $50.00 | | | | 6 - 04 | P0011-MC | $41.00 | | | |
| 6 - 01 | 00103 | $45.00 | | | | 6 - 04 | KN511 | $174.00 | | | |
| 6 - 01 | 07563 | $42.00 | | | | 6 - 04 | 07555 | $154.00 | | | |
| 6 - 01 | DD011-BO | $53.00 | | | | 6 - 05 | 02595 | $9.00 | | | |
| 6 - 01 | DD011-DT | $50.00 | | | | 6 - 05 | 02555 | $8.00 | | | |
| 6 - 01 | 00102 | $44.00 | | | | 6 - 05 | 02538 | $7.00 | | | |
| 6 - 01 | 07564 | $41.00 | | | | 6 - 05 | 02522 | $6.00 | | | |
| 6 - 01 | 00130 | $53.00 | | | | 6 - 05 | 07419 | $6.00 | | | |
| 6 - 01 | 07566 | $50.00 | | | | 6 - 05 | 02519 | $6.00 | | | |
| 6 - 01 | 06609 | $44.00 | | | | 6 - 05 | 02526 | $6.00 | | | |
| 6 - 01 | 07562 | $41.00 | | | | 6 - 05 | 02535 | $7.00 | | | |
| 6 - 01 | 00088 | $44.00 | | | | 6 - 05 | 02542 | $7.00 | | | |
| 6 - 01 | 07561 | $41.00 | | | | 6 - 05 | 02561 | $8.00 | | | |
| 6 - 02 | 02451 | $54.00 | | | | 6 - 05 | 02612 | $9.00 | | | |
| 6 - 02 | 00854 | $40.00 | | | | 6 - 05 | 05584 | $11.00 | | | |
| 6 - 02 | 00858 | $40.00 | | | | 6 - 05 | 05585 | $10.00 | | | |
| 6 - 02 | 01073 | $44.00 | | | | 6 - 05 | 05586 | $8.00 | | | |
| 6 - 02 | 07570 | $41.00 | | | | 6 - 05 | 05587 | $8.00 | | | |
| 6 - 02 | 01069 | $44.00 | | | | 6 - 05 | 05588 | $7.00 | | | |
| 6 - 02 | 07572 | $41.00 | | | | 6 - 05 | 00888 | $25.00 | | | |
| 6 - 02 | 01070 | $44.00 | | | | 6 - 05 | B0011-BT | $25.00 | | | |
| 6 - 02 | 07571 | $41.00 | | | | 6 - 05 | BT49106S | $25.00 | | | |
| 6 - 02 | 02590 | $40.00 | | | | 6 - 05 | 07437 | $25.00 | | | |
| 6 - 02 | 02864 | $60.00 | | | | 6 - 06 | 07577 | $57.00 | | | |
| 6 - 02 | 07573 | $57.00 | | | | 6 - 06 | 07578 | $64.00 | | | |
| 6 - 02 | 00086 | $34.00 | | | | 6 - 06 | 07579 | $57.00 | Discontinued | | |
| 6 - 02 | 07574 | $41.00 | | | | 6 - 06 | 07580 | $49.00 | Discontinued | | |
| 6 - 02 | 00100 | $38.00 | | | | 6 - 06 | 07581 | $32.00 | | | |
| 6 - 02 | 07576 | $48.00 | | | | 6 - 06 | 07582 | $120.00 | | | |
| 6 - 02 | 06237 | $55.00 | | | | 7 - 01 | 07552 | $374.00 | | | |
| 6 - 02 | 07575 | $65.00 | | | | 7 - 01 | 02981 | $302.00 | | | |
| 6 - 03 | 00813 | $80.00 | | | | 7 - 01 | 02980 | $302.00 | | | |
| 6 - 03 | 00814 | $80.00 | | | | 7 - 01 | 00495 | $394.00 | | | |
| 6 - 03 | 00837 | $41.00 | x | x | x | 7 - 01 | 01633 | $350.00 | | | |

Retail Price List, P. 6

| Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A B C | Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A B C |
|---|---|---|---|---|---|---|---|
| 7 - 01 | 01629 | $310.00 | | 7 - 06 | 07024 | $454.00 | |
| 7 - 01 | 01631 | $288.00 | | 7 - 06 | 02989 | $244.00 | |
| 7 - 01 | 06250 | $250.00 | | 7 - 06 | 02702 | $322.00 | |
| 7 - 02 | 04458 | $322.00 | | 7 - 07 | 02688 | $334.00 | |
| 7 - 02 | 06600 | $272.00 | | 7 - 07 | 02692 | $442.00 | |
| 7 - 02 | 01863 | $242.00 | | 7 - 07 | 02693 | $442.00 | |
| 7 - 02 | 02979 | $242.00 | | 7 - 07 | 02770 | $304.00 | |
| 7 - 02 | 02818 | $230.00 | | 7 - 07 | 02767 | $304.00 | |
| 7 - 02 | 00824 | $230.00 | | 7 - 07 | 03261 | $330.00 | |
| 7 - 02 | 07413 | $262.00 | | 7 - 08 | 02765 | $306.00 | |
| 7 - 03 | 00765 | $178.00 | | 7 - 08 | 02763 | $336.00 | |
| 7 - 03 | 02982 | $414.00 | | 7 - 08 | 02760 | $232.00 | |
| 7 - 03 | 00625 | $374.00 | | 7 - 08 | 02759 | $232.00 | |
| 7 - 03 | 03252 | $374.00 | | 7 - 08 | 02764 | $325.00 | |
| 7 - 03 | 00766 | $178.00 | | 7 - 08 | 02771 | $304.00 | |
| 7 - 03 | 01209 | $178.00 | | 7 - 08 | 02766 | $304.00 | |
| 7 - 03 | 07411 | $310.00 | | 7 - 08 | 02768 | $336.00 | |
| 7 - 03 | 06622 | $189.00 | | 8 - 01 | 04661 | $77.00 | |
| 7 - 03 | 07412 | $302.00 | | 8 - 01 | 04657 | $77.00 | |
| 7 - 04 | 01048 | $126.00 | | 8 - 01 | 04198 | $77.00 | |
| 7 - 04 | 07414 | $178.00 | | 8 - 01 | 04663 | $77.00 | |
| 7 - 04 | 01090 | $126.00 | | 8 - 01 | 04655 | $77.00 | |
| 7 - 04 | 01092 | $126.00 | | 8 - 01 | 04660 | $77.00 | |
| 7 - 04 | 05616 | $180.00 | | 8 - 01 | 04656 | $77.00 | |
| 7 - 04 | 02784 | $162.00 | | 8 - 01 | 04658 | $77.00 | |
| 7 - 04 | 00827 | $65.00 | | 8 - 01 | 04659 | $77.00 | |
| 7 - 04 | 00829 | $76.00 | | 8 - 01 | 04664 | $77.00 | |
| 7 - 04 | 00831 | $105.00 | | 8 - 01 | 04662 | $77.00 | |
| 7 - 04 | 00835 | $76.00 | | 8 - 01 | 04654 | $77.00 | |
| 7 - 04 | 07420 | $154.00 | | 8 - 02 | 02099 | $73.00 | |
| 7 - 04 | 07421 | $134.00 | | 8 - 02 | 02086 | $73.00 | |
| 7 - 05 | 03254 | $144.00 | | 8 - 02 | 02093 | $73.00 | |
| 7 - 05 | 03262 | $180.00 | | 8 - 02 | 02088 | $73.00 | |
| 7 - 05 | 03260 | $144.00 | | 8 - 02 | 02094 | $73.00 | |
| 7 - 05 | 03255 | $144.00 | | 8 - 02 | 02082 | $73.00 | |
| 7 - 05 | 03256 | $126.00 | | 8 - 02 | 02081 | $73.00 | |
| 7 - 05 | 07551 | $126.00 | | 8 - 02 | 02083 | $73.00 | |
| 7 - 05 | 02874 | $99.00 | | 8 - 02 | 02089 | $73.00 | |
| 7 - 05 | 02873 | $99.00 | | 8 - 02 | 02096 | $73.00 | |
| 7 - 05 | 02868 | $58.00 | | 8 - 02 | 02090 | $73.00 | |
| 7 - 05 | 02867 | $58.00 | | 8 - 03 | 02079 | $73.00 | |
| 7 - 05 | 02885 | $77.00 | | 8 - 03 | 02080 | $73.00 | |
| 7 - 05 | 02883 | $77.00 | | 8 - 03 | 02084 | $73.00 | |
| 7 - 05 | 02881 | $50.00 | | 8 - 03 | 02092 | $73.00 | |
| 7 - 05 | 02879 | $50.00 | | 8 - 03 | 02091 | $73.00 | |
| 7 - 06 | 02690 | $442.00 | | 8 - 03 | 02098 | $73.00 | |
| 7 - 06 | 02687 | $334.00 | | 8 - 03 | 01872 | $73.00 | |
| 7 - 06 | 07023 | $498.00 | | 8 - 03 | 02078 | $73.00 | |

M&F001253

| Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A B C | Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A B C |
|---|---|---|---|---|---|---|---|
| 8 - 03 | 02985 | $73.00 | | 8 - 08 | Q0031 | $119.00 | |
| 8 - 03 | 02087 | $73.00 | | 8 - 08 | Q0051 | $129.00 | |
| 8 - 04 | 02123 | $73.00 | | 8 - 08 | QQ081 | $136.00 | |
| 8 - 04 | 02004 | $73.00 | | 8 - 09 | TT181 | $129.00 | |
| 8 - 04 | 02121 | $73.00 | | 8 - 09 | T0121 | $108.00 | |
| 8 - 04 | 03052 | $73.00 | | 8 - 09 | TT081 | $129.00 | |
| 8 - 04 | 02119 | $73.00 | | 8 - 09 | T0122 | $112.00 | |
| 8 - 04 | 02125 | $73.00 | | N/S | 04885 *(Mexican Eagle)* | $143.00 | x |
| 8 - 04 | 02118 | $73.00 | | 8 - 09 | BP021 | $73.00 | |
| 8 - 04 | 02124 | $73.00 | | 8 - 10 | ZZ021 | $142.00 | |
| 8 - 04 | 00875 | $27.00 | | 8 - 10 | H0032 | $96.00 | |
| 8 - 04 | 00885 | $27.00 | | 8 - 10 | H0091 | $100.00 | |
| 8 - 04 | 00879 | $27.00 | | 8 - 10 | H0021 | $91.00 | |
| 8 - 04 | 00890 | $27.00 | | 8 - 10 | H0051 | $96.00 | |
| 8 - 04 | 00880 | $27.00 | | 8 - 10 | H0052 | $96.00 | |
| 8 - 05 | 04880 | $62.00 | | 8 - 10 | H0031 | $91.00 | |
| 8 - 05 | 03508 | $62.00 | | 8 - 10 | BR021 *(Barrel Racer)* | $53.00 | x  x |
| 8 - 05 | 04882 | $62.00 | | 8 - 11 | DN051 | $171.00 | |
| 8 - 05 | 01618 | $62.00 | | 8 - 11 | D0041 | $106.00 | |
| 8 - 05 | 03507 | $62.00 | | 8 - 11 | WF021 | $115.00 | |
| 8 - 05 | 03164 | $62.00 | | 8 - 11 | DN081 | $171.00 | |
| 8 - 05 | 04881 | $62.00 | | 8 - 11 | DN021 *(B-Rider, Team Roper)* | $163.00 | x  x  x |
| 8 - 05 | 04200 | $62.00 | | 8 - 12 | N0331/2R | $137.00 | |
| 8 - 05 | 03509 | $62.00 | | 8 - 12 | N0051 | $91.00 | |
| 8 - 05 | 01616 | $62.00 | | 8 - 12 | N0141 | $96.00 | |
| 8 - 05 | 00294 | $27.00 | | 8 - 12 | N0041 | $87.00 | |
| 8 - 05 | 02994 | $27.00 | | 8 - 12 | N0061 | $87.00 | |
| 8 - 05 | 00883 | $27.00 | | 8 - 12 | N0021 | $87.00 | |
| 8 - 05 | 00886 | $27.00 | | 8 - 12 | G0021 | $77.00 | |
| 8 - 05 | 00877 | $27.00 | | 8 - 13 | G0051 | $81.00 | |
| 8 - 05 | 00888 | $27.00 | | 8 - 13 | G0152 | $83.00 | |
| 8 - 05 | 00881 | $27.00 | | 8 - 13 | G0052 | $81.00 | |
| 8 - 05 | 00882 | $27.00 | | 8 - 13 | Y0021 | $75.00 | |
| 8 - 05 | 00887 | $27.00 | | 8 - 13 | A0321 | $77.00 | |
| 8 - 05 | 00878 | $27.00 | | 8 - 13 | A0021 | $77.00 | |
| 8 - 05 | 00876 | $27.00 | | 8 - 13 | A0032 | $91.00 | |
| 8 - 05 | 00884 | $27.00 | | 8 - 13 | A0031 | $87.00 | |
| 8 - 06 | I0021 *(Bull Rider)* | $146.00 | x  x | 8 - 13 | A0421 | $81.00 | |
| 8 - 06 | I0031 *(Bull Rider)* | $157.00 | x  x | 8 - 14 | OB021 | $109.00 | |
| 8 - 06 | I0032 | $161.00 | | 8 - 14 | 02367 | $109.00 | |
| 8 - 06 | RA031 | $129.00 | | 8 - 14 | 02369 | $109.00 | |
| 8 - 06 | 07648 | $114.00 | | 8 - 14 | 02370 | $109.00 | |
| 8 - 07 | X0121 *(Bull Rider)* | $131.00 | x | 8 - 14 | 02361 | $109.00 | |
| 8 - 07 | X0122 | $136.00 | | 8 - 14 | 02371 | $109.00 | |
| 8 - 07 | R0021 | $121.00 | | 8 - 14 | 02372 | $109.00 | |
| 8 - 07 | R0061 | $121.00 | | 8 - 14 | 02373 | $109.00 | |
| 8 - 08 | JJ022 | $127.00 | | 8 - 14 | 02374 | $109.00 | |
| 8 - 08 | J0021 | $119.00 | | 8 - 14 | 02358 | $109.00 | |

Retail Price List, P. 8

M&F001254

| Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C | Catalog Page Number | Product/UPC Number | Retail Price | Sales Model A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 - 14 | 02362 | $109.00 | | | | 8 - 22 | DN411 | $170.00 | | | |
| 8 - 14 | 02366 | $109.00 | | | | 8 - 22 | DN011 | $163.00 | | | |
| 8 - 14 | 02360 | $109.00 | | | | 8 - 22 | DN012 | $163.00 | | | |
| 8 - 14 | 02364 | $109.00 | | | | 8 - 23 | T0072 | $112.00 | | | |
| 8 - 14 | 02359 | $109.00 | | | | 8 - 23 | 02157 | $94.00 | | | |
| 8 - 14 | 02375 | $109.00 | | | | 8 - 23 | N0311 | $117.00 | | | |
| 8 - 14 | 02357 | $109.00 | | | | 8 - 23 | N0011 | $87.00 | | | |
| 8 - 14 | 02376 | $109.00 | | | | 8 - 23 | N0312 | $121.00 | | | |
| 8 - 14 | 02363 | $109.00 | | | | 8 - 23 | 06300 | $140.00 | x | | x |
| 8 - 14 | SB021 | $109.00 | | | | N/S | 08047 | $123.00 | x | | x |
| 8 - 14 | 02803 | $109.00 | | | | 8 - 24 | H0111 | $91.00 | x | | x |
| 8 - 14 | 02806 | $109.00 | | | | 8 - 24 | 07416 | $98.00 | x | | x |
| 8 - 14 | 02807 | $109.00 | | | | 8 - 24 | 02240 | $87.00 | x | | |
| 8 - 14 | 03012 | $109.00 | | | | 8 - 24 | 01851 | $75.00 | Discontinued | | |
| 8 - 14 | 02808 | $109.00 | | | | N/S | 08051 | $77.00 | x | | |
| 8 - 14 | 02809 | $109.00 | | | | 8 - 24 | 06611 | $91.00 | | | |
| 8 - 14 | 02810 | $109.00 | | | | 8 - 24 | 01612 | $83.00 | | | |
| 8 - 14 | 02811 | $109.00 | | | | 8 - 24 | G0511 | $85.00 | | | |
| 8 - 14 | 03013 | $109.00 | | | | 8 - 25 | G0072 | $81.00 | | | |
| 8 - 14 | 03014 | $109.00 | | | | 8 - 25 | G0312 | $77.00 | | | |
| 8 - 14 | 02801 | $109.00 | | | | 8 - 25 | DB011 | $79.00 | | | |
| 8 - 14 | 03015 | $109.00 | | | | 8 - 25 | G0611 | $77.00 | | | |
| 8 - 14 | 02805 | $109.00 | | | | 8 - 25 | G0411 | $81.00 | | | |
| 8 - 14 | 02802 | $109.00 | | | | 8 - 25 | 07071 | $70.00 | Discontinued | | |
| 8 - 14 | 02812 | $109.00 | | | | 8 - 25 | E0101 | $73.00 | | | |
| 8 - 14 | 02800 | $109.00 | | | | 8 - 25 | 07072 | $42.00 | Discontinued | | |
| 8 - 14 | 02813 | $109.00 | | | | 8 - 26 | 02795 | $77.00 | | | |
| 8 - 14 | 02804 | $109.00 | | | | 8 - 26 | 06605 | $85.00 | | | |
| 8 - 14 | QB021 | $109.00 | | | | 8 - 26 | L0611 | $58.00 | | | |
| 8 - 14 | 02826 | $109.00 | | | | 8 - 26 | L0011 | $58.00 | | | |
| 8 - 14 | 02829 | $109.00 | | | | 8 - 26 | TH082 | $83.00 | | | |
| 8 - 14 | 02831 | $109.00 | | | | 8 - 26 | P0611 | $45.00 | | | |
| 8 - 14 | 02828 | $109.00 | | | | 8 - 26 | P0011 | $45.00 | | | |
| 8 - 14 | 02832 | $109.00 | | | | 8 - 26 | 01099 | $58.00 | | | |
| 8 - 14 | 02834 | $109.00 | | | | | | | | | |
| 8 - 14 | 02835 | $109.00 | | | | | | | | | |
| 8 - 14 | 02820 | $109.00 | | | | | | | | | |
| 8 - 14 | 02825 | $109.00 | | | | | | | | | |
| 8 - 14 | 02822 | $109.00 | | | | | | | | | |
| 8 - 14 | 03011 | $109.00 | | | | | | | | | |
| 8 - 14 | 02827 | $109.00 | | | | | | | | | |
| 8 - 14 | 02824 | $109.00 | | | | | | | | | |
| 8 - 14 | 02823 | $109.00 | | | | | | | | | |
| 8 - 14 | 02819 | $109.00 | | | | | | | | | |
| 8 - 14 | 00056 | $109.00 | | | | | | | | | |
| 8 - 14 | 02837 | $109.00 | | | | | | | | | |
| N/S | 02833 *(Bull Rider)* | $109.00 | | | | | | | | | |
| 8 - 22 | I0011 | $146.00 | | | | | | | | | |

M&F001255

# EXHIBIT 1H



M&F001257

# EXHIBIT 1I



Sterling Silver and Sterling Silver 22K Gold Electroplated Jewelry & Accessories

#00651  $26.00
#00652  $26.00
#10138  $40.00
#07394  $20.00
#09077  $30.00
#10178  $46.00
#09745  $44.00
#10212  $32.00
#09746  $34.00
#09771  $34.00
#09772  $34.00
#10177  $34.00
#09770  $32.00
#10179  $42.00
#10139  $40.00
#09104  $32.00
#09769  $32.00
#09106  $30.00
#09107  $30.00
#09131  $38.00
#09105  $40.00
#10216  $34.00
#09101  $45.00

**2001 Crumrine Retail Catalog**    **Jewelry 1**

M&F001259



#09818  $34.00
#09132  $45.00
#09133  $40.00
#09134  $40.00

#09102  $40.00
#09103  $45.00
#10136  $35.00
#10137  $40.00

#09138  $44.00
#09135  $44.00
#09136  $40.00
#09137  $40.00

#10182  $32.00
#10128  $30.00
#10135  $32.00
#09430  $40.00

#09815  $34.00
#10175  $36.00
#09817  $34.00
#09429  $40.00

#10176  $36.00
#09812  $34.00
#09822  $34.00
#10258  $36.00

Jewelry 2          (800) 444-3575 Sales/Service     (800) 642-8466 Fax

M&F001260

#10181  $34.00

#10133  $32.00

#10180  $48.00

#10134  $46.00

#10174  $36.00

#09819  $34.00

#09824  $34.00

#09827  $34.00

#10184  $42.00

#09915  $40.00

#10173  $36.00

#09826  $34.00

#10185  $38.00

#09914  $36.00

#10183  $34.00

#09917  $32.00

#10172  $42.00

#09913  $40.00

#09918  $44.00

#09919  $32.00

#10264  $36.00

#10263  $34.00

#10261  $34.00

#10262  $32.00

2001 Crumrine Retail Catalog

Jewelry 3

M&F001261

#10260  $38.00

#10259  $36.00

#10266  $32.00

#10265  $30.00

#10240  $30.00

#10237  $34.00

#10149  $38.00

#10239  $32.00

#10214  $34.00

#10213  $32.00

#10215  $32.00

#10238  $32.00

#10233  $34.00

#10234  $32.00

#10235  $32.00

#10236  $32.00

#10211  $32.00

#10210  $30.00

#10231  $34.00

#10232  $32.00

#10218  $36.00

#10217  $34.00

#10209  $36.00

#10208  $34.00

Jewelry 4          (800) 444-3575 Sales/Service    (800) 642-8466 Fax

M&F001262

#10241  $39.00

#10252  $50.00

#10253  $48.00

#09816  $36.00

#09820  $32.00

#09821  $32.00

#10186  $52.00

#10140  $50.00

#10244  $50.00

#07395  $24.00

#09040  $40.00

#09041  $50.00

#10190  $48.00

#09921  $46.00

#10187  $40.00

#10129  $38.00

#10189  $48.00

#10130  $46.00

#10188  $48.00

#10131  $46.00

#09920  $44.00

#10191  $54.00

#09916  $52.00

#10219  $80.00

2001 Crumrine Retail Catalog          Jewelry 5

M&F001263

#09823  $32.00

#10242  $40.00

#10243  $42.00

#10251  $42.00

#10250  $42.00

#10249  $44.00

#10247  $42.00

#10248  $40.00

#10220  $44.00

#10224  $46.00

#10223  60.00

#10222  $62.00

#10246  $42.00

#10245  $42.00

#10192  $36.00

#09825  $34.00

#10221  $52.00

#10254  $70.00

#10255  $68.00

#10257  $70.00

#10256  $68.00

#10268  $70.00

#10267  $68.00

#09529  $180.00

Jewelry 6          (800) 444-3575 Sales/Service     (800) 642-8466 Fax

M&F001264

**Crumrine**

.999 Fine Silver/22K Gold
Electroplated Jewelry
and Accessories

#09530  $180.00

#10271  $20.00

#10270  $20.00

#10269  $24.00

#08098  $38.00

#08097  $38.00

#10125  $24.00

#10123  $20.00

#10124  $20.00

#09362  $20.00

#09361  $20.00

#09370  $24.00

#08057  $47.00

#09359  $24.00

#09360  $24.00

#09371  $30.00

#09584  $35.00

#09585  $35.00

#10122  $30.00

#09768  $34.00

#10121  $41.00

#10132  $40.00

#09804  $32.00

2001 Crumrine Retail Catalog

Jewelry 7

M&F001265

#09813  $32.00

#10108  $30.00

INCLUDES MATCHING BRACELET
#09273  $20.00

INCLUDES MATCHING BRACELET
#09274  $20.00

#09373  $30.00

#09814  $30.00

#10120  $30.00

#10119  $30.00

#BR021  $55.00  *Small Figure*

#04665  $34.00

#08457  $45.00

#06257  $42.00

#02946  $34.00

#02948  $34.00

#09607  130.00

#09608  $130.00

#09605  $118.00

#09606  $118.00

#09374  $94.00

#09375  $94.00

BLACK BAND

GREEN BAND

#09448  $50.00

#09357  $50.00

#09358  $50.00

#09449  $63.00

2001 Crumrine Retail Catalog

Jewelry 8

M&F001266

# EXHIBIT 2



Jump ring to be sized and attached at KRY



## Cary Chunky Cross

Cross w/o ring H 50.8 x W 39.42 mm (2.00 x 1.55 inch)

Overall thickness w/ beads ~ 6.35 mm (.25")

M&F000111



M&F000112

Modified:     Wednesday, July 01, 2015, 5:34:44 PM



M&F000019

# EXHIBIT 3



M&F001244

# EXHIBIT 4



M&F000110