IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § | |
|     Plaintiff, | § | |
| vs. | § | Case No. 6:19-cv-418-JDK |
| | § | |
| M&F WESTERN PRODUCTS, INC., | § | |
|     Defendant. | § | |

## PROPOSED ORDER [GRANTING] M&F WESTERN'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Having considered Defendants M&F Western Products, Inc.'s Motion for Partial Summary Judgment, and all papers, argument, and evidence submitted in support of, and in opposition to, the Motion:

IT IS ORDERED that the Motion is GRANTED.

So Ordered this ___ day of _____, 2020.

_____
Jeremy D. Kernodle
United States District Judge

**[PROPOSED] ORDER**

PAGE 1

149227633