IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(TYLER DIVISION)

ROBERT BERG,

                Plaintiff,

- against -

M&F WESTERN PRODUCTS, INC.

                Defendant.

Docket No. 6:19-cv-00418-JDK

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge,

1. I am lead counsel for Plaintiff Robert Berg in the above-referenced action.

2. I respectfully submit this declaration in opposition to Defendant M&F Western Products, Inc. ("Defendant")'s second motion for partial summary judgment.

3. Attached as Exhibit A is a true and correct copy of a document obtained from the U.S. Copyright Office's website showing the search results for copyrights registered by **Hugh Weaver.**

4. Attached as Exhibit B is a true and correct copy of a document obtained from the U.S. Copyright Office's website showing the search results for copyrights registered by **Gist Silversmiths.**

1

5.  Attached as Exhibit C is a true and correct copy of a document obtained from the U.S. Copyright Office's website showing the search results for copyrights registered by **Crumrine Manufacturing Jewelers, Inc.**

6.  Attached as Exhibit D is a true and correct copy of a document obtained from the U.S. Copyright Office's website showing the search results for copyrights registered by Defendant **M&F Western Products, Inc.**

7.  Attached as Exhibit E is a true and correct copy of a document obtained from the U.S. Copyright Office's website showing the search results for copyrights registered by Defendant **3-D Belt Company, Inc.**

8.  Under Fed.R.Evid. 201(d), the Court has the authority to take judicial notice of records obtained from the Copyright Office's website at any stage of the proceeding. *See, e.g., Island Software & Computer Serv. Inc. v. Microsoft Corp.*, 413 F.3d 257, 261 (2d Cir. 2005) (district courts are entitled to take judicial notice of federal copyright registrations, as published in the Copyright Office's registry); *Art of Design, Inc. v. Pontoon Boat, LLC*, No. 3:16-CV-595 JD, 2017 WL 3608219, at *1 (N.D. Ind. Aug. 22, 2017) (taking judicial notice of "two catalog entries from the U.S. Copyright Office's official website corresponding to each of the designs at issue"); *cf. Duluth News–Tribune v. Mesabi Publ'g Co.*, 84 F.3d 1093, 1096n. 2 (8th Cir. 1996) (taking judicial notice of trademark registrations published in Patent and Trademark Office's registry).

Dated: September 8, 2020
      Valley Stream, NY

Respectfully submitted,

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC

11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Robert Berg*