# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = weaver, hugh
Search Results: Displaying 1 through 3 of 3 entries.



Resort results by: [dropdown]    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [1] | Weaver, Hugh, 1956- | #252 EXECUTIVE CLIP DUET MAGNETIC. | VA0001656775 | 2008 |
| [2] | Weaver, Hugh, 1956- | #253 EXECUTIVE BEVELED EDGE DUET MAGNETIC. | VA0001656776 | 2008 |
| [3] | Weaver, Hugh, 1956- | Lady square flower duet magnetic. | VA0001374426 | 2006 |

Resort results by: [dropdown]    Set Search Limits

Clear Selected    Retain Selected



| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record [Format for Print/Save] |
| ○ All on Page ● Selected On Page ○ Selected all Pages | Enter your email address: [____] [Email] |

Search for: weaver, hugh    Search by: Name (Crichton Michael; Walt Disney Company)    Item type: None
25 records per page    [Submit] [Reset]

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page