# EXHIBIT B



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = gist silversmith
Search Results: Displaying 1 through 10 of 10 entries.



Resort results by: [dropdown]   Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Gist Silversmiths | ARTISAN COLLECTION. | VA0001992802 | 2014 |
| [ 2 ] | Gist Silversmiths | Belt Buckle Model Number: W-MST021. | VAu001096145 | 2012 |
| [ 3 ] | GIST SILVERSMITHS | Professional Bull Riders. | VAu001016338 | 2009 |
| [ 4 ] | Gist Silversmiths | Round Up Minted Collection - Catalog 13. | VA0001998398 | 2014 |
| [ 5 ] | GIST SILVERSMITHS | TRADITIONS COLLECTION. | VA0001998397 | 2015 |
| [ 6 ] | Gist Silversmiths | USTRC 2012 PRIZELINE. | VAu001098217 | 2011 |
| [ 7 ] | GIST SILVERSMITHS | USTRC 2013 PRIZE LINE. | VA0001998393 | 2012 |
| [ 8 ] | GIST SILVERSMITHS | USTRC 2014 PRIZE LINE. | VA0001998392 | 2013 |
| [ 9 ] | GIST SILVERSMITHS | USTRC 2015 PRIZE LINE. | VA0001998396 | 2014 |
| [ 10 ] | GIST SILVERSMITHS | USTRC 2016 PRIZE LINE. | VA0001998394 | 2015 |

Resort results by: [dropdown]   Set Search Limits



| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record] [Format for Print/Save] |
| ○ All on Page  ● Selected On Page  ○ Selected all Pages | Enter your email address: [____] [Email] |

Search for: [gist silversmith]   Search by: [Name (Crichton Michael; Walt Disney Company)]   Item type: [None]
[25 records per page]   [Submit] [Reset]

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page