# EXHIBIT C



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

Help | Search | History | **Titles** | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = crumrine manufacturing
Search Results: Displaying 1 through 4 of 4 entries.

previous | next

Resort results by: [ ▼ ]    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Crumrine Manufacturing Jewelers | Concho center buckle. | VA0000103287 | 1978 |
| [ 2 ] | Crumrine Manufacturing Jewelers, Inc. | [Bull rider series] : no. 5497-5499. | VA0001210182 | 1982 |
| [ 3 ] | Crumrine Manufacturing Jewelers, Inc. | Eagel series : no. XXL5452, XLG5453, LRG5454 et al. | VA0001208308 | 1982 |
| [ 4 ] | Crumrine Manufacturing Jewelers, Inc. | Scorpion. | VA0001208307 | 1998 |

Resort results by: [ ▼ ]    Set Search Limits

Clear Selected | Retain Selected

previous | next

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record [ ▼ ] [Format for Print/Save] |
| ○ All on Page<br>⦿ Selected On Page<br>○ Selected all Pages | Enter your email address: [____] [Email] |

Search for: [crumrine manufacturin]  Search by: [Name (Crichton Michael; Walt Disney Company) ▼]  Item type: [None ▼]
[25 records per page ▼]    [Submit] [Reset]



Help | Search | History | **Titles** | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

Web Voyage Titles

Copyright Office Home Page | Library of Congress Home Page