# EXHIBIT D




**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = M & F Western
Search Results: Displaying 1 through 14 of 14 entries.

Resort results by:

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | M & F Western Products, Inc. | Belt A1013248. | VA0002010551 | 2014 |
| [ 2 ] | M & F Western Products, Inc. | Belt N24423. | VA0002008850 | 2009 |
| [ 3 ] | M & F Western Products, Inc. | Belt N24966. | VA0002012367 | 2011 |
| [ 4 ] | M & F Western Products, Inc. | BUCKLES & JEWELRY - APRIL 2009. [Published: 2009-04-10. Issue: ] | TX0007116205 | 2009 |
| [ 5 ] | M & F Western Products, Inc. | Concho KRY FA1401. | VA0002006088 | 2008 |
| [ 6 ] | M & F Western Products, Inc. | Concho KRY FA2596B. | VA0002006085 | 2011 |
| [ 7 ] | M & F Western Products, Inc. | Concho KRY FA4375. | VA0002006086 | 2014 |
| [ 8 ] | M & F Western Products, Inc. | D7C7C-deposit_specimen_belt_n25094. | VA0002008617 | 2012 |
| [ 9 ] | M & F Western Products, Inc. | Deposit_specimen_belt_n44298. | VA0002011995 | 2012 |
| [ 10 ] | M & F Western Products, Inc. | LEATHER GOODS - JANUARY 2009. | TX0006944268 | 2009 |
| [ 11 ] | M & F Western Products, Inc. | Western Corner Trim. | VAu000989437 | 2009 |
| [ 12 ] | M & F Western Products, Inc. | Western Cross. | VA0001670518 | 2008 |
| [ 13 ] | M & F Western Products, Inc. | Western Embossing. | VA0001670516 | 2006 |

| | | | | |
|---|---|---|---|---|
| ☐ [ 14 ] | M & F Western Products, Inc. | Western Spur Rowel. | VA0001670517 | 2009 |

Set Search Limits

Resort results by: [ ▼ ]

Clear Selected | Retain Selected

[previous] [next]

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▼] [Format for Print/Save] |
| ○ All on Page<br>⦿ Selected On Page<br>○ Selected all Pages | Enter your email address: [_____] [Email] |

Search for: [M & F Western]  Search by: [Name (Crichton Michael; Walt Disney Company) ▼]  Item type: [None ▼]

[25 records per page ▼]   [Submit] [Reset]

Help | Search | History | **Titles** | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page | Library of Congress Home Page