# EXHIBIT E



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = 3-D Belt
Search Results: Displaying 1 through 8 of 8 entries.

[◀ previous] [next ▶]

**Resort results by:** [dropdown]                                                           [Set Search Limits]

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 1 ] | 3-D Belt Company, Inc. | Bixby buckle set. | VA0001290152 | 2004 |
| ☐ [ 2 ] | 3-D Belt Company, Inc. | Oakdale rope buckle set. | VA0001290153 | 2004 |
| ☐ [ 3 ] | 3-D Belt Company, Inc. | Oakdale rope oval concho. | VA0001290148 | 2004 |
| ☐ [ 4 ] | 3-D Belt Company, Inc. | Oakdale rope round concho. | VA0001290149 | 2004 |
| ☐ [ 5 ] | 3-D Belt Company, Inc. | Oklahoma concho. | VA0001290150 | 2004 |
| ☐ [ 6 ] | 3-D Belt Company, Inc. | Venice concho. | VA0001290151 | 2004 |
| ☐ [ 7 ] | 3-D Belt Company, LP | Rope leaf buckle. | VA0001382843 | 2006 |
| ☐ [ 8 ] | 3-D Belt Company, LP | Wheatleaf buckle set. | VA0001382842 | 2006 |

**Resort results by:** [dropdown]                                                           [Set Search Limits]

[Clear Selected] [Retain Selected]



| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▾] [Format for Print/Save] |
| ○ All on Page<br>◉ Selected On Page<br>○ Selected all Pages | Enter your email address: [＿＿＿＿＿] [Email] |

**Search for:** [3-D Belt]  **Search by:** [Name (Crichton Michael; Walt Disney Company) ▾]  **Item type:** [None ▾]

[25 records per page ▾]                          [Submit] [Reset]

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |

Copyright Office Home Page | Library of Congress Home Page