IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, § | | |
|     Plaintiff, § | | |
| vs. § | | Case No. 6:19-cv-418-JDK |
| § | | |
| M&F WESTERN PRODUCTS, INC., § | | |
|     Defendant. § | | |

### [PROPOSED] ORDER GRANTING M&F WESTERN'S MOTION TO STRIKE PLAINTIFF'S PRETRIAL DISCLOSURES

Having considered Defendants M&F Western Products, Inc.'s Motion to Strike plaintiff's pretrial Disclosures, and all papers, argument, and evidence submitted in support of, and in opposition to, the Motion:

IT IS ORDERED that the Motion is GRANTED.

So Ordered this ___ day of _____, 2020.

_____
Jeremy D. Kernodle
United States District Judge

**[PROPOSED] ORDER**

PAGE 1

149898552.1