# EXHIBIT A



**Consulate General of the United States of America
Ho Chi Minh City**
Website: https://vn.usembassy.gov
Contact Us: https://vn.usembassy.gov/nivcontact

Dear Mr. ROBERT PETER BERG,

This is to inform you that you have been found ineligible for a nonimmigrant visa under Section 214(b) of the U.S. Immigration and Nationality Act. A denial under Section 214(b) means that you were not able to demonstrate that your intended activities in the United States would be consistent with the classification of the nonimmigrant visa for which you applied.

While nonimmigrant visa classifications each have their own unique requirements, one requirement shared by many of the nonimmigrant visa categories is for the applicant to demonstrate that he/she has a residence in a foreign country which he/she has no intention of abandoning. Applicants usually meet this requirement by demonstrating that they have strong ties overseas that indicate that they will return to a foreign country after a temporary visit to the United States. Such ties include professional, work, school, family, or social links to a foreign country. You have not demonstrated that you have the ties that will compel you to return to your home country after your travel to the United States.

Today's decision cannot be appealed. However, you may reapply at any time. If you decide to reapply, you must submit a new application form and photo, pay the visa application fee again, and make a new appointment to be interviewed by a consular officer. If you choose to reapply, you should be prepared to provide information that was not presented in your original application, or to demonstrate that your circumstances have changed since that application.

Sincerely,

Consular Officer

------ Forwarded message ------
From: **HCMC Consular Info** <HCMCinfo@state.gov>
Date: Thu, Aug 15, 2019 at 1:01 AM
Subject: RE: E4129461 - I've already been interviewed. What is the status of my case?
To: bobbergorignal@gmail.com <bobbergorignal@gmail.com>

Dear Sir/Madam,

Thank you for your inquiry.

Please be informed that your application for a nonimmigrant visa was refused under Section 214(b) of the Immigration and Nationality Act.  You were found ineligible because you could not overcome the presumption of immigration contained in U.S. laws.  Please find attached the Refusal Letter.

If you have further questions, please do not reply to this email.  Instead, please submit your inquiry to: https://vn.usembassy.gov/visas/nonimmigrant-visas/non-immigrant-visa-inquiry-form/

Sincerely,

Information and Public Outreach Team
Consular Section
U.S. Consulate General in Ho Chi Minh City – Vietnam
Website: https://vn.usembassy.gov/
Facebook: https://www.facebook.com/hochiminh.usconsulate/

**Official**
**UNCLASSIFIED**

From: **do-not-reply@usembassy.gov** [mailto:do-not-reply@usembassy.gov]
Sent: Thursday, August 15, 2019 11:29 AM
To: HCMC NIV Info
Subject: E4129461 - I've already been interviewed. What is the status of my case?

Select NIV Section: Ho Chi Minh City

Applicant's Full Name: ROBERT PETER BERG

Passport Number: E4129461

Applicants Date of Birth: 10/22/1952

Your Full Name: ROBERT PETER BERG

Email Address: bobbergorignal@gmail.com

Phone number (in Vietnam): 0704461791

Subject: I've already been interviewed. What is the status of my case?

Message Text: I applied last year for a business Visa for short business trip as I now live in Da Lat Viet Nam where I run my factory with 80 workers but no reply as yet...
My business license attached and Viet Nam resident card.
I recently contracted an attorney in NY to take my copyright infringement case with to many defendants.
I will need to appear or depositions and testify in federal court in the future. I don't know dates yet but attorneys will notify us in advance, expected damages several million US
IP Address: 113.182.198.65

# GOOD NEWS FOR BOB BERG CUSTOMERS



Federal Copyright Law protects Bob Berg Products.
With the recent push in draining the Swamp,
Trump clamping down on IP theft in America and private enterprises
protecting their investment in the US economy.

Bob Berg states "we need to clean up our back yard" from IP
theft and in particular the homeless in America is a disgrace to the system."

In a recent investigation into the pyrates infringing the unique designs
of Bob Berg and duplicating Berg's Copyrights by his IT team,
a large cluster of counterfeiters came to light and now under pending
Court Rulings on the their individual cases.
The following are the offenders:

| Company Name | Number of infringement | Company Name | Number of infringement |
|---|---|---|---|
| BENCHMARKBUCKLES | 97 | ACUTABOVE BUCKLES | 58 |
| CORRIENTE BUCKLE | 68 | RUNNING P | 38 |
| HYO SILVER | 81 | SHOWTIME AWARDS | 31 |
| Mortenson Silver & Saddles | 17 | KBARSAM BUCKLES & MORE | 7 |
| ROWDY SILVER | 45 | CCBUCKLES | 28 |
| R + B RUSTY BADILLO | 17 | CROSS ROADS BUCKLES | 57 |
| BULLSTRONG | 15 | KELLY SLOVER | 58 |
| MOLLY'S | 35 | MAYNARD BUCKLES | 66 |
| EDDY FISHER | 58 | SKYLINE VAQUERO BUCKLE | 87 |
| SHEAMICHELLE BUCKLES | 81 | LEGENDTACKANDSILVER | 11 |
| MONTANA | 35 | HUE NGUYEN DESIGNS | 5 |
| GIST | 58 | MONSOON SILVER | 64 |
| LONE STAR SILVER SMITH | 76 | CAVENDERS | 12 |
| TRES RIOS BUCKLE | 60 | M&F WESTERN PRODUCTS | 10 |

List of Bob Bergs registered copyrights. Dating back to the late 80's
this was planned prior to 1988 to protect his designs in America.

Prior to committing to multi milion dollar investment needed
to qualify for an E2 investment visa in 1991.

Berg has teamed up with rising star in the
IP litigation field, Mr. Richard Liebowitz - Liebowitz Law
Firm, PLLC – a NY attorney making America great again
and bringing justice back to the wild west.

*Buy the best forget the rest*

WWW.BOBBERGDESIGNS.COM
Email: bobbergtitanium@gmail.com



Pecos world first rodeo
First rodeo to present
Bob Berg Buckle 1992

# EXHIBIT B



**From:** Clint Mortenson <info@silverandsaddles.com>
**Sent:** Thursday, June 18, 2020 11:54 AM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** FW: LEGAL NOTICE that we recived Bob Berg

Paul, below and attached is correspondence we received from Bob Berg.

**From:** Bob Berg <bobbergtitanium@gmail.com>
**Date:** Friday, March 27, 2020 at 12:53 AM
**To:** Clint Mortenson <info@silverandsaddles.com>
**Subject:** LEGAL NOTICE

Richard Liebowitz
Email Address: RL@liebowitzlawfirm.com
Phone number: (800) 778-1660 or 516-233-1660
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580-6111, USA
Liebowitz Law Firm, PLLC

1

M&F001297

Reprsenting:

BOB BERG DESIGNS

9595 River Road

College Station, TX 77845

Monique Compton (Sales Director)

Phone Number: 979.412.3520

Email: bobbergtitanium@gmail.com

MORTENSON SILVER & SADDLES

96 Bonanza Creek Road Santa Fe, NM 87508

Phone number: (505) 424-9330

Email: info@silverandsaddles.com

Greetings Mortenson Silver & Saddles,

My IT team has been working on your case over the last 3 months. Your wreckless disregard for Bob Berg Copyrights Designs and the illegal use for manufacture of Copies and or derivatives have put you and or your company liable for damages under Copyrights Law.

**ATTACHED 1**: List of Bob Berg's Copyrights and the year registered and registered VA numbers.

**ATTACHED 2**: A list of your infringements based from your website.

Your company isn't the only infringer of Bob Berg Products and registered designs. We have 24 others infringers our law firm may litigate within the statute of limitations.

Currently M&F Western is a major distributor nationwide. M&F has 10 willful infringements which can be proved willful penalties allowed by law for willful infringements is a maximum of $150,000 per style

M&F liability 10 infringements may cost M&F 1.5 million in damages 10X$150,000

**ATTACHED 3**: Deposition notice of our current case with M&F. Bob Berg Vs M&F Case # 6:19cv418-JDK. M&F spared no time in gathering lawyers. However, 3 lawyers cannot overturn a Federal Court Ruling.

**THIS LETTER IS A FORMAL REQUEST AND DEMAND TO CEASE AND DESIST, TO TAKE DOWN ANY AND OR ALL COPIES AND OR DERIVATIVES AS IN ATTACHMENT 2 LISTS FROM YOUR WEBSITE WITHIN 15 DAYS FROM TODAY NOTICE.**

Taking down your infringements and complying with this letter of demand will not save you from responsibility and litigation. However, by complying within 15 days will show respect for the law and

M&F001298

be in your favor when the courts are deciding from evidence presented will show either regular infringement or willful infringement. Damages on regular infringement range from $750 to $30,000 per infringed works.

Willful infringement can be up to a maximum of $150,000 per infringed works.

So any delay in deleting the infringement of your website will not be in your favor.

Your possible liability of infringements in pursuit of financial gain as follow:

17 X $150,000 = $2.550,000

Also the plaintiff may recover reasonable attorneys fees.

(This could range from $50,000 to $150,000)

The courts ruling on this case was done in Berg Vs Symons 2004 Federal Case. Case #4:03-cv-02683 The courts ruled in Berg's favor.

The tapered sized bead elements totally protected. Judgment already made and rulings set from that case also pertains to 95% of all infringement by the other 24 defendants including your case. This means we already have the ruling in this matter with Berg Vs Symons case with the federal judge's (Rosenthol) ruling.

Whereas, with the precedence set in federal court in 2004 there will be no defense that will overturn a Federal court ruling.

However, our attorneys are willing to consider and agreeable settlement to expedite this matter and saving court costs and time. It would be in your best interest to negotiate an agreement with my attorney Richard Liebowitz email: RL@liebowitzlawfirm.com  phone number: (800) 778-1660 suggest you seek legal council.

As early settlement on this issue will save you:

1. Attorney fees

2. Possible willful infringement damages

3. The possibility if the facts show in your case and can prove criminal which incurs a maximum 5 years federal prison and or $250,000 fine.

Regard.

BOB BERG


--
Kind Regards,
Customer Service Department, Bob Berg Designs

M&F001299

| VA number | Date Registered | Title |
|---|---|---|
| VA0000292803 | 1988 | Be like Jesus |
| VA0000530294 | 1992 | Pecos . Cheyenne . Oval . Skull |
| VA0000547192 | 1993 | Feather ; Crescent ; Small filigree |
| VA0000817815 | 1995 | Bandera collection |
| VA0001076361 | 2000 | [ProBull Rider champion cup] |
| VA0001091617 | 2000 | Bob Berg jewelry |
| VA0001096096 | 2000 | Pro bull rider champion buckle. |
| VA0001653343 | 2000 | Bob Berg Concho Designs |
| VA0001653369 | 2000 | Bob Berg Earrings |
| VA0001653370 | 2000 | Bob Berg Pendant Designs |
| VA0001653372 | 2000 | Bob Berg Necklace Designs |
| VA0001653373 | 2000 | Bob Berg Watch Bands |
| VA0001108395 | 2001 | [Bob Berg jewelry · Bob Berg buckles] |
| VA0001159548 | 2002 | [Bob Berg buckles] |
| VA0001229288 | 2003 | Bob Berg buckles |
| VA0001667450 | 2004 | New Buckle 001 - Non Symetrical |
| VAu001296852 | 2016 | HOLLYWOOD COLLECTION |
| VAu001312785 | 2017 | Turquoise Collection. |
| VAu001312781 | 2017 | Bob Berg Hollywood Buckles Series |
| VAu001301623 | 2017 | BOB BERG JEWELRY COLLECTION |
| VAu001315067 | 2017 | Update Turquoise Collection |
| VAu001312778 | 2017 | Update Turquoise Collection_V2 |

M&F001300

COMPANY: **MORTENSON SILVER & SADDLES**
Adress:  96 Bonanza Creek Road  Santa Fe, NM 87508
Phone number:  (505) 424-9330
Website: www.silverandsaddles.com
Email: info@silverandsaddles.com



| MORTENSON SILVER & SADDLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2018  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |

| MORTENSON SILVER & SADDLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2016  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2016  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2016  DATE DISCORVED: 02-04-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018  REMINGTON DATE DISCORVED: 02-04-2019 |  |  COPY OF DEPOSIT VA 1-159-548 |

M&F001303











M&F001305

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT BERG,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **Case No. 6:19-cv-418-JDK** |
| | § | |
| **M&F WESTERN PRODUCTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF, ROBERT BERG

TO:    Plaintiff, ROBERT BERG, by and through his attorney of record, Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580.

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, Defendant M&F Western Products, Inc. ("M&F Western"), by and through its undersigned attorneys, will take the deposition of Plaintiff, ROBERT BERG ("Plaintiff" and "Berg"). Such deposition will commence at 9:00 a.m. (CST) on April ___, 2020, at the offices of Perkins Coie, LLP (500 N. Akard Street, Suite 3300, Dallas, Texas 75201), or at the federal courthouse in Tyler, and will continue from day-to-day until completed. Such deposition will be taken for the purposes of discovery, for use as evidence at trial, and for any other permissible purpose under the Federal Rules of Civil Procedure. The deposition will be taken before a certified court reporter or other person qualified to administer oaths and will be recorded by stenographic means and may be videotaped, and real-time transcription services may be utilized.

M&F001306

Dated:  March 4, 2020

Respectfully submitted,

By: _____

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

**Attorneys for Defendant M & F Western Products, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on March __, 2020, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

_____
John R. Hardin



**From:** Rusty Badillo <rb_buckles@yahoo.com>
**Sent:** Friday, October 9, 2020 11:51 AM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** Fwd: COPYRIGHT INFRINGEMENT DELETE FROM YOUR WEBSITE


**From:** Bob Berg <bobbergtitanium@gmail.com>
**Date:** April 15, 2020 at 2:26:40 AM CDT
**To:** Rusty Badillo <rb_buckles@yahoo.com>
**Subject: COPYRIGHT INFRINGEMENT DELETE FROM YOUR WEBSITE**


HI THERE,
ATTACHED IS LASTEST ON THE LITIGATION OF INFRINGERS OF BOB
BERG DESIGNS M AND F DEMAND FOR TRIAL
IF YOU WANT TO AVOID THE SAME DAMGES, DELETE THESE
INFRINGEMENTS ASAP AND POSSIBLY AVOID LITIGATION.
BOB BERG

--
Kind Regards,
Customer Service Department, Bob Berg Designs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ROBERT BERG,

                                    Plaintiff,                    Docket No. 6:19-cv-0418

        - against -                                              JURY TRIAL DEMANDED

M & F WESTERN PRODUCTS, INC.

                                    Defendant.

## AMENDED COMPLAINT

Plaintiff Robert Berg ("Berg" or "Plaintiff") by and through his undersigned counsel, as

and for his Amended Complaint against Defendant M & F Western Products, Inc. ("M & F" or

"Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright

Act. This action arises out of Defendant's unauthorized reproduction and public display of

copyrighted designs, owned and registered by Berg, a professional designer. Accordingly, Berg

seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101

*et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court

has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in

and/or transacts business in Texas.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5.      Berg, a native of Australia, is a professional designer who currently resides in Vietnam.  Currently, Berg is unable to travel to the United States due to visa issues, as well as due to the pandemic.

6.      Upon information and belief, M & F  is a domestic business corporation organized and existing under the laws of the State of Texas, with a place of business at 1303 Holiday Drive, Sulphur Springs, Texas 75482. Upon information and belief M & F is registered with the Texas Department of State Division of Corporations to do business in the State of Texas.

**STATEMENT OF FACTS**

**A.      Background and Plaintiff's Ownership of the Designs**

7.      In the late 1970s, Berg was a rodeo performer and silversmith in Australia who began designing and selling western jewelry.

8.      After an injury ended his rodeo career, Berg expanded his jewelry business. Although he focused on belt buckles, he also began to design, produce, and sell western-style rings, necklaces, bracelets, conchos, spurs, knives, and three-piece buckle sets.

9.      In 1993, Berg moved to Bandera, Texas, to pursue the western jewelry market in the United States.  Berg continued to design jewelry and buckles which have a distinctive "look" consisting of the following original elements: black background, the use of "tri-color" (red, green, and yellow) gold; a layer of scrollwork with a vine design, a layer of leaves, and a third layer of flowers; and, when edged, use of a raised silver edge with large tapered beads. Hand-cut and soldered scrollwork and lettering characterize Bob Berg

designs. Berg initiated the technique of stacking tri-color gold to achieve a three-dimensional look in his buckles and jewelry.

10.    By 2000, Berg's jewelry designs had become well-known in the United States and Texas.  For example, he was asked to design the trophy cup for the world championship professional bull riding competition.  He also built championship buckles for prominent rodeo committees across the United States and supplied buckles to the champions of the Australian Pro Rodeo Association for over two decades.

11.    Between 2000 and 2003, Berg created original designs consisting of Western-styled jewelry and belt buckles that are the subject of this lawsuit (collectively the "Designs"). A true and correct copy of some of the Designs are attached hereto as Exhibit A.

12.    In 2000, Berg created a stylized and intricate design of a cross with angular corners (the "Angular Cross") and registered it with the U.S. Copyright Office under No. VA 1-091-617, with effective date of June 12, 2000 (the "617 Registration").  Attached as Exhibit B is a true and correct copy of the 617 Registration, as maintained by the U.S. Copyright Office's website.

13.    In 2002, Berg created a stylized and intricate design for an oval belt buckle (the "Oval Buckle") and registered it with the U.S. Copyright Office under No. VA 1-159-548, with effective date of July 26, 2002 (the "548 Registration").  Attached as Exhibit C is a true and correct copy of the 548 Registration, as maintained by the U.S. Copyright Office's website.

14.    In 2002, Berg created a stylized and intricate design for a rectangular belt buckle (the "Rectangular Buckle") and registered it with the U.S. Copyright Office under No. VA 1-159-548, with effective date of July 26, 2002.  See Exhibit C.

15.    In 2003, Berg created a stylized and intricate design for a cross with linear

corners (the "Linear Cross") and registered it with the U.S. Copyright Office under No. VA

1-229-288, with effective date of August 29, 2003 (the "288 Registration").  Attached as

Exhibit D is a true and correct copy of the 288 Registration, as maintained by the U.S.

Copyright Office's website (the "288 Registration").

16.     Berg is the author of the Designs and has at all times been the sole owner of

all right, title and interest in and to the Designs, including the copyright thereto.

17.     Upon information and belief, in late 2004/early 2005, an individual named

Gary Bellinger, who supplied products to M&F, gained access to Plaintiff's molds and

designs, including the Designs at issue here.  Bellinger was not an employee of Berg.  He

was an independent manufacturer of belts in Mexico.  However, because Bellinger was a

major industry player who spoke the local language and knew everyone, Bellinger had

access (through Berg's ex-wife) to Berg's jewelry factory in Mexico where Berg's belt

buckles were manufactured.

18.     Upon information and belief, Bellinger gained access to Berg's copyrighted

molds for his designs in 2005 and then distributed them to M&F without Berg's knowledge

or authorization.

**B.    Defendant's Infringing Activities**

19.     Upon information and belief, sometime in 2005 or thereafter, M & F created

their own products copying the Designs for their products and mass producing them. Some

examples are attached hereto as Exhibit A.

20.     Upon information and belief, Defendant may also have infringed other

copyrighted designs created by Plaintiff which are not identified in this complaint.

21.     M & F  did not license the Designs from Plaintiff, nor did M & F have

Plaintiff's permission or consent to use the Designs.

22.     Berg did not know back in 2005 that Bellinger gave M&F access to Berg's

copyrighted design molds.  Berg did not actually discover M&F's infringement until 2019.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

23.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-22 above.

24.    M & F infringed Plaintiff's copyright in the Designs by reproducing, using, distributing and/or publicly displaying the Designs on the Website. M & F is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Designs.

25.    The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

26.    Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

27.    As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement

28.    Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Designs, pursuant to 17 U.S.C. § 504(c).

29.    Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.      That Defendant M & F be adjudged to have infringed upon Plaintiff's copyrights

in the Designs in violation of 17 U.S.C §§ 106 and 501;

2.      Defendant and its officers, agents, servants, employees, affiliated entities, and all

of those in active concert with them, be preliminarily and permanently enjoined

from committing the acts alleged herein in violation of 17 U.S.C. § 501;

3.      That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's

profits, gains or advantages of any kind attributable to Defendant's infringement

of Plaintiff's Designs; or b) alternatively, statutory damages of up to $150,000 per

copyrighted work infringed pursuant to 17 U.S.C. § 504;

4.      That Defendant be required to account for all profits, income, receipts, or other

benefits derived by Defendant as a result of its unlawful conduct;

5.      That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to

17 U.S.C. § 505;

6.      That Plaintiff be awarded pre-judgment interest; and

7.      Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
      April 1, 2020

                  LIEBOWITZ LAW FIRM, PLLC

                  **By: /s/Richard Liebowitz**
                  Richard Liebowitz
                  11 Sunrise Plaza, Suite 305
                  Valley Stream, New York 11580 Tel:
                  (516) 233-1660
                  RL@LiebowitzLawFirm.com

                  *Attorneys for Plaintiff Robert Berg*



**From:** Chad Gist <chad@gistsilversmiths.com>
**Sent:** Friday, October 9, 2020 10:54 AM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** Fwd: COPYRIGHT INFRINGEMENT DELETE FROM YOUR WEBSITE

Begin forwarded message:

**From:** Bob Berg <bobbergtitanium@gmail.com>
**Subject: COPYRIGHT INFRINGEMENT DELETE FROM YOUR WEBSITE**
**Date:** April 15, 2020 at 12:32:55 AM PDT
**To:** info@gistsilversmiths.com

GREETINGS GIST,
ATTACHED IS LASTEST ON THE LITIGATION OF INFRINGERS OF BOB
BERG DESIGNS M AND F DEMAND FOR TRIAL
IF YOU WANT TO AVOID THE SAME DAMGES, DELETE THESE
INFRINGEMENTS ASAP AND POSSIBLY AVOID LITIGATION.
BOB BERG

--
Kind Regards,
Customer Service Department, Bob Berg Designs

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here
to report this email as spam.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ROBERT BERG,

                                    Plaintiff,                    Docket No. 6:19-cv-0418

          - against -                                            JURY TRIAL DEMANDED

M & F WESTERN PRODUCTS, INC.

                                    Defendant.

## AMENDED COMPLAINT

Plaintiff Robert Berg ("Berg" or "Plaintiff") by and through his undersigned counsel, as and for his Amended Complaint against Defendant M & F Western Products, Inc. ("M & F" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted designs, owned and registered by Berg, a professional designer. Accordingly, Berg seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Texas.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Berg, a native of Australia, is a professional designer who currently resides in Vietnam.  Currently, Berg is unable to travel to the United States due to visa issues, as well as due to the pandemic.

6.      Upon information and belief, M & F  is a domestic business corporation organized and existing under the laws of the State of Texas, with a place of business at 1303 Holiday Drive, Sulphur Springs, Texas 75482. Upon information and belief M & F is registered with the Texas Department of State Division of Corporations to do business in the State of Texas.

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Designs**

7.      In the late 1970s, Berg was a rodeo performer and silversmith in Australia who began designing and selling western jewelry.

8.      After an injury ended his rodeo career, Berg expanded his jewelry business. Although he focused on belt buckles, he also began to design, produce, and sell western-style rings, necklaces, bracelets, conchos, spurs, knives, and three-piece buckle sets.

9.      In 1993, Berg moved to Bandera, Texas, to pursue the western jewelry market in the United States.  Berg continued to design jewelry and buckles which have a distinctive "look" consisting of the following original elements: black background, the use of "tri-color" (red, green, and yellow) gold; a layer of scrollwork with a vine design, a layer of leaves, and a third layer of flowers; and, when edged, use of a raised silver edge with large tapered beads. Hand-cut and soldered scrollwork and lettering characterize Bob Berg

designs. Berg initiated the technique of stacking tri-color gold to achieve a three-dimensional look in his buckles and jewelry.

10.     By 2000, Berg's jewelry designs had become well-known in the United States and Texas.  For example, he was asked to design the trophy cup for the world championship professional bull riding competition.  He also built championship buckles for prominent rodeo committees across the United States and supplied buckles to the champions of the Australian Pro Rodeo Association for over two decades.

11.     Between 2000 and 2003, Berg created original designs consisting of Western-styled jewelry and belt buckles that are the subject of this lawsuit (collectively the "Designs"). A true and correct copy of some of the Designs are attached hereto as Exhibit A.

12.     In 2000, Berg created a stylized and intricate design of a cross with angular corners (the "Angular Cross") and registered it with the U.S. Copyright Office under No. VA 1-091-617, with effective date of June 12, 2000 (the "617 Registration").  Attached as Exhibit B is a true and correct copy of the 617 Registration, as maintained by the U.S. Copyright Office's website.

13.     In 2002, Berg created a stylized and intricate design for an oval belt buckle (the "Oval Buckle") and registered it with the U.S. Copyright Office under No. VA 1-159-548, with effective date of July 26, 2002 (the "548 Registration").  Attached as Exhibit C is a true and correct copy of the 548 Registration, as maintained by the U.S. Copyright Office's website.

14.     In 2002, Berg created a stylized and intricate design for a rectangular belt buckle (the "Rectangular Buckle") and registered it with the U.S. Copyright Office under No. VA 1-159-548, with effective date of July 26, 2002.  See Exhibit C.

15.     In 2003, Berg created a stylized and intricate design for a cross with linear

corners (the "Linear Cross") and registered it with the U.S. Copyright Office under No. VA 1-229-288, with effective date of August 29, 2003 (the "288 Registration"). Attached as Exhibit D is a true and correct copy of the 288 Registration, as maintained by the U.S. Copyright Office's website (the "288 Registration").

16.     Berg is the author of the Designs and has at all times been the sole owner of all right, title and interest in and to the Designs, including the copyright thereto.

17.     Upon information and belief, in late 2004/early 2005, an individual named Gary Bellinger, who supplied products to M&F, gained access to Plaintiff's molds and designs, including the Designs at issue here. Bellinger was not an employee of Berg. He was an independent manufacturer of belts in Mexico. However, because Bellinger was a major industry player who spoke the local language and knew everyone, Bellinger had access (through Berg's ex-wife) to Berg's jewelry factory in Mexico where Berg's belt buckles were manufactured.

18.     Upon information and belief, Bellinger gained access to Berg's copyrighted molds for his designs in 2005 and then distributed them to M&F without Berg's knowledge or authorization.

**B.     Defendant's Infringing Activities**

19.     Upon information and belief, sometime in 2005 or thereafter, M & F created their own products copying the Designs for their products and mass producing them. Some examples are attached hereto as Exhibit A.

20.     Upon information and belief, Defendant may also have infringed other copyrighted designs created by Plaintiff which are not identified in this complaint.

21.     M & F did not license the Designs from Plaintiff, nor did M & F have Plaintiff's permission or consent to use the Designs.

22.     Berg did not know back in 2005 that Bellinger gave M&F access to Berg's copyrighted design molds. Berg did not actually discover M&F's infringement until 2019.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

23.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-22 above.

24.    M & F  infringed Plaintiff's copyright in the Designs by reproducing, using, distributing and/or publicly displaying the Designs on the Website. M & F is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Designs.

25.    The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

26.    Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

27.    As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement

28.    Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Designs, pursuant to 17 U.S.C. § 504(c).

29.    Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

M&F001320

1.      That Defendant M & F be adjudged to have infringed upon Plaintiff's copyrights in the Designs in violation of 17 U.S.C §§ 106 and 501;

2.      Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

3.      That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Designs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

4.      That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

5.      That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

6.      That Plaintiff be awarded pre-judgment interest; and

7.      Such other and further relief as the Court may deem just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
April 1, 2020

LIEBOWITZ LAW FIRM, PLLC

**By: /s/Richard Liebowitz**
Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580 Tel:
(516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Robert Berg*



**From:** Andy Andrews <acutabovesilver@hotmail.com>
**Sent:** Friday, October 9, 2020 10:37 AM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** Fw: LEGAL NOTICE

*We did not respond to this email.*

*Andy Andrews*
*A Cut Above Buckles Inc.*
*949-636-4593*

---

**From:** A Cut Above Buckles Custom Order <customorder@acutabovebuckles.com>
**Sent:** Friday, October 9, 2020 8:34 AM
**To:** Andy Andrews <acutabovesilver@hotmail.com>
**Subject:** Fwd: LEGAL NOTICE

Get Outlook for iOS

---

**From:** Bob Berg <bobbergtitanium@gmail.com>
**Sent:** Thursday, March 26, 2020 10:13:00 PM
**To:** A Cut Above Buckles Custom Order <customorder@acutabovebuckles.com>
**Subject:** LEGAL NOTICE

Richard Liebowitz
Email Address: RL@liebowitzlawfirm.com
Phone number: (800) 778-1660 or 516-233-1660
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580-6111, USA
Liebowitz Law Firm, PLLC
Reprsenting:
BOB BERG DESIGNS
9595 River Road

M&F001322

College Station, TX

77845

Monique Compton (Sales Director)

Phone Number: 979.412.3520

Email: bobbergtitanium@gmail.com

ACUTABOVE BUCKLES

Phone number: (951) 600-0444

Email: customorder@acutabovebuckles.com

Greetings ,

My IT team has been working on your case over the last 3 months. Your wreckless disregard for Bob Berg Copyrights Designs and the illegal use for manufacture of Copies and or derivatives have put you and or your company liable for damages under Copyrights Law.

**ATTACHED 1**: List of Bob Berg's Copyrights and the year registered and registered VA numbers.

**ATTACHED 2**: A list of your infringements based from your website.

Your company isn't the only infringer of Bob Berg Products and registered designs. We have 24 others infringers our law firm may litigate within the statute of limitations. Currently M&F Western is a major distributor nationwide. M&F has 10 willful infringements which can be proved willful penalties allowed by law for willful infringements is a maximum of $150,000 per style

M&F liability 10 infringements may cost M&F 1.5 million in damages 10X$150,000

**ATTACHED 3**: Deposition notice of our current case with M&F. Bob Berg Vs M&F Case # 6:19cv418-JDK. M&F spared no time in gathering lawyers. However, 3 lawyers cannot overturn a Federal Court Ruling.

**THIS LETTER IS A FORMAL REQUEST AND DEMAND TO CEASE AND DESIST, TO TAKE DOWN ANY AND OR ALL COPIES AND OR DERIVATIVES AS IN ATTACHMENT 2 LISTS FROM YOUR WEBSITE WITHIN 15 DAYS FROM TODAY NOTICE.**

Taking down your infringements and complying with this letter of demand will not save you from responsibility and litigation. However, by complying within 15 days will show respect for the law and be in your favor when the courts are deciding from evidence presented will show either regular infringement or willful infringement. Damages on regular infringement range from $750 to $30,000 per infringed works.

Willful infringement can be up to a maximum of $150,000 per infringed works.

So any delay in deleting the infringement of your website will not be in your favor.

Your possible liability of infringements in pursuit of financial gain as follow:

58 X $150,000 = $8.700,000

Also the plaintiff may recover reasonable attorneys fees.

(This could range from $50,000 to $150,000)

The courts ruling on this case was done in Berg Vs Symons 2004 Federal Case. Case #4:03-cv-02683

The courts ruled in Berg's favor.

The tapered sized bead elements totally protected. Judgment already made and rulings set from that case also pertains to 95% of all infringement by the other 24 defendants including your case. This means we already have the ruling in this matter with Berg Vs Symons case with the federal judge's (Rosenthol) ruling.

Whereas, with the precedence set in federal court in 2004 there will be no defense that will overturn a Federal court ruling.

However, our attorneys are willing to consider and agreeable settlement to expedite this matter and saving court costs and time. It would be in your best interest to negotiate an agreement with my attorney Richard Liebowitz email: RL@liebowitzlawfirm.com phone number: (800) 778-1660 suggest you seek legal council.

As early settlement on this issue will save you:

1. Attorney fees

2. Possible willful infringement damages

3. The possibility if the facts show in your case and can prove criminal which incurs a maximum 5 years federal prison and or $250,000 fine.

Regard.

BOB BERG

--

Kind Regards,

Customer Service Department, Bob Berg Designs

| VA number | Date Registered | Title |
|---|---|---|
| VA0000292803 | 1988 | Be like Jesus |
| VA0000530294 | 1992 | Pecos . Cheyenne . Oval . Skull |
| VA0000547192 | 1993 | Feather ; Crescent ; Small filigree |
| VA0000817815 | 1995 | Bandera collection |
| VA0001076361 | 2000 | [ProBull Rider champion cup] |
| VA0001091617 | 2000 | Bob Berg jewelry |
| VA0001096096 | 2000 | Pro bull rider champion buckle. |
| VA0001653343 | 2000 | Bob Berg Concho Designs |
| VA0001653369 | 2000 | Bob Berg Earrings |
| VA0001653370 | 2000 | Bob Berg Pendant Designs |
| VA0001653372 | 2000 | Bob Berg Necklace Designs |
| VA0001653373 | 2000 | Bob Berg Watch Bands |
| VA0001108395 | 2001 | [Bob Berg jewelry · Bob Berg buckles] |
| VA0001159548 | 2002 | [Bob Berg buckles] |
| VA0001229288 | 2003 | Bob Berg buckles |
| VA0001667450 | 2004 | New Buckle 001 - Non Symetrical |
| VAu001296852 | 2016 | HOLLYWOOD COLLECTION |
| VAu001312785 | 2017 | Turquoise Collection. |
| VAu001312781 | 2017 | Bob Berg Hollywood Buckles Series |
| VAu001301623 | 2017 | BOB BERG JEWELRY COLLECTION |
| VAu001315067 | 2017 | Update Turquoise Collection |
| VAu001312778 | 2017 | Update Turquoise Collection_V2 |

M&F001325

COMPANY: **ACUTABOVE BUCKLES**
Phone number: (951) 600-0444
Website: www.acutabovebuckles.com
Email: CUSTOMORDER@ACUTABOVEBUCKLES.COM



| **ACUTABOVE BUCKLES** | **COPYRIGHT** | **VA** |
|---|---|---|
| YEAR INFRINGEMENT 2019 ... DATE DISCOVERED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2019 ... DATE DISCOVERED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018 ... DATE DISCOVERED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018 ... DATE DISCOVERED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |

M&F001326



| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT **2017** <br><br> DATE DISCOVRED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT <br> **VA 1-159-548** |
| YEAR INFRINGEMENT **2016** <br><br> DATE DISCOVRED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT <br> **VA 1-159-548** |
| YEAR INFRINGEMENT **2015** <br><br> DATE DISCOVRED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT <br> **VA 1-159-548** |
| YEAR INFRINGEMENT **2015** <br><br> DATE DISCOVRED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT <br> **VA 1-159-548** |
| YEAR INFRINGEMENT **2015** <br> #00067: Engraved and Antiqued <br> DATE DISCOVRED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT <br> **VA 1-159-548** |

| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|



YEAR INFRINGEMENT  2015
DATE DISCOVERED:  03-11-2019
YEAR REGISTRATION  2002
COPY OF DEPOSIT
VA 1-159-548

YEAR INFRINGEMENT  2015
DATE DISCOVERED:  03-11-2019
YEAR REGISTRATION  2002
COPY OF DEPOSIT
VA 1-159-548

YEAR INFRINGEMENT  2015
DATE DISCOVERED:  03-11-2019
YEAR REGISTRATION  2002
COPY OF DEPOSIT
VA 1-159-548

YEAR INFRINGEMENT  2015
DATE DISCOVERED:  03-11-2019
YEAR REGISTRATION  2002
COPY OF DEPOSIT
VA 1-159-548

YEAR INFRINGEMENT  2014
DATE DISCOVERED:  03-11-2019
YEAR REGISTRATION  2017
1-4426515111

| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|



Row 1: YEAR INFRINGEMENT 2014 — YEAR REGISTRATION 2002 — COPY OF DEPOSIT VA 1-159-548 — DATE DISCOVERD: 03-11-2019

Row 2: YEAR INFRINGEMENT 2014 — YEAR REGISTRATION 2002 — COPY OF DEPOSIT VA 1-159-548 — DATE DISCOVERD: 03-11-2019

Row 3: YEAR INFRINGEMENT 2019 — YEAR REGISTRATION 2002 — COPY OF DEPOSIT VA 1-159-548 — DATE DISCOVERD: 03-11-2019

Row 4: YEAR INFRINGEMENT 2019 — YEAR REGISTRATION 2002 — COPY OF DEPOSIT VA 1-159-548 — DATE DISCOVERD: 03-11-2019

Row 5: YEAR INFRINGEMENT 2015 — YEAR REGISTRATION 2002 — COPY OF DEPOSIT VA 1-159-548 — DATE DISCOVERD: 03-11-2019



| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2018 / DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018 / DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2018 / DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2013 / DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2013 / DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |

| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT **2014**<br><br>DATE DISCORVED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT **2013**<br>DATE DISCORVED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT **2013**<br>DATE DISCORVED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT **2013**<br>DATE DISCORVED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT **2018**<br>DATE DISCORVED:    03-11-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |



| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |

| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|



| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
|---|---|---|
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-11-2019 | | |

| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2018  DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018 DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018 DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2018 DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2016 DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |

M&F001334

| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|



YEAR INFRINGEMENT    2014    YEAR REGISTRATION    2002    COPY OF DEPOSIT    VA 1-159-548

DATE DISCOVRED:    03-11-2019

YEAR INFRINGEMENT    2013    YEAR REGISTRATION    2002    COPY OF DEPOSIT    VA 1-159-548

DATE DISCOVRED:    03-11-2019

YEAR INFRINGEMENT    2013    YEAR REGISTRATION    2002    COPY OF DEPOSIT    VA 1-159-548

DATE DISCOVRED:    03-11-2019

YEAR INFRINGEMENT    2014    YEAR REGISTRATION    2002    COPY OF DEPOSIT    VA 1-091-617

DATE DISCOVRED:    03-11-2019

YEAR INFRINGEMENT    2014    YEAR REGISTRATION    2002    COPY OF DEPOSIT    VA 1-159-548

DATE DISCOVRED:    03-11-2019

M&F001335

| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT **2014**  DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2017 | COPY OF DEPOSIT VA 1-091-617 |
| YEAR INFRINGEMENT **2014** DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT **2014** DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT **2014** DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT **2014** DATE DISCORVED: 03-11-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |



| ACUTABOVE BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2018 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCOVRED:    03-11-2019 | | |
| YEAR INFRINGEMENT    2018 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCOVRED:    03-11-2019 | | |
| YEAR INFRINGEMENT    2018 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCOVRED:    03-11-2019 | | |
| YEAR INFRINGEMENT    2018 | YEAR REGISTRATION    2001 | COPY OF DEPOSIT VA 1-108-395 |
| DATE DISCOVRED:    03-11-2019 | | |

M&F001337

















M&F001338

















M&F001339

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT BERG,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **Case No. 6:19-cv-418-JDK** |
| | § | |
| **M&F WESTERN PRODUCTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF, ROBERT BERG

TO:    Plaintiff, ROBERT BERG, by and through his attorney of record, Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580.

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, Defendant M&F Western Products, Inc. ("M&F Western"), by and through its undersigned attorneys, will take the deposition of Plaintiff, ROBERT BERG ("Plaintiff" and "Berg"). Such deposition will commence at 9:00 a.m. (CST) on April ___, 2020, at the offices of Perkins Coie, LLP (500 N. Akard Street, Suite 3300, Dallas, Texas 75201), or at the federal courthouse in Tyler, and will continue from day-to-day until completed. Such deposition will be taken for the purposes of discovery, for use as evidence at trial, and for any other permissible purpose under the Federal Rules of Civil Procedure. The deposition will be taken before a certified court reporter or other person qualified to administer oaths and will be recorded by stenographic means and may be videotaped, and real-time transcription services may be utilized.

M&F001340

Dated:  March 4, 2020

Respectfully submitted,

By:  _____

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

***Attorneys for Defendant M & F Western Products, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on March __, 2020, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

_____
John R. Hardin

M&F001341



**From:** curtis@benchmarkbuckles.com <curtis@benchmarkbuckles.com>
**Sent:** Friday, October 9, 2020 11:26 AM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** [FWD: LEGAL NOTICE]

**CURTIS SPAIN**
**PO Box 2727**
**Forney, TX 75126**
**(214)803-4039**
**www.benchmarkbuckles.com**

-------- Original Message --------
Subject: LEGAL NOTICE
From: Bob Berg <bobbergtitanium@gmail.com>
Date: Thu, March 26, 2020 11:23 pm
To: CURTIS@benchmarkbuckles.com

Richard Liebowitz
Email Address: RL@liebowitzlawfirm.com
Phone number: (800) 778-1660 or 516-233-1660
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580-6111, USA
Liebowitz Law Firm, PLLC
Reprsenting:
BOB BERG DESIGNS
9595 River Road
College
Station, TX 77845

M&F001342

Monique Compton (Sales Director)
Phone Number: 979.412.3520
Email: bobbergtitanium@gmail.com

BENCHMARKBUCKLES
CURTIS SPAIN
PO BOX 2727 FORNEY, TX 75126
Email: CURTIS@BENCHMARKBUCKLES.COM
Phone number: (214) 803-4039

Attention Curtis Spain,

My IT team has been working on your case over the last 3 months. Your wreckless disregard for Bob Berg Copyrights Designs and the illegal use for manufacture of Copies and or derivatives have put you and or your company liable for damages under Copyrights Law.

**ATTACHED 1**: List of Bob Berg's Copyrights and the year registered and registered VA numbers.

**ATTACHED 2**: A list of your infringements based from your website.

Your company isn't the only infringer of Bob Berg Products and registered designs. We have 24 others infringers our law firm may litigate within the statute of limitations.

Currently M&F Western is a major distributor nationwide. M&F has 10 willful infringements which can be proved willful penalties allowed by law for willful infringements is a maximum of $150,000 per style

M&F liability 10 infringements may cost M&F 1.5 million in damages 10X$150,000

**ATTACHED 3**: Deposition notice of our current case with M&F. Bob Berg Vs M&F Case # 6:19cv418-JDK. M&F spared no time in gathering lawyers. However, 3 lawyers cannot overturn a Federal Court Ruling.

**THIS LETTER IS A FORMAL REQUEST AND DEMAND TO CEASE AND DESIST, TO TAKE DOWN ANY AND OR ALL COPIES AND OR DERIVATIVES AS IN ATTACHMENT 2, LISTS FROM YOUR WEBSITE WITHIN 15 DAYS FROM TODAYS NOTICE.**

Taking down your infringements and complying with this letter of demand will not save you from responsibility and litigation. However, by complying within 15 days will show respect for the law and be in your favor when the courts are deciding from evidence presented will show either regular infringement or willful infringement. Damages on regular infringement range from $750 to $30,000 per infringed works.

Willful infringement can be up to a maximum of $150,000 per infringed works. So any delay in deleting the infringement of your website will not be in your favor.

Your possible liability of infringements in pursuit of financial gain as follow if proven

97 X $150,000 = $14.550,000 (Evidence gathered in a 2 years investigated by FBI case

 # 295A-DL-2161823 shows wreckless disregard, and willful, funds hidden, and laundered as **ATTACHED 4**

Also the plaintiff may recover reasonable attorneys fees.

(This could range from $50,000 to $150,000)

The courts ruling on this case was done in Berg Vs Symons 2004 Federal Case. Case #4:03-cv-02683

The courts ruled in Berg's favor.

The tapered sized bead elements totally protected. Judgment already made and rulings set from that case also pertains to 95% of all infringement by the other 24 defendants including your case. This means we already have the ruling in this matter with Berg Vs Symons case with the federal judge's (Rosenthol) ruling. Whereas, with the precedence set in federal court in 2004 there will be no defense that will overturn a Federal court ruling.

However, our attorneys are willing to consider and agreeable settlement to expedite this matter and saving court costs and time. It would be in your best interest to negotiate an agreement with my attorney Richard  Liebowitz email: RL@liebowitzlawfirm.com  phone number: 516-233-1660 suggest you seek legal council.

As early settlement on this issue will save you:

1. Attorney fees

2. Possible willful infringement damages

3. The possibility if the facts show in your case and can prove criminal which incurs a maximum 5 years federal prison and or $250,000 fine.

Regard.

BOB BERG


--
Kind Regards,
Customer Service Department, Bob Berg Designs

M&F001344

| VA number | Date Registered | Title |
|---|---|---|
| VA0000292803 | 1988 | Be like Jesus |
| VA0000530294 | 1992 | Pecos . Cheyenne . Oval . Skull |
| VA0000547192 | 1993 | Feather ; Crescent ; Small filigree |
| VA0000817815 | 1995 | Bandera collection |
| VA0001076361 | 2000 | [ProBull Rider champion cup] |
| VA0001091617 | 2000 | Bob Berg jewelry |
| VA0001096096 | 2000 | Pro bull rider champion buckle. |
| VA0001653343 | 2000 | Bob Berg Concho Designs |
| VA0001653369 | 2000 | Bob Berg Earrings |
| VA0001653370 | 2000 | Bob Berg Pendant Designs |
| VA0001653372 | 2000 | Bob Berg Necklace Designs |
| VA0001653373 | 2000 | Bob Berg Watch Bands |
| VA0001108395 | 2001 | [Bob Berg jewelry · Bob Berg buckles] |
| VA0001159548 | 2002 | [Bob Berg buckles] |
| VA0001229288 | 2003 | Bob Berg buckles |
| VA0001667450 | 2004 | New Buckle 001 - Non Symetrical |
| VAu001296852 | 2016 | HOLLYWOOD COLLECTION |
| VAu001312785 | 2017 | Turquoise Collection. |
| VAu001312781 | 2017 | Bob Berg Hollywood Buckles Series |
| VAu001301623 | 2017 | BOB BERG JEWELRY COLLECTION |
| VAu001315067 | 2017 | Update Turquoise Collection |
| VAu001312778 | 2017 | Update Turquoise Collection_V2 |

M&F001345

# COMPANY :**BENCHMARKBUCKLES**
## Address: CURTIS SPAIN PO BOX 2727 FORNEY, TX 75126
### WEBSITE: WWW.BENCHMARKBUCKLES.COM
### Phone number: (214) 803-4039
### Email: CURTIS@BENCHMARKBUCKLES.COM



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2017 <br> DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT <br> VA 1-091-617 |
| YEAR INFRINGEMENT 2017 <br> DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| YEAR INFRINGEMENT 2019 <br> DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017 | 1- 4426515111 |
| YEAR INFRINGEMENT 2017 <br> DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT <br> VA 1-076-361 |



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|



YEAR INFRINGEMENT 2017 — YEAR REGISTRATION 2002 — COPY OF DEPOSIT VA 1-159-548 — DATE DISCOVERED: 03-13-2019

M&F001348



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2017 ... DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT    2017 ... DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT    2017 ... DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2017   Bob Berg - Medium Burns buckle blank   BOBBERGDESIGNS.COM 2010 | 1- 4426515111 |
| YEAR INFRINGEMENT    2017 ... DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT    2017 ... DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |

M&F001349

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|



Row 1:
YEAR INFRINGEMENT    2017
YEAR REGISTRATION    2002
COPY OF DEPOSIT
VA 1-159-548
DATE DISCORVED:    03-13-2019

Row 2:
YEAR INFRINGEMENT    2017
YEAR REGISTRATION    2002
COPY OF DEPOSIT
VA 1-159-548
DATE DISCORVED:    03-13-2019

Row 3:
YEAR INFRINGEMENT    2017
YEAR REGISTRATION    2002
COPY OF DEPOSIT
VA 1-159-548
DATE DISCORVED:    03-13-2019

Row 4:
YEAR INFRINGEMENT    2017
YEAR REGISTRATION    2002
COPY OF DEPOSIT
VA 1-159-548
DATE DISCORVED:    03-13-2019

Row 5:
YEAR INFRINGEMENT    2017
YEAR REGISTRATION    2002
COPY OF DEPOSIT
VA 1-159-548
DATE DISCORVED:    03-13-2019

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  Spur Buckle Blank BOBBERGDESIGNS.COM 2010 | 1- 4426515111 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2017 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-13-2019 | | |
| YEAR INFRINGEMENT 2017 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-13-2019 | | |
| YEAR INFRINGEMENT 2017 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-13-2019 | | |
| YEAR INFRINGEMENT 2017 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-13-2019 | | |
| YEAR INFRINGEMENT 2017 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED: 03-13-2019 | | |

M&F001352

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|



YEAR INFRINGEMENT    2017

DATE DISCOVRED:    03-13-2019

YEAR REGISTRATION    2002

COPY OF DEPOSIT
VA 1-159-548

---

YEAR INFRINGEMENT    2017

DATE DISCOVRED:    03-13-2019

YEAR REGISTRATION    2002

COPY OF DEPOSIT
VA 1-159-548

---

YEAR INFRINGEMENT    2017

DATE DISCOVRED:    03-13-2019

YEAR REGISTRATION    2017

Ribbons & Vine
BOBBERGDESIGNS.COM
2010

1- 4426515111

---

YEAR INFRINGEMENT    2017

DATE DISCOVRED:    03-13-2019

YEAR REGISTRATION    2002

COPY OF DEPOSIT
VA 1-159-548

---

YEAR INFRINGEMENT    2017

DATE DISCOVRED:    03-13-2019

YEAR REGISTRATION    2002

COPY OF DEPOSIT
VA 1-159-548

M&F001353



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2017 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED:   03-13-2019 | | |
| YEAR INFRINGEMENT    2017 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED:   03-13-2019 | | |
| YEAR INFRINGEMENT    2017 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED:   03-13-2019 | | |
| YEAR INFRINGEMENT    2017 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT VA 1-159-548 |
| DATE DISCORVED:   03-13-2019 | | |
| YEAR INFRINGEMENT    2017 | YEAR REGISTRATION    2000 | COPY OF DEPOSIT VA 1-653-370 |
| DATE DISCORVED:   03-13-2019 | | |

M&F001354



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2017<br><br>DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2001 | COPY OF DEPOSIT<br>VA 1-108-395 |
| YEAR INFRINGEMENT    2017<br><br>DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2003 | COPY OF DEPOSIT<br>VA 1-229-288 |
| YEAR INFRINGEMENT    2017<br><br>DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2002<br>3 bead design<br>on out side of buckle<br>horizontal style | COPY OF DEPOSIT<br>VA 1-159-548 |
| | Cross 0927<br>BOBBERGDESIGNS.COM<br>2013 | |

M&F001355

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|



| | Cross 0945 Large Flared Crosses BOBBERGDESIGNS.COM 2014 | |
| YEAR INFRINGEMENT    2017 | YEAR REGISTRATION    2000 | COPY OF DEPOSIT VA 1-653-370 |
| DATE DISCORVED:   03-13-2019 | | |
| YEAR INFRINGEMENT    2017 | YEAR REGISTRATION    2000 | COPY OF DEPOSIT VA 1-091-617 |
| DATE DISCORVED:   03-13-2019 | | |
| | Cross 0942 X-Small Flared Crosses BOBBERGDESIGNS.COM 2014 | |

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|



YEAR INFRINGEMENT    2017
DATE DISCORVED:   03-13-2019
YEAR REGISTRATION    2001
COPY OF DEPOSIT
VA 1-108-395

YEAR INFRINGEMENT    2017
DATE DISCORVED:   03-13-2019
YEAR REGISTRATION    2002
COPY OF DEPOSIT
VA 1-159-548

YEAR INFRINGEMENT    2017
DATE DISCORVED:   03-13-2019
YEAR REGISTRATION    2003
COPY OF DEPOSIT
VA 1-229-288

YEAR INFRINGEMENT    2017
DATE DISCORVED:   03-13-2019
YEAR REGISTRATION    2003
COPY OF DEPOSIT
VA 1-229-288

YEAR INFRINGEMENT    2017
DATE DISCORVED:   03-13-2019
YEAR REGISTRATION    2017
LR-136
BOBBERGDESIGNS.COM
2014
1 - 4842342581

M&F001357

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2017  DATE DISCORVED:   03-13-2019 |  LR-131 BOBBERGDESIGNS.COM 2014 | 1 - 4842342581 |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2003  |  COPY OF DEPOSIT VA 1-229-288 |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2000  |  COPY OF DEPOSIT VA 1-091-617 |
|  |  Bracelet 15 BOBBERGDESIGNS.COM 2014 | |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:   03-13-2019 | YEAR REGISTRATION    2000  |  COPY OF DEPOSIT VA 1-091-617 |

M&F001358

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2017  | 1 - 4842342581 |

M&F001360

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2017  DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2017  | 1 - 4842342581 |
| YEAR INFRINGEMENT    2017  DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2017  | 1 - 4842342581 |



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2017 <br> DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2017 | 1 - 4842342581 |
| YEAR INFRINGEMENT    2017 <br> DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2000 | COPY OF DEPOSIT <br> VA 1-091-617 |
| ancho Cowtown | CO20 <br> BOBBERGDESIGNS.COM <br> 2014 | |
| YEAR INFRINGEMENT    2017 <br> DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2000 | COPY OF DEPOSIT <br> VA 1-653-343 |
| YEAR INFRINGEMENT    2017 <br> DATE DISCORVED:    03-13-2019 | YEAR REGISTRATION    2000 | COPY OF DEPOSIT <br> VA 1-653-343 |

M&F001362

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2001  |  COPY OF DEPOSIT VA 1-108-395 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 |  YEAR REGISTRATION 2000 |  COPY OF DEPOSIT VA 1-091-617 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2001  |  COPY OF DEPOSIT VA 1-108-395 |
|  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |

M&F001363

| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|



| BENCHMARK BUCKLES | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2017  DATE DISCORVED: 03-13-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| | | |

M&F001365



R18 - TRIPLE FLOWER RING ($195)



M&F001366



Millionaire 5" x 4"



Mirage 4.5" x 3.25"

M&F001367





















M&F001368



Fremont



Double Barrel (5" x 4")

M&F001369





R24 - Double Channel ($395)



M&F001370





# 97 INFRINGEMENTS COPYRIGHT

M&F001371



www.benchmarkbuckles.com



 **Benchmark Buckles**
April 6 · ⚙

Benchmark will have a booth this weekend at the Region 5 THSRA Finals in Nacogdoches!  Good luck to all!

👍 3                                                        1 Comment

👍 Like              💬 Comment              ↪ Share



**More Photos**

M&F001372



 **Benchmark Buckles**
May 7, 2017 · ⚙

Benchmark is at the Lone Star Finals in Athens, TX today.

👍 1

👍 Like          💬 Comment          ↗ Share

**More Photos**

M&F001373



 **Benchmark Buckles**
April 26, 2016 · ⚙

Don't forget about Mother's Day!

 3

 👍 Like     💬 Comment     ↗ Share

**More Photos**

M&F001374



**Donnia Tilley Barrow ▶ $5,500 added**
**Barrels for TOTS & Troops**
August 16, 2016 · 🌐

Buckles are in !! They are Beautiful!! Don't forget we giving buckles to each D winner in Open and Youth both Saturday and Sunday. Total of 18 buckles being give away.. And thanks to 2n1 Cattle & Equine, LLC. & the Segovia family for sponsoring our youth buckles. What a great family. And Terri Waters with Bob Berg Designs for our open buckles. Awesome company and a very awesome person!

👍 Like          💬 Comment

Jennifer Goza and 67 others

3 shares

**AJ Phoenix**
Beautiful

Write a comment...

Wates was fired /quit june 2016.

Here snown only 2 months
after waters had's bribed
my team to set up and supply
bergs designs + tradesecrets in may of 2016
after bergs moved factory location

Just as curtis spain + waters bribed
bergs manager in 20 september 2014
to take bergs factory in dis12 Sai Gon with
full production /molds /design
and $100,000 in gold + silver
now 2nd factory corupted
and taken by benchmark /waters /spain
/corrientebuckle.

## CRIMINAL INFRINGMENT

M&F001375

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT BERG,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **Case No. 6:19-cv-418-JDK** |
| | § | |
| **M&F WESTERN PRODUCTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF, ROBERT BERG

TO:    Plaintiff, ROBERT BERG, by and through his attorney of record, Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580.

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, Defendant M&F Western Products, Inc. ("M&F Western"), by and through its undersigned attorneys, will take the deposition of Plaintiff, ROBERT BERG ("Plaintiff" and "Berg"). Such deposition will commence at 9:00 a.m. (CST) on April ___, 2020, at the offices of Perkins Coie, LLP (500 N. Akard Street, Suite 3300, Dallas, Texas 75201), or at the federal courthouse in Tyler, and will continue from day-to-day until completed. Such deposition will be taken for the purposes of discovery, for use as evidence at trial, and for any other permissible purpose under the Federal Rules of Civil Procedure. The deposition will be taken before a certified court reporter or other person qualified to administer oaths and will be recorded by stenographic means and may be videotaped, and real-time transcription services may be utilized.

M&F001376

Dated:  March 4, 2020

Respectfully submitted,

By: _____

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant M & F Western Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March __, 2020, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

_____
John R. Hardin



**From:** Kimberly Cones <kbarsam@yahoo.com>
**Sent:** Friday, October 9, 2020 12:06 PM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** Fw: LEGAL NOTICE

Attached is the email I received from Bob Berg regarding MF Western.


Kim Cones
(936) 435-4203
KbarSam Buckles & More
Please like/follow/share/review us on Facebook/Instagram


Begin forwarded message:

On Friday, March 27, 2020, 1:39 AM, Bob Berg <bobbergtitanium@gmail.com> wrote:

Richard Liebowitz

Email Address: RL@liebowitzlawfirm.com

Phone number: (800) 778-1660 or 516-233-1660

11 Sunrise Plaza, Suite 305

Valley Stream, NY 11580-6111, USA

Liebowitz Law Firm, PLLC

Reprsenting:

BOB BERG DESIGNS

9595 River Road

College

Station, TX 77845

Monique Compton (Sales Director)

Phone Number: 979.412.3520

M&F001378

Email: bobbergtitanium@gmail.com

KBarSam Buckles & More

Phone number: +1 936-435-4203

Email: kbarsam@yahoo.com

Greetings KBarSam Buckles & More,

My IT team has been working on your case over the last 3 months. Your wreckless disregard for Bob Berg Copyrights Designs and the illegal use for manufacture of Copies and or derivatives have put you and or your company liable for damages under Copyrights Law.

**ATTACHED 1**: List of Bob Berg's Copyrights and the year registered and registered VA numbers.

**ATTACHED 2**: A list of your infringements based from your website.

Your company isn't the only infringer of Bob Berg Products and registered designs. We have 24 others infringers our law firm may litigate within the statute of limitations.

Currently M&F Western is a major distributor nationwide. M&F has 10 willful infringements which can be proved willful penalties allowed by law for willful infringements is a maximum of $150,000 per style

M&F liability 10 infringements may cost M&F 1.5 million in damages 10X$150,000

**ATTACHED 3**: Deposition notice of our current case with M&F. Bob Berg Vs M&F Case # 6:19cv418-JDK. M&F spared no time in gathering lawyers. However, 3 lawyers cannot overturn a Federal Court Ruling.

**THIS LETTER IS A FORMAL REQUEST AND DEMAND TO CEASE AND DESIST, TO TAKE DOWN ANY AND OR ALL COPIES AND OR DERIVATIVES AS IN ATTACHMENT 2 LISTS FROM YOUR WEBSITE WITHIN 15 DAYS FROM TODAY NOTICE.**

Taking down your infringements and complying with this letter of demand will not save you from responsibility and litigation. However, by complying within 15 days will show respect for the law and be in your favor when the courts are deciding from evidence presented will show either regular infringement or willful infringement. Damages on regular infringement range from $750 to $30,000 per infringed works.

Willful infringement can be up to a maximum of $150,000 per infringed works.

So any delay in deleting the infringement of your website will not be in your

favor.

Your possible liability of infringements in pursuit of financial gain as follow:

7 X $150,000 = $1.050,000

Also the plaintiff may recover reasonable attorneys fees.

(This could range from $50,000 to $150,000)

The courts ruling on this case was done in Berg Vs Symons 2004 Federal Case. Case #4:03-cv-02683

The courts ruled in Berg's favor.

The tapered sized bead elements totally protected. Judgment already made and rulings set from that case also pertains to 95% of all infringement by the other 24 defendants including your case. This means we already have the ruling in this matter with Berg Vs Symons case with the federal judge's (Rosenthol) ruling.

Whereas, with the precedence set in federal court in 2004 there will be no defense that will overturn a Federal court ruling.

However, our attorneys are willing to consider and agreeable settlement to expedite this matter and saving court costs and time. It would be in your best interest to negotiate an agreement with my attorney Richard Liebowitz email: RL@liebowitzlawfirm.com  phone number: (800) 778-1660 suggest you seek legal council.

As early settlement on this issue will save you:

1. Attorney fees

2. Possible willful infringement damages

3. The possibility if the facts show in your case and can prove criminal which incurs a maximum 5 years federal prison and or $250,000 fine.

Regard.

BOB BERG

--
Kind Regards,
Customer Service Department, Bob Berg Designs

| VA number | Date Registered | Title |
|---|---|---|
| VA0000292803 | 1988 | Be like Jesus |
| VA0000530294 | 1992 | Pecos . Cheyenne . Oval . Skull |
| VA0000547192 | 1993 | Feather ; Crescent ; Small filigree |
| VA0000817815 | 1995 | Bandera collection |
| VA0001076361 | 2000 | [ProBull Rider champion cup] |
| VA0001091617 | 2000 | Bob Berg jewelry |
| VA0001096096 | 2000 | Pro bull rider champion buckle. |
| VA0001653343 | 2000 | Bob Berg Concho Designs |
| VA0001653369 | 2000 | Bob Berg Earrings |
| VA0001653370 | 2000 | Bob Berg Pendant Designs |
| VA0001653372 | 2000 | Bob Berg Necklace Designs |
| VA0001653373 | 2000 | Bob Berg Watch Bands |
| VA0001108395 | 2001 | [Bob Berg jewelry · Bob Berg buckles] |
| VA0001159548 | 2002 | [Bob Berg buckles] |
| VA0001229288 | 2003 | Bob Berg buckles |
| VA0001667450 | 2004 | New Buckle 001 - Non Symetrical |
| VAu001296852 | 2016 | HOLLYWOOD COLLECTION |
| VAu001312785 | 2017 | Turquoise Collection. |
| VAu001312781 | 2017 | Bob Berg Hollywood Buckles Series |
| VAu001301623 | 2017 | BOB BERG JEWELRY COLLECTION |
| VAu001315067 | 2017 | Update Turquoise Collection |
| VAu001312778 | 2017 | Update Turquoise Collection_V2 |

M&F001381

COMPANY: **KBARSAM BUCKLES & MORE**
Website: www.kbarsam.com
Phone number: +1 936-435-4203
Email: kbarsam@yahoo.com

| KBARSAM BUCKLES & MORE | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019  DATE DISCORVED: 03-18-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2019  DATE DISCORVED: 03-18-2019 | YEAR REGISTRATION 2017  | 1-4426515111 |
| YEAR INFRINGEMENT 2019  DATE DISCORVED: 03-18-2019 | YEAR REGISTRATION 2002  |  COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2019  DATE DISCORVED: 03-18-2019 | YEAR REGISTRATION 2001  |  COPY OF DEPOSIT VA 1-108-395 |
| | | |

| KBARSAM BUCKLES & MORE | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 <br>  <br> DATE DISCORVED: 03-18-2019 | YEAR REGISTRATION 2001 | COPY OF DEPOSIT <br> VA 1-108-395 |
| YEAR INFRINGEMENT 2019 <br> DATE DISCORVED: 03-18-2019 | YEAR REGISTRATION 2001 | COPY OF DEPOSIT <br> VA 1-091-617 |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2017 | 1-5348356581 |

M&F001383







KIM QUIT IN 1 FEBRUARY 2019







M&F001384













M&F001385







M&F001386



M&F001388

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT BERG,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **Case No. 6:19-cv-418-JDK** |
| | § | |
| **M&F WESTERN PRODUCTS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF, ROBERT BERG

TO:    Plaintiff, ROBERT BERG, by and through his attorney of record, Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580.

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, Defendant M&F Western Products, Inc. ("M&F Western"), by and through its undersigned attorneys, will take the deposition of Plaintiff, ROBERT BERG ("Plaintiff" and "Berg"). Such deposition will commence at 9:00 a.m. (CST) on April ___, 2020, at the offices of Perkins Coie, LLP (500 N. Akard Street, Suite 3300, Dallas, Texas 75201), or at the federal courthouse in Tyler, and will continue from day-to-day until completed. Such deposition will be taken for the purposes of discovery, for use as evidence at trial, and for any other permissible purpose under the Federal Rules of Civil Procedure. The deposition will be taken before a certified court reporter or other person qualified to administer oaths and will be recorded by stenographic means and may be videotaped, and real-time transcription services may be utilized.

M&F001389

Dated:  March 4, 2020

Respectfully submitted,

By:  _____

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant M & F Western Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March __, 2020, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.


_____
John R. Hardin

M&F001390

# EXHIBIT C

**From:** Bob Berg <bobbergtitanium@gmail.com>
**Sent:** Friday, March 27, 2020 4:31 PM
**To:** sales@ridetuff.com
**Subject:** LEGAL NOTICE

Richard Liebowitz

Email Address: RL@liebowitzlawfirm.com

Phone number: (800) 778-1660 or 516-233-1660

11 Sunrise Plaza, Suite 305

Valley Stream, NY 11580-6111, USA

Liebowitz Law Firm, PLLC

Reprsenting:

BOB BERG DESIGNS

9595 River Road

College Station, TX 77845

Monique Compton (Sales Director)

Phone Number: 979.412.3520

Email: bobbergtitanium@gmail.com

EDDY FISHER – RIDE TUFF

387 Paynters Creek Road NAMBOUR QLD 4560 AUSTRALIA

Phone number: 0427 764 424

Email: sales@ridetuff.com

Greetings Ride Tuff,

My IT team has been working on your case over the last 3 months. Your wreckless disregard for Bob Berg Copyrights Designs and the illegal use for manufacture of Copies and or derivatives have put you and or your company liable for damages under Copyrights Law.

**ATTACHED 1**: List of Bob Berg's Copyrights and the year registered and registered VA numbers.

**ATTACHED 2**: A list of your infringements based from your website.

Your company isn't the only infringer of Bob Berg Products and registered designs. We have 24 others infringers our law firm may litigate within the statute of limitations.

Currently M&F Western is a major distributor nationwide. M&F has 10 willful infringements which can be proved willful penalties allowed by law for willful infringements is a maximum of $150,000 per style

M&F liability 10 infringements may cost M&F 1.5 million in damages 10X$150,000

4

M&F000708

**ATTACHED 3**: Deposition notice of our current case with M&F. Bob Berg Vs M&F Case # 6:19cv418-JDK. M&F spared no time in gathering lawyers. However, 3 lawyers cannot overturn a Federal Court Ruling.

**THIS LETTER IS A FORMAL REQUEST AND DEMAND TO CEASE AND DESIST, TO TAKE DOWN ANY AND OR ALL COPIES AND OR DERIVATIVES AS IN ATTACHMENT 2 LISTS FROM YOUR WEBSITE WITHIN 15 DAYS FROM TODAY NOTICE.**

Taking down your infringements and complying with this letter of demand will not save you from responsibility and litigation. However, by complying within 15 days will show respect for the law and be in your favor when the courts are deciding from evidence presented will show either regular infringement or willful infringement. Damages on regular infringement range from $750 to $30,000 per infringed works.

Willful infringement can be up to a maximum of $150,000 per infringed works.

So any delay in deleting the infringement of your website will not be in your favor.

Your possible liability of infringements in pursuit of financial gain as follow:

58 X $150,000 = $8.700,000

Also the plaintiff may recover reasonable attorneys fees.

(This could range from $50,000 to $150,000)

The courts ruling on this case was done in Berg Vs Symons 2004 Federal Case. Case #4:03-cv-02683 The courts ruled in Berg's favor.

The tapered sized bead elements totally protected. Judgment already made and rulings set from that case also pertains to 95% of all infringement by the other 24 defendants including your case. This means we already have the ruling in this matter with Berg Vs Symons case with the federal judge's (Rosenthol) ruling.

Whereas, with the precedence set in federal court in 2004 there will be no defense that will overturn a Federal court ruling.

However, our attorneys are willing to consider and agreeable settlement to expedite this matter and saving court costs and time. It would be in your best interest to negotiate an agreement with my attorney Richard Liebowitz email: RL@liebowitzlawfirm.com  phone number: (800) 778-1660 suggest you seek legal council.

As early settlement on this issue will save you:

1. Attorney fees

M&F000709

2. Possible willful infringement damages

3. The possibility if the facts show in your case and can prove criminal which incurs a maximum 5 years federal prison and or $250,000 fine.

Regard.

BOB BERG

--
Kind Regards,
Customer Service Department, Bob Berg Designs

M&F000710

Ridetuff Buckles
Ph:  0427 764 424

**From:** Bob Berg <bobbergtitanium@gmail.com>
**Sent:** Friday, March 27, 2020 4:31 PM
**To:** sales@ridetuff.com
**Subject:** LEGAL NOTICE

Richard Liebowitz

Email Address: RL@liebowitzlawfirm.com

Phone number: (800) 778-1660 or 516-233-1660

11 Sunrise Plaza, Suite 305

Valley Stream, NY 11580-6111, USA

Liebowitz Law Firm, PLLC

Reprsenting:

BOB BERG DESIGNS

9595 River Road

College Station, TX 77845

Monique Compton (Sales Director)

Phone Number: 979.412.3520

Email: bobbergtitanium@gmail.com

EDDY FISHER – RIDE TUFF

387 Paynters Creek Road NAMBOUR QLD 4560 AUSTRALIA

Phone number: 0427 764 424

Email: sales@ridetuff.com

Greetings Ride Tuff,

My IT team has been working on your case over the last 3 months. Your wreckless disregard for Bob Berg Copyrights Designs and the illegal use for manufacture of Copies and or derivatives have put you and or your company liable for damages under Copyrights Law.

**ATTACHED 1**: List of Bob Berg's Copyrights and the year registered and registered VA numbers.

**ATTACHED 2**: A list of your infringements based from your website.

Your company isn't the only infringer of Bob Berg Products and registered designs. We have 24 others infringers our law firm may litigate within the statute of limitations.

4

M&F000716

Currently M&F Western is a major distributor nationwide. M&F has 10 willful infringements which can be proved willful penalties allowed by law for willful infringements is a maximum of $150,000 per style

M&F liability 10 infringements may cost M&F 1.5 million in damages 10X$150,000

**ATTACHED 3**: Deposition notice of our current case with M&F. Bob Berg Vs M&F Case # 6:19cv418-JDK. M&F spared no time in gathering lawyers. However, 3 lawyers cannot overturn a Federal Court Ruling.

**THIS LETTER IS A FORMAL REQUEST AND DEMAND TO CEASE AND DESIST, TO TAKE DOWN ANY AND OR ALL COPIES AND OR DERIVATIVES AS IN ATTACHMENT 2 LISTS FROM YOUR WEBSITE WITHIN 15 DAYS FROM TODAY NOTICE.**

Taking down your infringements and complying with this letter of demand will not save you from responsibility and litigation. However, by complying within 15 days will show respect for the law and be in your favor when the courts are deciding from evidence presented will show either regular infringement or willful infringement. Damages on regular infringement range from $750 to $30,000 per infringed works.

Willful infringement can be up to a maximum of $150,000 per infringed works.

So any delay in deleting the infringement of your website will not be in your favor.

Your possible liability of infringements in pursuit of financial gain as follow:

58 X $150,000 = $8.700,000

Also the plaintiff may recover reasonable attorneys fees.

(This could range from $50,000 to $150,000)

The courts ruling on this case was done in Berg Vs Symons 2004 Federal Case. Case #4:03-cv-02683 The courts ruled in Berg's favor.

The tapered sized bead elements totally protected. Judgment already made and rulings set from that case also pertains to 95% of all infringement by the other 24 defendants including your case. This means we already have the ruling in this matter with Berg Vs Symons case with the federal judge's (Rosenthol) ruling.

Whereas, with the precedence set in federal court in 2004 there will be no defense that will overturn a Federal court ruling.

However, our attorneys are willing to consider and agreeable settlement to expedite this matter and saving court costs and time. It would be in your best interest to negotiate an agreement with my

5

attorney Richard Liebowitz email: RL@liebowitzlawfirm.com  phone number: (800) 778-1660 suggest you seek legal council.

As early settlement on this issue will save you:

1. Attorney fees

2. Possible willful infringement damages

3. The possibility if the facts show in your case and can prove criminal which incurs a maximum 5 years federal prison and or $250,000 fine.

Regard.

BOB BERG

--
Kind Regards,
Customer Service Department, Bob Berg Designs

M&F000718

**Paul Eddins**

| | |
|---|---|
| From: | Paul Eddins |
| Sent: | Friday, March 27, 2020 10:54 AM |
| To: | Paul Eddins |
| Subject: | FW: LEGAL NOTICE |
| Attachments: | Attachment 3 Berg-v.-MF-Western-deposition-of-Mr.-Berg-064984-7008.pdf; Attachment 1 List of Bob Berg's Copyrights.jpg; Attached 2_Corriente Buckle Co.pdf |

**From:** Paul Eddins
**Sent:** Friday, March 27, 2020 10:51 AM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** FW: LEGAL NOTICE

**From:** Corriente Buckle Co. <corrientebuckle@aol.com>
**Sent:** Friday, March 27, 2020 10:02 AM
**To:** Paul Eddins <paule@mfwestern.com>
**Subject:** Fwd: LEGAL NOTICE

*Thank You,*
*Bode Baize*
*Corriente Buckle Co.*
*Tracey's Desk: 575-874-3697*
*Brittney's Desk: 915-497-5579*
*Bode's Cell: 915-497-5747*
*Fax: 575-874-3389*
*corrientebuckle@aol.com*

-----Original Message-----
From: Bob Berg <bobbergtitanium@gmail.com>
To: corrientebuckle <corrientebuckle@aol.com>
Sent: Thu, Mar 26, 2020 11:28 pm
Subject: LEGAL NOTICE

Richard Liebowitz
Email Address: RL@liebowitzlawfirm.com
Phone number: (800) 778-1660 or 516-233-1660
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580-6111, USA
Liebowitz Law Firm, PLLC
Reprsenting:

1

M&F000806

BOB BERG DESIGNS

9595 River Road

College Station, TX 77845

Monique Compton (Sales Director)

Phone Number: 979.412.3520

Email: bobbergtitanium@gmail.com

CORRIENTE BUCKLE CO.

165 Hallas Road Anthony, New Mexico 88021

Email: corrientebuckle@aol.com

Phone number: +1 915-497-5747

Website: www.corrientebuckle.com

Greetings Corriente,

My IT team has been working on your case over the last 3 months. Your wreckless disregard for Bob Berg Copyrights Designs and the illegal use for manufacture of Copies and or derivatives have put you and or your company liable for damages under Copyrights Law.

**ATTACHED 1**: List of Bob Berg's Copyrights and the year registered and registered VA numbers.

**ATTACHED 2**: A list of your infringements based from your website.

Your company isn't the only infringer of Bob Berg Products and registered designs. We have 24 others Infringers our law firm may litigate within the statute of limitations.

Currently M&F Western is a major distributor nationwide. M&F has 10 willful infringements which can be proved willful penalties allowed by law for willful infringements is a maximum of $150,000 per style

M&F liability 10 infringements may cost M&F 1.5 million in damages 10X$150,000

**ATTACHED 3**: Deposition notice of our current case with M&F. Bob Berg Vs M&F Case # 6:19cv418-JDK. M&F spared no time in gathering lawyers. However, 3 lawyers cannot overturn a Federal Court Ruling.

2

M&F000807

**THIS LETTER IS A FORMAL REQUEST AND DEMAND TO CEASE AND DESIST, TO TAKE DOWN ANY AND OR ALL COPIES AND OR DERIVATIVES AS IN ATTACHMENT 2 LISTS FROM YOUR WEBSITE WITHIN 15 DAYS FROM TODAY NOTICE.**

Taking down your infringements and complying with this letter of demand will not save you from responsibility and litigation. However, by complying within 15 days will show respect for the law and be in your favor when the courts are deciding from evidence presented will show either regular infringement or willful infringement. Damages on regular infringement range from $750 to $30,000 per infringed works.

Willful infringement can be up to a maximum of $150,000 per infringed works.

So any delay in deleting the infringement of your website will not be in your favor.

Your possible liability of infringements in pursuit of financial gain as follow:

If proven willful by the court (Your facebook messages to my worker to supply in secret will be major consideration)

68 X $150,000 = $10.200,000 maximum possible penalties

Also the plaintiff may recover reasonable attorneys fees.

(This could range from $50,000 to $150,000)

The courts ruling on this case was done in Berg Vs Symons 2004 Federal Case. Case #4:03-cv-02683 The courts ruled in Berg's favor.

The tapered sized bead elements totally protected. Judgment already made and rulings set from that case also pertains to 95% of all infringement by the other 24 defendants including your case. This means we already have the ruling in this matter with Berg Vs Symons case with the federal judge's (Rosenthol) ruling.

Whereas, with the precedence set in federal court in 2004 there will be no defense that will overturn a Federal court ruling.

However, our attorneys are willing to consider and agreeable settlement to expedite this matter and saving court costs and time. It would be in your best interest to negotiate an agreement with my attorney Richard Liebowitz email: RL@liebowitzlawfirm.com  phone number: (800) 778-1660 suggest you seek legal council.

As early settlement on this issue will save you:

1. Attorney fees

3

M&F000808

2. Possible willful infringement damages

3. The possibility if the facts show in your case and can prove criminal which incurs a maximum 5 years federal prison and or $250,000 fine.

Regard.

BOB BERG

--
Kind Regards,
Customer Service Department, Bob Berg Designs

4

M&F000809

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ROBERT BERG,                          §
                                      §
            Plaintiff                 §
                                      §
vs.                                   §        Case No. 6:19-cv-418-JDK
                                      §
M&F WESTERN PRODUCTS, INC.,           §
                                      §
            Defendant.                §
                                      §

## DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF, ROBERT BERG

TO:   Plaintiff, ROBERT BERG, by and through his attorney of record, Richard
      Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley
      Stream, New York 11580.

      YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, Defendant

M&F Western Products, Inc. ("M&F Western"), by and through its undersigned

attorneys, will take the deposition of Plaintiff, ROBERT BERG ("Plaintiff" and "Berg").

Such deposition will commence at 9:00 a.m. (CST) on April ___, 2020, at the offices of

Perkins Coie, LLP (500 N. Akard Street, Suite 3300, Dallas, Texas 75201), or at the

federal courthouse in Tyler, and will continue from day-to-day until completed. Such

deposition will be taken for the purposes of discovery, for use as evidence at trial, and

for any other permissible purpose under the Federal Rules of Civil Procedure. The

deposition will be taken before a certified court reporter or other person qualified to

administer oaths and will be recorded by stenographic means and may be videotaped,

and real-time transcription services may be utilized.

M&F000810

Dated: March 4, 2020

Respectfully submitted,

By: _____

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant M & F Western Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March ___, 2020, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

_____
John R. Hardin

M&F000811

| VA number | Date Registered | Title |
|---|---|---|
| VA0000292803 | 1988 | Be like Jesus |
| VA0000530294 | 1992 | Pecos . Cheyenne . Oval . Skull |
| VA0000547192 | 1993 | Feather ; Crescent ; Small filigree |
| VA0000817815 | 1995 | Bandera collection |
| VA0001076361 | 2000 | [ProBull Rider champion cup] |
| VA0001091617 | 2000 | Bob Berg jewelry |
| VA0001096096 | 2000 | Pro bull rider champion buckle. |
| VA0001653343 | 2000 | Bob Berg Concho Designs |
| VA0001653369 | 2000 | Bob Berg Earrings |
| VA0001653370 | 2000 | Bob Berg Pendant Designs |
| VA0001653372 | 2000 | Bob Berg Necklace Designs |
| VA0001653373 | 2000 | Bob Berg Watch Bands |
| VA0001108395 | 2001 | [Bob Berg jewelry · Bob Berg buckles] |
| VA0001159548 | 2002 | [Bob Berg buckles] |
| VA0001229288 | 2003 | Bob Berg buckles |
| VA0001667450 | 2004 | New Buckle 001 - Non Symetrical |
| VAu001296852 | 2016 | HOLLYWOOD COLLECTION |
| VAu001312785 | 2017 | Turquoise Collection. |
| VAu001312781 | 2017 | Bob Berg Hollywood Buckles Series |
| VAu001301623 | 2017 | BOB BERG JEWELRY COLLECTION |
| VAu001315067 | 2017 | Update Turquoise Collection |
| VAu001312778 | 2017 | Update Turquoise Collection_V2 |

M&F000812

COMPANY: **CORRIENTE BUCKLE CO.**
Address: 165 Hallas Road Anthony, New Mexico 88021
Website: www.corrientebuckle.com
Phone number: +1 915-497-5747
Email: corrientebuckle@aol.com



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2016 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT VA 1-091-617 |
| DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2016 | YEAR REGISTRATION 2017 | 1-4426515111 |
| DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2016 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBE 269 | | |
| DATE DISCORVED: 02-14-2019 | | |

M&F000813



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2016 | YEAR REGISTRATION 2004 | COPY OF DEPOSIT VA 1-667-450 |
| DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2016 | YEAR REGISTRATION 2017 | 1-4426515111 |
| DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2017 | 1-4426515111 |
| DATE DISCORVED: 02-14-2019 | | |

M&F000814



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2018 <br> CBYR 125 <br> $ 95.00 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2018 <br> CBYR 124 <br> $ 95.00 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2018 <br> CBECON 101 <br> $ 85.00 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| YEAR INFRINGEMENT 2018 <br> CBECON 108 <br> $ 85.00 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |

M&F000815



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBECON 112 $ 85.00 DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2018 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBECON 102 DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBR 137 $ 140.00 DATE DISCORVED: 02-14-2019 | | |

M&F000816



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 <br><br> CBR 126 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2019 <br><br> DATE DISCORVED: 02-14-2019 <br> CBR 105 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2019 <br><br> CBR 105 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| YEAR INFRINGEMENT 2019 <br><br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2017 | 1-4426515111 |



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019<br>CBSTOCK 36 Team Roper<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br>CBSTOCK 44 Barrel Racer<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br>CBE 348<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br>CBE 346<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |

M&F000818



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBC 166 DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT VA 1-091-617 |
| CBC 129 DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT VA 1-091-617 |
| CBC 117 DATE DISCORVED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT VA 1-091-617 |
| CBE 341 Rose Gold DATE DISCORVED: 02-14-2019 | | |



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBE 273 Gun Metal | | |
| DATE DISCOVERED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBE 257 | | |
| DATE DISCOVERED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| CBE 252 | | |
| DATE DISCOVERED: 02-14-2019 | | |
| YEAR INFRINGEMENT 2019 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT VA 1-091-617 |
| DATE DISCOVERED: 02-14-2019 | | |

M&F000820



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 CBE 242 DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2019 CBE 235 DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2019 CBE 236 DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |
| YEAR INFRINGEMENT 2019 CBE 234 DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT VA 1-159-548 |

M&F000821



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019<br><br>CBE 232<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br><br>CBE 229<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br><br>CBE 224<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br><br>CBE 217<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 <br><br> DATE DISCORVED: 02-14-2019 <br> CBE 213 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| YEAR INFRINGEMENT 2019 <br><br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| YEAR INFRINGEMENT 2019 <br><br> CBE 182 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| YEAR INFRINGEMENT 2019 <br><br> CBE 172 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |

M&F000823



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019<br><br>CBE 168<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br><br>CBE 167<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br><br>CBE 160<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br><br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |

M&F000824



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 <br> CBE 142 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| DATE DISCORVED: 02-14-2019 <br> CBE 142 | YEAR REGISTRATION 2017 | 1-4426515111 |
| DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2001 | COPY OF DEPOSIT <br> VA 1-108-395 |
| DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |

M&F000825



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2019 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2019 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |
| YEAR INFRINGEMENT 2019 <br> DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT <br> VA 1-159-548 |

M&F000826



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT 2019<br>DATE DISCORVED: 02-14-2019<br>CBE 143 | YEAR REGISTRATION 2017 | 1-4426515111 |
| YEAR INFRINGEMENT 2019<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| YEAR INFRINGEMENT 2019<br>CBCR 124<br>DATE DISCORVED: 02-14-2019 | YEAR REGISTRATION 2000 | COPY OF DEPOSIT<br>VA 1-653-370 |

M&F000827





| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT    2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVRED:    02-14-2019 | | |
| YEAR INFRINGEMENT    2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVRED:    02-14-2019 | | |
| YEAR INFRINGEMENT    2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVRED:    02-14-2019 | | |
| YEAR INFRINGEMENT    2019 | YEAR REGISTRATION    2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVRED:    02-14-2019 | | |

M&F000829



| CORRIENTE BUCKLE CO. | COPYRIGHT | VA |
|---|---|---|
| YEAR INFRINGEMENT          2019 | YEAR REGISTRATION          2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVERED:    02-14-2019 | | |
| YEAR INFRINGEMENT          2019 | YEAR REGISTRATION          2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVERED:    02-14-2019 | | |
| YEAR INFRINGEMENT          2019 | YEAR REGISTRATION          2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVERED:    02-14-2019 | | |
| YEAR INFRINGEMENT          2019 | YEAR REGISTRATION          2002 | COPY OF DEPOSIT<br>VA 1-159-548 |
| DATE DISCOVERED:    02-14-2019 | | |

M&F000830



M&F000831

 

# 68 INFRINGEMENTS COPYRIGHT
ALL ABOVE ARE INFRINGEMENTS
COPYRIGT DEPOSIT PROOF ATTATCHED

M&F000832