IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, § | | |
| Plaintiff, § | | |
| vs. § | Case No. 6:19-cv-418-JDK | |
| § | | |
| M&F WESTERN PRODUCTS, INC., § | | |
| Defendant. § | | |

**[PROPOSED] ORDER GRANTING M&F WESTERN'S
MOTION FOR AN ORDER REQUIRING PLAINTIFF TO SHOW CAUSE
WHY PLAINTIFF SHOULD NOT BE HELD IN CONTEMPT AND WHY THE CASE
SHOULD NOT BE DISMISSED**

Having considered Defendants M&F Western Products, Inc.'s Motion for an Order Requiring Plaintiff to Show Cause Why Plaintiff Should Not Be Held in Contempt and Why the Case Should Not Be Dismissed, and all papers, argument, and evidence submitted in support of, and in opposition to, the Motion:

IT IS ORDERED that the Motion is GRANTED. The Court hereby:

1. Requires the Plaintiff to submit papers showing cause why the Motion should not be granted by five (5) days from the date of this Order;

2. Awards Defendant its costs and fees in preparing the Motion; and

3. [Such additional sanctions as the Court deems appropriate.]

So Ordered this ___ day of _____, 2020.

_____
Jeremy D. Kernodle
United States District Judge