# EXHIBIT A

| | |
|---|---|
| From: | "Coren, Samuel (SEA)" |
| To: | RL@LiebowitzLawFirm.com |
| Cc: | Hardin, John (DAL); Jennison, Judy (SEA); Rickman, Lisa (DAL); Brandon, Tracy (SEA) |
| Bcc: | Vana, James L. (SEA); Larson, Kirstin E. (SEA) |
| Subject: | Berg v. M&F Western: deposition of Mr. Berg [064984-7008] |
| Date: | Wednesday, March 4, 2020 2:12:55 PM |
| Attachments: | image001.jpg<br>Berg v. M&F Western - deposition of Mr. Berg [064984-7008].pdf |

**Sent on behalf of Kirstin Larson:**

Dear Richard,

Please let us know Mr. Berg's earliest availability the first week of April for his deposition (to commence at 9 a.m. CST), to be held either at our Dallas offices or a the federal courthouse in Tyler. We are happy to accommodate whichever location is more convenient for Mr. Berg.

We will then revert with the completed notice.

Sincerely,

Kirstin

**Kirstin E. Larson** | **Perkins Coie LLP**
COUNSEL
**Trademark, Copyright, Internet & Advertising Group**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3328
F. +1.206.359.4328
E. klarson@perkinscoie.com



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROBERT BERG, § <br> § <br> Plaintiff § <br> § <br> vs. § <br> § <br> M&F WESTERN PRODUCTS, INC., § <br> § <br> Defendant. § § | Case No. 6:19-cv-418-JDK |

**DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF, ROBERT BERG**

TO:  Plaintiff, ROBERT BERG, by and through his attorney of record, Richard Liebowitz, Liebowitz Law Firm, PLLC, 11 Sunrise Plaza, Suite 305, Valley Stream, New York 11580.

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 30, Defendant M&F Western Products, Inc. ("M&F Western"), by and through its undersigned attorneys, will take the deposition of Plaintiff, ROBERT BERG ("Plaintiff" and "Berg"). Such deposition will commence at 9:00 a.m. (CST) on April ___, 2020, at the offices of Perkins Coie, LLP (500 N. Akard Street, Suite 3300, Dallas, Texas 75201), or at the federal courthouse in Tyler, and will continue from day-to-day until completed. Such deposition will be taken for the purposes of discovery, for use as evidence at trial, and for any other permissible purpose under the Federal Rules of Civil Procedure. The deposition will be taken before a certified court reporter or other person qualified to administer oaths and will be recorded by stenographic means and may be videotaped, and real-time transcription services may be utilized.

Dated: March 4, 2020

Respectfully submitted,

By: _____

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

***Attorneys for Defendant M & F Western Products, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that on March __, 2020, I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

_____
John R. Hardin