IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, § | | |
|      Plaintiff, § | | |
| vs. § | Case No. 6:19-cv-418-JDK | |
| § | | |
| M&F WESTERN PRODUCTS, INC., § | | |
|      Defendant. § | | |

**[PROPOSED] ORDER GRANTING M&F WESTERN'S EMERGENCY MOTION FOR A PROTECTIVE ORDER AND MOTION SEEKING THE COURT'S GUIDANCE REGARDING DEPOSITION OF PLAINTIFF**

Having considered Defendants M&F Western Products, Inc.'s Emergency Motion for A Protective Order and Motion Seeking the Court's Guidance Regarding Deposition of Plaintiff, and all papers, argument, and evidence submitted in support of, and in opposition to, the Motion:

IT IS ORDERED that the Motion is GRANTED. The Court hereby:

1. Orders the parties to appear for an oral hearing before the Court on Friday, October 30th at [time] to discuss the issues raised by the Motion.

2. [Such other relief as the Court deems appropriate.]

So Ordered this ___ day of _____, 2020.

_____
Jeremy D. Kernodle
United States District Judge