IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ROBERT BERG,** § | | |
| § | | |
| **Plaintiff** § | | |
| § | | |
| vs. § | Case No. 6:19-cv-418-JDK | |
| § | | |
| **M&F WESTERN PRODUCTS, INC.,** § | | |
| § | | |
| **Defendant.** § | | |

**REPLY IN SUPPORT OF M&F WESTERN'S EMERGENCY MOTION**

Plaintiff's Response fails to comply with the Court's Order. Plaintiff failed to state why the depositions are needed, which should have been a simple exercise. At one point, Plaintiff references that some of the witnesses submitted declarations in connection with Defendant's Motions for Summary Judgment[1] and calls them "contested." But Berg did not contest them or otherwise submit any contradicting declarations. The only issues raised were legal arguments that the declarant failed to authenticate documents, which the Court has already rejected. Further, there is no explanation as to why each of these seven depositions should take all day.

Finally, with respect to Berg's deposition, the Parties cannot agree to violate international or Vietnam law. If the underlying counsel deposes Berg while he resides in Vietnam, we could be subjected to legal action. We are limited to letters rogatory,

---

[1] Mickey Eddins, David Eddins, and Greg LaShelle did not submit any declarations.

REPLY IN SUPPORT OF M&F WESTERN'S EMERGENCY MOTION--PAGE 1

149989181.2

which prejudices M&F Western, but also means that Berg could not prove his own case, which begs the question of why the depositions are needed.[2]

|  |  |
|---|---|
| Dated:  October 30, 2020 | Respectfully submitted,<br><br>By:  *s/Kirstin E. Larson*<br><br>John R. Hardin<br>Texas Bar No. 24012784<br>JohnHardin@perkinscoie.com<br>PERKINS COIE LLP<br>500 N. Akard St. Suite 3300<br>Dallas, Texas 75201<br>Phone: 214-965-7700<br>Facsimile: 214-965-7799<br><br>Judith B. Jennison<br>Washington State Bar No. 36463<br>JJennison@perkinscoie.com<br>Kirstin E. Larson<br>Washington State Bar No. 31272<br>KLarson@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: 206-359-8000<br>Fax: 206-359-9000<br><br>**Attorneys for Defendant M & F Western Products, Inc.** |

---

[2] Plaintiff argues that M&F Western has known all along that Berg was "stuck in Vietnam due to visa issues." That's wrong. Plaintiff did not make that clear at the outset of the case to M&F Western. Indeed, he withheld documents relating to the visa issues and only produced a few additional documents regarding the visa issues after M&F Western's Motion to Compel was granted in pertinent part. (We still do not know the full story of why he is not allowed into the United States.) It then became apparent that Berg filed this lawsuit while knowing he would never be able to travel to the United States to testify in this case because the visa application was denied *before* he filed suit. Where the reasons for not being able to appear in person are known at the outset of the case, as here, Courts have refused to allow remote testimony. *Avalanche Equip., LLC v. Williams-S. Co., LLC*, No. 13-CV-2827-BNB-MJW, 2014 WL 12676225, at *2 (D. Colo. Oct. 28, 2014)(Boland, M.J.)(remote testimony of witnesses not permitted - - concluding that good cause did not exist for remote testimony where witness testimony was expected, their distant location was not a surprise, and there was no reason why they were not deposed); *Predator Int'l, Inc. v. Gamo Outdoor USA, Inc*., 2014 WL 358866 at *4 (D. Colo. Jan. 31, 2014)(holding that inconvenience to the witnesses is not sufficient to justify remote testimony, "especially ... where [the movant] was aware of their location in advance of trial and was not surprised by 'unexpected reasons' for their unavailability").

REPLY IN SUPPORT OF M&F WESTERN'S EMERGENCY MOTION--PAGE 2

149989181.2

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020 I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

*s/Kirstin E. Larson*
Kirstin E. Larson
