IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROBERT BERG, § § **Plaintiff** § § vs. § **M&F WESTERN PRODUCTS, INC.,** § § **Defendant.** § § | Case No. 6:19-cv-418-JDK |

## M&F WESTERN'S SUPPLEMENTAL FILING REGARDING MOTION FOR SUMMARY JUDGMENT (DKT. 41)

Pursuant to the Court's November 1st Order (Dkt. 64), M&F Western produced its witnesses, Paul Eddins, Cary Kraft, and Jeanne Crumrine LaShelle for depositions last week. The deposition of Hugh Weaver was confirmed for November 10th, however, M&F Western has subsequently learned that Mr. Weaver is unable to continue as M&F Western's expert in this matter for personal reasons. M&F Western has informed opposing counsel of the same. (Exhibit 1.)

M&F Western's Motion for Partial Summary Judgment (Dkt. 41) is pending before the Court, and the Court has permitted Plaintiff to supplement his response by November 17th. (Dkt. 64.) The Court has also permitted M&F Western to supplement its reply to the Motion (assuming that Plaintiff files a supplementary response).

Given Mr. Weaver's withdrawal as an expert in this matter, and Plaintiff's inability to depose him, M&F Western hereby moves to strike the Expert Report of Hugh Weaver (Dkt. 41-1 at Exhibit 5) in connection with its Summary Judgment

Motion. Mr. Weaver's testimony provides background information that is not essential to the Motion. Striking the testimony does not impact the Court's ability to rule on the Motion or its decision.

M&F Western reserves substantive arguments for its reply to any supplemental filing by Plaintiff pursuant to the Court's November 1st Order. After submission of the reply, the Motion will be fully briefed and ripe for the Court's consideration.

Dated:  November 9, 2020

Respectfully submitted,

By:  */s/ Kirstin E. Larson*

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

***Attorneys for Defendant M & F Western Products, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020 I caused copies of the foregoing document to be served via CM/ECF to the counsel of record in this matter.

>                             */s/ Kirstin E. Larson*
>                             Kirstin E. Larson