IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § | |
| Plaintiff, | § § § § | |
| v. | § | Case No. 6:19-cv-00418-JDK |
| M&F WESTERN PRODUCTS, INC., | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the Defendant's Supplemental Filing Regarding Motion for Summary Judgment (Docket No. 66). In the filing, Defendant moved to strike the Expert Report of Hugh Weaver in support of its pending summary judgment motion. The Court will consider the filing as a motion to strike. The Court hereby **ORDERS** that Plaintiff file a notice with the Court by **Monday**, **November 16, 2020**, indicating whether he plans to oppose this motion. If opposed, Plaintiff will submit his response in accordance with the timeline set forth by the local rules.

Unless otherwise ordered or specified herein, all limitations and requirements of the *Federal Rules of Civil Procedure* and the local rules of this Court must be observed.

So **ORDERED** and **SIGNED** this **12th** day of **November, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1