# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (TYLER DIVISION)

| | |
|---|---|
| ROBERT BERG,<br><br>　　　　　　　　Plaintiff,<br><br>- against -<br><br>M&F WESTERN PRODUCTS, INC.<br><br>　　　　　　　　Defendant. | Docket No. 6:19-cv-00418-JDK |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER RE:**
**DEFENDANT'S MOTION TO STRIKE THE EXPERT REPORT OF HUGH WEAVER**

Plaintiff Robert Berg (Plaintiff"), via counsel, respectfully submits this response to the Court's order, dated November 12, 2020 [Dkt. #69]

Plaintiff does not intend to file an opposition brief to Defendant M&F Western Products, Inc. ("Defendant")'s motion to strike the Expert Report of High Weaver in support of Defendant's pending summary judgment motion (the "Motion") on grounds that Weaver's testimony (and related portions of Defendant's briefs in support of the Motion) should be properly stricken from the record.

Notwithstanding, Plaintiff respectfully reserves the right to argue in its supplemental response to the Motion, due November 17, 2020, that the absence of Weaver's expert testimony calls the merits of the Motion into question and raises additional issues of fact that should be reserved for trial.

Dated: November 16, 2020
       Valley Stream, NY

Respectfully submitted,

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Richard Liebowitz, hereby certify that a true and correct copy of the foregoing motion to compel was served on all counsel of record via CM/ECF on November 16, 2020.

/s/richardliebowitz/
Richard Liebowitz