IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:19-cv-00418-JDK |
| M&F WESTERN PRODUCTS, INC., | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant's Supplemental Filing Regarding Motion for Summary Judgment (Docket No. 66), which is being construed as a motion to strike. Docket No. 69. Defendant moved to strike the Expert Report of Hugh Weaver in support of its pending summary judgment motion. Plaintiff has informed the Court that he does not oppose such an action. Docket No. 70. Accordingly, the Court **GRANTS** Defendant's motion and **STRIKES** the Expert Report of Hugh Weaver (Docket No. 41-1, Exh. 5) from support of Defendant's summary judgment motion.

So **ORDERED** and **SIGNED** this **17th** day of **November, 2020.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE