# EXHIBIT A

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE


VA 1-091-617



EFFECTIVE DATE OF REGISTRATION
**JUN 1 2 2000**
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK** ▼  Bob Berg Jewelry

**NATURE OF THIS WORK** ▼ See instructions  Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES** ▼  Bob Berg Buckles

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work** ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** **NAME OF AUTHOR** ▼  Robert Peter Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Australia
    { Domiciled in ▶ Texas, USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.  2000

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.  Month ▶ January  Day ▶ 31  Year ▶ 2000
USA   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Robert Peter Berg
P.O. Box 817
Cleburne, TX 76033


APPLICATION RECEIVED
MAY 07 2001  JUL 19 2001
ONE DEPOSIT RECEIVED
JUN 1 2 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

RB_1576

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

FORM VA

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some items previously published

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new jewelry designs

**6** a / b
See instructions before completing this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Robert Berg
P.O. Box 817
Cleburne, TX 76033

Area code and daytime telephone number ▶ 817-774-0457   Fax number ▶ 817-774-0461

b

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert Berg                                Date ▶ 5-1-2001

Handwritten signature (X) ▼
/s/ Robert Berg

---

Mail certificate to:

Name ▼ Robert Peter Berg
Number/Street/Apt ▼ P.O. Box 817
City/State/ZIP ▼ Cleburne, TX 76033

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights, Library of Congress
101 Independence Ave., S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1997—300,000   ⊕ PRINTED ON RECYCLED PAPER           ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-417-750/40,036

RB_1577

**U.S. Copyright Reg. No. VA-1-091-617**

The deposit materials appear to be the entire contents of the black binder dated June 12, 2001.

**U.S. Copyright Reg. No. VA-1-091-617**

**RB_1578**

Examples of Bob Berg Jewelry Covered by
U.S. Copyright Reg. No. VA-1-091-617

**Buckles**








**Rings**




**RB_1751**




**Bracelets**






**Earrings**




**RB_1752**




## Pendants







**RB_1753**

 

## Conchos

 

**Key Ring**                    **Knives**

 

**RB_1754**

## Money Clip









## Watch Band



**RB_1755**

**Examples of Bob Berg Jewelry Protected by Copyright Reg. No. VA-1-091-617**

**Buckles**








**Rings**




**RB_1756**




**Bracelets**






**Earrings**




**RB_1757**




## Pendants







 

## Conchos

 

**Key Ring**                                **Knives**

 

**RB_1759**

**Money Clip**






**Watch Band**



3359051v2

**RB_1760**

## Examples of Bob Berg Jewelry

  

  

  

  

**RB_1761**

