# EXHIBIT B



# BOB BERG BUCKLES

- **DISTINCT**
- **INNOVATIVE**
- **EXCEPTIONAL**

**BOB BERG BUCKLES**
P.O. BOX 817
CLEBURNE, TX 76033-0817
(817) 774-0459 * 774-0460
Fax (817) 774-0461





# BOB BERG BUCKLES

- DISTINCT
- INNOVATIVE
- EXCEPTIONAL

...N AUSTRALIA
...O. BOX 16
KALBAR, QLD. 4309
...H: 0754-638066
...AX: 0754-638047

SILVERDALE

RB_2151



RB_2152

2D's Exhibit #2

BOB BERG BUCKLES - STOCK ORDER LIST NOTE QUANTITY & INSTRUCTION

ADD $7.50 FOR EACH STONE SET IN BRACELETS IF APPLICABLE

WHOLESALE PRICE LIST.

- #2 MEDIUM TURNBACK — $95
- #2 SMALL TURNBACK — $95
- #3 FLORAL — $95
- #4 MEDIUM TEXAS STAR — $95
- #8 SCROLL — $139
- #9 SMALL LONGHORN — $139
- #10 MEDIUM LONGHORN — $139
- #11 TEXAS LONGHORN — $80
- #13 BEADED FLORAL — $95
- #14 SMALL TEXAS STAR — $95
- #15 FLORAL CUTTER — $125
- #16 CIRCULAR CUTTER — $139

- #17 BEADED CUTTER — $125
- #18 BARREL RACER — $125
- #19 INITIAL (SAMPLE) — Retail only
- #20 INITIAL (SAMPLE) — Retail only
- BUCK A ROO BROACH — $95. (AS BOLO $110.)
- CUTTER BROACH — $95. (AS BOLO $110.)
- BUCK A ROO MONEY CLIP — $69 (AS BOLO W/ TIES $95)
- TEAM ROPER MONEY CLIP — $69
- CALF ROPER MONEY CLIP — $69

- 1 1/2" BRONC — $349.
- 1 1/2" OVAL CENTER — $295.
- 1 1/2" FLORAL — $295
- 1" BUCK A ROO — $249. STAR ALSO AVAILABLE
- 1" FLORAL — $249.
- 3/4" STAR — $145.
- 3/4" LEAF FLORAL — $145.

$195.00 ALL OF THESE 3/4" SETS.

- 3/4" BUCK A ROO
- 3/4" BRONC
- 3/4" BARREL RACER
- 3/4" CUTTER
- 3/4" STEER HEAD
- 3/4" 3 FLOWER
- 3/4" 2 FLOWER
- ALSO AVAILABLE "VET" LOGO

- 3/4" REINER
- 3/4" SMALL BRONC
- 3/4" BRONC
- 3/4" CALF ROPER
- 3/4" BULL RIDER
- 3/4" SADDLE BRONC
- 3/4" TEXAS STAR
- 3/4" DEER

BOB BERG BUCKLE AND JEWELRY COLLECTION
Solid Sterling w/ 10K and 14K Gold-Filled Overlay

New Wholesale Price List
Effective September 1, 1994
(Six Weeks Delivery)

1. Two-Leaf/Floral Three Piece Buckle. . . . . . . $145.00
2. 3/4" Floral Three Piece Buckle. . . . . . . . . $195.00
3. 1"   Floral Three Piece Buckle. . . . . . . . . $249.00
4. Med 1½" Floral Three Piece Buckle . . . . . . . $295.00
5. Lg  1½" Floral Three Piece Buckle . . . . . . . $349.00
6. Money Clip. . . . . . . . . . . . . . . . . . . $ 69.00
7. Bracelets (7 styles). . . . . . . . . . . . . . $ 95.00
8. Small Longhorn Bracelet . . . . . . . . . . . . $ 80.00

Minimum Order:  $500

(Prices Subject to Change)

RB_0830



ADD $7.50 FOR EACH STONE SET IN BRACELETS IF APPLICABLE

WHOLESALE PRICE LIST.

- #2 MEDIUM TURNBACK — $95
- #2 SMALL TURNBACK — $95
- #3 FLORAL — $95
- #4 MEDIUM TEXAS STAR — $95
- #8 SCROLL — $139
- #9 SMALL LONGHORN — $139
- #10 MEDIUM LONGHORN — $139
- #11 TEXAS LONGHORN — $80
- #13 BEADED FLORAL — $95
- #14 SMALL TEXAS STAR — $95
- #15 FLORAL CUTTER — $125
- #16 CIRCULAR CUTTER — $139

- #17 BEADED CUTTER — $125
- #18 BARREL RACER — $125
- ~~#19 INITIAL (SAMPLE)~~ RETAIL ONLY
- ~~#20 INITIAL (SAMPLE)~~ RETAIL ONLY
- BUCK A ROO BROACH — $95. (AS BOLO $110.)
- CUTTER BROACH — $95. (AS BOLO $110.)
- BUCK A ROO MONEY CLIP — $69 (AS BOLO W/ TIES $95)
- TEAM ROPER MONEY CLIP — $69
- CALF ROPER MONEY CLIP — $69

- 1 1/2" BRONC — $349.
- 1 1/2" OVAL CENTER — $295.
- 1 1/2" FLORAL — $295
- 1" BUCK A ROO — $249. STAR ALSO AVAILABLE
- 1" FLORAL — $249.
- 3/4" STAR — $145.
- 3/4" LEAF FLORAL — $145.

$195.00 ALL OF THESE 3/4" SETS.

- 3/4" BUCK A ROO
- 3/4" BRONC
- 3/4" BARREL RACER
- 3/4" CUTTER
- 3/4" STEER HEAD
- 3/4" 3 FLOWER
- 3/4" 2 FLOWER

ALSO AVAILABLE "VET" LOGO

- 3/4" REINER
- 3/4" SMALL BRONC
- 3/4" BRONC
- 3/4" CALF ROPER
- 3/4" BULL RIDER
- 3/4" SADDLE BRONC
- 3/4" TEXAS STAR
- 3/4" DEER

BOB BERG BUCKLE AND JEWELRY COLLECTION
Solid Sterling w/ 10K and 14K Gold-Filled Overlay

New Wholesale Price List
Effective September 1, 1994
(Six Weeks Delivery)

1. Two-Leaf/Floral Three Piece Buckle. . . . . . . $145.00
2. 3/4" Floral Three Piece Buckle. . . . . . . . $195.00
3. 1"  Floral Three Piece Buckle. . . . . . . . $249.00
4. Med 1½" Floral Three Piece Buckle . . . . . . $295.00
5. Lg  1½" Floral Three Piece Buckle . . . . . . $349.00
6. Money Clip. . . . . . . . . . . . . . . . . $ 69.00
7. Bracelets (7 styles). . . . . . . . . . . . . $ 95.00
8. Small Longhorn Bracelet . . . . . . . . . . . $ 80.00

Minimum Order:   $500

(Prices Subject to Change)

RB_0832

# BOB BERG BUCKLES

114 BROADWAY, P. O. BOX 1000
MEDINA, TEXAS 78055
210/589-2877, FAX 210/589-7788

SHOWROOM 4-D-86
DALLAS APPAREL MART
2300 STEMMONS FREEWAY
DALLAS, TEXAS



A. 2FRG
B. 8836
C. 8924
D. 8925
E. 8837

F. 8811
G. 9013
H. 9012
I. REINER

T1. 1 1/2" CHISEL TIP
T2. 1 1/4" CHISEL TIP
T3. 1" CHISEL TIP
T4. 3/4" CHISEL TIP

RB_0833



RB_0834





# BOB BERG
# BUCKLES



- DISTINCT
- INNOVATIVE
- EXCEPTIONAL





N AUSTRALIA
PO. BOX 16
KALBAR, QLD. 4309
H: 0754-638066
AX: 0754-638047



SILVERDALE

RB_0836



RB_0837



RB_0838



BOB BERG BUCKLES

P.O. Box 817
Cleburne, Texas 76033
(817) 774-0459
Fax (817) 774-0461
www.bobbergdesigns.com

BB_0839

# BOB BERG BUCKLES

114 BROADWAY, P.O. BOX 1000
MEDINA, TEXAS 78055
210/589-2877, FAX 210/589-7788

SHOWROOM 4-D-86
DALLAS APPAREL MART
2300 STEMMONS FREEWAY
DALLAS, TEXAS



A. 2FRG
B. 8836
C. 8924
D. 8925
E. 8837

F. 8811
G. 9013
H. 9012
I. REINER

T1. 1 1/2" CHISEL TIP
T2. 1 1/4" CHISEL TIP
T3. 1" CHISEL TIP
T4. 3/4" CHISEL TIP

RB_0840

# BOB
# BERG
# BUCKLES







*unique • innovative • exceptional*

**BOB BERG'S**
## SILVERDALES
CLOTHING CO.

BANDERA, TX. 78003
(210) 796-7961
FAX (210) 796-7962

IN AUSTRALIA:

## BOB BERG COWBOY WORLD

P.O. BOX 16
KALBAR, QLD. 4309
PH. 074-638066
FX. 074-638047





RB_0841



RB_0842

■ **Western Craftsman**

# BOB BERG
## Broncs, Buckles & Mechanical Bulls

How an Aussie bronc-buster now busts out custom belt buckles for a clientele that includes Tanya Tucker, George Strait, Ted Turner and a host of champion cowboys.

The varied textures, tastes and talents of his life are all there to be read in Bob Berg's work. His jewelry, belt buckles and other accoutrements feature the meticulously engraved, highly polished gold-and-silver-on-black look for which he is famous, mirroring the high quality standards for which he strives. In the trim lines and quiet good taste of his Western wear, tough fabrics sometimes meet gauzy ones in a definitely feminine statement—a combination of his tastes and those of his wife and partner Joanne, who gave up the title of Miss Rodeo Australia when they married in 1984.

In his leatherwork, exquisite stitching, precise stamping and thoughtful design reflect the experience and insight of one who has used such equipment often and hard, and knows what demands it will face.

**In late 1976, Bob Berg started his own manufacturing business, making belt buckles, custom jewelry and rodeo equipment, including mechanical bulls.**

### Kissed on the A**
### by a Chinaman

That's how Berg matter-of-factly describes his life; it's an Australian expression, he says, for incredible, undeserved, unbelievably good luck. But the story of his career makes it easy to believe that Bob has combined hard work with native talent and inborn taste to make his own luck—the kind where preparation meets opportunity.

Born in Finley, New South Wales, Australia in October of 1952, Bob lived in Queensland until he was 8. Then his father moved both his concrete slab business and his family to South Australia, where he soon introduced his son to cattle—and rodeos. "From there," Berg relates, "it wasn't long till I was mutton-busting (a sheep-riding event for youngsters)." Then it was steers, then bulls, then barebacks, and finally he learned bronc-riding from Jim Ericson, famed American bronc-buster.

**At 17, Bob Berg left school to rodeo. Before trying American rodeos in 1971, he had already claimed Rookie of the Year and the Bull-Riding Championship in New Zealand.**

While building his rodeo skills he worked six months for RM Williams, an old, established saddlery and bushmen's supplier, learning handstitching, leatherwork and leather stamping. At 17 years of age, he left school to go rodeoing.

Before he decided to try his seat and hand in American rodeos in 1971, he had claimed Rookie of the Year and the Bull-Riding Championship in New Zealand.

### Seasons Of Change

He rode well in the U.S.—for all of two whole weeks. That's when an unfortunate landing broke his leg and, it seemed, his string of luck. Laid up, he stayed with friend Kenny Harper, a silversmith, in Vacaville, California. When his leg healed some, he tried his hand at making saddles with Dave Pineda, at his saddlery in Clovis, California. Rodeoing again in California, he stayed in Reno with Mark Drain, an engraver friend who also did silversmithing.

Then something clicked, at the International Finals Rodeo for the International Professional Rodeo Association; after seeing the buckles and jewelry offered there, he borrowed Kenny Harper's equipment and started designing and crafting his own.

Berg continued to rodeo. In late 1976, at his last rodeo in California before returning to Australia, he won the All-Around Cowboy Title, winning the Bareback and placing second in Saddle Bronc. Back

Reprinted with permission from Cowboys&Country Spring 1998

RB_0843



**Before Bob Berg's buckles appeared, all rodeo buckles looked pretty much the same. They differed only in their inscriptions. His first move was to make buckles in different shapes and sizes and to treat the edges differently. Instead of beads and rope, his edges featured tapered beads and half-rounded, gleaming surfaces. His next dramatic departure was backgrounds of velvet black.**

down under, he started his own manufacturing business, making belt buckles, custom jewelry and rodeo equipment, including mechanical bulls.

The year 1979 was a good one for Berg; the end of the year brought the Australian equivalent of the National Finals Rodeo—the World Titles Rodeo Invitational in Kooralbyn, Queensland, where Berg won the World Bareback Championship.

With saved prize money, he bought a house, arena and workshop in Queensland and

continued putting out solidly beautiful work. Here, he says, his luck really went on a roll.

## Preparation Meets Opportunity

"There was this bucking machine for sale for $3,500. I couldn't get anybody to buy it so I could mess around a bit with it, so I bought it and shipped it to my factory. We duplicated, then improved on it; we made a spinning bucking machine, which was rare then. The same week I introduced it, the movie *Urban Cowboy* came out. All of a sudden, I couldn't make enough; I had three factories going, another next door for assembly, and 50 yards from there, an engraving shop for buckles and all. Over the next two years, I sold 85 machines."

Aussie champs, returning from the States, told him how much Americans admired them. He came back to the States and took in the Pecos, Salinas, Cheyenne and Calgary rodeos, flying between these events to meet different rodeo committees and show them samples of his buckle work. Then he exhibited at the National Finals Rodeo, where his booth nearly sold out. His marriage to Joanne brought her talents and suggestions to the party, and they started Silverdale Clothing Company, manufacturing jeans. Over the years it has become Wrangler's biggest competitor in Australia, which is quite a chalk mark on the wall, in Berg's opinion. They've had "quite a bit of legal trouble" over Wrangler's right to use the brand name ProRodeo there. Yet, Silverdale jeans are the only ones officially endorsed by the Australian Pro Rodeo Association.

## Watusis, Longhorns & Limousines

In the 1980s, Berg and John Osburne imported the first Longhorns to hit Australia. A year later, he imported the continent's first Watusi bull "as a novelty," he smiles. But again, luck took over. Tests of the meat of the Watusi and of its crosses with three other breeds found that it had 42 percent lower cholesterol than beef in each cross. He ended up selling the bull and 21 of its progeny to a health-minded chain of restaurants—for a healthy sum.

RB_0844



# How Berg Beauties Changed an Industry

**Western Craftsman**

His next imports were Cadillacs, which didn't take to the rugged land as easily as the cattle. Bob hired his own engineers to change the drives from left to right and stretch the cars by 60 inches, creating limousines. All the while he kept rodeoing until, in 1992, a broken foot and smashed leg put him out of the game for good. But not out of action—in 1993 he got an E-2 (investment ) visa, and moved the business and the family to Bandera, Texas, outside of San Antonio in the Hill Country. The demand here for his jewelry and buckles remains high. He's proudest of the fact that champion cowboys often request Berg buckles to replace those they win. His long and illustrious list of clientele includes Gene Autry, Tanya Tucker, George Strait and Ted Turner. These celebrities now have something besides a love of horses in common with great cowboys the world over. They all treasure wearable, durable works of art from the talented—and sometimes lucky—hands of Bob Berg. ◆

**Editor's Note:** *For more information on Berg's creations, call (830) 796-7961.*

Berg rodeoed well in the U.S.—for all of two whole weeks. That's when an unfortunate landing broke his leg and laid him up in California. He stayed with a friend, Kenny Harper, a silversmith. When his leg healed some, he tried his hand at making saddles with Dave Pineda at a saddlery in Clovis, California. Rodeoing again in California, he stayed in Reno with Mark Drain, an engraver friend who also did silversmithing. These relationships laid the groundwork for his own art.



# BOB BERG BUCKLES

- DISTINCT
- INNOVATIVE
- EXCEPTIONAL

**157 OAK STREET**

Bob Berg Buckles
131 East Exchange Ave. Ste. 214
Fort Worth, Texas. 76106
Ph: (817) 626-6085
Fax: (817) 626-9979
bobbergdesigns.com

SILVERDALE

RB_0846



AUSTRALIAN

SILVERDALE

ALL ROUND CLOTHING

2001 Catalogue

RB_0847

# SILVERDALE HAS COME OF AGE



**NESTLED IN THE HEART** of the rolling hills of the Fassifern Valley, lies the Silverdale Clothing Company. Supplier of jeans, hats, boots and belts to the country for 25 years. Started in 1976 by Bob Berg, World Champion Cowboy and World Class Silversmith, and now with new partner, Bob Armitage. Bob is well known and highly respected in the business world and the rodeo circuit where he competes in calf roping and team roping.

Bob is originally from Rotarua, New Zealand and migrated to Australia in 1977 where he married his wife Debbie, and now has two grown children. The Armitage family lives just outside of the Ipswich CBD.

The two Bobs met and became friends on the set of a movie made in New Zealand, called Hunchin' Down the Track. Along with the new face of Bob Armitage, comes new policies and new management. Dianne and Kathleen co-manage the company from the Silverdale location.

The lasting quality of Silverdale Jeans, made from pre-shrunk 14 3/4 oz. denim and reinforced on all stress points as well as boot cut, have made these jeans extremely popular with people from all walks of life.

Silverdale also has a new range of ladies' jeans, they come in four colours, fawn, black, hunter green and blueberry, the sizes range from 2 up to 20. These jeans are made for comfort, style and durability.

Straw hats are the word of the day for the dedicated hat wearer, light and airy and durable, (unless stood on by a bull) yet keeps the Australian sun off our face and head. The low cost of these hats make them a must in the gear of the outdoors Australian.

Silverdale has also added a new line of budget, yet durable cool shirts, check with snap and button closures and of course a western yoke. Extra long tails that don't creep out of your jeans have made these shirts extremely popular with all who try them.

**Silverdale is your Service Warehouse - minimum orders accepted. Ring before 12.00pm, orders posted same day; after 12.00pm, dispatched next day.**

**For your nearest stockist of Silverdale Clothing phone 07 5463 8066**

RB_0848



**Ladies Coloured Jeans**
Designed for sytle and comfort, cowboy tuff, flattering front and back decorative yoke, 100% cotton, boot cut, bare backs, 36" leg length. Sizes: 2, 4, 6, 8, 10, 12, 14, 16, 18, 20. Colours: Black, Fawn, Hunter Green, Blueberry.

**Mens Silverdale Jeans**
Jeans as tough as the man who wears them; 14 ¾oz denim, boot cut, pre-shrunk, seams & stress areas are reinforced. Sizes - Waist: 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 40, 42, 44. Leg: 32, 34, 36, 38. Colours: Blue Denim, Silverdale Blues, Washed.

**Mens Silverdale Shirts**
Western style front & back yoke, assorted check, long sleeve choice of snap or buttons closures.

**Youth & Childrens Silverdale Jeans**
14 ¾oz denim, pre-shrunk, seams & stress areas reinforced. Youth Sizes: 10, 12, 14, 16. Kids Sizes: 2, 3, 4, 5, 6, 7, 8. Colours: Blue Denim.

**Babies' Diaper Covers**
Baby will look adorable in Silverdale Diaper Covers. Colours: Pink or Blue. Sizes: S, M, L.

RB_0849



Case 3:14-cv-06410-BRM   Document 1412   Filed 1/13/28   Page 28 of 44 PageID#: 2074



# BOB BERG
# BUCKLES

- DISTINCT
- INNOVATIVE
- EXCEPTIONAL

IN AUSTRALIA
PO. BOX 16
ALBAR, QLD. 4309
PH: 0754-638066
FAX: 0754-638047

SILVERDALE

RB_1571



RB_1572

Case 3:13-cv-00463-N    Document 71-2    Filed 10/18/13    Page 30 of 44 PageID #: [illegible]



**BUD LIGHT CUP**

# The New PBR Bud Light Cup
## The Millennium Edition

### by Bonnie Wheatley

Reigning PBR Bud Light Cup World Champion Chris Shivers is at age 22 king of a fierce pack of competitors.

The PBR has set sports and entertainment standards since the organization's birth in 1992. PBR set yet another precedent in bull riding in 2000 with the presentation of a monumental trophy to its victor.

The grand new Bud Light Cup weighs more than 150 pounds, making it around 20 pounds heavier than Shivers. The tower portion upon which the cup itself rests is graced with 24 intricately placed buckles. Seven of the buckles are engraved with the names Adriano Moraes, Tuff Hedeman, Owen Washburn, Michael Gaffney, Troy Dunn, Cody Hart, and now Shivers, who joins the elite PBR world champions immortalized on the millennium version of the PBR's Bud Light Cup.

The cup and tower sit atop a richly hand-carved marble base. Cup, tower and base combine to reach a height of 40 inches, which includes 85 ounces of 10- and 14-karat gold, 60 pounds of sterling silver, and over 100 precious and non-precious stones in the tower alone. The massive cup is molded from 40 pounds of sterling silver. Labor intensive to say the least, the project required 3,700 man-hours.

A distinctive craftsman of Western buckles and jewelry, Australian native Bob Berg has separated his art from others in the Western market with his revolutionary techniques and singular designs. Cowboy, artist and entrepreneur, Berg, who hangs his hat in Bandera, Texas, was asked to create an updated version of the Bud Light Cup trophy to honor PBR world champions in the coming years. Knowledge, experience and artistic energy inspired Berg's work on both the new cup and the 2000 world championship buckle.

Bull riding is often described as a labor of love. Berg's motivation as a craftsman runs along the same lines.

"These are champions, these guys put their lives on the line," he said. "Their heart is in it, and to be a good bull rider you have to live it, drink it, eat it, and it takes a lot of dedication; the same thing it takes to come up with something that's just bigger and better than anything that's come before it."

In a sport where the odds and laws of physics are all always stacked against you, a reward of grand proportions is fitting, and Berg's inspiration to build the landmark trophy is indicative of his approach to art.

"I said to Randy (Bernard, Chief Executive Officer of the PBR), do something that's just going to blow people away," Berg said. "Don't be mediocre. Be great. That's what champions are and that's the way I feel about my work."

Berg and his associates worked frantically from the end of September when the cup and gold buckle were officially commissioned to overcome time constraints and present the award in Las Vegas on October 29th. Berg coordinated the cup's creation between the Texas office of Bob Berg Buckles and his factory headquarters in Guadalajara, Mexico, where a staff of approximately 28 people all had a hand in the project.

Estelle Stepherson, an associate from Berg's Texas office, explains how efforts came together between Mexico and the States.

"We did the art, when I say art, I mean the lettering layout, per Bob's instructions over the phone, here in the office while Bob was actually at the factory doing the work itself," Stepherson explained.

The cup is, as Berg states, truly "one of a kind," and unique methods went into its making. Explained Berg, "We had special molds made out of mesquite, which is a bit interesting because mesquite comes from Texas and is very hard."

Another significant bit of trivia in the design is that two bull riders adjoin either side of the cup, forming handles, each weighing around 4.5 kilos (roughly 16 pounds).

"Authentic, original and durable." All are adjectives easily associated with a cowboy's way of living. All also apply to the art and attitude of Berg himself. Aptly described by Berg, the cup is a testament to "real cowboy art, this is the real thing."

Dedication and skill make world-class bull riders. The same attributes characterize Berg's reputation as an artist. Born in Finley, New South Wales, Australia in 1952, Berg was exposed to leather stamping and stitching when his family moved to South Australia, where he eventually worked for a saddle maker. The rodeo trail lured him out of school at age 17, and shortly thereafter he claimed the New Zealand rookie of the year and bull riding championships.

Berg was sidelined from rodeo shortly after his arrival in the United States in 1971, yet capitalized on the down time by expanding his interest in engraving and silverwork. The trademark gold-and-silver-on-black style for which he is now famous evolved from this early sideline interest.



70

RB_1574



*Bob Berg is proud of his rodeo heritage. This was his saddle bronc riding form back in 1982.*
*Warwick photo*

Berg returned to Australia in 1976, where besides establishing his custom belt buckle and jewelry business, he ...ed an Australian world championship in the bareback ...g event.

Strongly influenced by his roots as a rodeo athlete, Berg explains his commitment to the Bud Light Cup and its significance as a symbol in the sport of bull riding.

"My heart is in this," he said. "I rode bulls. I rode bareback horses. I rode broncs, and when I did I went down the road and we won 400 or 500 bucks back 20 years ago, and the golfers would win $600,000 a year. It would burn us up because we put our lives on the line, they (the cowboys) were being used and abused and they have been for some time. That's the way I feel about it and you can quote that. Fittingly, in the year 2000, the PBR is able to award a quarter-million dollar award."

Berg is grateful to those having made the $250,000 artistic undertaking a reality.

"Thank the good Lord, thank the PBR, and thank the fans that the PBR has the budget to bring the world champions the greatest trophy in the world," he said.

Berg has built championship buckles for prominent rodeo committees across the United States and supplied buckles to the champions of the Australian ProRodeo Association for the past 22 years. Hand-cut and soldered scrollwork and lettering characterize Bob Berg designs. Berg initiated the technique of stacking tri-color gold to achieve a three-dimensional look in his buckles and jewelry.

Entrepreneurial endeavors over the years have led Berg from success in the mechanical bull business to an integral r... in both the Western retail and Longhorn cattle industries.

Transplanted again in 1993 back to the United States n. Australia, Berg settled in Bandera. Berg married wife ...coa in August of 2000, and between the two of them they have five children.



LIMITED EDITION OF 2000 ON SIGNATURE BEARS.

C & S Collectibles

## Introducing PBR Bull Rider Bears

T. HEDEMAN    J. DAVIS    C. CUSTER    T. DUNN    M. GAFFNEY

• Chris Shivers and Tater Porter coming soon in 2001.
• Officially Licensed product of Professional Bull Riders, Inc.

Now available Adriano Moraes, Owen Washburn & Cody Hart. Check website or call for additional bull rider bears in 2001.

### www.c-scollectibles.com

C & S Collectibles PO Box 3048 Wickenburg, AZ 85358
For additional information call: (520) 684-3277



Michael Gaffney's

# HatRider

Designed and endorsed by 1997 PBR World Champion MICHAEL GAFFNEY

## Give your hat Championship care!

★ **Portable** – easily stores in a suitcase or travel bag. Transfers from vehicle to rental car.
★ **Adjustable Hub** – Allows positioning of hat where desired. Keeps your hat clean and in shape.
★ **Suction Cups** – Replaces screws which can damage plush interiors.

*Works on any glass surface!*

*Indispensible space saver for a variety of hat styles!*

## 800-732-1PBR

HatRider, inc.    Patent Pending    www.hatrider.com

71

RB_1575

# *BOB BERG BUCKLES*

**PO BOX 817**
**CLEBURNE TX 76033**
**PHONE 817-556-2111**
**Fax: 817-556-2147**

October 20, 2003

On November 21, 2000 Injunction Hearing, Joanne Dorothy Berg was examined, on page 72, line 18, question stated: "and what business did you engage in when you got to the United States? Joanne's answer was "A continuation of the business in Australis which is Bob Berg Buckles or Silverdales. It was under several different names." This is a correct statement, however, Joanne was not a co-owner of that company. Bob Berg, Pty, Ltd is a Corporation. See attached Certificate of Incorporation of a Proprietary Company from September 16, 1980 to present. Joanne was formerly a director of the Corporation from May 2, 1989 to March 1, 2003 when she resigned as Director. As a director of the Corporation it does not entitle one to the copyright designs of the artist. Also Joanne's statement as to copyright was not addressed, this is incorrect, the final divorce decree clearly states Bob Berg was awarded , "In the final divroce decree , H-6. The business known as Bob Berg Buckles, including but not limited to all fixtures, inventory, cash, receivables, accounts, goods, and supplies, and all rights and privileges, past, present, or future, arising out of or in connection with the operation of the business."
"H-7. The business known as Silverdales and/or Silverdale, including but not limited to all fixtures, inventory, cash, receivables, accounts, goods, and supplies; and all rights and privileges, past, present, or future, arising out of or in connection with the operation of the business."

On page 197, line 5. Of the Injunction Hearing the "Q. Like on future jewelry that you're going to order from Caesar or somebody else are you going to come up with your own designs. A. Yes, I have several new designs. Q. Do you plan to continue using the designs that Mr. Berg has? A. The basic concepts as every other buckle maker in the United States is doing, yes." This bold statement clearly shows Joanne realizes the designs are that of Bob Berg.

This is in response to false allegations regarding fraudulent applications of copyright by Bob Berg.

1.   Application was made with the distinctive features of the tapered beads in connection with the ½ round wire edge (see attached).

2.   The black background in this case was the fillagree background meaning (cuts) through the buckle giving it the black background look.

3.   The tri-color gold overlays combining the flowers, leaves and scrolls.

RB_0259

10/20/2003  13:44    81762~~79                                    PAGE  03

# *BOB BERG BUCKLES*

### PO BOX 817
### CLEBURNE TX 76033
### PHONE 817-556-2111
### Fax: 817-556-2147

The reason I submitted copyrights for my buckle designs was to protect the look of the outside edge, inside circle and overall effect of the three above stated elements.

Hugh Weaver was employed by Bob Berg Silverdale's in Australia for several months around 89, 90 or 91. His duties included preparing buckles for production and custom lettering layouts for buckles. Mr. Weaver did a lettering layout for the West of the Pecos buckle, which I later modified to be more legible.

It is obvious I cannot sell buckles to every rodeo committee with the West of the Pecos lettering on it, each committee has their own logo and lettering that is designed specifically for their event. The obvious reason for copyright lodgement of my buckles and jewelry designs was to protect the overall look, namely the edge, black background and the overlays.

While working as an employee of mine Mr. Weaver used buckle patterns and shapes with this edge, however, I had been designing buckles and jewelry with this edge for years prior to meeting Hugh Weaver. Any work that Hugh Weaver did prior and after his short term employment with my company had no influence on my choice of combining the three above stated elements. If Mr. Weaver has claims of authorship in his work, it is his obligation under copyright law to protect his designs following the regulations set forth by copyright law. My copyright designs are legitimate and true. At the time of employment Mr. Weaver worked in the engraving room in a separate building from where Joanne worked. It was not one of Joanne's duties to oversee Mr. Weaver and she rarely went into the separate building in which Mr. Weaver worked. She would not be knowledgeable of what duties I gave to Mr. Weaver.

I started making and designing buckles in late 1975 and early 1976 in California. I moved back to Australia in November, 1977. It was in 1977 the APRA (Australian Professional Rodeo Association) first contracted my designs for their trophy buckle awards. I have been the official buckle maker for the APRA from 1977-2003. The layouts of their buckles have not changed, however, I have improved my scroll work over the years. The APRA All Around Cowboy Buckle has always featured the large beads around the outside edge with the uneven circle, tri-color gold and the fillagree background which gave the buckle a black background effect.

All the jewelry and inventory was in the possession of the Receiver, with the exception of jewelry that was checked out for specific trade shows. On completion of the trade show, all documentation and inventory was returned to the receiver. Joanne was awarded all of the inventory in the divorce settlement. I agreed to pay all debt. I lost everything with the understanding that I was awarded my business. This a direct quote from the final divorce decree "H-6. The business known as Bob Berg Buckles, including but not limited to all fixtures,

RB_0260

# *BOB BERG BUCKLES*

**PO BOX 817**
**CLEBURNE TX 76033**
**PHONE 817-556-2111**
**Fax: 817-556-2147**

inventory, cash, receivables, accounts, goods, and supplies, and all rights and privileges, past, present, or future, arising out of or in connection with the operation of the business."
"H-7. The business known as Silverdales and/or Silverdale, including but not limited to all fixtures, inventory, cash, receivables, accounts, goods, and supplies; and all rights and privileges, past, present, or future, arising out of or in connection with the operation of the business."

The following is a list of items I did not receive, which are part of the business:

1.   Clients/Customer list
2.   Bob Berg Buckles software with copyrighted buckle blanks used for layouts
3.   Bob Berg Telephone Number
4.   Computers, Office Equipment
5.   Website diverted Bob Berg Buckles website to Hy O Silver website

Joanne had a restraining order on me through out the divorce. I was not allowed to enter my own business in Bandera during and/or after the divorce.

Joanne's response leads one to believe we both were awarded a Business Office. Joanne kept the office, all equipment (computers, desks, phones, etc.), files, and everything relating to the business that I had purchased in Bandera and in addition to that took all of the same from the temporary office I had set up in Cleburne.

RB_0261

# How Berg Beauties Changed an Industry

Western Craftsman



IN LESS THAN HALF A YEAR, one collector of Berg buckles (which start at $7,000) has bought five of them — at prices totaling $2,750. Women collect his individually numbered bracelets, of which only 100 are produced per design. Obviously, this Australian/American has brought something special to the world of Western accoutrements.

Before Bob Berg's buckles appeared, all rodeo buckles looked pretty much the same — pretty, shiny, but all the same size and shape; they differed only in their inscriptions.

"They were fairly uniform," Berg remembers. "They all had a kind of whitish-silver background with gold overlays. I wanted to make the inscription and the design stand out a bit more."

Advertising execs and graphic designers refer to this process as "popping" — making a certain feature of an ad or page "pop" out and grab the eye. Berg made some eyes pop, in what some people think was a move that revolutionized the buckle industry.

"I just did the opposite of everyone else's work," he claims, modestly. His first move was to make buckles in different shapes and sizes and to treat the edges differently. Instead of beads and rope, his edges featured tapered beads and half-rounded, gleaming surfaces. His next dramatic departure was backgrounds of velvet black. Hey, it worked for pictures of Elvis.

Then he started "painting with metal." He was the first to use copper and tricolor gold, and the first to go 3-dimensional. He solders layers of different metals on top of each other, literally building a design in three dimensions.

"I like to crowd the buckle with gold," he says, "and space it out well so it never looks cluttered."

Berg intended to make a "Rich, bold, classy" look, and he has succeeded beyond dreams of avarice. The Australian Professional Rodeo Association recently celebrated its 20th year of awarding Bob Berg buckles to its winners, which is a record in the industry. The rodeos at Prescott and San Antonio also have decided to offer Berg buckles among their prizes, and other associations are lining up in the wings.

It's really no wonder that his buckles and other Western jewelry are so popular. Their beauty and obvious value attract the eye, then hold it with simple yet intricate design and craftsmanship. Wearing Berg's work is not always a declaration of having been a winning cowboy. Sometimes it's simply a statement of having arrived at good taste ahead of the crowd — and of having the wherewithal and good sense to invest in it.

His next imports were Cadillacs, which didn't take to the rugged land as easily as the cattle. Bob hired his own engineers to change the drives from left to right and stretch the cars by 60 inches, creating limousines. All the while he kept rodeoing until, in 1992, a broken foot and smashed leg put him out of the game for good. But not out of action — in 1993 he got an E-2 (investment ) visa, and moved the business and the family to Bandera, Texas, outside of San Antonio in the Hill Country. The demand here for his jewelry and buckles remains high. He's proudest of the fact that champion cowboys often request Berg buckles to replace those they win. His long and illustrious list of clientele includes Gene Autry, Tanya Tucker, George Strait and Ted Turner. These celebrities now have something besides a love of horses in common with great cowboys the world over. They all treasure wearable, durable works of art from the talented — and sometimes lucky — hands of Bob Berg. ◆

*Editor's Note: For more information on Berg's creations, call (830) 796-7961.*

**Berg rodeoed well in the U.S. — for all of two whole weeks. That's when an unfortunate landing broke his leg and laid him up in California. He stayed with a friend, Kenny Harper, a silversmith. When his leg healed some, he tried his hand at making saddles with Dave Pineda at a saddlery in Clovis, California. Rodeoing again in California, he stayed in Reno with Mark Drain, an engraver friend who also did silversmithing. These relationships laid the groundwork for his own art.**



RB_1744



**Before Bob Berg's buckles appeared, all rodeo buckles looked pretty much the same. They differed only in their inscriptions. His first move was to make buckles in different shapes and sizes and to treat the edges differently. Instead of beads and rope, his edges featured tapered beads and half-rounded, gleaming surfaces. His next dramatic departure was backgrounds of velvet black.**

down under, he started his own manufacturing business, making belt buckles, custom jewelry and rodeo equipment, including mechanical bulls.

The year 1979 was a good one for Berg; the end of the year brought the Australian equivalent of the National Finals Rodeo—the World Titles Rodeo Invitational in Kooralbyn, Queensland, where Berg won the World Bareback Championship.

With saved prize money, he bought a house, arena and workshop in Queensland and continued putting out solidly beautiful work. Here, he says, his luck really went on a roll.

## Preparation Meets Opportunity

"There was this bucking machine for sale for $3,500. I couldn't get anybody to buy it so I could mess around a bit with it, so I bought it and shipped it to my factory. We duplicated, then improved on it; we made a spinning bucking machine, which was rare then. The same week I introduced it, the movie *Urban Cowboy* came out. All of a sudden, I couldn't make enough; I had three factories going, another next door for assembly, and 50 yards from there, an engraving shop for buckles and all. Over the next two years, I sold 85 machines."

Aussie champs, returning from the States, told him how much Americans admired them. He came back to the States and took in the Pecos, Salinas, Cheyenne and Calgary rodeos, flying between these events to meet different rodeo committees and show them samples of his buckle work. Then he exhibited at the National Finals Rodeo, where his booth nearly sold out. His marriage to Joanne brought her talents and suggestions to the party, and they started Silverdale Clothing Company, manufacturing jeans. Over the years it has become Wrangler's biggest competitor in Australia, which is quite a chalk mark on the wall, in Berg's opinion. They've had "quite a bit of legal trouble" over Wrangler's right to use the brand name ProRodeo there. Yet, Silverdale jeans are the only ones officially endorsed by the Australian Pro Rodeo Association.

## Watusis, Longhorns & Limousines

In the 1980s, Berg and John Osburne imported the first Longhorns to hit Australia. A year later, he imported the continent's first Watusi bull "as a novelty," he smiles. But once again, luck took over. Tests of the meat of the Watusi and the meat of its crosses with three other breeds found that it had 42 percent lower cholesterol than beef in each cross. He ended up selling the bull and 21 of its progeny to a health-minded chain of restaurants—for a healthy sum.

■ **Western Craftsman**

# BOB BERG
## Broncs, Buckles & Mechanical Bulls

How an Aussie bronc-buster now busts out custom belt buckles for a clientele that includes Tanya Tucker, George Strait, Ted Turner and a host of champion cowboys.



The varied textures, tastes and talents of his life are all there to be read in Bob Berg's work. His jewelry, belt buckles and other accoutrements feature the meticulously engraved, highly polished gold-and-silver-on-black look for which he is famous, mirroring the high quality standards for which he strives. In the trim lines and quiet good taste of his Western wear, tough fabrics sometimes meet gauzy ones in a definitely feminine statement—a combination of his tastes and those of wife and partner Joanne, who gave up the title of Miss Rodeo Australia when they married in 1984.

In his leatherwork, exquisite stitching, precise stamping and thoughtful design reflect the experience and insight of one who has used such equipment often and hard and knows what demands it will face.

In late 1976, Bob Berg started his own manufacturing business, making belt buckles, custom jewelry and rodeo equipment, including mechanical bulls.

### Kissed on the A**
### by a Chinaman

That's how Berg matter-of-factly describes his life; it's an Australian expression, he says, for incredible, undeserved, unbelievably good luck. But the story of his career makes it easy to believe that Bob has combined hard work with native talent and inborn taste to make his own luck—the kind where preparation meets opportunity.

Born in Finley, New South Wales, Australia in October of 1952, Bob lived in Queensland until he was 8. Then his father moved both his concrete slab business and his family to South Australia, where he soon introduced his son to cattle—and rodeos. "From there," Berg relates, "it wasn't long till I was mutton-busting, a sheep-riding event for youngsters." Then it was steers, then bulls, then barebacks, and finally he learned bronc-riding from Jim Frixson, famed American bronc-buster.

At 17, Bob Berg left school to rodeo. Before trying American rodeos in 1971, he had already claimed Rookie of the Year and the Bull-Riding Championship in New Zealand.

While building his rodeo skills he worked six months for RM Williams, an old, established saddlery and bushmen's supplier, learning handstitching, leatherwork and leather stamping. At 17 years of age, he left school to go rodeoing.

Before he decided to try his seat and hand in American rodeos in 1971, he had claimed Rookie of the Year and the Bull-Riding Championship in New Zealand.

### Seasons Of Change

He rode well in the U.S.—for all of two whole weeks. That's when an unfortunate landing broke his leg and, it seemed, his string of luck. Laid up, he stayed with friend Kenny Harper, a silversmith, in Vacaville, California. When his leg healed some, he tried his hand at making saddles with Dave Pineda, at his saddlery in Clovis, California. Rodeoing again in California, he stayed in Reno with Mark Drain, an engraver friend who also did silversmithing.

Then something clicked, at the International Finals Rodeo for the International Professional Rodeo Association; after seeing the buckles offered there, he borrowed Kenny Harper's equipment and started designing and crafting his own.

Berg continued to rodeo. In late 1976, at his last rodeo in California before returning to Australia, he won the All-Around Cowboy Title, winning the Bareback and placing second in Saddle Bronc. Back

Reprinted with permission from Cowboys&Country Spring 1998



**Bob Berg's**
**SILVERDALES**

CUSTOM MADE GOLD & SILVER BUCKLES
CLOTHING & COLLECTIBLES

4-1-96

Spring Creek
Brett Bauman
50 Rd. 156 Box 52
Carpenter, WY. 82054

Dear Brett,

Please find enclosed our buckle flyer and price lists as requested. Bob has been designing and manufacturing buckles for the past 20 years, primarily in Australia. However he is fast becoming known in the Western industry in this country for both quality and innovative design work. We made the champion buckles for both the San Antonio and Prescott Rodeos this year. Our work features three different colors of gold (rose, yellow and green), beaded edges and black background (if desired).

Our trophy style buckles start around $500 and increase according to how elaborate the design is and how much gold overlay work is included. Most people let us know their budget and Bob designs a buckle within that range.

I feel that the 3 pce. buckle set should work for you, I have included a photo of the Kansas buckle for your interest. If you have any questions please feel free to contact us at any time. We thank you for your interest in our work and look forward to hearing from you soon.

Yours sincerely,

*Jo Berg*

Joanne Berg.

*P.S. Brett – people wear our buckles which adds up to great promotional value!*

P.O. BOX 2238  •  401 12TH STREET  •  BANDERA, TEXAS 78003  •  (210) 796-7961 • FAX (210) 796-7962



# Bob Berg's SILVERDALES
## CUSTOM MADE GOLD & SILVER BUCKLES
## CLOTHING & COLLECTIBLES

ACTUAL SIZE

T.R. FIGURE.

Banner Top & Botto
Team Roping Figure
(Sterling)
Buckle - Solid Sterlin
10k & 14k Gold overla
Red Stones in Flowe

Quote on <u>10</u> Buckles
                    W/Sale $297 ea
Lettering in Banner        30
($15 per line)        $327 ea

We require a 50% Deposit with your order, which must
be placed 4-6 weeks prior to delivery.

Thank You  Jo Berg

P.O. BOX 2238 • 401 12TH STREET • BANDERA, TEXAS 78003 • (210) 796-7961 • FAX (210) 796-7962

01/12/2004 MON 11:56 [TX/RX NO 7154]

RB_0154

DEFENDANT'S
EXHIBIT
33
1/21/06

This is a GARY GIST figure, the FAY GIST and requested to verify 1st yr of use of figure.

RB_0155

# BOB BERG PTY LTD

Bob Berg Pty Ltd
P.O. Box 16
Kalbar, 4309
Queensland, Australia

Phone. Australia    (074) 63 8066
International: 6174 63 8066
Fax    Australia:    (074) 63 8047
International: 6174 63 8047



the Lettering
On this buckle
Was done by
Hugh Weaver for
the West Pecos

Attention:    Dave Appleton

Fax No:    817  460 0032

Above is a sketch of a buckle for your information.

Regards

Bob Berg

FAXED
23-3-91

RB_0156

*Australian Professional Rodeo Association Inc.*

**PRO RODEO**
*australia*

8th January, 2004

*To Whom It May Concern...*

I write to verify that Bob Berg has designed and manufactured the Australian Professional Rodeo Association trophy buckles since 1977.

His innovative designs and willingness to upgrading the buckles at no additional cost continues to impress the board of directors and at this stage the association has no plans to take our business elsewhere.

The enclosed copies of Bob Berg's advertisements are taken from the association's official magazines which was published in 1978 when Bob Berg's business was located in South Australia and in 1982 when he moved to Queensland.

Should you require any further information please don't hesitate to contact me.

Yours sincerely,

**STEVE HILTON**
**General Manager**

BULL SPURS 

SADDLE BRONC 

BARE BACK 



## STOP PRESS!!

WATCH FOR
EXCLUSIVE NEW LINE OF CHAPS TO BE
RELEASED SOON







BRONC HALTER $23

BULL ROPES Team only $75

GLOVES

 **BOB BERG RODEO EQUIPMENT** Pty. Ltd.
PHONE: (075) 638063  P.O. BOX 16, KALBAR, Qld. 4309