# EXHIBIT C





ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

JACKSON WALKER L.L.P.

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

October 13, 2003

BY REGULAR MAIL AND
BY TELECOPY: 210/558-9509

Mr. Charles W. Hanor
Charles W. Hanor, P.C.
750 Rittiman Road
San Antonio, TX 78209

      Re:    Infringement of Bob Berg Intellectual Property by Double J Saddlery

Dear Mr. Hanor:

      I am in receipt of your letter of October 7, 2003 in which you request additional information about Mr. Berg's claims against Double J Saddlery. Mr. Berg's designs and his jewelry have been registered with the U.S. Copyright Office under Nos. VA-530-294, VA-547-192, VAu-292-803, VA-817-815, VA-1-076-361, VA-1-091-617, VA-1-096-096, VA-1-108-395 and VA-1-159-548. These registrations include issue dates in 1992, 1993, 1994, 1996, 2000, 2001 and 2002. Almost every piece protected by these registrations exhibits the "Berg Elements". Reg. No. VA-1-091-617 alone covers over 400 designs.

      Each of the jewelry pieces shown on "Examples of Bob Berg Jewelry" attached to my September 30, 2003 letter to your client is encompassed by Reg. No. VA-1-091-617. In addition, attached hereto is an expanded listing of such pieces. This should be sufficient to demonstrate the scope of Mr. Berg's copyright coverage, enable your clients to identify those pieces which are infringing and cease the sale of such items.

      You stated in your letter that the "Berg Elements" exhibited in your client's pieces are not unique and you referenced HyOSilver as an example of another company selling pieces incorporating the Berg Elements. First, the fact that other entities are infringing Mr. Berg's rights does not mitigate your client's infringement. Second, Mr. Berg has already filed suit in federal district court against HyOSilver and others, alleging, among other things, copyright infringement and trade dress infringement. Third, the fact that you referenced one of the primary infringers of Mr. Berg's rights suggests that your client has a pretty good understanding of the basis for Mr. Berg's complaint against your client. I hope this understanding will prompt your client to take corrective action more quickly.

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0549**

Mr. Charles W. Hanor
October 13, 2003
Page 2

_____

Finally, Section 43(a) of the Lanham act is based on "likelihood of confusion." Mr. Berg's jewelry has a unique look that distinguishes his jewelry from others in the marketplace. To the extent Double J Saddlery is distributing jewelry that exhibits this same unique look, a likelihood of confusion under Section 43(a) exists between Mr. Berg's jewelry and Double J Saddlery's jewelry.

I look forward to your confirmation that Double J Saddlery has stopped all marketing activities related to the infringing pieces.

Very truly yours,

Mark A. Tidwell

Enclosures

RB_0550

Circle Y of Yoakum, Inc.
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)
        (w/enclosures)

RB_0551



ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

JACKSON WALKER L.L.P.

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA CERTIFIED MAIL**
**RRR #7160 3901 9844 3624 8605**

Circle Y of Yoakum, Inc.
201 West Morris St.
Yoakum, TX 77995

  Re:  Infringement of Bob Berg Intellectual Property

Dear Sir:

  This firm represents Bob Berg Buckles (*"**Berg**"*) in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the *"**Berg Elements**"*). Examples of Berg's jewelry incorporating the Berg Elements are attached.

  Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are distributing infringing items at various rodeos and shows throughout the country, including the Houston Livestock Show and Rodeo. Therefore, we demand that you immediately cease and desist from all such infringing activity.

  Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity" between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW℠

**RB_0552**

Circle Y of Yoakum, Inc.
Page 2
September 30, 2003

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by October 10, 2003, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

RB_0553

Circle Y of Yoakum, Inc.
Page 3
September 30, 2003

     This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

                           Very truly yours,

                           JACKSON WALKER L.L.P.

                           Mark A. Tidwell

MAT:rt
Enclosures

RB_0554

**Examples of Bob Berg Jewelry**





















RB_0555

Mr. Hank Byars
Western Sundries
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)

RB_0556

ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

★
**JW**
JACKSON WALKER L.L.P.

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA CERTIFIED MAIL**
**RRR #7160 3901 9848 1286 7376**

Mr. Hank Byars
Western Sundries
809 Josephine St.
Yoakum, TX 77995

      Re:    Infringement of Bob Berg Intellectual Property

Dear Sir:

This firm represents Bob Berg Buckles ("*Berg*") in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the "*Berg Elements*"). Examples of Berg's jewelry incorporating the Berg Elements are attached.

Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are distributing infringing items at various rodeos and shows throughout the country, including the Houston Livestock Show and Rodeo. Therefore, we demand that you immediately cease and desist from all such infringing activity.

Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity" between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0557**

Mr. Hank Byars
Western Sundries
Page 2
September 30, 2003

copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by **October 10, 2003**, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

RB_0558

Mr. Hank Byars
Western Sundries
Page 3
September 30, 2003

     This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

          Very truly yours,

          JACKSON WALKER L.L.P.

          Mark A. Tidwell

MAT:rt
Enclosures

**Examples of Bob Berg Jewelry**

  

  

  

  

  

RB_0560

Skyline Silversmith, Inc.
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)
        (w/enclosures)

RB_0561



ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

JACKSON WALKER L.L.P.

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA FACSIMILE (916) 645-0605**

**CERTIFIED MAIL**
**RRR #7160 3901 9844 3624 8582**

Skyline Silversmiths, Inc.
P.O. Box 397
Lincoln, CA 95648

     Re:    Infringement of Bob Berg Intellectual Property

Dear Sirs:

    This firm represents Bob Berg Buckles (**"*Berg*"**) in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the **"*Berg Elements*"**). Examples of Berg's jewelry incorporating the Berg Elements are attached.

    Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are making, selling and distributing jewelry incorporating the Berg Elements, including belt buckles and bolo ties as shown on the attached Exhibit A. These items are all offered for sale on your web site at www.skylinevaquero.com/ SKYLINE/index.html. Therefore, we demand that you immediately cease and desist from all such infringing activity.

    Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity"

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0562**

Skyline Silversmith, Inc.
Page 2
September 30, 2003

between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by **October 10, 2003**, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

RB_0563

Skyline Silversmith, Inc.
Page 3
September 30, 2003


      This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

JACKSON WALKER L.L.P.

Mark A. Tidwell

MAT:rt
Enclosures

RB_0564

## Examples of Bob Berg Jewelry

  

  

  

  

  

**Exhibit A**
**Skyline Silversmiths, Inc.**
**P.O. Box 397**
**Lincoln, Ca. 95648**

**Bolo Ties**



**Belt Buckles**





RB_0566

Vaquero Trophy & Tack
Page 4
September 30, 2003


bcc :    Bob Berg Jewelry
         Linda Cole, Esq. (Firm)
         (w/encl.)

3453571v3



ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

JACKSON WALKER L.L.P.

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA FACSIMILE NO.: 916-645-0605**

**CERTIFIED MAIL**
**RRR # 7160 3901 9844 3624 8599**

Vaquero Trophy & Tack
P.O. Box 598
Lincoln, CA 95648

Re:    Infringement of Bob Berg Intellectual Property

Dear Sirs:

This firm represents Bob Berg Buckles  (***"Berg"***) in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the ***"Berg Elements"***). Examples of Berg's jewelry incorporating the Berg Elements are attached.

Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are making, selling and distributing jewelry incorporating the Berg Elements, including conchos, buckles, jewelry and knives as shown on the attached Exhibit A. These items are all offered for sale on your web site at www.skylinevaquero.com/ VAQUERO/vaquero.htm. Therefore, we demand that you immediately cease and desist from all such infringing activity.

Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity" between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0568**

Vaquero Trophy & Tack
Page 2
September 30, 2003

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by **October 10, 2003**, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

**RB_0569**

Vaquero Trophy & Tack
Page 3
September 30, 2003

This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

JACKSON WALKER L.L.P.

Mark A. Tidwell

MAT:rt
Enclosures

**Examples of Bob Berg Jewelry**





















RB_0571

**Exhibit A**
**Vaquero Trophy & Tack**
**P.O. Box 598**
**Lincoln, Ca. 95648**














Double J. Saddlery
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)
        (w/copies)

3453571v1

RB_0574



**ATTORNEYS & COUNSELORS**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

JACKSON WALKER L.L.P.

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA FACSIMILE (361) 293-6365**

**CERTIFIED MAIL**
**RRR #7160 3901 9844 3624 8612**

Double J Saddlery
1114 W. Gonzales
Yoakum, TX 77995

     Re:    Infringement of Bob Berg Intellectual Property

Dear Sirs:

    This firm represents Bob Berg Buckles  (*"Berg"*) in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the *"Berg Elements"*). Examples of Berg's jewelry incorporating the Berg Elements are attached.

    Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are making, selling and distributing jewelry incorporating the Berg Elements, including conchos, belt buckles and spur straps as shown on the attached Exhibit A. These items are all offered for sale on your web site at www.doublejsaddlery.com. In addition, it has come to our attention that you are distributing infringing items at various rodeos and shows throughout the country, including the Houston Livestock Show and Rodeo. Therefore, we demand that you immediately cease and desist from all such infringing activity.

    Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

Double J. Saddlery
Page 2
September 30, 2003

display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity" between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by **October 10, 2003,** advising of your intention to comply with the above demands and adequate means for providing

RB_0576

Double J. Saddlery
Page 3
September 30, 2003

proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

JACKSON WALKER L.L.P.

Mark A. Tidwell

MAT:rt
Enclosures

RB_0577

Double J. Saddlery
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)
        (w/copies)

**RB_0578**

## Examples of Bob Berg Jewelry

  

  

  

  

  

RB_0579

## Exhibit A





# Conchos
### 1-800-669-2535





1"    C235  20.00



1"   C236  20.00



1"    C237  20.00



1"  C238  20.00



1"      C263  20.00
1 1/2"  C264  25.00



1"      C261  20.00
1 1/2"  C262  25.00



1"  C274  20.00



1"  C243  20.00



1"      C239  20.00
1 1/4"  C240  25.00
1 1/2"  C241  30.00



1" x 2"  C242  30.00



1"  C285  15.00



1"      C280  15.00
1 1/4"  C281  20.00
1 1/2"  C282  25.00



1" x 2"  C283  25.00



1"  C284  15.00



1"      C275  15.00
1 1/4"  C276  20.00



1" x 2"  C278  25.00



1"  C279  15.00

RB_0580

## Belts/Buckles



## Cinco Spur Strap



RB_0581



# BOB BERG BUCKLES

- DISTINCT
- INNOVATIVE
- EXCEPTIONAL

**BOB BERG BUCKLES**
P.O. BOX 817
CLEBURNE, TX 76033-0817
(817) 774-0459 * 774-0460
Fax (817) 774-0461

RB_0593



3/4 INCH

2510
$445.00

1 INCH

2511
$655.00

1 INCH

2512
$685.00

RD_0004

# RINGS

## 7000 SERIES

| | Sterling base w/gold fill overlay scrolls | Sterling base w/ solid gold scrolls | White Gold w/ solid gold scrolls |
|---|---|---|---|
| Straight Band | 7001 $149.00 | 7002 $395.00 | 7003 $695.00 |
| Large Tapered Band | 7004 $199.00 | 7005 $395.00 | 7006 $695.00 |
| Small Tapered Band | 7007 $175.00 | 7008 $375.00 | 7009 $675.00 |
| Large Stone Specify Setting | 7010 $350.00 | 7011 $650.00 | 7012 $895.00 |
| Men's square Stone | 7013 $395.00 | N/A | N/A |



| | Sterling base w/ gold fill overlay scrolls | Sterling base w/ solid gold scrolls | White Gold w/ solid gold scrolls |
| --- | --- | --- | --- |
| Large Tapered/ Large Center Stone | 7014 $349.00 | 7015 $525.00 | 7016 $695.00 |
| Large Tapered/ Large Center Stone | 7014 $349.00 | 7015 $525.00 | 7016 $695.00 |
| Large Tapered/ Large Center Stone Small Side Stones | 7017 $395.00 | 7018 $595.00 | 7019 $795.00 |
| Large Tapered/ Large Center Stone Small Side Stones | 7017 $395.00 | 7018 $595.00 | 7019 $795.00 |
| Large Tapered/ Small Center Stone Small Side Stones | 7020 $249.00 | 7021 $375.00 | 7022 $495.00 |
| | 7023 $349.00 | 7024 $499.00 | 7025 $649.00 |

RB_0596

# WATCH BANDS    7500 SERIES



7505
$97.50

7501
$295.00

7502
$295.00

7503
$295.00

7504
$365.00

RB_0597

# KNIVES

## 5500 SERIES



5501
$299.00

5501
$299.00

5502
$389.00

5505
$449.00

W/3FLOWERS
GOLD CLIP

5505-A
$425.OO

PLAIN
CLIP

RB_0598



2020
$339.00

2021
$325.00

2022
$195.00

2023
$345.00

2023-N
$320.00

2024
$345.00

RB_0599

# CONCHOS 4000 SERIES



**4001**
$69.00
**4001-P**
$35.00

**4002**
$69.00

**4003**
$69.00

**4004**
$45.00

**4005**
$125.00

**4006**
$189.00

**4007**
$139.00
**4007-N**
$129.00

**4008-P**
$49.00

**4009**
$139.00

**4010**
$169.00

**4011**
$149.00

**4012**
$135.00

**4013**
$69.00

# PENDANTS

## 6500 SERIES



6501
$149.00

6502
$245.00

6503
$99.00

6504
$175.00

6505
$45.00

6506
$59.00

6507
$69.00

6508
$95.00

6509
$139.00

6510
$45.00

6511
$119.00

6512
$245.00

6513
$295.00

RB_0601

RB_0602





RB_0603

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



**VA 1-091-617**

‖‖‖‖‖ VA0001091617 ‖‖‖‖‖

**EFFECTIVE DATE OF REGISTRATION**

**JUN 1 2 2000**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Bob Berg Jewelry

**NATURE OF THIS WORK ▼** See Instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Bob Berg Buckles

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Robert Peter Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ Australia
☐ Domiciled in ▶ Texas, USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 31 Year ▶ 2000
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
P.O. Box 817
Cleburne, TX 76033

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAY 07 2001   JUL 19 2001
**ONE DEPOSIT RECEIVED**
JUN 1 2 2000
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

RB_0622

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☒ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Some items previously published

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new jewelry designs

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Robert Berg
P.o. Box 817
Cleburne, TX 76033

Area code and daytime telephone number ▶ 8A2-774-0459      Fax number ▶ 817-774-0461

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert Berg                                    Date ▶ 5-1-2001

Handwritten signature (X) ▼

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

Name ▼
Robert Peter Berg
Number/Street/Apt ▼
P.O. Box 817
City/State/ZIP ▼
Cleburne, TX 76633

• YOU MUST
  • Complete all necessary spaces
  • Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights, Library of Congress
101 Independence Ave., S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1997—300,000   ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1997-417-750/40 036

**RB_0623**

**Examples of Bob Berg Jewelry Protected by Copyright Reg. No. VA-1-091-617**

### Buckles

 

 

 

### Rings

 



RB_0624



**Bracelets**







**Earrings**




RB_0625





**Pendants**











**RB_0626**





**Conchos**





**Key Ring**

**Knives**





RB_0627



## Money Clip









## Watch Band





JACKSON WALKER L.L.P.

ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA CERTIFIED MAIL**
**RRR #7160 3901 9848 1286 7376**

Certified Article Number

7160 3901 9848 1286 7376

SENDERS RECORD

Mr. Hank Byars
Western Sundries
809 Josephine St.
Yoakum, TX 77995

Re:    Infringement of Bob Berg Intellectual Property

Dear Sir:

This firm represents Bob Berg Buckles ("**Berg**") in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the "**Berg Elements**"). Examples of Berg's jewelry incorporating the Berg Elements are attached.

Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are distributing infringing items at various rodeos and shows throughout the country, including the Houston Livestock Show and Rodeo. Therefore, we demand that you immediately cease and desist from all such infringing activity.

Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity" between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0647**

Mr. Hank Byars
Western Sundries
Page 2
September 30, 2003

copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by **October 10, 2003**, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

RB_0648

Mr. Hank Byars
Western Sundries
Page 3
September 30, 2003

This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

JACKSON WALKER L.L.P.

Mark A. Tidwell

MAT:rt
Enclosures

---

2. Article Number

7160 3901 9848 1286 7376

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

Mr Hank Byars
Western Sundries
809 Josephine St
Yoakum TX 77995

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   PHIONA BYARS

C. Signature  X  Phiona Byars

D. Is delivery address different from item 1?
If YES, enter delivery address below:

Reference:   123428.00001
Charge To:   123428.00001
Sender:      Jackson Walker

PS Form 3811, July 2001       Domestic Return Receipt

---

7160 3901 9848 1286 7376

TO:  Mr Hank Byars
     Western Sundries
     809 Josephine St
     Yoakum TX 77995

SENDER:   Jackson Walker LLP (MAT2)

REFERENCE:   123428.00001

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
| --- | --- |

RB_0649

Mr. Hank Byars
Western Sundries
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)

RB_0650

## Examples of Bob Berg Jewelry

  

  

  

  

  



JACKSON WALKER L.L.P.

ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA FACSIMILE NO.: 916-645-0605**

**Certified Article Number**

7160 3901 9844 3624 8599

**SENDERS RECORD**

**CERTIFIED MAIL**
**RRR # 7160 3901 9844 3624 8599**

Vaquero Trophy & Tack
P.O. Box 598
Lincoln, CA 95648

Re:    Infringement of Bob Berg Intellectual Property

Dear Sirs:

This firm represents Bob Berg Buckles ("*Berg*") in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the "*Berg Elements*"). Examples of Berg's jewelry incorporating the Berg Elements are attached.

Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are making, selling and distributing jewelry incorporating the Berg Elements, including conchos, buckles, jewelry and knives as shown on the attached Exhibit A. These items are all offered for sale on your web site at www.skylinevaquero.com/ VAQUERO/vaquero.htm. Therefore, we demand that you immediately cease and desist from all such infringing activity.

Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity" between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0652**

Vaquero Trophy & Tack
Page 2
September 30, 2003

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by **October 10, 2003**, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

RB_0653

Vaquero Trophy & Tack
Page 3
September 30, 2003

This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

JACKSON WALKER L.L.P.

Mark A. Tidwell

MAT:rt
Enclosures

---

| | COMPLETE THIS SECTION ON DELIVERY | | 9844 3624 8599 |
|---|---|---|---|

2. Article Number

**7160 3901 9844 3624 8599**

A. Received by (Please Print Clearly): Darlene Huddleston
B. Date of Delivery
C. Signature
X Darlene Huddleston
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes
☐ No

3. Service Type   **CERTIFIED MAIL**
4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

Vaquero Trophy & Tack
P O Box 598
Lincoln CA 95648

Reference:    123428.00001
Charge To:    123428.00001
Sender:       Jackson Walker LLP (MAT2)

Jackson Walker LLP (MAT2)
123428.00001

PS Form 3811, July 2001        Domestic Return Receipt

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

Trophy & Tack
598
CA 95648

000
Fee
Receipt Fee
d Delivery
tage & Fees

RB_0654

Vaquero Trophy & Tack
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)
        (w/encl.)

**RB_0655**

## Examples of Bob Berg Jewelry

  

  

  

  

  

RB_0656

**Exhibit A**
**Vaquero Trophy & Tack**
**P.O. Box 598**
**Lincoln, Ca. 95648**

 

 

 

RB_0657





3453531v1

★

# JW

ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

JACKSON WALKER L.L.P.

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA FACSIMILE (916) 645-0605**

**CERTIFIED MAIL**
**RRR #7160 3901 9844 3624 8582**

---

**Certified Article Number**

**7160 3901 9844 3624 8582**

**SENDERS RECORD**

---

Skyline Silversmiths, Inc.
P.O. Box 397
Lincoln, CA 95648

Re:    Infringement of Bob Berg Intellectual Property

Dear Sirs:

This firm represents Bob Berg Buckles (*"**Berg**"*) in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the *"**Berg Elements**"*). Examples of Berg's jewelry incorporating the Berg Elements are attached.

Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are making, selling and distributing jewelry incorporating the Berg Elements, including belt buckles and bolo ties as shown on the attached Exhibit A. These items are all offered for sale on your web site at www.skylinevaquero.com/ SKYLINE/index.html. Therefore, we demand that you immediately cease and desist from all such infringing activity.

Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity"

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0661**

Skyline Silversmith, Inc.
Page 2
September 30, 2003

between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by **October 10, 2003**, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

**RB_0662**

Skyline Silversmith, Inc.
Page 3
September 30, 2003

This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

JACKSON WALKER L.L.P.

Mark A. Tidwell

MAT:rt
Enclosures

<table>
<tr><td colspan="2">2. Article Number</td><td colspan="2">COMPLETE THIS SECTION ON DELIVERY</td></tr>
</table>

2. Article Number

7160 3901 9844 3624 8582

7160 3901 9844 3624 8582

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Darlene Huddleston

C. Signature
X Darlene Huddleston    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type    **CERTIFIED MAIL**

4. Restricted Delivery? (Extra Fee)    ☐ Yes

1. Article Addressed to:

Skyline Silversmiths Inc
P O Box 397
Lincoln CA 95648

...smiths Inc

5648

Jackson Walker LLP (MAT2)

123428.00001

Reference:    123428.00001
Charge To:    123428.00001
Sender:    Jackson Walker LLP (MAT2)

PS Form 3811, July 2001    Domestic Return Receipt

**US Postal Service**
**Receipt for**
**Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

RB_0663

Skyline Silversmith, Inc.
Page 4
September 30, 2003


bcc:     Bob Berg Jewelry
         Linda Cole, Esq. (Firm)
         (w/enclosures)

3453571v4

**RB_0664**

**Examples of Bob Berg Jewelry**





















RB_0665

**Exhibit A**
**Skyline Silversmiths, Inc.**
**P.O. Box 397**
**Lincoln, Ca. 95648**

**Bolo Ties**



**Belt Buckles**





3453527v1

RB_0666

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4595 |
| CONNECTION TEL | 819166450605123428#00001 |
| CONNECTION ID | |
| ST. TIME | 09/30 17:59 |
| USAGE T | 02'06 |
| PGS. SENT | 6 |
| RESULT | OK |

 *Complete*

ATTORNEYS & COUNSELORS

1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200, Fax (713) 752-4221
www.jw.com

## JW
JACKSON WALKER L.L.P.

# FACSIMILE

| | | | |
|---|---|---|---|
| DATE: | September 30, 2003 | TOTAL PAGE COUNT: | 6 |
| FROM: | Mark A. Tidwell | DIRECT DIAL NUMBER: | (713) 752-4578 |

| NAME | COMPANY NAME | FACSIMILE NUMBER | PHONE NUMBER |
|---|---|---|---|
| | Skyline Silversmiths, Inc. | 916-645-0605 | |

**PLEASE CALL (713) 752-4578
IF YOU DO NOT RECEIVE ALL PAGES.**

FOR INTERNAL USE ONLY:

CLIENT/MATTER NO.:    123428-1

TIMEKEEPER:    MAT2

MESSAGE:

This facsimile is intended only for the use of the addressee. If the addressee of this facsimile is a client or agent for one of our clients, you are further advised that the facsimile contains legally privileged and confidential information which we intended to send to the addressee only.

In any event, if you are not the intended recipient of the facsimile, you are hereby notified that you have received this facsimile inadvertently and in error. Any review, dissemination, distribution or copying of this is strictly prohibited. If you have received this in error, please immediately notify us by telephone and return the original facsimile to us at the address above via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the facsimile to us.

RB_0667



ATTORNEYS & COUNSELORS

1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200, Fax (713) 752-4221
www.jw.com

JACKSON WALKER L.L.P.

# FACSIMILE

| DATE: | September 30, 2003 | TOTAL PAGE COUNT: | 6 |
|---|---|---|---|
| FROM: | Mark A. Tidwell | DIRECT DIAL NUMBER: | (713) 752-4578 |

| NAME | COMPANY NAME | FACSIMILE NUMBER | PHONE NUMBER |
|---|---|---|---|
|  | Skyline Silversmiths, Inc. | 916-645-0605 |  |

**PLEASE CALL (713) 752-4578
IF YOU DO NOT RECEIVE ALL PAGES.**

FOR INTERNAL USE ONLY:

CLIENT/MATTER NO.:       123428-1

TIMEKEEPER:       MAT2

MESSAGE:

This facsimile is intended only for the use of the addressee. If the addressee of this facsimile is a client or agent for one of our clients, you are further advised that the facsimile contains legally privileged and confidential information which we intended to send to the addressee only.

In any event, if you are not the intended recipient of the facsimile, you are hereby notified that you have received this facsimile inadvertently and in error. Any review, dissemination, distribution or copying of this is strictly prohibited. If you have received this in error, please immediately notify us by telephone and return the original facsimile to us at the address above via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the facsimile to us.

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

★

# JW

JACKSON WALKER L.L.P.

ATTORNEYS & COUNSELORS
1401 McKinney Street, Suite 1900
Houston, Texas 77010
(713) 752-4200 • fax (713) 752-4221
www.jw.com

Mark A. Tidwell
(713) 752-4578
mtidwell@jw.com

September 30, 2003

**VIA CERTIFIED MAIL**
**RRR #7160 3901 9844 3624 8605**

Circle Y of Yoakum, Inc.
201 West Morris St.
Yoakum, TX 77995

**Certified Article Number**

7160 3901 9844 3624 8605

**SENDERS RECORD**

Re:     Infringement of Bob Berg Intellectual Property

Dear Sir:

This firm represents Bob Berg Buckles ("*Berg*") in connection with copyright, trademark, unfair competition and certain other matters. Berg has been designing and selling originally designed western jewelry, including belt buckles and trophies, since the late 1970s. During that time, Berg has secured copyright protection for his jewelry designs, and the distinctive designs have become uniquely recognizable by the public as originating with Berg. Berg's jewelry is well known to the consuming public as characterized by heavy, raised, half-rounded edges on which are set one or more oversized, tapered beads; vine/leaf scrollwork, often layered or stacked to provide a 3-dimensional effect; and a black background setting-off and highlighting the scrollwork (the "*Berg Elements*"). Examples of Berg's jewelry incorporating the Berg Elements are attached.

Any jewelry pieces incorporating the Berg Elements that your company is making, selling and otherwise distributing are an infringement of Berg's copyrights and product configuration rights in violation of federal and state statutes and laws. In this regard, it has come to our attention that you are distributing infringing items at various rodeos and shows throughout the country, including the Houston Livestock Show and Rodeo. Therefore, we demand that you immediately cease and desist from all such infringing activity.

Berg's copyrights arise under 17 U.S.C. § 102(a) of the federal copyright statute and have been registered in accordance with 17 U.S.C. § 408. While Berg has secured a number of copyrights covering his jewelry designs over the years, U.S. Copyright Reg. No. VA-1-091-617, which issued on June 12, 2000, is his most comprehensive registration covering a wide array of Berg's jewelry. Any use, sale or other distribution of jewelry similar to Berg's jewelry is a violation of Berg's exclusive rights under 17 U.S.C. § 106 and § 113 which grant to Berg the right, among other things, to reproduce the copyrighted work, to distribute copies of the copyrighted work and to publicly display the copyrighted work. We would point out that under 17 U.S.C. § 501 of the federal copyright statute, "substantial similarity" between competing works, particularly where a competitor's work was copied, is an indication of copyright infringement.

Austin
Dallas
Fort Worth
Houston
Richardson
San Angelo
San Antonio

Member of GLOBALAW™

**RB_0669**

Circle Y of Yoakum, Inc.
Page 2
September 30, 2003

Remedies for copyright infringement can include temporary and permanent injunctions under 17 U.S.C. § 502, impounding and disposition of infringing articles under 17 U.S.C. § 503 and damages under 17 U.S.C. § 504. To be clear, damages may be assessed, at the election of the copyright holder, based on 1) the copyright owner's actual damages *plus* any additional profits of the infringer or 2) statutory damages of up to $30,000 *per* infringing design. This amount of $30,000 *per* infringing design inflates to $150,000 per infringing design if such infringement is proven to be willful. Finally, the prevailing copyright holder in a copyright infringement action is entitled to receive reasonable attorney's fees incurred in enforcing said rights.

Likewise, your distribution and sale of jewelry having a confusingly similar design to Berg's jewelry is a clear violation of the federal Lanham Act, 15 U.S.C. §1125(a), for unfair competition, palming off and trademark infringement, as well as common law trademark infringement. Through longstanding use, the Berg Elements as they are incorporated into Berg's product designs have achieved widespread regional and national recognition as a product configuration designating high-quality jewelry. This recognition was achieved through extensive marketing and advertising efforts. The public recognition and goodwill embodied in the Berg Elements is threatened and eroded by your continued unauthorized use. Specifically, your use of a product design incorporating the Berg Elements, or any elements confusingly similar thereto, unfairly trades on my client's goodwill, and is likely to cause confusion, mistake or deception as to the source and quality of your products and authorization, license or sponsorship by Berg, all of which is in violation of Section 43(a) of the federal Lanham Act. Such usage also dilutes my client's mark in violation of 43(c) of the Lanham Act. 15 U.S.C. § 1125. In this regard, Berg is very willing to enforce its rights in the Berg Elements via local Federal District Court and Texas State Court.

Under these various causes of action, Berg will strictly enforce its rights relating to its copyrights, product configuration rights and trademark rights. Although Berg respects the rights of others to fairly compete in the marketplace, any practice of preying on the confusion of customers through the use of Berg Elements in product designs will not be tolerated. Berg regards any further or additional use of the Berg Elements, or any device similar thereto, in your jewelry as "intentional" acts for which treble damages and attorney's fees will be claimed under the Lanham Act if this matter goes to court. Likewise, under separate causes of action, Berg will seek equitable and monetary damages from any party who produces jewelry substantially similar to Berg's copyright protected jewelry designs.

Therefore, we must insist that you immediately cease and desist from all use of the Berg Elements, or anything confusingly similar thereto, in your jewelry designs. If these steps are not taken on a prompt and voluntary basis, we will advise Berg to seek immediate injunctive relief, damages and/or other appropriate remedies.

In view of the importance of this matter to our client, please respond by October 10, 2003, advising of your intention to comply with the above demands and adequate means for providing proof of destruction of all infringing goods and materials. We also require a complete accounting of all infringing goods sold and payment of damages for such sales. If you comply with these demands, we will consider this matter closed.

RB_0670

Circle Y of Yoakum, Inc.
Page 3
September 30, 2003


This letter is written without prejudice to our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

JACKSON WALKER L.L.P.

Mark A. Tidwell

MAT:rt
Enclosures

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9844 3624 8605 | A. Received by (Please Print Clearly)   B. Date of Delivery |
| | C. Signature    X  Joe Reliss |
| | D. Is delivery address different from item 1?  Yes   If YES, enter delivery address below:  No |
| 3. Service Type  CERTIFIED MAIL | 9844 3624 8605 |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | Yoakum Inc |
| 1. Article Addressed to: | Morris St |
| Circle Y of Yoakum Inc 201 West Morris St Yoakum TX 77995 | Reference:  123428.00001 Charge To:  123428.00001 Sender:  MAT 2 |

PS Form 3811, July 2001       Domestic Return Receipt

123428.00001

| PS Form 3800, June 2000 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE |
|---|---|

RB_0671

Circle Y of Yoakum, Inc.
Page 4
September 30, 2003


bcc:    Bob Berg Jewelry
        Linda Cole, Esq. (Firm)
        (w/enclosures)

**RB_0672**

## Examples of Bob Berg Jewelry

  

  

  

  

  

RB_0673



**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-091-617

**EFFECTIVE DATE OF REGISTRATION**

JUN 1 2 2000

| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Bob Berg Jewelry

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼
Bob Berg Buckles

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**

NAME OF AUTHOR ▼
Robert Peter Berg

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Australia
Domiciled in ▶ Texas, USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es).  See instructions
☐ 3-Dimensional sculpture   ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Check appropriate box(es)  See instructions
☐ 3-Dimensional sculpture   ☐ Map         ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2000

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 31  Year ▶ 2000
USA    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
P.O. Box 817
Cleburne, TX 76033

APPLICATION RECEIVED
MAY 07. 2001    JUL 19. 2001
ONE DEPOSIT RECEIVED
JUN 1 2 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

RB_0710

**U.S. Copyright Reg. No. VA-1-091-617**

The deposit materials appear to be the entire contents of the black binder dated June 12, 2001.

RB_0711

# BARRETTS

# 1500 SERIES



1501
$149.00

1502
$149.00

1503
$119.00

1503-N
$95.00

1504
$139.00

1505
$129.00

RB_0712



# BRACELETS

## 2000 SERIES

**2002**
$349.00

**2003**
$395.00

**2004**
6 - $329.00

**2004**
7 - $349.00

**2005**
6 - $329.00

**2005**
7 - $349.00

RB_0713

2020
$339.00

2021
$325.00

2022
$195.00

2023
$345.00

2023-N
$320.00

2024
$345.00

RB_0714



3 PIECE BUCKLES

2500

1/2 INCH

2501
$265.00

1/2 INCH

2501-A
$315.00

3/4 INCH

2502
$389.00

3/4 INCH

2503
$195.00

2500
01

RB_0715

# CONCHOS 4000 SERIES



4001
$69.00
4001-P
$35.00

4002
$69.00

4003
$69.00

4004
$45.00

4005
$125.00

4006
$189.00

4007
$139.00

4007-N
$129.00

4008-P
$49.00

4009
$139.00

4010
$169.00

4011
$149.00

4012
$135.00

4013
$69.00

RB_0716



4505
$269.00

4506
$149.00

4507
$155.00

4508
$155.00

4508-N
$145.00

4509
$99.00

4510
$99.00

4511
$125.00

4512
$125.00

4513
$159.00



**PENDANTS**

**6500 SERIES**

6501
$149.00

6502
$245.00

6503
$99.00

6504
$175.00

6505
$45.00

6506
$59.00

6507
$69.00

6508
$95.00

6509
$139.00

6510
$45.00

6511
$119.00

6512
$245.00

6513
$295.00

RB_0718

**U.S. Bureau of Customs
And Border Protection**

**Intellectual Property Rights Complaint**

**Complainant:  Bob Berg Buckles**

**Date:  April 7, 2003**

**Submitted by:
Mark Tidwell
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Phone: (713) 752-4578
Fax: (713) 752-4221
Email: mtidwell@jw.com**

**RB_1558**

## Exhibits and Attachments

**Exhibit A – Bob Berg Copyrights Chart**

**Exhibit B – Statement of Case and Injury**

**Attachment A – Color photos of Bob Berg jewelry illustrating unique style**

**Attachment B – Copyright registration certificates, including deposit material.**

**Attachment C – Representative photos of traditional, non-infringing western jewelry design.**

**Attachment D – HyOSilver Web pages illustrating infringing products**

**Attachment E – Cowboy Buckles Navia Web pages illustrating infringing products**

**Attachment F – OUTLAW advertisement illustrating infringing products**

**Attachment G – "How Berg Beauties Changes an Industry"**

RB_1559

## National IPR Coordination Center Complaint Referral Form

### I. Complainant Information

A. Date of Complaint:  March 3, 2003.

B. Name of Complainant:  Robert Peter Berg d/b/a Bob Berg Buckles d/b/a Silverdales.

C. Complainant Business Address:  2517 County Road 312, Cleburne, TX 76031.

D. Attorneys Representing Complaint:  Mark A. Tidwell, Jackson Walker L.L.P. (All communications regarding the Complaint should be directed to Mark A. Tidwell on behalf of the Complainant.)

E. Attorney Business Address:  1401 McKinney Street, Suite 1900, Houston, Texas 77010.

F. Attorney Contact Information:  713-752-4578 (phone) 713-752-4221 (fax)

G. Attorney E-mail:  mtidwell@jw.com

H. Description of Copyrighted Product:  See Attached Chart, Exhibit A.

I. Is the Copyrighted Product resisted with the U.S. Copyright Office:  YES

J. List of U.S. Copyright Registrations covering Copyrighted Product:  See Attached Chart, Exhibit A.

K. U.S. Customs Office Recordation Number for Copyright Registration: _____.

### II. Violator Information.

The Complaint is being filed against Business/Company and Individuals.

A. Information about Businesses/Individuals.  No litigation claims have been filed against the following individuals with respect to the subject matter.

1. Joanne Symons d/b/a HyOSilver, P.O. Box 2488, Bandera, Texas 78003. Phone: 877-796-7961. Fax: 877-796-7962. Website: www.hyosilver.com. Joanne Symons Soc. Sec. #: 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. DOB: 01-18-62. Citizenship: Australia. Home Address: 1st Oak Drive, Bandera, Texas 78003.

RB_1560

2. Cesar Navia a/k/a Cesar N. Moya d/b/a Cowboy Buckles Navia S.A. de. C.V., Cerro de Cuatro No. 1179 Col. Lomas Independencia CP. 44340 Guadalajara, Jalisco, Mexico. Phone: 523-36-38-7254. Fax: 523-36-51-1414. Website: www.bucklesnavia.com. Alternate Website: www.deoroyplata.com/templates/template3.asp?usuario=51.

3. Jean Steele d/b/a JMR Western Furnishings, 533 Abney Lane, Magnolia, Texas 77355. Phone: 281-356-8688.

4. Patricia Larios d/b/a Furia Salvaje, Belisario Domingues 1478 Col. Lomas Independencia CP. 44770 Guadalajara, Jalisco, Mexico. Phone: 36-22-9911.

5. Outlaw Trophy Buckles & Jewelry, 1477 CR 405, Floresville, Texas 78114. Phone 830-216-4331. Fax 830-393-4266.

## III. Violation.

A. Type of Infringement:  Copyright and Trademark.

B. Description of Infringing Merchandise:  Jewelry, namely western belt buckles, bracelets, earrings, pendants, spurs, hat crown, necklace, conchos, saddle plates, barrettes, cuffs and trophies.

C. Basis for suspecting counterfeit Merchandise:  See Attached Statement, Exhibit B.

D. Sample of Infringing Product:  YES

E. Country of Origin of Infringing Product:  Mexico.

F. The infringing products are being distributed from the following locations by the following entities:

1. Joanne Symons d/b/a HyOSilver, P.O. Box 2488, Bandera, Texas 78003. Phone: 877-796-7961. Fax: 877-796-7962. Website: www.hyosilver.com. Joanne Symons Soc. Sec. #:  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. DOB: 01-18-62. Citizenship:  Australia. Home Address:  1st Oak Drive, Bandera, Texas 78003.

2. Cesar Navia a/k/a Cesar N. Moya d/b/a Cowboy Buckles Navia S.A. de C.V., Cerro de Cuatro No. 1179 Col. Lomas Independencia CP. 44340 Guadalajara, Jalisco, Mexico. Phone: 523-36-38-7254. Fax: 523-36-51-1414. Website: www.bucklesnavia.com. Alternate Website: www.deoroyplata.com/templates/template3.asp?usuario=51.

RB_1561

3.  Jean Steele d/b/a JMR Western Furnishings, 533 Abney Lane, Magnolia, Texas 77355.  Phone:  281-356-8688.

4.  Patricia Larios d/b/a Furia Salvaje, Belisario Domingues 1478 Col. Lomas Independencia CP. 44770 Guadalajara, Jalisco, Mexico.  Phone: 36-22-9911.

5.  Outlaw Trophy Buckles & Jewelry, 1477 CR 405, Floresville, Texas 78114.  Phone 830-216-4331.  Fax 830-393-4266.

G.  The following entities are the foreign manufacturers of the infringing products:

1.  Cesar Navia a/k/a Cesar N. Moya d/b/a Cowboy Buckles Navia S.A. de C.V., Cerro de Cuatro No. 1179 Col. Lomas Independencia CP. 44340 Guadalajara, Jalisco, Mexico.  Phone: 523-36-38-7254.  Fax: 523-36-51-1414.  Website:  www.buckleasnavia.com.  Alternate Website: www.deoroyplata.com/templates/template3.asp?usuario=51.

2.  Patricia Larios d/b/a Furia Salvaje, Belisario Domingues 1478 Col. Lomas Independencia CP. 44770 Guadalajara, Jalisco, Mexico.  Phone: 36-22-9911.

H.  The products are believed to be shipped into the United States using standard freight carriers such as United Parcel Service (UPS), Federal Express (FedEx) and DHL.

I.  The infringing products do not present potential health or safety issues.

J.  This information has not been referred to any law enforcement agency or government agency.

## VI.  Additional Information.

A.  Authorized Foreign Manufactures:  Lady Luck Metals, S.A. de C.V.,  Aqestin Rivera No. 824 Colonia el Retiro, CP. 44280 Guadalajara, Jalisco, Mexico. Contact:  Ms. Margarita Garcia Ponce.  All products are manufactured exclusively for distribution by Bob Berg Buckles and Silverdales.

B.  For each manufacturer listed above in item number six, the manner in which the applicant consented to the manufacture --for example, by contract, by corporate affiliation, or by some other arrangement (in this case, please identify): By oral contract.

C.  The place(s), including the principal business address(es), where genuine copies of the protected work are legally manufactured without the applicant's

consent -- for example, countries in which another party also owns a copyright in the work. Provide the name of each foreign person or business entity engaged in such manufacturing abroad, as well as the foreign title of the work if it is different from the American title: None are known.

D. If you are claiming rights under the *Berne Convention for the Protection of Literary and Artistic Works (Paris Text, 1971)* instead of by registration with the U.S. Copyright Office of the Library of Congress, provide a statement explaining how the Berne Convention applies: No rights are being claimed under the Berne Convention.

E. Five photographic or other likenesses of the copyright work are attached.

RB_1563

**1. Registration Number:** VA-530-294

**Title:** Pecos : no. 1-2. Cheyenne : no. 1. Oval : no. SW4. Skull : no. SW5 ... [et. al]

**Description:** Belt buckles.

**Claimant:** acRobert P. Berg

**Created:** 1992

**Published:** 26Sep92

**Registered:** 23Oct92

**Special Codes:** 5/S

**2. Registration Number:** VA-547-192

**Title:** Feather ; Crescent ; Small filigree ... [et al.] / Robert P. Berg.

**Description:** 7 sculptures : belt buckles.

**Claimant:** acRobert P. Berg

**Created:** 1992

**Published:** 15Jan93

**Registered:** 5Feb93

**Special Codes:** 5/S

**3. Registration Number:** VAu-292-803

**Title:** Hitched renagade.

**Description:** Design on straw hat.

**Claimant:** acRobert P. Berg , 1952-

**Created:** 1994

**Registered:** 24Oct94

**Special Codes:** 5/S

**4. Registration Number:** VA-817-815

**Title:** Bandera collection.

**Description:** Drawings.

**Note:** Jewelry designs.

**Claimant:** acRobert P. Berg , 1952-

**Created:** 1995

**Published:** 12Jan96

**Registered:** 10Jun96

**Exhibit A**
**Robert P. Berg**
**Copyright Registration Information**

| Registration No. | Title | Description | Reg. Date | Comments |
|---|---|---|---|---|
| VA-530-294 | Pecos : no. 1-2. Cheyenne : no. 1. Oval : no. SW4. Skull : no. SW5 ... | Belt Buckles | 10/23/92 | |
| VA-547-192 | Feather ; Crescent ; Small filigree ... [et al.] / Robert P. Berg. | 7 sculptures : belt buckles. | 02/05/93 | |
| VAu-292-803 | Hitched renagade. | Design on straw hat. | 10/24/94 | |
| VA-817-815 | Bandera collection. | Drawings--jewelry designs. | 06/10/96 | |
| VA-1-076-361 | ProBull Rider champion cup | Jewelry. | 12/27/00 | Submission - 1 color picture and sketches of PBR cup |
| VA-1-091-617 | Bob Berg buckles/ Bob Berg jewelry. | Collection. | 06/12/00 | Submission - Appears to be entire contents of spiral bound black binder |
| VA-1-096-096 | Pro bull rider champion buckle. | Belt buckle.  [2000 Bud Light Cup] | 12/27/00 | Submission-1 color photo of belt buckle; several sketches of belt buckle and PBR cup design, including bull/cowboy handles and overall cup. |
| VA-1-108-395 | Bob Berg jewelry : Bob Berg buckles | | 12/06/01 | |
| VA-1-159-548 | Bob Berg Buckles: Bob Berg Jewelry | Buckles, hat crown, necklace, conchos, saddle plates, barrettes, cuffs and bracelets. | 07/26/02 | Submission-7 color pages of belt buckles, saddle plates, hat crown, necklace, bracelets, barrettes, photo of belt buckle; 19 pages of sketches depicting belt buckle designs of various shapes with various bead designs on outer edge; 2 pendant sketches. |

RB_1565

**Special Codes:** 5/S

**5. Registration Number:** VA-1-076-361
**Title:** ProBull Rider champion cup
**Description:** Jewelry.
**\*Submission:** 1 color picture and sketches of PBR cup
**Note:** Title from appl.
**Claimant:** acRobert Peter Berg , 1952-
**Created:** 2000
**Published:** 30Oct00
**Registered:** 27Dec00
**Special Codes:** 5/S

**6. Registration Number:** VA-1-091-617
**Title:** Bob Berg jewelry.
**Submission:** ---
**Note:** Collection.
**Claimant:** acRobert Peter Berg , 1952-
**Created:** 2000
**Published:** 31Jan00
**Registered:** 12Jun00
**Title on © Application:** Bob Berg buckles.
**Claim Limit:** NEW MATTER: additions to preexisting items.
**Miscellaneous:** C.O. corres.
**Special Codes:** 5/S

**7. Registration Number:** VA-1-096-096
**Title:** Pro bull rider champion buckle.
**Description:** Belt buckle. [2000 Bud Light Cup]
**\*Submission:** 1 color photo of belt buckle; several sketches of belt buckle and PBR cup design, including bull/cowboy handles and overall cup.
**Claimant:** acRobert Peter Berg , 1952-
**Created:** 2000
**Published:** 30Oct00
**Registered:** 27Dec00
**Special Codes:** 5/S

RB_1566

**8. Registration Number:** VA-1-108-395

**Title:** [Bob Berg jewelry : Bob Berg buckles]

**Submission:**

**Note:** Titles from appl.

**Claimant:** acRobert Peter Berg , 1952-

**Created:** 2001

**Published:** 30Jun01

**Registered:** 6Dec01

**Special Codes:** 5/S


**9. Registration Number:** VA-1-159-548

**Title:** Bob Berg Buckles: Bob Berg Jewelry

**Description:** Buckles, hat crown, necklace, conchos, saddle plates, barrettes, cuffs and bracelets.

**\*Submission:** 7 color pages of belt buckles, saddle plates, hat crown, necklace, bracelets, barrettes, photo of belt buckle; 19 pages of sketches depicting belt buckle designs of various shapes with various bead designs on outer edge; 2 pendant sketches.

**Claimant:** acRobert Peter Berg , 1952-

**Created:** 2002

**Published:** 01Jun02

**Registered:** 26Jul02

**Special Codes:** 5/S


**\* - Copies of these original submissions are included with the files.**

RB_1567

**Exhibit B**
**Statement of Case and Injury**

## I. Description of the Product and U.S. Copyright Registrations

Bob Berg is a retired rodeo competitor who began designing western jewelry, belt buckles and rodeo trophies back in the early 1970s. Bob Berg's products are characterized by a combination of tri-colored gold (red, green and yellow) scrollwork, often layered or stacked to provide a 3-dimensional effect, surrounded by a flat black background. The pieces are typically edged in a heavy, raised and half-rounded, sterling silver setting characterized by one or more oversized beads. Often there are multiple beads in a row, generally three to seven, in which the beads are tapered, i.e., smaller beads in descending size are centered around a larger bead. The pieces may also include a pedaled flower design with a semi-precious stone at the center of the flower, wherein the flower is incorporated in the scroll, often on a separate layer. In more recent designs, the pedals of the flowers are domed. See Attachments A and G.

In short, Bob Berg jewelry is recognizable because of a combination of one or more of these original elements, namely i) tri-colored gold scrollwork; ii) flat black background; iii) heavy, raised and rounded, sterling silver setting characterized by one or more oversized beads; and iv) multiple beads in a row, generally three, five or seven, in which smaller beads in descending size are centered around a larger bead.

These designs and the jewelry have been registered with the U.S. Copyright Office under various Reg. Nos. VA-530-294, VA-547-192, VAu-292-803, VA-817-815, VA-1-076-361, VA-1-091-617, VA-1-096-096, VA-1-108-395 and VA-1-159-548. These registrations include issue dates in 1992, 1993, 1994, 1996, 2000, 2001 and 2002. See Attachment B.

The elements that characterize Bob Berg design protected under these are original in western jewelry design. In contrast, traditional western jewelry is characterized by pieces having a rope edge with a silver/gray or gold background. See Attachment C.

## II. Description of the Counterfeiting Activity

Originally, Bob Berg created and manufactured his own products in Texas. In order to reduce costs, manufacturing was moved to Mexico in 1995. Specifically, Bob Berg set up a manufacturing factory in Guadalajara, Mexico and moved most of his manufacturing equipment, including molds, dies, forms, drawings and design specifications into the factory. As a principle craftsman, Bob Berg hired Cesar Navia a/k/a Cesar N. Moya ("Navia") and trained him in the silversmith techniques developed by Berg. Navia was given full, unrestricted access to all of the factory equipment, as well as the drawings and design specifications for the Bob Berg products. Navia began manufacturing Bob Berg products exclusively for Bob Berg and his two businesses, Bob Berg Buckles and Silverdales. Navia was not granted any right to manufacture or distribute the Bob Berg products for any other individual or entity, including Navia himself.

In 2000, Joanne Symons and Gary Ballenger, former employees of Bob Berg Buckles, contacted Navia and convinced him to begin manufacturing counterfeit products for their business, HyOSilver,

RB_1568

located in Bandera, Texas. Under this arrangement, Navia removed all of Bob Berg's equipment and designs, including dies, casting, over 70 rubber molds and figures, 3 Graver Max Machines, 1 Flex Shaft Machine, buckle blanks, assorted tools, a computer, all original artwork and jewelry artwork computer files, gold sheets and semi-precious stones, from the Guadalajara facility, established a new shop in Guadalajara, and began manufacturing counterfeit products for distribution in the United States by HyOSilver. These counterfeit products are currently for sale through HyOSilver and are advertised on the HyOSilver website located at www.hyosilver.com. See Attachment D. These products were imported directly from Mexico by HyOSilver utilizing standard couriers such as DHL, Federal Express and UPS.

It is believed that these products were originally manufactured exclusively for HyOSilver. On or about May 2002, Navia terminated his relationship with HyOSilver and began manufacturing counterfeit Bob Berg products for his own business, Cowboy Buckles Navia, which distributes the counterfeit Bob Berg products in the United States through Jean Steele of JMR Western Furnishings. In addition, these Navia counterfeit Bob Berg products are being directly marketed in the United States over the Internet at the Cowboy Buckles Navia website located at www.bucklesnavia.com, See Attachment E, and are being marketed in the United States by Outlaw Trophy Buckles & Jewelry. See Attachment F.

Upon cessation of the business relationship with Navia, HyOSilver engaged Patricia Larios of Furia Salvaje, also located in Guadalajara, Mexico, to continue to produce the counterfeit Bob Berg products for HyOSilver.

Currently, Bob Berg products are legally manufactured by Lady Luck Metals, also located Guadalajara, Mexico, exclusively for Bob Berg and his two businesses, Bob Berg Buckles and Silverdales. Neither Lady Luck Metals or any other foreign entity, has been granted any right to manufacture or distribute the Bob Berg products for any individual or entity other than Bob Berg and his two businesses.

Thus, there are two sources for counterfeit Bob Berg products in Mexico, namely Cesar Navia a/k/a Cesar N. Moya d/b/a Cowboy Buckles Navia and Furia Salvaje, both located in Guadalajara, Mexico. The counterfeit products are being distributed imported and distributed in the United States by Joanne Symons of HyOSilver, Jean Steele of JMR Western Furnishings and Outlaw Trophy Buckles & Jewelry. In addition, the counterfeit products are being marketed over the Internet and distributed directly in the United States by Cesar Navia a/k/a Cesar N. Moya d/b/a Cowboy Buckles Navia and Furia Salvaje.

### III. Description of the Injury to Bob Berg and Bob Berg Buckles.

As a result of the counterfeit products and the activity related thereto, Bob Berg has lost sales to HyOSilver and the like. Likewise, Bob Berg has been forced to drop prices on its products in order to compete with the counterfeit products, all resulting in lost profits and injury to Bob Berg.

3320890v2

**RB_1569**