# EXHIBIT D

# 75092298



**TRADEMARK**

75092298

APPLICANT'S NAME: Bob Berg

APPLICANT'S ADDRESS:  401 12th Street
P.O. Box 2238
Bandera, TX 78003



GOODS AND SERVICES: Trophy belt buckles

FIRST USE: Trophy belt buckle, Sept 26, 1992

FIRST USE IN COMMERCE: Trophy belt buckle, Sept 26, 1992

DESIGN: Bead and half-round buckle edge



RB2F199

01/09/2004 11:44 7034150618 BERLIN AND ASSOC PAGE 02/11

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 530-294

☒ VA ☐ VAU

EFFECTIVE DATE OF REGISTRATION

Oct. 23, 1992
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
PECOS 2, OVAL SW4, PECOS 1, CHEYENNE 1, SKULL SW5, CUTTER SW3, BRONCO SW2, GUITAR 1, FLORAL SW21, BRONCO SW1, SHIELD 1

**NATURE OF THIS WORK ▼** See Instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

---

**2 a**

**NAME OF AUTHOR ▼**
Robert P. Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Australia
     { Domiciled in ▶ Australia

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NOTE**

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

053570346

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 26 Year ▶ 1992
United States ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert P. Berg
P.O. Box 16
Kalbar 4309, Queensland AUSTRALIA

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 23 1992
ONE DEPOSIT RECEIVED
OCT 23 1992
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

01/09/2004 FRI 09:41 [TX/RX NO 6986]

**RB_0850**

01/09/2004 11:44 7034150618 BERLIN AND ASSOC PAGE 03/11

| EXAMINED BY JT+? | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

VA 530-294

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Montgomery & Andrews, P.A.
Account Number ▼   DA07-0661

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Deborah A. Peacock, Esq.
MONTGOMERY & ANDREWS, P.A.
P.O. Box 26927
Albuquerque, NM 87125-6927
Area Code & Telephone Number ▶ (505) 242-9677

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Robert P. Berg
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Deborah A. Peacock    date ▶ 10/19/92

Handwritten signature (X) ▼
/s/ Deborah A. Peacock

**9** MAIL CERTIFICATE TO
Name ▼   Deborah A. Peacock, Esq.
MONTGOMERY & ANDREWS, P.A.
Number/Street/Apartment Number ▼
P.O. Box 26927
City/State/ZIP ▼
Albuquerque, New Mexico 87125-6927

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
May 1991—150,000   ☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,018

01/09/2004 FRI 09:41 [TX/RX NO 6986]

RB_0851

# FORM VA
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA 547 192

(VA) VAU
**EFFECTIVE DATE OF REGISTRATION**

Feb. 5 1993
Month Day Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
FEATHER 1, CRESCENT 2, SMALL FILIGREE 3, MEDIUM FILIGREE 4, SKULL 5, FULL FLORAL 6, SADDLE BRONC 7

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Robert P. Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Australia
     Domiciled in ▶ Australia

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law...

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☒ 3-Dimensional sculpture    ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 15  Year ▶ 1993
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert P. Berg
P. O. Box 16
Kalbar 4309, Queensland AUSTRALIA

**APPLICATION RECEIVED**
FEB 05 1993
**ONE DEPOSIT RECEIVED**
FEB 05 1993
**TWO DEPOSITS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**REMITTANCE NUMBER AND DATE**

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

01/09/2004 FRI 09:41 [TX/RX NO 6986]

**RB_0852**

01/09/2004  11:44   7034150618   BERLIN AND ASSOC   PAGE 05/11

VA 547 192

EXAMINED BY [signature]

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                               Account Number ▼
Montgomery & Andrews, P.A.                           DA07-0661

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Deborah A. Peacock, Esq.
Montgomery & Andrews, P.A.
P. O. Box 26927
Albuquerque, New Mexico 87125-6927
Area Code & Telephone Number ▶ (505) 242-9677

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _Robert P. Berg_
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Deborah A. Peacock                                              date ▶ 1/27/93

Handwritten signature (X) ▼
[signature: Deborah A. Peacock]

**9** MAIL CERTIFICATE TO
Name ▼ Deborah A. Peacock, Esq.
        MONTGOMERY & ANDREWS, P.A.
Number/Street/Apartment Number ▼
        P. O. Box 26927
City/State/ZIP ▼
        Albuquerque, New Mexico 87125-6927

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

01/09/2004 FRI 09:41  [TX/RX NO 6986]

☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,018

**RB_0853**

01/09/2004 FRI 09:41 [TX/RX NO 6986]

01/05/2004 11:44 7034150618 BERLIN AND ASSOC PAGE 06/11

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VAu 292-803

EFFECTIVE DATE OF REGISTRATION

Oct 24 1994
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼ Hitched Barrigade

NATURE OF THIS WORK ▼ See instructions: Straw hats with horsehair woven designs

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼
a Robert P. Berg

DATES OF BIRTH AND DEATH
Year Born ▼ 10-22-52 Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Australia-USA
Domiciled in ▶ Visa

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

067732275

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 1994 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
Robert P. Berg
1826 Hwy 16 S
Bandera, TX 78003

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED AUG 05 1994
ONE DEPOSIT RECEIVED AUG 05 1994
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
FUND RECEIVED OCT 24 1994

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

01/09/2004  11:44   7034150618   BERLIN AND ASSOC   PAGE 07/11

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No.  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joanne Barg
1826 Hwy 16 S
Bandera, TX 78003
210-796-7961

Area Code & Telephone Number ▶

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert P. Barg     date ▶ 8-2-94

Handwritten signature (X) ▼

**9**

MAIL CERTIFI-CATE TO

Name ▼  Bob Barg - Buckles
Number/Street/Apartment Number ▼  1826 Highway 16 South
City/State/ZIP ▼  Bandera, TX 78003

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1983-381-279/68     Sept. 1982—120,000

01/09/2004 FRI 09:41  [TX/RX NO 6986]

**RB_0855**

# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

**VA 817-815**

EFFECTIVE DATE OF REGISTRATION

6   10   96

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
BANDERA COLLECTION

**NATURE OF THIS WORK ▼** See Instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2 a**

**NAME OF AUTHOR ▼**
Robert P. Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ Australia
    Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

**NOTE**
Under the law, the "author" of a "work made for hire" is...

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

---

**3 a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ January   Day ▶ 12   Year ▶ 1996
◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert P. Berg
P.O. Box 2238
Bandera, TX 78003

**APPLICATION RECEIVED**
JUN 10 1996
**ONE DEPOSIT RECEIVED**
JUN 10 1996
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of _____ pages

02/09/2004 11:44 7034150618 BERLIN AND ASSOC PAGE 09/11

\* Prepared by C.O. from informal continuation sheet.

EXAMINED BY _(signature)_     **FORM VA**

CHECKED BY

☐ CORRESPONDENCE Yes

**FOR COPYRIGHT OFFICE USE ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Robert P. Berg
P.O. Box 2238
Bandera, TX 78003

Area Code and Telephone Number ▶

Be sure to give your daytime phone number

**CERTIFICATION**\* I, the undersigned, hereby certify that I am the
check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert P. Berg     Date ▶ May 31, 1996

Handwritten signature (X) ▼ _Robert P. Berg_

**8**

Mail certificate to:

Name ▼
Robert P. Berg
Number/Street/Apt ▼
P.O. Box 2238
City/State/ZIP ▼
Bandera, TX 78003

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
March 1995—300,000    ⓟ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

01/09/2004 FRI 09:41 [TX/RX NO 6986]

RB_0857

01/09/2004  11:44  7034150618  BERLIN AND ASSOC  PAGE  10/11

# CONTINUATION SHEET FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application. Part B is a continuation of Space 2. Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on the basic form call for specific items of information and should not need continuation.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

FORM VA /CON
UNITED STATES COPYRIGHT

VA 817-815

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION
6  10  96
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
6  10  96

Page 3 of 4 pages

---

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

BANDERA COLLECTION

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

ROBERT P. BERG........BANDERA, TX.....78003

**B** Continuation of Space 2

**d**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
     { Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
     { Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____
     { Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.

01/09/2004 FRI 09:41  [TX/RX NO 6986]

RB_0858

01/09/2004 11:44   7034150618   BERLIN AND ASSOC   PAGE 11/11

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

**C**
Continuation
of other
Spaces

Continuation Sheet
Robert P. Berg

BANDERA COLLECTION

Watchband Blank WBB, Knife Blank KB, Oval Earring Blank OEB,
Money Clip Blank MCB, Trophy Blank Cast7, Trophy Blank Cast4,
Trophy Blank Cast8, Trophy Blank Cast1, Trophy Blank Cast5,
Trophy Blank Cast6, Trophy Blank Cast2, Buckle Blank BB255,
Buckle Blank BB390, Buckle Blank BB254, Buckle Blank BB142,
Longhorn OL001, Bracelet Trophy BT001, Bracelet Trophy BT002,
Floral Trophy FT001, Longhorn Trophy LT001, Ranger OT001,
Floral OT002, Floral L1201, Floral M1202, Oval M1203,
Floral IN001, Longhorn LB001, Longhorn LBGS2, Longhorn LBGC3,
Longhorn LBTX04, Longhorn CBL02, Corporate CB001, Star S3402,
TwoLeaf S3403, Diamond S3404, Traditional S3406, Bullrider M3401,
C.Roper S3403, TwoFlower M3404, SBBanner M3405, Reiner M3407,
Turnback BCS01, Roper BC010, Beaded BCS02, Longhorn BC004,
Beaded TwoLeaf BCS05, Horsehead BC008, Longhorn BC002,
Floral BCS09A, Cutter BCS04A, Star BCS03A, Star BCS03B,
Cutter BCS04B, Cutter BCS04C, Floral BCS09B,
Buckaroo MC001, TriColor MC002, Cutter MC003, C.Roper MC004,
T.Roper MC005, Reiner MC006, S.A. MC007, Ranger MC008,
Bronc MC009, Knife KN001, Watchband WB001, Concho CXS01,
Concho CS002, Concho CM003, Concho CL004, Concho CD005,
Concho CL005, Concho CL006, Concho CL007, Cutter PN001,
Working Cow Horse PN002, Buckaroo PN003, Earring OE001,
Barrette BB001, Knife KN002, Watchband WB002



August 1993—100.000   ♲ PRINTED ON RECYCLED PAPER   · U.S GOVERNMENT PRINTING OFFICE· 1993-342-582/80.015

01/09/2004 FRI 09:41   [TX/RX NO 6986]