# EXHIBIT E



# CERTIFICATE OF REGISTRATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

**VA 1-159-548**

EFFECTIVE DATE OF REGISTRATION

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

Jul 26 2002

OFFICIAL SEAL    **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**     Bob Berg Buckles

**NATURE OF THIS WORK ▼** See instructions     buckles, hat crown, necktie, ponchos, saddle plates, barretts

**PREVIOUS OR ALTERNATIVE TITLES ▼**     Bob Berg Jewelry

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**     Robert Peter Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ Australia
Domiciled in ▶ Texas, USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**    2002    ◀ Year    This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 1    Year ▶ 2002
United States    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
131 E. Exchange Ave Ste 214
Fort Worth, TX 76106-8244

APPLICATION RECEIVED    Jul 26 2002
ONE DEPOSIT RECEIVED    Jul 26 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*See instructions before completing this space.*

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

RB_1613

mailed
7/18/02

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

[ ] COPY

|  | VA | VAU |
|--|----|-----|
| EFFECTIVE DATE OF REGISTRATION | | |

12      19      2002
Month   Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**   PX005504 129681144

**TITLE OF THIS WORK ▼**  Bob Berg Buckles

**NATURE OF THIS WORK ▼** See instructions
buckles, hat crown, necklace conchos, saddle plates, barretts cuff bracelets

**PREVIOUS OR ALTERNATIVE TITLES ▼**  Bob Berg Jewelry

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

**NAME OF AUTHOR ▼**  Robert Peter Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ Australia
     Domiciled in ▶ Texas, USA

**Was This Author's Contribution to the Work**
Anonymous?    [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
[ ] 3-Dimensional sculpture    [ ] Map                [ ] Technical drawing
[ ] 2-Dimensional artwork      [ ] Photograph         [ ] Text
[ ] Reproduction of work of art [✗] Jewelry design    [ ] Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
[ ] 3-Dimensional sculpture    [ ] Map                [ ] Technical drawing
[ ] 2-Dimensional artwork      [ ] Photograph         [ ] Text
[ ] Reproduction of work of art [ ] Jewelry design    [ ] Architectural work

**Year in Which Creation of This Work Was Completed**  2002  ◀ Year
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 1   Year ▶ 2002
Nation ▶ United States   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
131 E. Exchange Ave Ste 214
Fort Worth, TX 76106-8244

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

RB_1614

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☒ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼ bracelets cuff design
design of 2 conchos — 3,5,+ 7 outside beaded buckles 1.style ARC
2. style horizontal   3. Style peak — miss ok rodeo 2000 belt buckle —
Bob Berg belt buckle, necklace, hat crown-miss ok rodeo-saddle plates

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

beaded belt buckle with gold + gold filed scrolls with new writting
and face year change. Buckle - inside name change — barrets new design on inside
bracelets cuff design and designs

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**      **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Robert Berg
131 E. Exchange Ave Ste. 214
Fort Worth Texas, 76106-8244

Area code and daytime telephone number ▶ (817) 774-0459      Fax number ▶ (817) 774-0461

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive rights
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert Berg      Date ▶

Handwritten signature (X) ▼

X _____

**8**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Bob Berg Buckles

Number/Street/Apt ▼ 131 E. Exchange Ave. Ste. 214

City/State/ZIP ▼ Fort Worth, TX 76106-8244

**9**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999      ♻ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

**RB_1615**

08091      11-24
Office AU #     1210(8)

**OFFICIAL CHECK**

SERIAL #:  0809105855

ACCOUNT#:  4861-505725

Purchaser:      ROBERT P BERG
Purchaser Account:  6930339194
Operator I.D.:      nwtx6545

PAY TO THE ORDER OF      ***REGISTER OF COPYRIGHTS***

**July 19, 2002**

*** *Thirty dollars and no cents*** 

**\*\*$30.00\*\***

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK TEXAS, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  30.00

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004

**RB_1616**

**FOR CHANGES**
~~...through June 30, 2002. After~~
~~...the Copyright Office Website~~
~~...gov.copyright or call (202) 707-~~
~~...information.~~

**FORM VA**
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Pro Bull Rider Champion Cup

NATURE OF THIS WORK ▼ See instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

NAME OF AUTHOR ▼
a Robert Peter Berg

DATES OF BIRTH AND DEATH
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ Australia
Domiciled in ▶ Texas, USA

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

a Year in Which Creation of This Work Was Completed  2000
This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ October  Day ▶ 30  Year ▶ 2000
USA  ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
PO Box 817
Cleburne TX 76033

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

RB_1579

| EXAMINED BY | 'FORM VA |
| --- | --- |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work that this work is based on or incorporates. ▼
The design of the PBR Word Cup was designed using the same style as my jewelry line. This consist of ½ round, graduated beaded edges combined with tri colored gold on a black background

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Robert Peter Berg
P O Box 817
Cleburne TX 76033
Area code and daytime telephone number ▶ (817) 774-0459          Fax number ▶ (817) 774-0461
E-mail ▶          817 558-7165

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one {
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert Berg          Date ▶ 12-21-00

Handwritten signature (X) ▼
X

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Robert Peter Berg | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼ P O Box 817 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Cleburne TX 76033 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500
May 2000—100,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/120
WEB REV. May 2000

RB_1580

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

R

VA 1-076-361

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

12-27-00

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1** TITLE OF THIS WORK ▼
Pro Bull Rider Champion Cup

NATURE OF THIS WORK ▼ See Instructions
Jewelry Design

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** NAME OF AUTHOR ▼
a Robert Peter Berg

DATES OF BIRTH AND DEATH
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ Australia
Domiciled in ▶ Texas, USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3** Year in Which Creation of This Work Was
a Completed 2000 ◀ Year   This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ October Day ▶ 30 Year ▶ 2000
USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
PO Box 817
Cleburne TX 76033

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 27 2000
ONE DEPOSIT RECEIVED
DEC 27 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

RB_1581

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the *Copyright Office*?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

The design of the PBR World Cup was designed using the same style as my jewelry line. This consist of 1/2 round, graduated beaded edges combined with tri colored gold & a black background

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.     Name/Address/Apt/City/State/ZIP ▼

Robert Peter Berg
P O Box 817
Cleburne  TX  76033

Area code and daytime telephone number ▶ (817) 774-0459          Fax number ▶ (817) 774-0461

Email ▶          817 558-7165

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert Berg          Date ▶ 12-21-00

Handwritten signature (X) ▼

X

Certificate will be mailed in window envelope to this address:

Name ▼
Robert Peter Berg

Number/Street/Apt ▼
P O Box 817

City/State/ZIP ▼
Cleburne  TX  76033

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999 the filing fee for Form VA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 2000—100,000          ⊕ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/109

WEB REV: May, 2000

**RB_1582**



RB_1583

1923

**BOB BERG BUCKLES/LAMAR MARKETING**
P.O. BOX 817  817-558-7165
CLEBURNE, TX  76031

DATE _12-22-00_

88-200/119  13

PAY TO THE ORDER OF _Register of Copyrights_     $ _30.00_

_Thirty dollars_ _____ DOLLARS

**TexasBank**
CLEBURNE BANKING CENTER

FOR _PBR Word Cup_

_Corra Berg_

⑈001923⑈ ⑆111902000⑆ 131 9696298⑈

RB_1584

12/22/2000  13:29    5236093341    ARTESANIAS VAGUERAS    PAGE  16



RB_1585

12/27/2000  13:29    5236093341    ARTESANIAS VAQUERAS    PAGE   06



RB_1586



RB_1587

12/22/2000   13:29   5236093341   ARTESANIAS VAQUERAS   PAGE   04



RB_1588

12/22/2000  13:49    5236093341              ARTESANIAS VAQUERAS                    PAGE  02



RB_1589



RB_1590

12/22/2000  13:11    5236093341    ARTESANIAS VAQUERAS    PAGE  01



RB_1591

12/22/2000  13:29  5236093341    ARTESANIAS VAQUEPAS    PAGE  14





RB_1593



RB_1594

12/27/2000  13:29   5236053341   ARTESANIAS VAQUERAS   PAGE  09



RB_1595



RB_1596



RB_1597

12/22/2000  13:29  5236093341    ARTESANIAS VAQUERAS

PAGE  17

BUD LIGHT CUP



HAND CARVED
HANDLES (BULL RIDERS)

GAST SCROL
9" ... ON CUP.

WINNER NAM

MARBLE
BASE

2.25 " PROFESSIONAL
Po.    BULL RIDERS

3'

6.

**RB_1598**

ESTELLE STEPHERSON
BOB BERG BUCKLES
(817) 774-0459
2517 CR 312
CLEBURNE TX 76031

1 OF 1

SHIP TO:
  COPYRIGHT OFFICE
  LIBRARY OF CONGRESS
  101 INDEPENDENCE AVE SE
  WASHINGTON DC 20559

 DC 2000-42

UPS 2ND DAY AIR                    2
TRACKING #: 1Z 5A7 34R 02 4067 4013



PKG REF 1: PBR WORLD CUP

UOF 7.0.4 UPS Thermal 2442 1025

RB_1599

RB_1600

# CERTIFICATE OF REGISTRATION



**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG



VA 1-096-096



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Dec 27 2000
Month    Day    Year

**RATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**
Pro Bull Rider Champion Buckle

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**NAME OF AUTHOR ▼**
Robert Peter Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ Australia
Domiciled in ▶ Texas, USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☒ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph     ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2000 ◀ Year
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ October  Day ▶ 30  Year ▶ 2000
USA ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
PO Box 817
Cleburne TX 76033

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
DEC 27 2000
ONE DEPOSIT RECEIVED
DEC 27 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

RB_1601

# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**
Pro Bull Rider Champion Buckle

**NATURE OF THIS WORK ▼** See instructions
Jewelry Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2a**

**NAME OF AUTHOR ▼**
Robert Peter Berg

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▶ Australia
    ⎱ Domiciled in ▶ Texas, USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3a** Year in Which Creation of This Work Was Completed
2000
◀ Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 30    Year ▶ 2000
USA    ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Robert Peter Berg
PO Box 817
Cleburne TX 76033

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

RB_1602

1924

**BOB BERG BUCKLES/LAMAR MARKETING**
P.O. BOX 817  817-558-7165
CLEBURNE, TX  76031

DATE 12-22-00

PAY TO THE ORDER OF Register of Copyrights                    $ 30.00

Thirty dollars                                        DOLLARS

**TexasBank**
CLEBURNE BANKING CENTER

FOR Champion Buckle

⑆001924⑆ ⑈111902000⑈ 131 9696298⑈

RB_1603



RB_1604



RB_1605



RB_1606



12/22/2000 13:29 5236093341 ARTESANIAS VAQUERAS PAGE 13

ARTESANIAS VAQUERAS

5236093341    13:29    12/22/2000

RB_1608



RB_1609



RB_1610

ESTELLE STEPHERSON
BOB BERG BUCKLES
(817) 774-0459
2517 CR 312
CLEBURNE TX 76031

1 OF 1

SHIP TO:
    COPYRIGHT OFFICE
    LIBRARY OF CONGRESS
    101 INDEPENDENCE AVE SE
    **WASHINGTON DC 20559**



DC 2000-42

UPS 2ND DAY AIR          2

TRACKING #: 1Z 5A7 34R 02 4094 5622



PKG REF 1: CHAMPION BUCKLE

UOF 7 0.4 UPS Thermal 2442 1B25

RB_1611

RB_1612



2061
$995.00



2062
$695.00



2063
$675.



2066
$475.00

RB_1617



Bracelets

RB_1618



Barretts -

HAT CROWN

PRICES STARTING @
$950.00 AND UP

hat Crown

RB_1620



RB_1621



RB_1622

3 bead design
on out side of buckell



horizontal
style

RB_1623



peak
style

5 bead out side of buckle

RB_1624



5 bead out side of buckle

RB_1625



Peak Style

"7 bead outside of buckle

RB_1626



Peek Style

"7 bead outside of buckle

RB_1627

7 bead style outside of buckle



ARC Style

RB_1628

7 bead style outside of buckle



ABC style

RB_1629



5 bead design on out side onbuckl

RB_1630



5 bead design on out side on buckel

RB_1631

3 bead design outside of buckle



ARC

Style

RB_1632

3 bead design outside of buckle



RB_1633



7 bead design on outside of ticket

horizontal style

RB_1634



7 bead design on outside of ticket

horizontal style

RB_1635

Five bead design
on outside of buckle



horizontal
style

RB_1636

Five bead design
on outside of buckle



horizontal
style

RB_1637



3 bead design
on out side of buckel

horizontal
style

RB_1638

3 bead design
on out side of buckel



horizontal
style

RB_1639



peak
styr

3 bead outside of buckle

RB_1640



peak
style

3 bead outside of buckle

RB_1641



RB_1642





RB_1643



SADDLE PLATE
$775.00



RB_1644

## Attachment C
### Representative Photos of Traditional, Non-infringing Western Jewelry





*The Gold Twist*



*The Fort Worth*



*The Pecos Gold Star*



Three frosted 1" solid sterling hearts feature 14 karat gold fill flowers and synthetic rubies. Each heart is framed with an exquisitely fine, hand twisted rope edge. The barrette uses a French clasp and measures 3" wide.



A solid sterling pair of frosted heart earrings with a delicate hand twisted sterling rope edge and 14 karat gold fill star framing a synthetic ruby. Each earring measures 1/2" in diameter.





Romantic hearts... these frosted 3/4" solid sterling hearts feature 14 karat gold fill flowers and synthetic rubies. Each heart is framed with an exquisitely fine twisted rope edge. Also available in 1/2" heart #011-128.

RB_1645

**Attachment C**
**Representative Photos of Traditional, Non-infringing Western Jewelry**











RB_1646