# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# (TYLER DIVISION)

| | |
|---|---|
| ROBERT BERG,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>M&F WESTERN PRODUCTS, INC.<br><br>　　　　　　　Defendant. | Docket No. 6:19-cv-00418-JDK |

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, hereby declare under the penalty of perjury as follows:

1.　I am lead counsel for Plaintiff Robert Berg ("Plaintiff") in the above-referenced action.

2.　I submit this declaration in further opposition to Defendant M&F Western Products, Inc. ("Defendant")'s second motion for partial summary judgment [Dkt. #41] and in compliance with the Court's order, dated November 1, 2020, which provides that Plaintiff may supplement his response to Defendant's pending motion "to include relevant factual evidence discovered between the original filing and the November 13, 2020 fact discovery deadline." [Dkt. #64] (the "Order").

3.　On November 10, 2020 Plaintiff served duly verified Rule 26(e) supplemental responses to Defendant's first set of interrogatories, a true and correct copy of which is attached hereto as Exhibit A.

  4.  Attached hereto as <u>Exhibit B</u> is a true and correct copy of relevant excerpts from the deposition transcript of Cary Kraft, dated November 5, 2020.

  5.  Attached hereto as <u>Exhibit C</u> is a true and correct copy of relevant excerpts from the deposition transcript of Paul Eddins, dated November 4, 2020.

  6.  Attached hereto as <u>Exhibit D</u> is a true and correct copy of relevant excerpts from the deposition transcript of Jeanne La Shelle, dated November 6, 2020.

Dated: November 18, 2020
   Valley Stream, NY

Respectfully submitted:

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Richard Liebowitz, hereby certify that a true and correct copy of the foregoing declaration was served on all counsel of record via CM/ECF on November 18, 2020.

/s/richardliebowitz/
Richard Liebowitz