IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROBERT BERG, § | |
| Plaintiff, § | |
| vs. § | Case No. 6:19-cv-418-JDK |
| § | |
| M&F WESTERN PRODUCTS, INC., § | |
| Defendant. § | |

**[PROPOSED] ORDER ON M&F WESTERN'S
MOTIONS IN LIMINE**

Having considered Defendants M&F Western Products, Inc.'s Motions in Limine, and all papers, argument, and evidence submitted in support of, and in opposition to, the Motion:

The Court hereby makes the following rulings:

| | GRANTED | DENIED |
|---|---|---|
| Motion in Limine No. 1: All References to Hugh Weaver's Participation as M&F Western's Expert Witness or His Withdrawal from the Case Should Be Excluded | | |
| Motion in Limine No. 2: All References to M&F Western Not Having Copyright Registrations in its Own Designs Should Be Excluded | | |
| Motion in Limine No. 3: All References to the 3-D Asset Purchase Agreement Not Transferring Rights to M&F Western Should Be Excluded | | |
| Motion in Limine No. 4: Any Reference to Willful Infringement by Defendants Should Be Excluded | | |
| Motion in Limine No. 5: Fuzzy or Blurry Images of the Berg Cross Designs Should Be Excluded | | |
| Motion in Limine No. 6: All References to Gary Ballinger Providing Stolen Molds to M&F Western Should Be Excluded | | |
| Motion in Limine No. 7: Plaintiff should be precluded from referencing or introducing documents from the *Berg v. Symons* Case | | |
| Motion in Limine No. 8: Plaintiff should be precluded from discussing the Bob Berg "Look and Feel" | | |
| Motion in Limine No. 9: References to Plaintiff's Designs Having Been "Widely Disseminated" in the Marketplace Should Be Excluded | | |

|  | GRANTED | DENIED |
|---|---|---|
| Motion in Limine No. 10: All References to M&F Western's Overall Revenues, Profits or Wealth Should Be Excluded |  |  |
| Motion in Limine No. 11: Plaintiff Should Be Precluded from Testifying Remotely from Vietnam |  |  |
| Motion in Limine No. 12: Plaintiff Should Be Precluded from Introducing Copyright Registrations and Deposit Materials that Have Not Been Certified by the Copyright Office |  |  |
| Motion in Limine No. 13: All References to Unrelated Litigations, Settlements, or Copyright Licenses Should Be Excluded |  |  |
| [UNOPPOSED] Motion in Limine No. 14: Any Reference to the Parties' Discovery Disputes or the Court's Rulings Relating to those Disputes Should Be Excluded |  |  |
| [UNOPPOSED] Motion in Limine No. 15: Any Reference to Any Correspondence, Discussions, Statements, Disagreements, Or Negotiations Between Counsel in This Case Should Be Excluded |  |  |
| Motion in Limine No. 16: Plaintiff Should Be Precluded from Offering Testimony of Monique Compton as an Expert Witness |  |  |
| Motion in Limine No. 17: Plaintiff's Superseding Interrogatory Answers of November 10th Should Be Excluded |  |  |

So Ordered this ___ day of _____, 2020.

 

_____
Jeremy D. Kernodle
United States District Judge

**[PROPOSED] ORDER**     **PAGE 2**

150246456.1