IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § | |
|     Plaintiff, | § | |
| vs. | § | Case No. 6:19-cv-418-JDK |
| | § | |
| M&F WESTERN PRODUCTS, INC., | § | |
|     Defendant. | § | |

## M&F WESTERN'S NOTICE OF TIME REQUESTED

Pursuant to the Court's First Amended Scheduling Order (Dkt. 20), Defendant M&F Western Products, Inc. (M&F Western) respectfully requests time for the following proceedings:

| | |
|---|---|
| Voir dire | 45 minutes per side. |
| Opening Statements | 45 minutes per side. |
| Direct, cross and rebuttal examinations. | 10 hours per side. |
| Closing arguments | 60 minutes per side. |

Dated: November 24, 2020

By: _____

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for M&F Western Products, Inc.*

## Certificate of Service

I hereby certify that on November 24, 2020, I served the foregoing on counsel via email.

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
Attorneys for Plaintiff Robert Berg

*/s/ Kirstin E. Larson*
Kirstin E. Larson