# EXHIBIT 1(a)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ROBERT BERG,<br><br>            Plaintiff<br><br>-  against –<br><br>M&F WESTERN PRODUCTS, INC.,<br><br>          Defendant | Case No. 6:19-cv-418-JDK |

**ROBERT BERG'S WITNESS LIST**

| Judge Jeremy D. Kernodle | PLAINTIFF'S ATTORNEY:<br>RICHARD LIEBOWITZ | DEFENDANT'S ATTORNEY:<br>JOHN R. HARDIN<br>JUDY B. JENNISON<br>KIRSTIN E. LARSON |
|---|---|---|
| TRIAL DATE(S):<br>January 19, 2021 | COURT REPORTER:<br>SHEA SLOAN | COURTROOM DEPUTY:<br>EMMA FARRIS |

Plaintiff Robert Berg respectfully reserves the right, in light of the on- going COVID-19 pandemic, to designate deposition testimony of witnesses on its list who are unable to attend trial because of travel restrictions, illness or other medical condition.

| | WITNESS NAME EMPLOYER TOPIC OF TESTIMONY | WILL CALL ("W") MAY CALL ("M") UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 1. | Robert Berg, Owner/Designer Bob Berg Designs & Buckles<br><br>Mr. Berg will testify as to his background as a successful jewelry designer, the creation and registration of the Cross Designs, his relationship with Gary Bellinger and Defendant M&F, and M&F's actual copying of the Cross Designs without Bergh's authorization | W | 3.0 hours |
| 2. | Monique Compton, National Sales Director Bob Berg Designs & Buckles<br><br>Ms. Compton will testify as to Bob Berg's background and the characteristics of the "Bob Berg Look" which distinguishes Berg's jewelry designs from his competitors. | W | 2.0 hours |
| 3. | Cary Kraft, M&F Western Products, Inc.<br><br>Mr. Kraft will testify regarding his work as a designer in the Western jewelry and buckle industry, his knowledge of and/or access to Berg's designs, and the creation of his accused designs. | W | 2.0 hours |
| 4. | Jeanne Crumrine LaShelle, M&F Western Products, Inc.<br><br>Ms. LaShelle will testify regarding her work as a designer in the Western jewelry and buckle industry, her knowledge of and/or access to Berg's designs, and the creation of her accused designs. | W | 1 hour |

| | WITNESS NAME EMPLOYER TOPIC OF TESTIMONY | WILL CALL ("W") MAY CALL ("M") UNLIKELY TO CALL ("U") | EXPECTED TESTIMONY DURATION |
|---|---|---|---|
| 5. | Paul Eddins, M&F Western Products, Inc. Mr. Eddins will testify regarding his knowledge of Berg's designs, his knowledge of the distinguishing characteristics of Western-style jewelry designs, and the revenues and/or profits attributable to M&F Western's alleged infringement of Berg's Cross Designs | W | 2.0 hours |
| 6. | Steve Dees, Dees Cattle. Mr. Dees will testify regarding the sale of his company 3-D Buckle Company, L.P. to M&F Western. | M | 0.5 hour |
| 7. | Plaintiff reserves the right to call any witnesses called by Defendant. | | |

Dated: November 24, 2020

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

By: /s/richardliebowitz
        Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorney for Plaintiff*
*Robert Berg*

## **Certificate of Service**

I hereby certify that on November 24, 2020, I served the foregoing PLAINTIFF'S WITNESS LIST on following counsel of record via e-mail.

John R. Hardin
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
JJennison@perkinscoie.com

Kirstin E. Larson
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant*

/s/richardliebowitz
Richard Liebowitz

4

# EXHIBIT 1(b)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**(TYLER DIVISION)**

ROBERT BERG,

Plaintiff,

Docket No. 6:19-cv-00418-JDK

- against -

M&F WESTERN PRODUCTS, INC.

Defendant.

**PLAINTIFF'S OBJECTIONS TO DEFENDANT''S**
**PRETRIAL DISCLOSURES**

Plaintiff Robert Berg respectfully submits the following objections to Defendant

M&F Western Products, Inc. ("M&F Western"), pre-trial disclosures

**I.    TRIAL WITNESSES**

    **a.**  Wayne Baize, Corriente Buckle Company, 165 Hallas Road, Anthony, NM 88021, (575) 874-3697.

    **Plaintiff's Objections: FRE 403**

    **b.**  Robert Berg, Plaintiff.

    **c.**  Steve Dees, General Partner, Dees Cattle, Formerly of: 3 D Buckle Company. L.P., P.O. Box 208, Schulenburg, TX 78956 (979) 561-6856.

    **Plaintiff's Objections: FRE 403**

    **d.**  David Eddins c/o Perkins Coie LLP, 500 N. Akard Street, Suite 3300, Dallas, TX 75201, 214-965-7700.

    **Plaintiff's Objections: FRE 403**

**e.** Mickey Eddins, c/o Perkins Coie LLP, 500 N. Akard Street, Suite 3300, Dallas, TX 75201, 214-965-7700.

**Plaintiff's Objections: FRE 403**

**f.** Paul Eddins c/o Perkins Coie LLP, 500 N. Akard Street, Suite 3300, Dallas, TX 75201, 214-965-7700.

**Plaintiff's Objections: FRE 403**

**g.** Chad Gist, Gist Buckle Company, 4385 Pleasant Valley Rd., Placerville, CA, USA 95667.

**Plaintiff's Objections: FRE 403**

**h.** Cary Kraft, c/o Perkins Coie LLP, 500 N. Akard Street, Suite 3300, Dallas, TX 75201, 214-965-7700.

**i.** Jeannie Crumrine LaShelle, c/o Perkins Coie LLP, 500 N. Akard Street, Suite 3300, Dallas, TX 75201, 214-965-7700.

**j.** Gregg LaShelle c/o Perkins Coie LLP, 500 N. Akard Street, Suite 3300, Dallas, TX 75201, 214-965-7700.

**Plaintiff's Objections: FRE 403**

**k.** Clint Mortensen, Mortensen Silver & Saddles, 96 Bonanza Creek Road, Santa Fe, NM 87508, 505-424-9330.

**Plaintiff's Objections: FRE 403**

**l.** Clint Orms, Clint Orms Engravers & Silversmiths, 229B Old Ingram Loop, Ingram, TX 78025, (830) 367-7949

**Plaintiff's Objections: FRE 403**

**m.** Curtis Spain, Benchmark Buckles, PO Box 2727, Forney, TX 75126, (214) 803-4039

**Plaintiff's Objections: FRE 403**

**n.** Joanne Symons, 315 11th Street, Bandera, TX 78003.

**Plaintiff's Objections: FRE 402, 403**

    **o.** Randy Rush, Molly's Custom Silver, 2900 Adams St., Riverside, CA 92504,
951-776-0736

        **Plaintiff's Objections: FRE 403**

    **p.** Judy Wagner, Montana Silversmiths, #1 Sterling Lane, Columbus, MT 59019

        **Plaintiff's Objections: FRE 403**


**II.    DESIGNATED DEPOSITION TESTIMONY**


**III.    TRIAL EXHIBITS**

| Exhibit No. | Bates Number | Description | Objections |
|---|---|---|---|
| **1.** | | June 10, 2020 Declaration of P. Eddins in Support of Defendant's Motion for Partial Summary Judgment ("June Eddins Decl.") | |
| **2.** | | June 9, 2020 Declaration of C. Kraft in Support of Defendant's Motion for Partial Summary Judgment ("June Kraft Decl.") | |
| **3.** | M&F000805 | Exhibit A to June Kraft Decl.: Program from the 1977 Leather Industries of America Award Presentation listing C. Kraft as the winner in the Men's Belts category. | |
| **4.** | M&F000803-804 | Exhibit B to June Kraft Decl.: Corel files showing the design work of C. Kraft for a barrel buckle design | |
| **5.** | | June 10, 2020 Declaration of J. Crumrine LaShelle in Support of Defendant's Motion for Partial Summary Judgment ("June LaShelle Decl.") | |
| **6.** | M&F000612-630 | Exhibit A to June LaShelle Decl.: Asset Purchase Agreement between M&F Western and Crumrine Buckle Co. | |
| **7.** | M&F000003 | Exhibit B to June LaShelle Decl.: Excerpt from the 1995 fall catalog of Crumrine Manufacturing Jewelers. | FRE 901 |
| **8.** | M&F000631 | Exhibit C to June LaShelle Decl.: Excerpt from 2002 Crumrine Manufacturing Jewelers catalog showing additional versions of the Crumrine Buckle. | FRE 901 |
| **9.** | | August 17, 2020 Declaration of S. Dees in Support of Defendant's Motion for Summary Judgment | |
| **10.** | M&F000586-611 | Exhibit A to August 17, 2020 Declaration of S. Dees: Asset Purchase Agreement between M&F Western and 3-D Belt Company, L.P. | |

| 11. | M&F001235-1236 | Copyright Assignment Agreement between 3-D Belt Company L.P. ("Assignor") and M&F Western Products, Inc. ("Assignee"). | |
|---|---|---|---|
| 12. | M&F001237 | Exhibit 1 to Copyright Assignment Agreement between 3-D Belt Company L.P. and M&F Western Products, Inc. | |
| 13. | | August 17, 2020 Declaration of C. Gist ("Gist Decl.") in Support of Defendant's Motion for Summary Judgment | FRE 402,403 |
| 14. | M&F000734-752 | Exhibit A to Gist Decl.: Historic catalogs and photographs showing Gist designs incorporating a tapered-bead design. | FRE 402 403 901 |
| 15. | M&F000734-35 | Exhibit A1 to Gist Decl.: June 4, 2020 email exchange between C. Gist and P. Eddins. | |
| 16. | M&F000736 | Exhibit A2 to Gist Decl.: images of various Gist Buckle designs. | |
| 17. | M&F000737 | Exhibit A3 to Gist Decl.: Gist Silversmiths design from 1996. | FRE 402, 403 901 |
| 18. | M&F000738 | Exhibit A4 to Gist Decl.: Gist Silversmiths design from 1994. | FRE 402, 403, 901 |
| 19. | M&F000739 | Exhibit A5 to Gist Decl.: Gist Silversmiths designs from 1996. | FRE 402, 403, 901 |
| 20. | M&F000740 | Exhibit A6 to Gist Decl.: Gist Silversmiths design from 1996. | FRE 402, 403, 901 |

| 21. | M&F000741 | Exhibit A7 to Gist Decl.: A copy of a photograph showing a Gist Silversmiths design from 1994. | FRE 402, 403, 901 |
|---|---|---|---|
| 22. | M&F000742 | Exhibit A8 to Gist Decl.: Gist Silversmiths design from 1999. | FRE 402, 403, 901 |
| 23. | M&F000743 | Exhibit A9 to Gist Decl.: front cover of a 1987 Gist Silversmiths catalog. | FRE 402, 403, 901 |
| 24. | M&F000744 | Exhibit A10 to Gist Decl.: Gist Silversmiths design from 1993. | FRE 402, 403, 901 |
| 25. | M&F000745 | Exhibit A11 to Gist Decl.: Gist Silversmiths design from 1998. | FRE 402, 403, 901 |
| 26. | M&F000746 | Exhibit A12 to Gist Decl.: Gist Silversmiths design from 1998. | FRE 402, 403, 901 |
| 27. | M&F000747 | Exhibit A13 to Gist Decl.: Gist Silversmiths design from1996. | FRE 402, 403, 901 |
| 28. | M&F000748 | Exhibit A14 to Gist Decl.: Gist Silversmiths design from1997. | FRE 402, 403, 901 |
| 29. | M&F000749-752 | Exhibit A15 to Gist Decl.: Gist Silversmiths Custom Bucks catalog from 1998. | FRE 402, 403, 901 |
| 30. | | August 18, 2020 Declaration of P. Eddins in Support of Defendant's Motion for Summary Judgment | |
| 31. | | August 18, 2020 Declaration of C. Kraft in Support of Defendant's Motion for Partial Summary Judgment ("August Kraft Decl."). | |

| 32. | M&F001292-1293 | Exhibit 1 to August Kraft Decl.: Excerpts from 1996 Leegin Brighton Out West Spring catalog featuring the designs of C. Kraft. | FRE 901 |
|---|---|---|---|
| 33. | M&F0001294-1295 | Exhibit 1A to August Kraft Decl.: Co.: Excerpts from 1996 Leegin Brighton Out West Fall catalog featuring the designs of C. Kraft. | FRE 901 |
| 34. | M&F000002 | Exhibit 2 to August Kraft Decl.: buckle design #37678 from M&F Western's 2010 catalog. | |
| 35. | M&F000020 | Exhibit 3 to August Kraft Decl.: 32120 M&F Western Cross design from M&F Western's 2016 catalog. | |
| 36. | M&F000019 | Exhibit 4 to August Kraft Decl.: design of C. Kraft for M&F Western cross item 32110. | |
| 37. | M&F000118 | Exhibit 4A to August Kraft Decl.: photograph of item 32110. | |
| 38. | M&F000111, M&F000112, M&F000115 | Exhibit 5 to August Kraft Decl.: print out of the Art Cam Jewelsmith PDF files from the vector graphics designs of C. Kraft. | |
| 39. | | August 18, 2020 Declaration of J. Crumrine LaShelle in Support of Defendant's Motion for Partial Summary Judgment ("August LaShelle Decl.") | |
| 40. | M&F000400-411, M&F000003 | Exhibit 1A to August LaShelle Decl.: 1995 Crumrine fall catalog showing the 1995 Crumrine Buckle. | FRE 901 |
| 41. | M&F000631, M&F000654 | Exhibit 1B to August LaShelle Decl.: Excerpt from Crumrine 2002 catalog depicting the "Patriot Series" buckle deigns. | FRE 901 |
| 42. | M&F000633-695 | Exhibit 1C to August LaShelle Decl.: Crumrine 2002 Retail Catalog. | FRE 901 |
| 43. | M&F000761-769 | Exhibit 1D to August LaShelle Decl.: Trinity Designs by Crumrine Catalog circa 1980. | FRE 901 |

| 44. | M&F000778-785 | Exhibit 1E to August LaShelle Decl.: Crumrine 1994 Fall Collection Catalog. | FRE 901 |
|---|---|---|---|
| 45. | M&F000787-800 | Exhibit 1F to August LaShelle Decl.: Excerpts from the 1997-1998 Crumrine Land of Silver catalog. | FRE 901 |
| 46. | M&F001245-1255 | Exhibit 1G to August LaShelle Decl.: Retail Price List Effective August 1, 1998 for the Land of Silver catalog. | FRE 901 |
| 47. | M&F001257 | Exhibit 1H to August LaShelle Decl.: Crumrine 2000 Lightning Ridge flyer. | FRE 901 |
| 48. | M&F001259-1266 | Exhibit 1I to August LaShelle Decl.: Crumrine 2001 Lightning Ridge catalog. | FRE 901 |
| 49. | M&F000111 M&F000112 M&F000019 | Exhibit 2 to August LaShelle Decl.: graphics J. Crumrine LaShelle received from C. Kraft and used to engrave the copper mold for the M&F Western 32110 Cross design. | |
| 50. | M&F001244 | Exhibit 3 to August LaShelle Decl.: color photograph of the copper mold for the M&F Western 32110 Cross design engraved by J. Crumrine LaShelle. | |
| 51. | M&F000110 | Exhibit 4 to August LaShelle Decl.: black and white photograph of the copper mold for the M&F Western 32110 Cross design engraved by J. Crumrine LaShelle. | |
| 52. | M&F000400-411 | Excerpts from the 1995 Crumrine Fall Catalog. | FRE 901 |
| 53. | M&F000806-832, M&F000925-931 | March 27, 2020 Demand letter sent by Wayne Baize of Corriente Buckle. | FRE 402, 403 |
| 54. | M&F000833-857 | March 27, 2020 Demand letter sent by Robert Berg to Jeff Dees of Lone Star Buckles. | FRE 402, 403 |

| 55. | M&F000858-874 | March 27, 2020 Demand letter sent by Robert Berg to Stacey Sloan of Rowdy Silver. | FRE 402, 403 |
|---|---|---|---|
| 56. | M&F000875-904, M&F000932-939 | March 27, 2020 Demand letter sent by Joanne Symons of Hyo Silver. | FRE 402, 403 |
| 57. | M&F000708-710, M&F000716-718, M&F000905-910 | March 27, 2020 Demand letter sent by and Eddie Fisher of Ridetuff. | FRE 402, 403 |
| 58. | M&F000911-924 | March 27, 2020 Demand letter sent by Robert Berg to Matt Harris of Coolhorse & Champions Choice Silver. | FRE 402, 403 |
| 59. | M&F001322-1341 | March 26, 2020 Demand letter sent by Robert Berg to Andy Andrews of A Cut Above Buckle. | FRE 402, 403 |
| 60. | M&F001342-1377 | March 26, 2020 Demand letter sent by Robert Berg to Curtis Spain of Benchmark Buckles. | FRE 402, 403 |
| 61. | M&F001378-1390 | March 27, 2020 Demand letter sent by Robert Berg to Kimberly Cones of K Bar Sam Buckles. | FRE 402, 403 |
| 62. | M&F001308-1314 | April 15, 2020 Demand letter sent by Robert Berg to Rusty Badillo of RB Buckles. | FRE 402, 403 |
| 63. | M&F001315-1321 | April 15, 2020 Demand letter sent by Robert Berg to Chad Gist of Gist Silversmiths. | FRE 402, 403 |
| 64. | M&F001267-1291 | Article discussing examples of ancient cross designs and their features throughout history. | FRE 402, 403 |
| 65. | M&F000941 | Facebook post by Robert Berg. | FRE 402, 403 |
| 66. | M&F000942 | Facebook post by Robert Berg. | FRE 402, 403 |
| 67. | M&F000943-55 | April 3, 2020 Email thread from Jo at Ridetuff to Paul Eddins. | FRE 402, 403 |

| 68. | M&F000946 | March 27, 2020 Facebook post by Robert Berg. | FRE 402, 403 |
|---|---|---|---|
| 69. | | October 15, 2018 Berg Visa Application Confirmation | |
| 70. | | Consulate letter confirming receipt of visa application | |
| 71. | | January 25, 2019 Australian police standard disclosure | |
| 72. | | Consulate visa denial letter | |
| 73. | | March 15, 2019 email from consulate denying visa | |
| 74. | | Consulate visa denial letter | |

**END**

## Certificate of Service

I hereby certify that on November 17, 2020, I caused to be served the foregoing PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PRETRIAL DISCLOSURES on following counsel of record via e-mail.

John R. Hardin
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
JJennison@perkinscoie.com

Kirstin E. Larson
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant*


/s/richardliebowitz
Richard Liebowitz


## Certificate of Conference

I hereby certify that I have multiple meet-and-confer sessions with Kirstin Larson, defense counsel regarding pre-trial submissions; however, indication was provided that Defendant needed more time to confer regarding Plaintiff's objections to Defendant's pretrial disclosures.


/s/richardliebowitz
Richard Liebowitz

# EXHIBIT 1(c)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| ROBERT BERG,<br><br>                 Plaintiff<br><br>   -  against –<br><br>M&F WESTERN PRODUCTS, INC.,<br><br>             Defendant | Case No. 6:19-cv-418-JDK |

## PLAINTIFF'S DESIGNATED DEPOSITION TESTIMONY

Plaintiff Robert Berg respectfully designates deposition testimony as follows:

    **A.**    **CARY KRAFT (Deposed Nov. 5, 2020)**

| Kraft Testimony |
|---|
| Kraft Tr. 18:9-19 |
| Kraft Tr. 19:8-10 |
| Kraft Tr. 23:19-25 |
| Kraft Tr. 30:9-20 |
| Kraft Tr. 31:10-32:5 |
| Kraft Tr. 38:12-20 |
| Kraft Tr. 41:15-25 |
| Kraft Tr. 43:14-20 |
| Kraft Tr. 44:2-24 |

| Kraft Testimony |
| --- |
| Kraft Tr. 45:13-16 |
| Kraft Tr. 46:20-25 |
| Kraft Tr. 53:21-25 |
| Kraft Tr. 54:8-15 |
| Kraft Tr. 60:9-18 |
| Kraft Tr. 61:15-20 |
| Kraft Tr. 64:6-14 |
| Kraft Tr. 74:3-8 |
| Kraft Tr. 79:23-80:6 |
| Kraft Tr. 91:22-92:3 |
| Kraft Tr. 96:14-21 |
| Kraft Tr. 113:19-114:6 |
| Kraft Tr. 115:19-116:3 |

**B.    PAUL EDDINS (Deposed Nov. 4, 2020)**

| Eddins Testimony |
| --- |
| Eddins Tr. 15:16-16:10 |
| Eddins Tr. 26:4-12 |
| Eddins Tr. 28:20-29:2 |
| Eddins Tr. 29:11-12; 18-23 |
| Eddins Tr. 30:22-31:6 |
| Eddins Tr. 31:14-17; 21-25 |

| Eddins Testimony |
|---|
| Eddins Tr. 32:2-5 |
| Eddins Tr. 33:4-9 |
| Eddins Tr. 36:6-12 |
| Eddins Tr. 38:12-16 |
| Eddins Tr. 42:13-20 |
| Eddins Tr. 43:2-5 |
| Eddins Tr. 44:19-45:10 |
| Eddins Tr. 47:11-24 |
| Eddins Tr. 49:7-19 |
| Eddins Tr. 55:14-16 |
| Eddins Tr. 57:9-58:11 |
| Eddins Tr. 61:21-62:3 |
| Eddins Tr. 62:18-23 |
| Eddins Tr. 65:24-66:6 |
| Eddins Tr. 68:13-69:8 |
| Eddins Tr. 73:10-76:10 |
| Eddins Tr. 76:25-77:21 |
| Eddins Tr. 80:11-16 |
| Eddins Tr. 81:20-25 |
| Eddins Tr. 82:16-83:2 |
| Eddins Tr. 85:25-86:19 |
| Eddins Tr. 87:25-88:5 |

| Eddins Testimony |
| --- |
| Eddins Tr. 92:12-20 |
| Eddins Tr. 96:7-10 |
| Eddins Tr. 97:17-23 |
| Eddins Tr. 102:21-103:11 |
| Eddins Tr. 105:21-106:9 |

### C. JEAN LASHELLE (Deposed Nov. 6, 2020)

| LaShelle Testimony |
| --- |
| LaShelle Tr. 27:3-28:15 |
| LaShelle Tr. 33:9-34:4 |
| LaShelle Tr. 34:15-35:3 |
| LaShelle Tr. 35:10-16 |
| LaShelle Tr. 37:4-23 |
| LaShelle Tr. 38:10-14 |
| LaShelle Tr. 73:12-15 |
| LaShelle Tr. 85:7-12 |
| LaShelle Tr. 88:16-21 |
| LaShelle Tr. 89:2-9 |
| LaShelle Tr. 106:16-18 |
| LaShelle Tr. 107:16-109:18 |
| LaShelle Tr. 115:16-116:4 |

Dated: November 24, 2020

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

By: /s/richardliebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorney for Plaintiff*
*Robert Berg*

## <u>Certificate of Service</u>

I hereby certify that on November 24, 2020, I served the foregoing
PLAINTIFF'S DEPOSITION DESIGNATIONS on following
counsel of record via e-mail.

John R. Hardin
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
JJennison@perkinscoie.com

Kirstin E. Larson
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant*

/s/richardliebowitz
Richard Liebowitz

# EXHIBIT 1(d)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ROBERT BERG,

                  Plaintiff,

-   against –

M&F WESTERN PRODUCTS, INC.,

                Defendant.

Case No. 6:19-cv-418-JDK

## PLAINTIFF'S EXHIBIT LIST

| | | |
|---|---|---|
| Judge Jeremy D. Kernodle | PLAINTIFF'S ATTORNEY:<br>RICHARD LIEBOWITZ | DEFENDANT'S ATTORNEY:<br>JOHN R. HARDIN<br>JUDY B. JENNISON<br>KIRSTIN E. LARSON |
| TRIAL DATE(S):<br>January 19, 2021 | COURT REPORTER:<br>SHEA SLOAN | COURTROOM DEPUTY:<br>EMMA FARRIS |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION | BATES NUMBER (IF APPLICABLE) |
|---|---|---|---|---|
| PX 1 | | | Copyright Registration No.<br>VA 1-091-617, effective June 12, 2000<br>(Public Catalog) | n/a |
| PX 2 | | | Copyright Registration No.<br>VA 1-091-617, effective June 12, 2000<br>(Original Certificate) | RB_1576-77 |
| PX 3 | | | Deposit Copies, VA 1-091-617<br>(B&W) | n/a |
| PX 4 | | | Deposit Copies, VA 1-091-617<br>(Color Examples) | RB_1751-62 |
| PX 5 | | | Copyright Registration No.<br>VA 1-229-288, effective August 29, 2003<br>(Public Catalog) | n/a |

1

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION | BATES NUMBER (IF APPLICABLE) |
|---|---|---|---|---|
| **PX 6** | | | Deposit Copies, VA 1-229-288 | n/a |
| **PX 7** | | | Copyright Registration No. VA 1-159-548, effective July 26, 2002 (Public Catalog Version) | n/a |
| **PX 8** | | | Copyright Registration No. VA 1-159-548, effective July 26, 2002 (Original Version) | RB_1613-15 |
| **PX 9** | | | Deposit Copies, VA 1-159-548 | n/a |
| **PX 10** | | | Infringement Compilation: M&F Western Products (side-by-side comparison) | n/a |
| **PX 11** | | | Trademark Deposit, showing first use Sept. 26, 1992 | RB_1139 |
| **PX 12** | | | Copyright Registration No. VA 530-294, effective October 23, 1992 (Original Certificatde) | RB_0850-859 |
| **PX 13** | | | Copyright Registration No. VA 1-096-096, effective December 27, 2000 (Original Certificate and Deposit Copies) | RB_1601-1611 |
| **PX 14** | | | Bob Berg Buckle Designs | RB_1622-41 |
| **PX 15** | | | Bob Berg Catalogs / Advertisements | RB_2149-52 RB_0833-41 RB_0846-49 RB_1570-1573 |
| **PX 16** | | | Bob Berg Price Lists | RB_0829-32 |

| Exhibit Number | Date Offered | Admitted | Description | Bates number (if applicable) |
|---|---|---|---|---|
| PX 17 | | | Bob Berg Quote 1996 | RB_0153-156 |
| PX 18 | | | Berg Correspondence, dated October 20, 2003 | RB_0259-261 |
| PX 19 | | | Letter from Professional Rodeo Association, dated January 8, 2004 | RB_0230-231 |
| PX 20 | | | News Article re: Bob Berg (Cowboys & Country) | RB_0842-45 |
| PX 21 | | | Deposition transcript of JEAN LaSHELLE, dated Nov. 6, 2020 | n/a |
| PX 22 | | | Deposition transcript of PAUL EDDINS, dated Nov. 4, 2020 | n/a |
| PX 23 | | | Deposition transcript of CARY KRAFT, dated Nov. 5, 2020 | n/a |
| PX 24 | | | Samples of Cease and Desist Letters (Sept.-Oct. 2003) | RB_549-673 |
| PX 25 | | | U.S. Bureau Customs – IP Rights Complaint (April 7, 2003) | RB_1558-69 |
| PX 26 | | | Plaintiff Robert Berg's Rule 26(e) Superseding Answers and Objections to Defendant's First Set of Interrogatories, dated November 9, 2020 | n/a |
| PX 27 | | | M&F Cross Pendent Designs | M&F_108; M&F_110-12; 115-16; M&F 259-62; M&F 453 |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION | BATES NUMBER (IF APPLICABLE) |
|---|---|---|---|---|
| **PX 28** | | | E-Mail from Kraft to Eddins, dated 12/2/19 | M&F_113 |
| **PX 29** | | | M&F Spring Preview 2016 | M&F_117-156 |
| **PX 30** | | | M&F Western Accessories June 2017 | M&F 157-256 |
| **PX 31** | | | M&F Buckles and Jewelry 2016 | M&F 263-374 |
| **PX 32** | | | M&F 2010 Spring Preview | M&F 375-394 |
| **PX 33** | | | E-mail from Gregg LaShelle to Paul Eddins, dated September 25, 2019, with attachment of 1995 catalog | M&F 397-411 |
| **PX 34** | | | E-mail from Paul Eddins to Steve Dees, dated December 12, 2019, with attaching of 2019 3-D Catalog | M&F 454-496 |
| **PX 35** | | | Berg v. Symons, Decision and Order, dated Sept. 30, 2005 (S.D. Texas) | M&F 555-584 |
| **PX 36** | | | M&F Sales Data (2016-2019) | M&F 585 |
| **PX 37** | | | Asset Purchase Agreement b/w 3-D Belt Co. and M&F Western Products, Inc, dated December 21, 2018 | M&F 586-611 |
| **PX 38** | | | Asset Purchase Agreement b/w M&F and Crumrine, dated November 1, 2007 | M&F 612-630 |

4

| Exhibit Number | Date Offered | Admitted | Description | Bates number (if applicable) |
|---|---|---|---|---|
| **PX 39** | | | Ex. A to Amended Complaint – Design Infringements | n/a |
| **PX 40** | | | Defendant's Answer to Amended Complaint | n/a |
| **PX 41** | | | Copy of Linear Cross Design | M&F 19 |
| **PX 42** | | | Copy of Angular Cross Design | M&F 20 |
| **PX 43** | | | Copy of Linear Cross Design – 2016 Calendar | M&F 21 |
| **PX 44** | | | M&F Financial Spreadsheets [Confidential] | M&F 957-959 |
| **PX 45** | | | Agreement b/w M&F and Cary Kraft | M&F 1238-1243 |
| | | | | |

Dated: November 24, 2020                    LIEBOWITZ LAW FIRM, PLLC

                                            By: /s/richardliebowitz
                                                Richard P. Liebowitz
                                            11 Sunrise Plaza, Suite 305
                                            Valley Stream, NY 11580
                                            Tel: (516) 233-1660
                                            RL@LiebowitzLawFirm.com

                                            *Attorney for Plaintiff*
                                            *Robert Berg*

_____

## **Certificate of Service**

I hereby certify that on November 24, 2020, I served the foregoing PLAINTIFF'S EXHIBIT LIST on following counsel of record via e-mail.

John R. Hardin
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
JJennison@perkinscoie.com

Kirstin E. Larson
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant*

/s/richardliebowitz
Richard Liebowitz