IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § | |
|     Plaintiff, | § | |
| vs. | § | Case No. 6:19-cv-418-JDK |
| | § | |
| M&F WESTERN PRODUCTS, INC., | § | |
|     Defendant. | § | |

## JOINT SETTLEMENT REPORT

Pursuant to the Court's First Amended Scheduling Order (Dkt. 20), the Parties participated in a telephonic settlement conference on November 18, 2020.[1] Mr. Berg and Mr. Liebowitz attended for Plaintiff and Mr. Paul Eddins, Mr. Hardin and Ms. Larson attended for Defendant. The Parties were not able to resolve their differences during the conference and settlement is unlikely.

---

[1] The Parties recognize that the Scheduling Order contemplated a "face-to-face" meeting, but in light of the Court's prior directives, the Parties participated remotely.

**JOINT SETTLEMENT REPORT -- PAGE 1**

150279894.1

Dated: November 25, 2020

By:   /s/ Richard Liebowitz

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Robert Berg*

By:   /s/ John R. Hardin

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for M&F Western Products, Inc.*

**JOINT SETTLEMENT REPORT -- PAGE 2**

150279894.1