UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ROBERT BERG,

        Plaintiff

- against –

M&F WESTERN PRODUCTS, INC.,

        Defendant

Case No. 6:19-cv-418-JDK

**PLAINTIFF'S AMENDED
PRETRIAL DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a) (3) and the Court's Scheduling Order, Plaintiff Robert Berg ("Berg"), discloses the following trial witness, deposition testimony and exhibits.

    **I.    TRIAL WITNESSES**

        a. Robert Berg, Plaintiff

        b. Monique Compton

        c. Cary Kraft

        d. Paul Eddins

        e. Chad Gist

        f. Jeannie Crumrine LaShelle

        g. Plaintiff further reserves the right to adduce testimony of any witnesses called by Defendant in this matter.

## II. DESIGNATED DEPOSITION TESTIMONY

### A. CARY KRAFT (Deposed Nov. 5, 2020)

| Kraft Testimony |
|---|
| Kraft Tr. 18:9-19 |
| Kraft Tr. 19:8-10 |
| Kraft Tr. 23:19-25 |
| Kraft Tr. 30:9-20 |
| Kraft Tr. 31:10-32:5 |
| Kraft Tr. 38:12-20 |
| Kraft Tr. 41:15-25 |
| Kraft Tr. 43:14-20 |
| Kraft Tr. 44:2-24 |
| Kraft Tr. 45:13-16 |
| Kraft Tr. 46:20-25 |
| Kraft Tr. 53:21-25 |
| Kraft Tr. 54:8-15 |
| Kraft Tr. 60:9-18 |
| Kraft Tr. 61:15-20 |
| Kraft Tr. 64:6-14 |
| Kraft Tr. 74:3-8 |
| Kraft Tr. 79:23-80:6 |
| Kraft Tr. 91:22-92:3 |

| Kraft Testimony |
|---|
| Kraft Tr. 96:14-21 |
| Kraft Tr. 113:19-114:6 |
| Kraft Tr. 115:19-116:3 |

B.    PAUL EDDINS (Deposed Nov. 4, 2020)

| Eddins Testimony |
|---|
| Eddins Tr. 15:16-16:10 |
| Eddins Tr. 26:4-12 |
| Eddins Tr. 28:20-29:2 |
| Eddins Tr. 29:11-12; 18-23 |
| Eddins Tr. 30:22-31:6 |
| Eddins Tr. 31:14-17; 21-25 |
| Eddins Tr. 32:2-5 |
| Eddins Tr. 33:4-9 |
| Eddins Tr. 36:6-12 |
| Eddins Tr. 38:12-16 |
| Eddins Tr. 42:13-20 |
| Eddins Tr. 43:2-5 |
| Eddins Tr. 44:19-45:10 |
| Eddins Tr. 47:11-24 |
| Eddins Tr. 49:7-19 |
| Eddins Tr. 55:14-16 |

| **Eddins Testimony** |
|---|
| Eddins Tr. 57:9-58:11 |
| Eddins Tr. 61:21-62:3 |
| Eddins Tr. 62:18-23 |
| Eddins Tr. 65:24-66:6 |
| Eddins Tr. 68:13-69:8 |
| Eddins Tr. 73:10-76:10 |
| Eddins Tr. 76:25-77:21 |
| Eddins Tr. 80:11-16 |
| Eddins Tr. 81:20-25 |
| Eddins Tr. 82:16-83:2 |
| Eddins Tr. 85:25-86:19 |
| Eddins Tr. 87:25-88:5 |
| Eddins Tr. 92:12-20 |
| Eddins Tr. 96:7-10 |
| Eddins Tr. 97:17-23 |
| Eddins Tr. 102:21-103:11 |
| Eddins Tr. 105:21-106:9 |

## C. JEAN LASHELLE (Deposed Nov. 6, 2020)

| **LaShelle Testimony** |
|---|
| LaShelle Tr. 27:3-28:15 |
| LaShelle Tr. 33:9-34:4 |

| LaShelle Testimony |
|---|
| LaShelle Tr. 34:15-35:3 |
| LaShelle Tr. 35:10-16 |
| LaShelle Tr. 37:4-23 |
| LaShelle Tr. 38:10-14 |
| LaShelle Tr. 73:12-15 |
| LaShelle Tr. 85:7-12 |
| LaShelle Tr. 88:16-21 |
| LaShelle Tr. 89:2-9 |
| LaShelle Tr. 106:16-18 |
| LaShelle Tr. 107:16-109:18 |
| LaShelle Tr. 115:16-116:4 |

### III. TRIAL EXHIBITS

| P. EX. | DESCRIPTION | BATE-STAMP |
|---|---|---|
| 1 | Copyright Registration No. VA 1-091-617, effective June 12, 2000 (Public Catalog) | n/a |
| 2 | Copyright Registration No. VA 1-091-617, effective June 12, 2000 (Original Certificate) | RB_1576-77 |
| 3 | Deposit Copies, VA 1-091-617 (B&W) | n/a |
| 4 | Deposit Copies, VA 1-091-617 (Color Examples) | RB_1751-62 |
| 5 | Copyright Registration No. VA 1-229-288, effective August 29, 2003 | n/a |

| P. Ex. | Description | Bate-Stamp |
|---|---|---|
|  | (Public Catalog) |  |
| 6 | Deposit Copies, VA 1-229-288 | n/a |
| 7 | Copyright Registration No. VA 1-159-548, effective July 26, 2002 (Public Catalog Version) | n/a |
| 8 | Copyright Registration No. VA 1-159-548, effective July 26, 2002 (Original Version) | RB_1613-15 |
| 9 | Deposit Copies, VA 1-159-548 | n/a |
| 10 | Infringement Compilation: M&F Western Products (Side-by-side comparison) | n/a |
| 11 | Trademark Deposit, showing first use in commerce Sept. 26, 1992 | RB_1139 |
| 12 | Copyright Registration No. VA 530-294, effective October 23, 1992 (Original Certificatde) | RB_0850-859 |
| 13 | Copyright Registration No. VA 1-096-096, effective December 27, 2000 (Original Certificate and Deposit Copies) | RB_1601-1611 |
| 14 | Bob Berg Buckle Designs | RB_1622-41 |
| 15 | Bob Berg Catalogs / Advertisements | RB_2149-52 RB_0833-41 RB_0846-49 RB_1570-1573 |
| 16 | Bob Berg Price Lists | RB_0829-32 |
| 17 | Bob Berg Quote 1996 | RB_0153-156 |

| P. Ex. | Description | Bate-Stamp |
|---|---|---|
| 18 | Berg Correspondence, dated October 20, 2003 | RB_0259-261 |
| 19 | Letter from Professional Rodeo Association, dated January 8, 2004 | RB_0230-231 |
| 20 | News Article re: Bob Berg (Comboys & Country) | RB_0842-45 |
| 21 | Deposition transcript of JEAN LASHELLE, dated Nov. 6, 2020 | |
| 22 | Deposition transcript of PAUL EDDINS, dated Nov. 4, 2020 | |
| 23 | Deposition transcript of CARY KRAFT, dated Nov. 5, 2020 | |
| 24 | Samples of Cease and Desist Letters (Sept.-Oct. 2003) | RB_549-673 |
| 25 | U.S. Bureau Customs – IP Rights Complaint (April 7, 2003) | RB_1558-69 |
| 26 | Plaintiff Robert Berg's Rule 26(e) Superseding Answers and Objections to Defendant's First Set of Interrogatories, dated November 9, 2020 | n/a |
| 27 | M&F Cross Pendent Designs | M&F_108; M&F_110-12; 115-16; M&F 259-62; M&F 453 |
| 28 | E-Mail from Kraft to Eddins, dated 12/2/19 | M&F_113 |
| 29 | M&F Spring Preview 2016 | RB_117-156 |
| 30 | M&F Western Accessories June 2017 | M&F 157-256 |
| 31 | M&F Buckles and Jewelry 2016 | M&F 263-374 |
| 32 | M&F 2010 Spring Preview | M&F 375-394 |

| P. Ex. | Description | Bate-Stamp |
|---|---|---|
| 33 | E-mail from Gregg LaShelle to Paul Eddins, dated September 25, 2019, with attachment of 1995 catalog | M&F 397-411 |
| 34 | E-mail from Paul Eddins to Steve Dees, dated December 12, 2019, with attaching of 2019 3-D Catalog | M&F 454-496 |
| 35 | Berg v. Symons, Decision and Order, dated Sept. 30, 2005 (S.D. Texas) | M&F 555-584 |
| 36 | M&F Sales Data (2016-2019) | M&F 585 |
| 37 | Asset Purchase Agreement b/w 3-D Belt Co. and M&F Western Products, Inc, dated December 21, 2018 | M&F 586-611 |
| 38 | Asset Purchase Agreement b/w M&F and Crumrine, dated November 1, 2007 | M&F 612-630 |
| 39 | Ex. A to Amended Complaint – Design Infringements | n/a |
| 40 | Answer to Amended Complaint | n/a |
| 41 | Linear Cross Design | M&F 19 |
| 42 | Angular Cross Design | M&F 20 |
| 43 | Linear Cross Design – 2016 Calendar | M&F 21 |
| 44 | M&F Financial Spreadsheets [Confidential] | M&F 957-959 |
| 45 | Agreement b/w M&F and Cary Kraft | M&F 1238-1243 |

Plaintiff reserves the right to disclose further documents as needed to the extent Defendant

produces additional documents and to respond or rebut evidence adduced by Defendant.

Dated: November 24, 2020                                LIEBOWITZ LAW FIRM, PLLC

                                                                                        By: /s/richardliebowitz
                                                                                          Richard P. Liebowitz
                                                                                  11 Sunrise Plaza, Suite 305
                                                                                  Valley Stream, NY 11580
                                                                                  Tel: (516) 233-1660
                                                                                  RL@LiebowitzLawFirm.com

                                                                                  *Attorney for Plaintiff*
                                                                                  *Robert Berg*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing PLAINTIFF'S AMENDED PRETRIAL DISCLOSURES has been served via e-mail on November 24, 2020 to counsel listed below.

John R. Hardin
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard St. Suite 3300
Dallas, Texas 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
JJennison@perkinscoie.com

Kirstin E. Larson
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for Defendant*

By: /richardpliebowitz/
Richard P. Liebowitz
Liebowitz Law Firm PLLC
rl@liebowitzlawfirm.com