IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(TYLER DIVISION)

| | |
|---|---|
| ROBERT BERG,<br><br>          Plaintiff,<br><br>- against -<br><br><br>M&F WESTERN PRODUCTS, INC.<br><br>          Defendant. | Docket No. 6:19-cv-00418-JDK |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED PRETRIAL DISCLOSURES

Having considered Plaintiff Robert Berg's Motion for Leave to File Amended Pretrial Disclosures, and all papers, argument and evidence submitted in support of, and in opposition to the Motion:

IT IS ORDERED that the Motion is GRANTED.

So Ordered this ___ day of _____, 2020

                        _____
                        Jeremy D. Kernodle
                        United States District Court Judge