IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(TYLER DIVISION)

| | |
|---|---|
| ROBERT BERG,<br><br>        Plaintiff,<br><br> - against -<br><br><br>M&F WESTERN PRODUCTS, INC.<br>        Defendant. | Docket No. 6:19-cv-00418-JDK |

## DECLARATION OF RICHARD LIEBOWITZ

I, Richard Liebowitz, hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge or good faith belief.

1. I am counsel for Plaintiff Robert Berg ("Plaintiff") and submit this declaration in opposition to Defendant's motion to strike Plaintiff's Rule 26(e) responses.

2. My law office did not receive documents from Plaintiff's former counsel, Jackson Walker LLP, until October 30, 2020. Attached as <u>Exhibit A</u> is a true and correct copy of the transmittal email from Jackson Walker

Dated:  December 8, 2020
      Valley Stream, NY

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*