# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, § | | |
| Plaintiff, § | | |
| vs. § | Case No. 6:19-cv-418-JDK | |
| § | | |
| M&F WESTERN PRODUCTS, INC., § | | |
| Defendant. § | | |

### M&F WESTERN'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEPOSITION TESTIMONY

M&F Western has reviewed Plaintiff's deposition designations and provides its objections and counter-designations below to preserve rights and without waiving its arguments in its pending Motion to Strike Plaintiff's Pretrial Disclosures (Dkt. 57) and in its opposition to Plaintiff's Motion for Leave to File Amended Pretrial Disclosures (Dkt. 85). M&F Western intends to call the witnesses below live at trial, thus use of their depositions is limited by Fed.R.Civ.P. 32 and the Federal Rules of Evidence.[1] M&F Western notes that Plaintiff did not notice the corporate deposition of M&F Western, thus, none of its witnesses appeared as party designees.

M&F Western further objects to the use of any testimony where Plaintiff's counsel failed to make a proper written record of which particular exhibit or design (e.g., whether a cross by Plaintiff or by M&F Western) was the subject of counsel's question or testimony at issue. M&F Western has filed Motions in Limine to exclude certain evidence based on lack of relevance, prejudice and on other grounds. To the extent that particular testimony below pertains to topics

---

[1] To the extent that any of the witnesses below are unavailable at trial due to travel or health restrictions related to COVID-19, M&F Western reserves the right to designate deposition testimony to be used at trial.

addressed by the Motions in Limine, M&F Western has noted this with a reference to the particular pending Motion in Limine at issue.

### A. CARY KRAFT (Deposed Nov. 5, 2020)

| Kraft Testimony | M&F Western's Objections and Counter-designations for fairness and context |
|---|---|
| Kraft Tr. 18:9-19 | |
| Kraft Tr. 19:8-10 | 18:25-19:8 |
| Kraft Tr. 23:19-25 | |
| Kraft Tr. 30:9-20 | |
| Kraft Tr. 31:10-32:5 | 32:6-11 |
| Kraft Tr. 38:12-20 | |
| Kraft Tr. 41:15-25 | 42:2-15 |
| Kraft Tr. 43:14-20 | |
| Kraft Tr. 44:2-24 | |
| Kraft Tr. 45:13-16 | |
| Kraft Tr. 46:20-25 | |
| Kraft Tr. 53:21-25 | 54:2-7 |
| Kraft Tr. 54:8-15 | 54:2-7 |
| Kraft Tr. 60:9-18 | |
| Kraft Tr. 61:15-20 | |
| Kraft Tr. 64:6-14 | |
| Kraft Tr. 74:3-8 | |
| Kraft Tr. 79:23-80:6 | 80:6-23 |
| Kraft Tr. 91:22-92:3 | 401; 403; MIL # 6 |
| Kraft Tr. 96:14-21 | 401; 403; MIL # 6 |
| Kraft Tr. 113:19-114:6 | 401; 403; MIL # 13 |
| Kraft Tr. 115:19-116:3 | |

- 2 -

B.   **PAUL EDDINS (Deposed Nov. 4, 2020)**

| Eddins Testimony | M&F Western's Objections and Counter-designations for fairness and context |
|---|---|
| Eddins Tr. 15:16-16:10 | |
| Eddins Tr. 26:4-12 | 25:14-26:4 |
| Eddins Tr. 28:20-29:2 | |
| Eddins Tr. 29:11-12; 18-23 | 28:7-11 |
| Eddins Tr. 30:22-31:6 | 401; 403; MIL # 6 |
| Eddins Tr. 31:14-17; 21-25 | 401; 403; 602; MIL # 6 |
| Eddins Tr. 32:2-5 | 401; 403; 602; MIL # 6 |
| Eddins Tr. 33:4-9 | 401; 403; MIL # 6 |
| Eddins Tr. 36:6-12 | 401; 403; MIL # 6 |
| Eddins Tr. 38:12-16 | 401; 403; MIL # 6 |
| Eddins Tr. 42:13-20 | |
| Eddins Tr. 43:2-5 | 42:21-25 |
| Eddins Tr. 44:19-45:10 | |
| Eddins Tr. 47:11-24 | |
| Eddins Tr. 49:7-19 | 49:20-23; 601 |
| Eddins Tr. 55:14-16 | |
| Eddins Tr. 57:9-58:11 | |
| Eddins Tr. 61:21-62:3 | 62:3-8; 401; 403; MIL # 2 |
| Eddins Tr. 62:18-23 | 401; 403; MIL # 2 |
| Eddins Tr. 65:24-66:6 | 66:7-15; 401; 403; MIL # 2 |
| Eddins Tr. 68:13-69:8 | |
| Eddins Tr. 73:10-76:10 | Re 76:25-77:4: counter-designation = 77:5-8; 401; 403; MIL # 2 |
| Eddins Tr. 76:25-77:21 | Re 76:25-77:4: counter-designation = 77:5-8; 401; 403; MIL # 2 |
| Eddins Tr. 80:11-16 | |
| Eddins Tr. 81:20-25 | Record does not reflect which design is at issue; 401; 403 |

150390135.1

| Eddins Testimony | M&F Western's Objections and Counter-designations for fairness and context |
| --- | --- |
| Eddins Tr. 82:16-83:2 | Record does not reflect which design is at issue; 401; 403<br><br>Re 82:23-83:2: counter-designation = 83:3-5; 401; 403; MIL # 2 |
| Eddins Tr. 85:25-86:19 | 85:14-24; 401; 403; MIL # 3 |
| Eddins Tr. 87:25-88:5 | 88:22-25; 401; 403; MIL # 3 |
| Eddins Tr. 92:12-20 | |
| Eddins Tr. 96:7-10 | |
| Eddins Tr. 97:17-23 | |
| Eddins Tr. 102:21-103:11 | |
| Eddins Tr. 105:21-106:9 | 401; 403; the Court has already ruled on transfer of rights effected by the Asset Purchase Agreement between M&F Western and Crumrine Manufacturing Jewelers and has granted summary judgment on the buckle claim. |

## C. JEAN LASHELLE (Deposed Nov. 6, 2020)

| LaShelle Testimony | M&F Western's Objections and Counter-designations for fairness and context |
| --- | --- |
| LaShelle Tr. 27:3-28:15 | 28:16-18 |
| LaShelle Tr. 33:9-34:4 | 601 as to 33:9-34:2 |
| LaShelle Tr. 34:15-35:3 | |
| LaShelle Tr. 35:10-16 | |
| LaShelle Tr. 37:4-23 | 37:24-38:9 |
| LaShelle Tr. 38:10-14 | 601 |
| LaShelle Tr. 73:12-15 | |
| LaShelle Tr. 85:7-12 | |
| LaShelle Tr. 88:16-21 | 401; 403; MIL # 2 |

- 4 -

| LaShelle Tr. 89:2-9 | 401; 403 |
|---|---|
| LaShelle Tr. 106:16-18 | 401; 403; 107:8-14; 117:19-118:14 |
| LaShelle Tr. 107:16-109:18 | |
| LaShelle Tr. 115:16-116:4 | 401; 403; the Court has already ruled on transfer of rights effected by the Asset Purchase Agreement between M&F Western and Crumrine Manufacturing Jewelers |

Dated: December 4, 2020

By:        /*Kirstin E. Larson*/

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

***Attorneys for M&F Western Products, Inc.***

## Certificate of Service

I hereby certify that on December 4, 2020, I served the foregoing on counsel via email.

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
Attorneys for Plaintiff Robert Berg

*/Kirstin E. Larson/*
Kirstin E. Larson