# Exhibit 1

11:41

Done    Photo

# GOOD NEWS FOR BOB BERG CUSTOMERS



Federal Copyright Law protects Bob Berg Products.
With the recent push in draining the Swamp,
Trump clamping down on IP theft in America and private enterprises
protecting their investment in the US economy.

Bob Berg states "we need to clean up our back yard" from IP
theft and in particular the homeless in America is a disgrace to the system."

In a recent investigation into the pyrates infringing the unique designs
of Bob Berg and duplicating Berg's Copyrights by his IT team,
a large cluster of counterfeiters came to light and now under pending
Court Rulings on the their individual cases.
The following are the offenders:

| Company Name | Number of infringement | Company Name | Number of infringement |
|---|---|---|---|
| BENCHMARKBUCKLES | 97 | ACUTABOVE BUCKLES | 58 |
| CORRIENTE BUCKLE | 68 | RUNNING P | 38 |
| HYO SILVER | 81 | SHOWTIME AWARDS | 31 |
| Mortenson Silver & Saddles | 17 | KBARSAM BUCKLES & MORE | 7 |
| ROWDY SILVER | 45 | CCBUCKLES | 28 |
| R + B RUSTY BADILLO | 17 | CROSS ROADS BUCKLES | 57 |
| BULLSTRONG | 15 | KELLY SLOVER | 58 |
| MOLLY'S | 35 | MAYNARD BUCKLES | 66 |
| EDDY FISHER | 58 | SKYLINE VAQUERO BUCKLE | 87 |
| SHEAMICHELLE BUCKLES | 81 | LEGENDTACKANDSILVER | 11 |
| MONTANA | 35 | HUE NGUYEN DESIGNS | 5 |
| GIST | 58 | MONSOON SILVER | 64 |
| LONE STAR SILVER SMITH | 76 | CAVENDERS | 12 |
| TRES RIOS BUCKLE | 60 | M&F WESTERN PRODUCTS | 10 |

List of bob bergs registed copyrights. dating back to the late 80's
this was planned prior to 1988 to protect his designs in america.

Prior to commithing to multi milion dollar investment needed
to qualify for an E2 investment visa in 1991.

Berg has teamed up with rising star in the
IP litigation field, Mr. Richard Liebowitz - Liebowitz Law
Firm, PLLC – a NY attorney making America great again
and bringing justice back to the wild west.



Pecos world first rodeo
First rodeo to present
Bob Berg Buckle 1992



More    Edit

 **Chris Hocking** Heard from a little bird this might be happening

Like · Reply · 11h                                                                 👍 1

 **Bob Berg** This is not only for my company but for all future artists in america

Like · Reply · 10h                                                                 👍 5

 **Wayne Strickland** Hi Bob.Hope you get the support you need and beat this!

Like · Reply · 10h                                                                 👍 2

 **Bob Berg** Wayne Strickland ive got it beat just waiting trial more than likly settle out of court.got 27 others lined up for litigation.with registered copyrite 95%win in federal court



Like · Reply · 10h                                                                 😂 2

M&F000940



**Bob Berg** is at Elvis on the Hill.
11 hrs · Da Lat, Vietnam

SHTF.....COMING SOON.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ROBERT BERG,

    Plaintiff,

- against -

    Docket No. 6:19-cv-0418

    JURY TRIAL DEMANDED

M & F WESTERN PRODUCTS, INC.

    Defendant.

**AMENDED COMPLAINT**

Plaintiff Robert Berg ("Berg" or "Plaintiff") by and through his undersigned counsel, a
and for his Amended Complaint against Defendant M & F Western Products, Inc. ("M & F" or
"Defendant") hereby alleges as fol---

👍 23

11 Comments

M&F000941

4:42 

Done         7 of 7

 **Bob Berg**
6 hrs · 🌐

For those thinking of copying copyrite designs read and consider the end result. dont be a theif respect others works

> 1. That Defendant M & F be adjudged to have infringed upon Plaintiff's copyrights in the Designs in violation of 17 U.S.C §§ 106 and 501;
> 2. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;
> 3. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Designs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;
> 4. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;
> 5. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;
> 6. That Plaintiff be awarded pre-judgment interest; and
> 7. Such other and further relief as the Court may deem just and proper.
>
> **DEMAND FOR JURY TRIAL**
>
> Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).
>
> Dated: Valley Stream, New York
> April 1, 2020
>
>                 LIEBOWITZ LAW FIRM, PLLC
>                 By: /s/Richard Liebowitz
>                 Richard Liebowitz
>                 11 Sunrise Plaza, Suite 305
>                 Valley Stream, New York 11580 Tel

 

M&F000942