# Exhibit 2

| | |
|---|---|
| **From:** | Larson, Kirstin E. (SEA) |
| **Sent:** | Tuesday, November 24, 2020 8:21 AM |
| **To:** | James Freeman |
| **Cc:** | Richard Liebowitz; Hardin, John (DAL) |
| **Subject:** | RE: M&F Western: Motions in Limine |

Thanks, James. ==Unopposed.==

**Kirstin Larson** | **Perkins Coie LLP**
COUNSEL
D. +1.206.359.3328

**From:** James Freeman <jf@liebowitzlawfirm.com>
**Sent:** Monday, November 23, 2020 11:33 PM
**To:** Larson, Kirstin E. (SEA) <KLarson@perkinscoie.com>
**Cc:** Richard Liebowitz <rl@liebowitzlawfirm.com>; Hardin, John (DAL) <JohnHardin@perkinscoie.com>
**Subject:** Re: M&F Western: Motions in Limine

Thanks.

==Plaintiff intends to file a motion in limine to preclude any use of the pejorative term "copyright troll" or other related pejorative terms to describe Plaintiff or his counsel, and to preclude any evidence regarding Liebowitz Law Firm's legal representation in unrelated matters on behalf of third-party clients.==

Please let us know if you oppose. We will let you know by noon PST if Plaintiff intends to file any other motions in limine.

Best,

On Tue, Nov 24, 2020 at 2:25 AM Larson, Kirstin E. (Perkins Coie) <KLarson@perkinscoie.com> wrote:

> James, here you go.
>
> **Kirstin Larson** | **Perkins Coie LLP**
>
> COUNSEL
>
> D. +1.206.359.3328