# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, § | | |
|     Plaintiff, § | | |
| vs. § | | Case No. 6:19-cv-418-JDK |
| § | | |
| M&F WESTERN PRODUCTS, INC., § | | |
|     Defendant. § | | |

## DEFENDANT'S PROPOSED VERDICT FORM

      M&F Western has requested that the trial be bifurcated so that the issues of liability and damages are tried separately, with damages issues to be presented only if Mr. Berg first proves liability by a preponderance of the evidence. Thus, M&F Western has created a two-part verdict form to address each phase of the trial.[1]

## PHASE 1: LIABILITY

The jury is requested to answer the following questions. The answers will constitute the jury's verdict. The answer to each question must be unanimous. Please read the questions carefully and follow the instructions provided. You may not need to answer every question. After every question, there are written instructions regarding whether you need to answer the following question or not.

---

[1] As Mr. Berg has claimed infringement based on the inclusion of tapered beads in his cross designs and in the M&F Western cross designs, the verdict form includes questions pertaining to the tapered beads only. To the extent that Mr. Berg is permitted to change his theory of infringement at this late phase of the case, then M&F Western reserves the right to provide an updated verdict form.

**M&F WESTERN'S PROPOSED VERDICT FORM -- PAGE 1**

150212483.6

**Question No. 1:** Did Mr. Berg prove by a preponderance of the evidence that the tapered beads in the asserted works are original to Mr. Berg and entitled to copyright protection in light of the evidence that tapered beads are an industry standard, stock, or common design element?

**VA 1-091-617? (Check one):**



| YES | NO |
| :---: | :---: |
| _____ | _____ |

**VA 1-229-228? (Check one):**



| YES | NO |
| :---: | :---: |
| _____ | _____ |

**If your answer to Question No. 1 is "YES" for either of the asserted works listed above, please answer Question No. 2 only for the asserted work for which you answered "YES". If your answer to Question No. 1 is "NO" for either asserted work, do not answer the remaining questions for that asserted work. If your answer to Question No. 1 is "NO" as to both of the asserted works, please skip to the end of this form and do not answer the remaining questions. Instead, the foreperson should sign the verdict form and alert the Bailiff that the jury has completed the Verdict Form.**

**Question No. 2(a):** Did plaintiff prove by a preponderance of the evidence that M&F Western had access to the asserted works?

**VA 1-091-617? (Check one):**



| YES | NO |
| --- | --- |
| _____ | _____ |

**VA 1-229-228? (Check one):**



| YES | NO |
| --- | --- |
| _____ | _____ |

**If your answer to Question No. 2(a) is "YES" for either of the asserted works listed above, please answer Question No. 2(b) only for that asserted work. If your answer to Question No. 2(a) is "NO" as to both of the asserted works, please proceed to Question No. 3.**

**Question No. 2(b):** Did Mr. Berg prove by a preponderance of the evidence that there is substantial similarity between original elements of the asserted works and M&F Western's works in light of the evidence that tapered beads are an industry standard, stock, or common design element? Please indicate your answer in the table below with a check mark.

| Item | Kraft Cross #32120 | | D-121 Cross | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Berg 617 Cross | | | | |

| Item | Kraft Cross #32110 | |
|---|---|---|
| | YES | NO |
| Berg 288 Cross | | |

**If your answer to Question No. 2(b) is "YES" for any of the asserted works listed above, please answer Question No.4 for any asserted work for which you answered "YES". If your answer to Question No. 2(b) is "NO" as to all of the asserted works, please skip to the end of this form and do not answer the remaining questions. Instead, the foreperson should sign the verdict form and alert the Bailiff that the jury has completed the Verdict Form.**

**Question No. 3:** Did Mr. Berg prove by a preponderance of the evidence that original elements of Plaintiffs' asserted works and M&F Western's works are so strikingly similar as to be virtually identical, meaning that there is no way they could be that close unless M&F's crosses were copied from Mr. Berg's?

| Item | Kraft Cross #32120 | | D-121 Cross | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Berg 617 Cross | | | | |

| Item | Kraft Cross #32110 | |
|---|---|---|
| | YES | NO |
| Berg 288 Cross | | |

**Thank you. Please have the jury foreperson sign the verdict form and alert the bailiff that the jury has completed its deliberations.**

_____

**Signature of foreperson**

**Name of foreperson: _____**

**M&F WESTERN'S PROPOSED VERDICT FORM -- PAGE 5**

150212483.6

# PHASE 2: DAMAGES

The jury is requested to answer the following questions. The answers will constitute the jury's verdict. The answer to each question must be unanimous. Please read the questions carefully and follow the instructions provided. You may not need to answer every question. After every question, there are written instructions regarding whether you need to answer the following question or not.

**Question No. 1:** Did Mr. Berg prove by a preponderance of the evidence that Mr. Berg was damaged by M&F Western's alleged conduct and is entitled to damages?

**VA 1-091-617? (Check one):**

| YES | NO |
|-----|-----|
| ____ | ____ |

**VA 1-229-228? (Check one):**

| YES | NO |
|-----|-----|
| ____ | ____ |

**If your answer to Question No. 1 is "YES" for either of the asserted works listed above, please answer Question No. 2 for that asserted work. If your answer to Question No. 1 is "NO" as to both of the asserted works, please skip and do not answer the remaining questions. Instead, the foreperson should sign the verdict form and alert the Bailiff that the jury has completed the Verdict Form.**

**Question 2**: Did Mr. Berg prove by a preponderance of the evidence that M&F Western knew that Mr. Berg's asserted works were copyrighted and that M&F Western intentionally copied original elements of the asserted works knowing those elements belonged to Mr. Berg?

| Item | Kraft Cross #32120 | | D-121 Cross | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| **Berg 617 Cross** | | | | |



| Item | Kraft Cross #32110 | |
|---|---|---|
| | YES | NO |
| **Berg 288 Cross** | | |

**Please proceed to Question 3.**

**Question 3**: For each work you found infringes Mr. Berg's copyright(s), what is the dollar amount that you consider just to compensate Mr. Berg. Please only answer for the works for which you found infringement.

| Work | Amount |
|---|---|
| **Kraft Cross #32120** | |
| **Kraft Cross #32110** | |
| **D-121 Cross** | |

**Thank you. Please have the jury foreperson sign the verdict form and alert the bailiff that the jury has completed its deliberations.**

_____

**Signature of foreperson**

**Name of foreperson: _____**

Dated: December 8, 2020

By:     /Kirstin E. Larson/

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for M&F Western Products, Inc.*

## Certificate of Service

I hereby certify that on December 8, 2020, I served the foregoing on counsel via email.

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
Attorneys for Plaintiff Robert Berg

*/Kirstin E. Larson/*
Kirstin E. Larson