# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § § § § | |
| Plaintiff, | § § | |
| | § | Case No. 6:19-cv-00418-JDK |
| v. | § § | |
| M&F WESTERN PRODUCTS, INC., | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is Plaintiff's Motion to Adjourn Conference (Docket No. 97). After considering Plaintiff's request, the Court **GRANTS** Plaintiff's motion. The Court hereby reschedules the telephonic status conference for **1:30 P.M.** on **Wednesday**, **January 13, 2021**. Lead counsel for each Party, or alternatively, counsel with authority to bind their respective clients, shall be present on the line.

Teleconference call-in information is provided as follows:

**AT&T Toll-Free Conference Number: 1-877-336-1839**

**Access Code: 3005141, followed by #**

Participants are directed to call this number at 1:25 P.M. and await further instructions from the Court.

So **ORDERED** and **SIGNED** this **11th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1