# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BERG, | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | CASE NO. 6:19-cv-418-JDK |
| M&F WESTERN PRODUCTS, INC., | § § § | |
| Defendant(s). | § § § | |

## STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR M&F WESTERN'S MOTION FOR COSTS AND FEES

Pursuant to the Parties' discussion with the Court at the January 13, 2021 Status Conference, the Parties have conferred and agreed to the following proposed briefing schedule relating to M&F Western's Motion for Costs and Fees (pursuant to 17 U.S.C. § 505):

| Deadline | Action |
|---|---|
| February 5, 2021 | M&F Western's Opening Brief |
| February 26, 2021 | Berg's Response to Opening Brief |
| March 5, 2021 | M&F Western's Reply |

WHEREFORE, the Parties respectfully request that the Court enter the proposed briefing schedule.

Dated: January 26, 2021

By: */s/ Richard Liebowitz by Kirstin Larson, with permission.*

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Attorneys for Plaintiff Robert Berg

By:   */s/ Kirstin E. Larson*

John R. Hardin
Texas Bar No. 24012784
JohnHardin@perkinscoie.com
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Phone: 214-965-7700
Facsimile: 214-965-7799

Judith B. Jennison
Washington State Bar No. 36463
JJennison@perkinscoie.com
Kirstin E. Larson
Washington State Bar No. 31272
KLarson@perkisncoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000

*Attorneys for M&F Western Products, Inc.*

## Certificate of Service

  I hereby certify that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send electronic notice of such filing to all counsel of record.

Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com
Attorneys for Plaintiff Robert Berg

                */Kirstin E. Larson/*
                Kirstin E. Larson