# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROBERT BERG, | § |
| Plaintiff(s), | § |
| v. | § CASE NO. 6:19-cv-418-JDK |
| M&F WESTERN PRODUCTS, INC., | § |
| Defendant(s). | § |

## PROPOSED ORDER [GRANTING] STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR M&F WESTERN'S MOTION FOR COSTS AND FEES

The Court, having considered the Stipulated Motion submitted by the Parties, enters the following briefing schedule for M&F Western's Motion for Costs and Fees:

| Deadline | Action |
|---|---|
| February 5, 2021 | M&F Western's Opening Brief |
| February 26, 2021 | Berg's Response to Opening Brief |
| March 5, 2021 | M&F Western's Reply |

[PROPOSED] ORDER

1

151130535.1

IT IS ORDERED that the Motion is GRANTED.

So Ordered this _____ day of _____, 2021.

 

By: _____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE