## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| ROBERT BERG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:19-cv-00418-JDK |
| | § | |
| M&F WESTERN PRODUCTS, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER

Before the Court is the parties' Stipulated Motion Regarding Briefing Schedule for M&F Western's Motion for Costs and Fees (Docket No. 99). After considering the Motion, the Court **GRANTS** the parties' request.

Based on the parties' input, the Court finds that the following schedule should govern any costs and fees motion:

| | |
|---|---|
| **February 05, 2021** | **Deadline to file motion for costs and fees** |
| **February 26, 2021** | **Defendant may file a response to said motion** |
| **March 05, 2021** | **Plaintiff may file a reply to said response** |

Unless otherwise ordered or specified herein, all limitations and requirements of the *Federal Rules of Civil Procedure* and the local rules of this Court must be observed.

So **ORDERED** and **SIGNED** this **27th** day of **January, 2021.**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE