IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROBERT BERG,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>M&F WESTERN PRODUCTS, INC.,  §<br>§<br>Defendant.  §<br>§ | Case No. 6:19-cv-00418-JDK |

**FINAL JUDGMENT**

All pending claims in this case having been resolved, the Court hereby enters **FINAL JUDGMENT**.

Pursuant to the Court's July 21, 2020 Order, Plaintiff Robert Berg's claims of copyright infringement as to two belt-buckle designs are **DISMISSED WITH PREJUDICE**. Docket No. 37. Pursuant to the Court's December 29, 2020 Order, Berg's claims of copyright infringement as to three cross-pendant designs are **DISMISSED WITH PREJUDICE**. Docket No. 95.

Pursuant to the Court's June 28, 2021 Order, Defendant M&F Western Products, Inc. is awarded $483,808.20 in attorneys' fees, along with post-judgment interest pursuant to 28 U.S.C. § 1961. Docket No. 107.

All pending motions not previously ruled on are hereby **DENIED AS MOOT**. All other relief not granted in this Final Judgment is **DENIED**.

The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **28th** day of **June, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE